# EXHIBIT H

NORTH CAROLINA             IN THE GENERAL COURT OF JUSTICE
                                                SUPERIOR COURT DIVISION
COUNTY OF DURHAM            16-CVS_____



IRIS POUNDS, CARLTON MILLER, )
VILAYUAN SAYAPHET-TYLER, )
RHONDA HALL and PIA TOWNES, )
on behalf of themselves and all others )
similarly situated, )
                                        )
        Plaintiffs,                     )
                                        )
        v.                             )
                                        )
PORTFOLIO RECOVERY )
ASSOCIATES, LLC )
                                        )
        Defendant.                  )
                                        )

## PLAINTIFFS' NOTICE OF FILING

Iris Pounds, Carlton Miller, Vilayuan Sayaphet-Tyler, Rhonda Hall and Pia Townes, by and through undersigned counsel, and hereby give notice of filing and service of Exhibits 1-69 of Exhibits in Support of Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion for Class Certification, as follows:

     A. Affidavits of Named Plaintiffs

         Ex. 1.     Affidavit of Iris Pounds
         Ex. 2.     Affidavit of Carlton Miller
         Ex. 3.     Affidavit of Vilayuan Sayaphet-Tyler
         Ex. 4.     Affidavit of Rhonda Hall
         Ex. 5.     Affidavit of Pia N. Townes

     B. Court Files for Named Plaintiffs' Default Judgment Cases

         Ex. 6.     *PRA v. Pounds* (Durham 15-CVD-4120)
         Ex. 7.     *PRA v. Miller* (Durham 14-CVD-2019)
         Ex. 8.     *PRA v. Sayaphet-Tyler* (Guilford 15-CVD-5238)

    Ex. 9.    *PRA v. Sayaphet-Tyler* (Guilford 15-CVD-9301)
    Ex. 10.   *PRA v. Hall* (Mecklenburg 15-CVD-1907)
    Ex. 11.   *PRA v. Townes* (Mecklenburg 15-CVD-1909)
    Ex. 12.   Authenticating Affidavits

C. Eight-County Sample of 367 PRA Default Judgment Court Files

    Ex. 13.   Affidavit of Seonaid Rijo Regarding File Selection
        A. List of Cases by County
        B. Case Number Selection Chart
    Ex. 14.   Affidavit of Karen Ewart Regarding Eight-County Sample
        A. List of Cases by County
        B. Chart Summarizing 367 Court Files
        C. List of Cases Deleted
    Ex. 15.   Summary of Eight-County Sample: Authentication
    Ex. 16.   Summary of Eight-County Sample: Itemization
    Ex. 17.   Summary of Eight-County Sample: Sessoms Attorney Affidavits
    Ex. 18.   Authenticating Affidavits

D. Summary of Court Files for Named Plaintiffs' and Vacatur Cases

    Ex. 19.   Affidavit of Karen Ewart Summarizing Named Plaintiffs' and Vacatur Court Files
        A. List of Files
        B. Chart Summarizing Named Plaintiffs' and Vacatur Files
    Ex. 20.   Summary of Named Plaintiffs' and Vacatur Files: Authentication
    Ex. 21.   Summary of Named Plaintiffs' and Vacatur Files: Itemization
    Ex. 22.   Summary of Named Plaintiffs' and Vacatur Files: Sessoms Attorney Affidavits
    Ex. 23.   Authenticating Affidavits

E. Vacatur Orders and Hearing Transcript

    Ex. 24.   Order, *PRA v. Brady* (Chatham 15-CVD-44) (Dec. 18, 2015)
    Ex. 25.   Order, *PRA v. Peach* (Wake 15-CVD-4745) (Mar. 29, 2016)
    Ex. 26.   Order, *PRA v. Spector* (Mecklenburg 14-CVD-22005) (June 8, 2016)
    Ex. 27.   Order, *PRA v. Pledger* (Mecklenburg 14-CVD-22008) (June 8, 2016)
    Ex. 28.   Order, *PRA v. Townes* (Mecklenburg 15-CVD-1909) (June 8, 2016)
    Ex. 29.   Order, *PRA v. Walters* (Mecklenburg 15-CVD-2893) (June 8, 2016)
    Ex. 30.   Order, *PRA v. Walls* (Mecklenburg 15-CVD-15284) (June 8, 2016)

    Ex. 31.    Transcript, Hearing Before the Honorable Becky T. Tin, District Court Judge, Judicial District 26 (May 4, 2016)
    Ex. 32.    Authenticating Affidavit

F. PRA Voluntary Dismissals in Vacatur Cases

    Ex. 33.    Notice of Dismissal, *PRA v. Brady* (Chatham 15-CVD-44) (Dec. 31, 2015)
    Ex. 34.    Notice of Dismissal, *PRA v. Peach* (Wake 15-CVD-4745) (Apr. 7, 2016)
    Ex. 35.    Notice of Dismissal, *PRA v. Spector* (Mecklenburg 14-CVD-22005) (June 13, 2016)
    Ex. 36.    Notice of Dismissal, *PRA v. Pledger* (Mecklenburg 14-CVD-22008) (June 13, 2016)
    Ex. 37.    Notice of Dismissal, *PRA v. Townes* (Mecklenburg 15-CVD-1909) (June 13, 2016)
    Ex. 38.    Notice of Dismissal, *PRA v. Walters* (Mecklenburg 15-CVD-2893) (June 13, 2016)
    Ex. 39.    Notice of Dismissal, *PRA v. Walls* (Mecklenburg 15-CVD-15284) (June 13, 2016)
    Ex. 40.    Authenticating Affidavit

G. Other PRA District Court Case Files

    Ex. 41.    *PRA v. Stancil* (Cumberland 15-CVD-8597)
    Ex. 42.    *Palmer v. PRA* (Wake 16-CVD-8165)
    Ex. 43.    Authenticating Affidavits

H. Excerpts from PRA v. Houston (Iredell 12-CVS-642)

    Ex. 44.    Ms. Houston's Motion for Summary Judgment (Nov. 25, 2013)
    Ex. 45.    Order Granting Summary Judgment (June 2, 2014)
    Ex. 46.    Excerpt from PRA's Brief in Opposition to Ms. Houston's Motion to Amend and/or Intervene (Feb. 2, 2015)
    Ex. 47.    Order Denying Ms. Houston's Motion to Amend and/or Intervene (June 3, 2015)
    Ex. 48.    Authenticating Affidavit

I. In *re Portfolio Recovery Associates, LLC* (United States Consumer Financial Protection Bureau, File No. 2015-CFPB-0023)

Ex. 49. Consent Order
Ex. 50. Stipulation
Ex. 51. Authenticating Affidavit

J. PRA North Carolina Purchases and Case Filings

Ex. 52. PRA Form 10-K Annual Report Excerpts 2007-2015
Ex. 53. Authenticating Affidavit
Ex. 54. Summary of PRA Purchases of NC Accounts 2008-2015
Ex. 55. Affidavit of Allan Freyer Regarding Summary of PRA Purchases
Ex. 56. Affidavit of Seonaid Rijo Regarding PRA Filings in Four Counties 2009-2012

K. News Articles Regarding 2009 North Carolina Law

Ex. 57. Andrew Martin, *Automated Debt-Collection Lawsuits Engulf Courts*, N.Y. TIMES, July 12, 2010
Ex. 58. Carter Dougherty, *Debt Collectors Lobby to Block Tougher State Documentation Rules*, BLOOMBERG, Sept. 21, 2011
Ex. 59. Authenticating Affidavits

L. Sessoms & Rogers Website and Articles

Ex. 60. Firm Profile and Web Page
Ex. 61. Lee C. Rogers, *North Carolina Debt Collection Laws*, THE NATIONAL LIST OF ATTORNEYS, Jan. 2013
Ex. 62. Andrew Hoke, *NC's Controversial Debt Buyer Law: Part of the Changing Collection Landscape*, THE NATIONAL LIST OF ATTORNEYS, Aug. 16, 2016
Ex. 63. Authenticating Affidavit

M. Affidavits of Counsel Regarding Qualifications

Ex. 64. Affidavit of Carlene McNulty, Esq.
Ex. 65. Affidavit of J. Jerome Hartzell, Esq.
Ex. 66. Affidavit of Jason Pikler, Esq.
Ex. 67. Affidavit Emily Turner, Esq.
Ex. 68. Affidavit of Travis Collum, Esq.
Ex. 69. Affidavit of Adrian Lapas, Esq.

This, the 21st day of November, 2016.

*Carlene McNulty*
Carlene McNulty, N.C. State Bar No. 12488
Jason A. Pikler, N.C. State Bar No. 47128
Emily P. Turner, N.C. State Bar No. 49578
NORTH CAROLINA JUSTICE CENTER
P.O. Box 28068
Raleigh, NC 27611
Telephone: (919) 856-2161
Facsimile: (919) 856-2175
Email: carlene@ncjustice.org
  jason.pikler@ncjustice.org
  emilyt@ncjustice.org

*J. Jerome Hartzell*
J. Jerome Hartzell, N.C. State Bar No. 7775
P.O. Box 10246
Raleigh, NC 27605
Telephone: (919) 819-6173
Email: jerry.hartzell@gmail.com

*Travis Collum/cm*
Travis E. Collum, N.C. State Bar No. 29158
COLLUM & PERRY, PLLC
P.O. Box 1739
Mooresville, NC 28115
Telephone: (704) 663-4187
Email: travis@collumperry.com

*Adrian Lapas/cm*
Adrian M. Lapas, N.C. State Bar No. 20022
LAPAS LAW OFFICES, PLLC
P.O. Box 10688
Goldsboro, NC 27532
Telephone: (919) 583-5400
Email: adrianlapas@goldsborobankruptcylawyer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date a true and correct copy of the foregoing *Notice of Filing* was served, in conjunction with service of the Summons and Complaint, pursuant to Rule 4(j)(6)(d) of the North Carolina Rules of Civil Procedure, upon the Registered Agent for Defendant Portfolio Recovery Associates, LLC, by Federal Express, a designated delivery service authorized under G.S. 1A-1, Rule 4(j)(1)(d) and 26 U.S.C. § 7502(f)(2), delivery receipt and direct signature requested, postage prepaid, addressed as follows:

>Corporation Service Company, as Registered Agent for
>Portfolio Recovery Associates, LLC
>327 Hillsborough Street
>Raleigh, NC 27603-1725

This, the 21st of November, 2016

_____
Carlene McNulty