**EXHIBIT J**

15 °D 412.



File No. 15 CVD 4120

**LEAD DOCUMENT FOR SCANNING**

**AUDIT TRAIL**

| Date Filmed | Description | Film No. |
|---|---|---|
| OCT 2 3 2015 | 10-12-15 Judgment Notice of Judgment on Judgment | 15-54 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113 Rev. 2/14
© 2014 Administrative Office of the Courts

**EXHIBIT**
**6**

POUNDS EX 0032

# STATE OF NORTH CAROLINA

| File No. | Abstract No. |
|---|---|
| 15cvd4120 | J001 |

Judgment Docket Book & Page No.

_____ DURHAM _____ County

In The General Court Of Justice
☒ District ☐ Superior Court Division

*Name Of Plaintiff(s)*
PORTFOLIO RECOVERY

**VERSUS**

*Name Of Defendant(s)*
IRIS POUNDS

| T O | *Name And Address* |
|---|---|
| | PORTFOLIO RECOVERY c/o SESSOMS & ROGERS, P.A. DURHAM, N.C. 27709 |

☐ Attorney Of Record For Party
☒ Party In whose Favor Judgment Rendered

# NOTICE
# PAYMENT ON JUDGMENT

☒ **JUDGMENT PAID IN FULL**

☐ **PARTIAL PAYMENT**

G.S. 1-239(a), (b)

The amount shown below has been paid to the undersigned Clerk of Superior Court and credited against the above judgment. According to our records, the judgment is paid  ☒ IN FULL.  ☐ in part.

| Date Of Payment | Amount Of Payment |
|---|---|
| 08/11/2016 | $ 1,354.28 |

## IMPORTANT NOTICE

If this notice states that this judgment is paid IN FULL and you dispute that determination, you must, within ten (10) days of the date of this Notice, notify this office of your dispute. If you do not do so, the judgment docket will be marked "PAID AND SATISFIED IN FULL".

## CERTIFICATE OF SERVICE

I certify that on this date I gave the above notice to the attorney for the party in whose favor the above judgment was rendered or, if there is no attorney of record, to the party  ☐ in person.  ☒ by depositing the same in the United States mail in an envelope bearing proper postage and addressed as is shown above.

| Date | Signature | |
|---|---|---|
| 08/12/2016 | | ☒ Deputy CSC  ☐ Assistant CSC ☐ Clerk Of Superior Court |

26115-1354.28
CK 418588
DATE 8-16-16

AOC-CV-410, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0033

# STATE OF NORTH CAROLINA

_Durham_ County

Case No. _15CVD4120_

## PAYMENT AUTHORIZATION

Payee Name (First, Middle, Last)
_Portfolio Recovery_
Street _c/o Blossoms & Rogers, PA_
_P.O. Box 11051_
City _Durham_
State _NC_   Zip _27709_   Phone No: _(919) 688-9000_
Contact Name

Case Name
_Portfolio Recovery_
vs.
_Six Pounds_

Remarks   [X] Judgment   [ ] Condemnation   [ ] Cash Bond   [ ] Trust
_pmt_

### AVBUI DATA ENTRY
Date                    Initials            [ ] Previously Added

Date _08/14/16_   Authorization Signature _Donald_
[X] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court
Amount _1354.28_
Interest _0_

### PAYMENT/DISTRIBUTION SECTION
[ ] Regular (AMIUH)   [ ] Manual (AMIUM)

Payment Date
Payment #
**A002   708639**

Payment Amount _1354.28_

Check Date (Manual Check Only)   Check # (Manual Check Only)

1099 [ ] Yes   If yes, 1099 Code _No code_   [ ] No

Check Stub Code   Comment

### GENERAL LEDGER DISTRIBUTION

| Fund | Acct. | Description | Case # | ID | Subledger | Amounts |
|------|-------|-------------|--------|-----|-----------|---------|
| 10 | 1____ | Investment (to invest funds) | | | | |
| 10 | 26110 | Judgment | | | | |
| 10 | 26120 | Judgment Other | | | | |
| 10 | 26130 | Condemnation Awards | | | | |
| 10 | 26210 | Cash Bond | | | | |
| 10 | 26310 | Trust | | | | |
| 10 | 26390 | Trust (withdrawal) | | | | |
| 10 | 26600 | Deposits Payable | | | | |
| 10 | 29100 | Refund Of Fees | | | | |
| 10 | _26115_ | _pay off judgment_ | _roe 11_ _R060273_ | | | |
| 10 | | | | | | |

| | Date | Batch ID | Initials |
|---|------|----------|----------|
| | | | |

**NOTE:** _Unshaded portion of form to be completed by other than bookkeeper. Shaded portion of form to be completed by bookkeeper only._

Case File Copy
For Estates, Special Proceedings and Trust only)

POUNDS EX 0034

AOC-F-100AP, Rev. 12/12
© 2012 Administrative Office of the Courts

# CLERK of SUPERIOR COURT DURHAM CO.
## CIVIL RECEIPTING

ABSTRACT NUMBER:J001
R060273    08/11/16   16:49:19

Payor Name: ___Portfolio Recovery___
(Party to Case)

PAYOR: PORTFOLIO RECOVERY
PAYEE PD BYCDSO
CASE#: 15CVD004120 VCAP:Y
CITA#:

15 CVD 00 20

**FILE NUMBER**

Payee Name: ___DCSO    ck 18722___
(Pd by: attorney, interested party, etc.)

26115 JUDGMENTS CIVIL    1,354.28

---

TOTAL PAID    1,354.28
TENDERED    1,354.28
CHANGE    .00

| Flag for VCAP = YES | Flag for VCAP = NO |
|---|---|
| **FILING FEES:** (original/counterclaim/cross-claim) | **FILING FEES:** |
| ☐ CVSC Superior  $200.00 | ☐ CDDG Divorce/Disp. Home  $225.00 |
| ☐ CVDC District  $150.00 | ☐ CVDC Domestic  $150.00 |
| $ 96.00 | ☐ CVAC District Court Appeal from  $146.00 |
| | Magistrate |
| | **SERVICE FEES:** |
| | ☐ WRIT OF EXECUTION  21400  $_____ |
| | ☐ WRIT OF POSSESSION  21400  $_____ |
| | ☐ SHERIFF  22515  $_____ |

DURHAM COUNTY CLERK OF COURT

STRACT NUMBER:J001
J60273    08/11/16   16:49:19

PAYOR: PORTFOLIO RECOVERY
PAYEE: PD BYCDSO
CASE#: 15CVD004120 VCAP:Y
CITA#:

26115 JUDGMENTS CIVIL    1,354.28

TOTAL PAID    1,354.28
CO TENDERED    1,354.28
CHANGE    .00

5515    ID C31DTD

① /

1354.28

☐ **BOND RENT**    26220  $_____

**JUDGMENT PAYMENT:**
**JUDGMENT IN DOCKET BOOK.**

| | | | | Book | Page |
|---|---|---|---|---|---|
| ☐ FULL | | ☐ PARTIAL | | | |
| ☐ JUDGMENT | | | 26110 $_____ | | |
| ☐ BOND FORFEITURE | | | 22800 $_____ | | |
| (PRIOR TO JUDGMENT) | | | | | |
| ☐ TRANSCRIPT FEE | | | 21400 $_____ | | |

Transcript # _____
County _____

☐ SUPPL PROCEEDING  21400  $_____
☐ MOTION FEE  21450  $_____

**MISCELLANEOUS FEES:**

☐ MISC FILING FEE  21400  $_____
☐ COPY  21410  $_____
☐ CIVIL BONDS  26210  $_____
☐ CONDEMNATION  26130  $_____
☐ TRUST (Minor's portion)  26310  $_____
☐ ARBITRATION FEES  24311  $_____
(CVD – BEFORE JUDGMENT)
☐ VSA, REGISTRATION,  21400  $_____
PASSPORTS, ETC
☐ LIS PENDENS  21400  $_____
☐ UPSET BID  26700  $_____

☐ TRIAL DE NOVO  24310  $_____
☐ CIVIL BONDS  26210  $_____
☐ OUT OF STATE ATTY  24625  $_____
($200)
☐ OUT OF STATE ATTY  24626  $_____
BAR FEE ($25)

$_____

OTHER ACCOUNT # _____

POUNDS EX 0035

REVIEWED BY: _____    DATE: 08/11/16    TOTAL: 1354.28

227765

PAID JUN 15 2016
$30.00

# STATE OF NORTH CAROLINA

Durham _____ County

File No.
15 CvD 4120

Abstract No.
J001

Judgment Book & Page No. In Original County

In The General Court Of Justice

Name And Address Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

2016 JUN 15 P 12: 19

4 28395

428395

# WRIT OF EXECUTION

G.S. 1-313(1); 1C, Art. 16

**VERSUS**

Name And Address Of Defendant 1
IRIS POUNDS
109 Red Bird Drive
Durham, NC 27704
SSN ***-**-4404 Home Phone: (919)201-8694

Name And Address Of Defendant 2
428395

201613131

To The Sheriff Of   Durham                          County:

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---|
| Principal Due As Of Today.............................................. | $ | 1089.28 |
| Plus Dollar Amount Of Interest Due As Of Today................ | $ | 0.00 |
| Plus Court Cost Due As Of Today.................................... | $ | 265.00 |
| Plus Other.................................................................... | $ | 0.00 |
| Total Due As Of Today.................................................. | $ | 1354.28 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
(NOTE: Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.)

| Date From Which Interest Due | Date Of Judgment<br>October 12, 2015 | County To Which Issued<br>Durham | File No.<br>15 CvD 4120 |
|---|---|---|---|
| Rate Of Interest<br>0.0000   ☐ Contract Rate<br>☐ Legal Rate | Daily Interest Rate<br>$0.00 | Judgment Docket Book & Page No. | Transcript No. | Date And Time Of Docketing<br>10/12/2015 at 3:09 pm |

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

Additional Order For Satisfying Judgment
The defendant was served with a Notice of Right to Have Exemptions Designated more than 20 days prior to this date, and no response thereto has been filed. The defendant has therefore waived any right to claim statutory exemptions, pursuant to the provisions of G.S. § 1C-1603(e)(2).

| County In Which Order To Be Served<br>Durham County | Date Issued<br>JUN 14 2016 |
|---|---|
| Name And Address Of Creditor's Attorney<br>Mitchell A. Meyers   (919) 688-1000<br>Box 110564<br>...ham, North Carolina 27709<br>Attn: Rhonda G. Roy — (919) 688-1000 | Signature<br>Lisa P. Strickland<br>Deputy CSC<br>☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

POUNDS EX 0036



| | RETURN OF EXECUTION | |
|---|---|---|

This Writ Of Execution was served as follows:

☒ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| 7/28/16 | Received $250 advance. |
| 8/2/16 | Seized the defendants 2011 Nissan Versa. |
| | VIN #3N1BC1CP7BL394071 |
| | Vehicle released same today. Debtor paid $1,525.64 in cash to cashiers. |
| | Return $250.00 levy fee. |
| | Pay Robert's Towing $125 for tow fee. |

BY DURHAM COUNTY C.S.C. 16 AUG 11 PM 4:18 FILED

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ 1,525. 64 | $ 46.36 | $ 125.— (Tow) | $ 1,354. 28 |

☐ I did not serve this Writ Of Execution because:

    ☐ I did not locate property on which to levy.

    ☐ Other: *(specify)*

| | | |
|---|---|---|
| Service Fee Paid $ | Date Received | Name of Sheriff *(Type Or Print)* M D Andrews |
| Paid By | Date Executed | County Durham |
| | Date Of Return 8/3/16 | Signature Of Deputy Sheriff Making Return J. Taylor #520 |

AOC-CV-400, Side Two, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0037

DURHAM COUNTY CLERK OF COURT

PO54712          06/21/16   09:15:48

PAYOR: POUNDS
PAYEE: COPIES
CASE#:              VCAP:N
CITA#:

21410 COPY FEES              8.00

              TOTAL PAID      8.00
           CA TENDERED       10.00
              CHANGE          2.00

5381    ID C31LJ2

POUNDS EX 0038

POUNDS EX 0039

# STATE OF NORTH CAROLINA

Durham _____ County

| | |
|---|---|
| File No. | 15 CvD 412.. |
| Abstract No. | J001 |

Judgment Book & Page No. In Original County

In The General Court Of Justice

*Name And Address Of Plaintiff*
PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

# WRIT OF EXECUTION

G.S. 1-313(1); 1C, Art. 16

## VERSUS

*Name And Address Of Defendant 1*
IRIS POUNDS
109 Red Bird Drive
Durham, NC 27704
SSN ***-**-4404 Home Phone: (919)201-8694

*Name And Address Of Defendant 2*

To The Sheriff Of ___Durham___ County:

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---:|
| Principal Due As Of Today............................................... | $ | 1089.28 |
| Plus Dollar Amount Of Interest Due As Of Today................. | $ | 0.00 |
| Plus Court Cost Due As Of Today....................................... | $ | 265.00 |
| Plus Other................................................................. | $ | 0.00 |
| **Total Due As Of Today.......................................** ▶ | $ | 1354.28 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
**(NOTE:** *Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.)*

| Date From Which Interest Due | Date Of Judgment October 12, 2015 | County To Which Issued Durham | File No. 15 CvD 4120 |
|---|---|---|---|
| Rate Of Interest 0.0000  ☐ Contract Rate ☐ Legal Rate | Daily Interest Rate $0.00 | Judgment Docket Book & Page No. | Transcript No. | Date And Time Of Docketing 10/12/2015 at 3:09 pm |

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

*Additional Order For Satisfying Judgment*
The defendant was served with a Notice of Right to Have Exemptions Designated more than 20 days prior to this date, and no response thereto has been filed. The defendant has therefore waived any right to claim statutory exemptions, pursuant to the provisions of G.S. § 1C-1603(e)(2).

| County In Which Order To Be Served Durham County | Date Issued JUN 1 4 2016 |
|---|---|
| Name And Address Of Creditor's Attorney Mitchell A. Meyers  (919) 688-1000 P.O. Box 110564 urham, North Carolina 27709 Attn: Rhonda G. Roy – (919) 688-1000 | Signature Lisa P. Strickland Deputy CSC ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

POUNDS EX 0040

*EX00002634 64*

| RETURN OF EXECUTION | |
|---|---|

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| | |

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this Writ Of Execution because:

    ☐ I did not locate property on which to levy.

    ☐ Other: *(specify)*

| Service Fee Paid | Date Received | Name of Sheriff (Type Or Print) |
|---|---|---|
| $ | | |
| Paid By | Date Executed | County |
| | Date Of Return | Signature Of Deputy Sheriff Making Return |

ACC-CV-400, Side Two, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0041

# STATE OF NORTH CAROLINA

| | |
|---|---|
| File No. 15 CvD 4120 | Abstract No. |

Judgment Book & Page No. In Original County

Durham _____ County

In The General Court Of Justice

*Name And Address Of Plaintiff*
PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

## WRIT OF EXECUTION

G.S. 1-313(1); 1C, Art. 16

**VERSUS**

*Name And Address Of Defendant 1*
IRIS POUNDS
109 Red Bird Drive
Durham, NC 27704
SSN ***-**-4404  Home Phone: (919)201-8694

*Name And Address Of Defendant 2*

N

---

**To The Sheriff Of** Durham _____ **County:**

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---|
| Principal Due As Of Today............................................ | $ | 1089.28 |
| Plus Dollar Amount Of Interest Due As Of Today................. | $ | 0.00 |
| Plus Court Cost Due As Of Today.................................... | $ | 265.00 |
| Plus Other................................................................. | $ | 0.00 |
| Total Due As Of Today............ May 24, 2016 ▶ | $ | 1354.28 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
(**NOTE:** *Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.*)

| Date From Which Interest Due | Date Of Judgment October 12, 2015 | County To Which Issued Durham | File No. 15 CvD 4120 |
|---|---|---|---|
| Rate Of Interest 0.0000  ☐ Contract Rate  ☐ Legal Rate | Daily Interest Rate $0.00 | Judgment Docket Book & Page No. | Transcript No. | Date And Time Of Docketing 10/12/2015 at 3:09 |

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

*Additional Order For Satisfying Judgment*
The defendant was served with a Notice of Right to Have Exemptions Designated more than 20 days prior to this date, and no response thereto has been filed. The defendant has therefore waived any right to claim statutory exemptions, pursuant to the provisions of G.S. § 1C-1603(e)(2).

| County In Which Order To Be Served Durham County | Date Issued |
|---|---|
| Name And Address Of Creditor's Attorney Mitchell A. Meyers      (919) 688-1000 P.O. Box 110564 Durham, North Carolina 27709 Attn: Rhonda G. Roy – (919) 688-1000 | Signature |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

POUNDS EX 0042

*EX000026346 4*

| | RETURN OF EXECUTION | |
|---|---|---|

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| | |

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this Writ Of Execution because:

☐ I did not locate property on which to levy.

☐ Other: *(specify)*

| Service Fee Paid | Date Received | Name of Sheriff (Type Or Print) |
|---|---|---|
| $ | | |
| Paid By | Date Executed | County |
| | Date Of Return | Signature Of Deputy Sheriff Making Return |

AOC-CV-400, Side Two, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0043

# CLERK of SUPERIOR COURT, DURHAM CO.
## CIVIL RECEIPTING

Payor Name: _Portfolio_

(Party to Case)

Payee Name: _Sessoms_

party, etc.)

15 CVD 4120

FILE NUMBER

1228414

25.00
1228414

k No.

Flag for VCAP = NO

**FILING FEES:**

| | | |
|---|---|---|
| ☐ | CDDC Divorce/Disp. Home | $ 225.00 |
| ☐ | CVDC Domestic | $ 150.00 |
| ☐ | CVAC District Court Appeal from Magistrate | $ 146.00 |

**SERVICE FEES:**

| | | | |
|---|---|---|---|
| ☒ | WRIT OF EXECUTION | 21400 | $ 25.00 |
| ☐ | WRIT OF POSSESSION | 21400 | $ |
| ☐ | SHERIFF | 22515 | $ |

| | | | |
|---|---|---|---|
| ☐ | **BOND RENT** | 26220 | $ |

**JUDGMENT PAYMENT:**
**JUDGMENT IN DOCKET BOOK**

|  |  |  |  |  | Book | Page |
|---|---|---|---|---|---|---|
| ☐ | FULL | ☐ | PARTIAL | | | |
| ☐ | JUDGMENT | | 26110 | $ | | |
| ☐ | BOND FORFEITURE (PRIOR TO JUDGMENT) | | 22800 | $ | | |
| ☐ | TRANSCRIPT FEE | | 21400 | $ | | |
| | Transcript # _____ | | | | | |
| | County _____ | | | | | |
| ☐ | SUPPL PROCEEDING | | 21400 | $ | | |
| ☐ | MOTION FEE | | 21450 | $ | | |

**MISCELLANEOUS FEES:**

| | | | |
|---|---|---|---|
| ☐ | MISC FILING FEE | 21400 | $ |
| ☐ | COPY | 21410 | $ |
| ☐ | CIVIL BONDS | 26210 | $ |
| ☐ | CONDEMNATION | 26130 | $ |
| ☐ | TRUST (Minor's portion) | 26310 | $ |
| ☐ | ARBITRATION FEES (CVD – BEFORE JUDGMENT) | 24311 | $ |
| ☐ | VSA, REGISTRATION, PASSPORTS, ETC | 21400 | $ |
| ☐ | LIS PENDENS | 21400 | $ |
| ☐ | UPSET BID | 26700 | $ |

```
.HAM COUNTY CLERK OF COURT
******** DUPLICATE RECEIPT ********
S042327    06/15/16  10:39:48

PAYOR: PORTFOLIO
PAYEE: PD BY SESSOMS
CASE#: 15CVD004120 VCAP:N
CITA#:

21400 MISC SPEC FEES      25.00

        TOTAL PAID     25.00
        CD TENDERED    25.00
        CHANGE          .00

5369   ID C31LHA
```

Clerk of Super
Durham Count
510 South Dill
Durham, NC 2

Portfolio Reco

Filing Fee for E

Claim #: 26346
Court File : 15

SESSOM

GERS, P.A

POUNDS EX 0044

REVIEWED BY: DATE: 6-14-16 TOTAL: 25.00

DURHAM COUNTY CLERK OF COURT

SO42327          06/15/16  10:39:48

PAYOR: PORTFOLIO
PAYEE: PD BY SESSONS
CASE#: 15CVD004120 VCAP:N
CITA#:

21400 MISC SPEC FEES          25.00

                    TOTAL PAID     25.00
                   CO TENDERED     25.00
                       CHANGE        .00

5369   ID C31LMA

POUNDS EX 0045

219859
$30
PAID FEB 04 2016
18571
A-8-22
2016 FEB

# STATE OF NORTH CAROLINA

Durham _____ County

| File No. | Abstract No. |
|---|---|
| 15 CvD 4120 | |

Judgment Docket Book And Page No.

Date Judgment Filed
October 12, 2015

In The General Court Of Justice
[X] District   [ ] Superior Court Division

Name Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC

**VERSUS**

Name Of Defendant
IRIS POUNDS

## NOTICE OF RIGHT TO HAVE EXEMPTIONS DESIGNATED

G.S. 1C-1603

| TO:<br>Name And Address Of Judgment Debtor 1<br>Iris Pounds<br>109 Red Bird Drive<br>Durham NC 27704 | TO:<br>Name And Address Of Judgment Debtor 2 |
|---|---|

NOTE: *Attach a copy of AOC-CV-407 if the judgment was filed before 1/1/06. For judgments filed after 1/1/06, attach AOC-CV-415.*

A judgment has been entered against you in the case captioned above in which you have been ordered to
[X] pay money over to the judgment creditor.   [ ] turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. **You have certain constitutional rights you may claim if you give up your statutory rights.** You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

NOTICE TO JUDGMENT DEBTOR: *THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.*

| Name And Address Of Judgment Creditor Or Attorney<br>Mitchell A. Meyers<br>Sessoms & Rogers, P.A.<br>P.O. Box 110564<br>Durham, North Carolina 27709 | Date<br>2-4-16 | Signature<br>*Regina Vance* |
|---|---|---|
| | [X] Deputy CSC   [ ] Assistant CSC | [ ] Clerk Of Superior Court |
| | Address Of The Clerk Of Superior Court<br>Clerk of Superior Court<br>Durham County Courthouse<br>Durham, North Carolina 27701 | 510 S DILLARD ST<br>RM #4000B JDGMTR |
| Telephone No.<br>(919) 688-1000 | | |

NOTICE TO THE JUDGMENT CREDITOR:
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the Motion served by the sheriff. If you select this method, you must pay a service fee. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address. To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406, Rev. 2/06
© 2006 Administrative Office of the Courts

(Over)

POUNDS EX 0046

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

## JUDGMENT DEBTOR 1

| Date Served | Time Served | | Name Of Judgment Debtor 1 |
|---|---|---|---|
| 2-10-16 | 417 | ☐ AM ☑ PM | Iris Pounds |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☑ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

George Pounds (Husband) 109 Redbird Dr.

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| $ | | M Andrews |
| Paid By | Date Of Return | County |
| | 2-10-16 | Chatham |
| | | Signature Of Deputy Sheriff Making Return |
| | | |

## JUDGMENT DEBTOR 2

| Date Served | Time Served | | Name Of Judgment Debtor 2 |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

AOC-CV-406, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

POUNDS EX 0047

# STATE OF NORTH CAROLINA

Durham _____ County

| | |
|---|---|
| **File No:** 15 CvD 4120 | **Abstract No.** |
| *Judgment Docket Book And Page No.* | |
| *Date Judgment Filed* October 12, 2015 | |

In The General Court Of Justice
☒ District ☐ Superior Court Division

*Name Of Plaintiff*
PORTFOLIO RECOVERY ASSOCIATES, LLC

**VERSUS**

*Name Of Defendant*
IRIS POUNDS

## NOTICE OF RIGHT TO HAVE EXEMPTIONS DESIGNATED

G.S. 1C-1603

| **TO:** | **TO:** |
|---|---|
| *Name And Address Of Judgment Debtor 1* | *Name And Address Of Judgment Debtor 2* |
| Iris Pounds | |
| 109 Red Bird Drive | |
| Durham NC 27704 | |

**NOTE:** *Attach a copy of AOC-CV-407 if the judgment was filed before 1/1/06. For judgments filed after 1/1/06, attach AOC-CV-415.*

A judgment has been entered against you in the case captioned above in which you have been ordered to
☒ pay money over to the judgment creditor.　　☐ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. **You have certain constitutional rights you may claim if you give up your statutory rights.** You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

**NOTICE TO JUDGMENT DEBTOR:** *THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.*

| *Name And Address Of Judgment Creditor Or Attorney* | *Date* 2-4-16 | *Signature* Regina Anne |
|---|---|---|
| Mitchell A. Meyers | | ☑ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| Sessoms & Rogers, P.A. | | |
| P.O. Box 110564 | *Address Of The Clerk Of Superior Court* | |
| Durham, North Carolina 27709 | Clerk of Superior Court | |
| | Durham County Courthouse | 510 S DILLARD ST |
| *Telephone No.* | Durham, North Carolina 27701 | RM 4400B JDGMT |
| (919) 688-1000 | | |

**NOTICE TO THE JUDGMENT CREDITOR:**
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the Motion served by the sheriff. If you select this method, you must pay a service fee. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address. To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406, Rev. 2/06
© 2006 Administrative Office of the Courts

(Over)

263464.001

POUNDS EX 0048

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

## JUDGMENT DEBTOR 1

| Date Served | Time Served | Name Of Judgment Debtor 1 |
|---|---|---|
| | ☐ AM  ☐ PM | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| $ | | |
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

## JUDGMENT DEBTOR 2

| Date Served | Time Served | Name Of Judgment Debtor 2 |
|---|---|---|
| | ☐ AM  ☐ PM | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

AOC-CV-406, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

POUNDS EX 0049

# SESSOMS & ROGERS, P.A.
## ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

February 1, 2016

Clerk of Superior Court
Durham County Courthouse
510 South Dillard Street
Durham, North Carolina 27701

Re:    Portfolio Recovery Associates, LLC
       v.
       Iris Pounds
       Durham County Case No. 15 CvD 4120

Dear Sir or Madam:

We are enclosing the original and one copy of a proposed Notice of Right to Have Exemptions Designated, along with two copies of the required Motion to Claim Exempt Property in this case. Please issue the notice and deliver it, along with the motions and the enclosed check for service, to the **Durham** County Sheriff's Department.

Thank you very much for your assistance. Please feel free to contact us if you have any questions concerning this case.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:rr2
Enclosures
263464.001

POUNDS EX 0050

STATE OF NORTH CAROLINA

COUNTY OF DURHAM

DURHAM COUNTY
FILED
NOV 17 2015
AT 9:22 A M
CLERK OF SUPERIOR COURT

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 4120

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
            Plaintiff )
                           )
vs.                            )
                           )
IRIS POUNDS,           )
            Defendant )

CERTIFICATE

OF SERVICE

This is to certify that, pursuant to G.S. § 1A-1, Rule 5(b), a copy of the judgment was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant, as follows:

         Iris Pounds
         109 Red Bird Drive
         Durham, North Carolina 27704

This the _13_ day of November, 2015.

                    SESSOMS & ROGERS, P.A.

         By: _____
              Mitchell A. Meyers
              Attorney for Plaintiff
              P.O. Box 110564
              Durham, North Carolina 27709
              Telephone: (919) 688-1000



POUNDS EX 0051

STATE OF NORTH CAROLINA FILED IN THE GENERAL COURT OF JUSTICE

COUNTY OF DURHAM 15 OCT 12 PM 3:09 DISTRICT COURT DIVISION

DURHAM COUNTY, C.S.C. 15 CvD 4120

BY

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                )
               Plaintiff            )
                                  )
                                  )
vs.                                )      JUDGMENT BY DEFAULT
                                  )
                                  )           [DEFJ]
IRIS POUNDS,                         )
109 Red Bird Drive                 )
Durham, North Carolina 27704     )
                                  )
             Defendant           )
                                  )
_____)

      THIS CAUSE came on to be heard before the undersigned Clerk of Superior Court of Durham

County, North Carolina, upon motion by the plaintiff for the Entry of Default Judgment against the

Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55; and

      IT APPEARED TO THE COURT and the Court entered the following findings of fact and

conclusions of law:

      1. The plaintiff initiated this action against the Defendant on August 5, 2015.

      2. The defendant is a resident of Durham County, North Carolina, and is therefore subject to the

jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

      3. Service of process was properly obtained by serving copies of the summons and complaint

upon the Defendant on or about August 11, 2015, in compliance with the requirements of G.S. § 1A-1,

Rule 4(j)(1).

      4. This is an action for a sum certain or a sum which can by computation be made certain, and

the Court has jurisdiction over the parties and the subject matter of this action.



POUNDS EX 0052

5. The Defendant is neither an infant nor an incompetent person, nor on active duty in military service, nor under any other legal disability.

6. More than thirty (30) days have passed since service was had upon the Defendant, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the defendant, nor has the defendant made any appearance before the Court so as to be entitled to notice of this motion.

7. Default was entered against the Defendant, pursuant to G.S. § 1A-1, Rule 55(a).

8. The defendant is lawfully indebted to the plaintiff in the principal sum of $1,089.28 and said sum has been outstanding since March 2, 2014.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED, pursuant to the provisions of G.S. § 1A-1, Rule 55, as follows:

1. That the plaintiff have and recover from the defendant the principal sum of $1,089.28.

2. Plaintiff declines all pre-judgment and post-judgment interest.

3. That the plaintiff further have and recover from said Defendant the costs of this action.

This the __12__ day of ~~September,~~ Oct , 2015.

# 150.00 cost
30.00 sh fee
# 180.00 nord 2-4-16
30.00 nord
210.00

_____
[Assistant] Clerk of Superior Court

POUNDS EX 0053

STATE OF NORTH CAROLINA FILED    IN THE GENERAL COURT OF JUSTICE

COUNTY OF DURHAM  15 OCT 12 PM 3:09   DISTRICT COURT DIVISION

DURHAM COUNTY, C.S.C.        15 CvD 4120

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
BY:                                )
                Plaintiff          )
                                   )
                                   )
vs.                                )        ENTRY OF DEFAULT
                                   )
                                   )          [EODF]
IRIS POUNDS,                       )
                                   )
                Defendant          )
                                   )
_____)

THIS CAUSE came on to be heard before the undersigned upon motion by the plaintiff for an Entry of Default against the Defendant pursuant to the provisions of G.S. § 1A-1, Rule 55(a); and IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1. The defendant is a resident of Durham County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

2. The plaintiff initiated this action against the Defendant on August 5, 2015. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about August 11, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

3. No answer or other pleading of any nature has been filed by the Defendant, nor has the Defendant appeared before the Court in any manner, and the time allowed for the Defendant to answer, plead or otherwise appear has expired.

IT IS NOW, THEREFORE, ORDERED that default be, and is hereby entered against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55(a).

This the __12__ day of September, Oct. 2015.



_____
[Assistant] Clerk of Superior Court

POUNDS EX 0054

STATE OF NORTH CAROLINA     FILED IN THE GENERAL COURT OF JUSTICE

COUNTY OF DURHAM     15 OCT 12 PH 3: 06 STRICT COURT DIVISION

DURHAM COUNTY, C.S.C.     15 CvD 4120
BY

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                     )
              Plaintiff              )     AFFIDAVIT and MOTION
                                     )
                                     )           for
vs.                                  )
                                     )     ENTRY OF DEFAULT and
                                     )
IRIS POUNDS,                         )     JUDGMENT BY DEFAULT
                                     )
              Defendant              )        [EODF & DEFJ]
                                     )

Mitchell A. Meyers, having sworn or affirmed, deposes and says as follows:

1. He is the attorney for the plaintiff in the above-captioned civil action.

2. The Plaintiff commenced this action against the Defendant for a sum certain or a sum which could by computation be made certain on or about August 5, 2015. The Defendant was served with the Summons and Complaint on or about August 11, 2015, as shown on the return of service filed herein, as required by G.S. § 1A-1, Rule 4(j)(1).

3. More than thirty (30) days have passed since the Defendant was served, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the Defendant, nor has any appearance been made by the Defendant before the Court so as to be entitled to notice of this motion.

4. Pursuant to an agreement entered into between the Defendant and the Plaintiff, a credit account (herein the "Account") was opened and credit thereafter extended to the Defendant.

5. The Defendant accepted and used the credit extended on the Account, as shown by the copies of monthly billing statements (herein the "Statements") previously filed herein as an attachment to the Plaintiff's Complaint as Exhibit "A" and incorporated herein by this reference.



POUNDS EX 0055

6.  As this was a credit card account, the origination balance was $0.00. The Statements reflect an itemization of the charges and fees owed, along with an explanation of how the balance owing on the Account was calculated. The last payment on the defendant's Account was made on or about September 13, 2013.

7.  The Defendant defaulted on their obligation to pay the balance accrued on the Account. The Account was charged-off by GE Capital Retail Bank f/k/a GE Money Bank for non-payment in the amount of $1,089.28 as evidenced by the Charge-off Statement attached hereto as Exhibit "1" and incorporated herein by this reference.

8.  The Account was subsequently assigned to the Plaintiff, the current holder of the Account. The chain of ownership of the Account, previously filed herein as an attachment to the Plaintiff's Complaint as Exhibit "B", is incorporated herein by this reference.

9.  As evidenced by the attached affidavit of account, the Defendant is indebted to the Plaintiff in the principal sum of $1,089.28 and costs of this action. The Affidavit of Account is correct in all respects to the best knowledge and belief of this affiant.

10.  To this affiant's best knowledge and belief, the defendant is not an infant or imcompetent person, nor on active duty in military service, nor under any other legal disability.

11.  The Plaintiff moves the Court to enter default against the Defendant, and to render judgment by default against said Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55.

This the 2nd day of ~~September~~ *Oct.*, 2015.

_____
Mitchell A. Meyers
Attorney for Plaintiff

Sworn to or affirmed and acknowledged before me,
this the _2_ day of ~~September~~, 2015.
*October* CMD

*Cassandra M Deaver*
Cassandra M. Deaver, Notary Public
My commission expires: 1/8/19

CASSANDRA M DEAVER
NOTARY PUBLIC
WAKE COUNTY, NC

POUNDS EX 0056

## AFFIDAVIT

State of Virginia
City of Norfolk ss.

FILED
15 OCT 12 PM 3:08
DURHAM COUNTY, C.S.C.
BY_____

I, the undersigned, _____Donna Dangerfield_____, Custodian of Records, for Portfolio Recovery Associates, LLC hereby depose, affirm and state as follows:

1.     I am competent to testify to the matters contained herein.

2.     I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Original Creditor **GE CAPITAL RETAIL BANK/BELK** and those records transferred to Account Assignee from **GE CAPITAL RETAIL BANK** ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3.     According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on **4/19/2014**. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4.     According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from **IRIS POUNDS** ("Debtor and Co-Debtor") to the Account Seller the sum of **$1,089.28** with the respect to account number **ending in 9007** as of the date of **3/2/2014** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5.     According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$1,089.28** as due and owing as of the date of this affidavit.

6.     Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC

By: _____Donna Dangerfield_____, Custodian of Records

Subscribed and sworn to before me on _____MAY 2 1 2015_____

Notary Public

KATRINA LAKEISHA WHITE
NOTARY PUBLIC
REGISTRATION # 754283
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
FEBRUARY 28, 2017

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.



263464

POUNDS EX 0057



## Belk Rewards
## Credit Card

IRIS A POUNDS
Account Number: ▉▉▉▉▉ 9007

Visit us at www.belkcredit.com
Customer Service: 1-800-347-1170

| Summary of Account Activity | |
|---|---|
| Previous Balance | $1,089.28 |
| - Other Credits | $1,089.28 |
| New Balance | $0.00 |
| Credit Limit | $1,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 03/02/2014 |
| Days In Billing Cycle | 26 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Payment Due | $353.00 |
| Payment Due Date | 03/04/2014 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

| Rewards Points Summary | |
|---|---|
| Previous Point Balance | 0 |
| Points Earned This Period | 0 |
| Points Converted to Rewards | 0 |
| Current Point Balance | 0 |
| Points to Next Reward | 400 |
| Rewards Earned This Year | $0 |

**Belk Account News**

Current Year-To-Date Spend: $0.00
Spend Needed For Elite Status: $1,500.00
Points To Next Reward: 400

Use Your Belk Card to Enjoy Exceptional
Value, Savings And Rewards!
Remember You Earn 1 Point For Every Dollar
You Spend, Some Exclusions Apply.



### Transaction Summary

| Tran Date | Post Date | Reference Number | Plan Type | Description of Transaction or Credit | Amount |
|---|---|---|---|---|---|
| 03/02 | 03/02 | F935600ED00999990 | | CHARGE OFF ACCOUNT-PRINCIPALS | ($828.70) |
| 03/02 | 03/02 | F935600ED00999990 | | CHARGE OFF ACCOUNT *FINANCE CHARGES* | ($260.58) |
| | | | | FEES | |
| | | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | | INTEREST CHARGED | |
| 03/02 | 03/02 | | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2014 Totals Year-To-Date | |
|---|---|
| Total Fees charged in 2014 | $0.00 |
| Total Interest charged in 2014 | $44.37 |
| Total Interest Paid in 2014 | $0.00 |

### Interest Charge Calculation
Your Annual Percentage Rate (APR)s the annual interest rate on your account.

| Type of Balance | Expiration Date | ANNUAL PERCENTAGE RATE | Balance Subject to Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | N/A | 24.49% | $0.00 | $0.00 | 2D |

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**

**NOTICE:** We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information.



4128      E1N      1      3  4  140302      2 X PAGE 1 of 3          9356  1500  B322  01BN4128

Detach and mail this portion with your check. Do not include any correspondence with your check.



Account Number: ▉▉▉▉▉ 9007

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $353.00 | $0.00 | 03/04/2014 | $0.00 | $0.00 |

**Payment Enclosed:** $ ☐☐☐☐☐ . ☐☐

Please use blue or black ink.

New address or email? Print changes on back.

IRIS A POUNDS
109 RED BIRD DR
DURHAM NC 27704-5184

Make Payment To: BELK/GECRB
PO BOX 530940
ATLANTA, GA 30353-0940



EXHIBIT
1

POUNDS EX 0058



**Cardholder News and Information**

Statement not provided to customer.

Please Note: Enclosed is the Privacy Policy for this account. Please take a moment to read it, then keep it with other financial documents. If you have previously opted-out, you do not need to do so again.

**Cardholder Benefits and Information**

Sign up for electronic statements - just go to www.belkcredit.com/ebill.

6120      E1H      1      3  4   140302      1 X PAGE 2 of 3      9356  1500  B322  018MG128

POUNDS EX 0059

# STATE OF NORTH CAROLINA

In The General Court Of Justice

FILED

**Durham** County

| | |
|---|---|
| *Name And Address Of Plaintiff*<br>Portfolio Recovery Associates, LLC<br>c/o Sessoms & Rogers, P.A.<br>P.O. Box 110564<br>Durham, NC 27709 | 15 OCT 12 PM 3: 08<br><br>DURHAM COUNTY, **SERVICEMEMBERS CIVIL RELIEF ACT**<br>**AFFIDAVIT** |

**VERSUS**

BY_____

| | |
|---|---|
| *Name And Address Of Defendant*<br>Iris Pounds<br>109 Red Bird Drive<br>Durham, North Carolina 27704 | 50 U.S.C. app. 501 to 597b |

**NOTE:** *This form is not for use in Chapter 45 Foreclosure actions.*

## AFFIDAVIT

I, the undersigned Affiant, under penalty of perjury declare the following to be true:

1. As of the current date: *(check one of the following)*
   - [ ] a. the defendant named above is in military service.*
   - [x] b. the defendant named above is **not** in military service.*
   - [ ] c. I am unable to determine whether the defendant named above is in military service.*

2. *(check one or more of the following)*
   - [x] a. I [x] have [ ] have not used the Servicemembers Civil Relief Act Website (https://www.dmdc.osd.mil/appj/scra/) to determine the defendant's military status. [x] The results from my use of that website are attached.
     **(NOTE:** *The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. DoD security certificates will be automatically added to the computers of all Judicial Branch users, such that these users should not expect security alerts to appear with this website after July of 2015. As of June 18, 2015, the Servicemembers Civil Relief Act Website includes the following advice: "Most web browsers don't come with the DoD certificates already installed. The best and most secure solution is for the user to install all of the DoD's public certificates in their web browser.")*
   - [ ] b. The following facts support my statement as to the defendant's military service: *(State how you know the defendant is not in the military. Be specific.)*

     _____
     _____
     _____
     _____
     _____
     _____
     _____

***NOTE:** The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. app. 511(2).*

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | *Date* 10/2/15 |
|---|---|
| *Date* 10-2-15 | *Signature Of Affiant* |
| *Signature Of Person Authorized To Administer Oaths*<br>*Cassandra M Deaver* | CASSANDRA M DEAVER<br>NOTARY PUBLIC<br>WAKE COUNTY, NC |
| [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk of Superior Court | *Name Of Affiant (type or print)*<br>Mitchell A. Meyers<br>Attorney for Plaintiff<br>Sessoms & Rogers, P.A.<br>P.O. Box 110564<br>Durham, NC 27709 |
| **SEAL** [x] Notary | *Date My Commission Expires* 1/8/19 |

**NOTE TO COURT:** *Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.*

AOC-G-250, New 6/15
© 2015 Administrative Office of the Courts

(Over)

POUNDS EX 0060

* M X 0 0 0 0 2 6 3 4 6 4 *



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: <u>POUNDS</u>
First Name: <u>IRIS</u>
Middle Name:
Active Duty Status As Of: <u>Sep-29-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

File #: 263464

209999    out

PAID AUG 0 6 2015    30    15 CVD04120

DURHAM COUNTY
FILED
AUG 05 2015
AT 3:36 P M
CLERK OF SUPERIOR COURT

# STATE OF NORTH CAROLINA

Durham
_____ County

File No.

In The General Court Of Justice
☒ District ☐ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| Address c/o | Sessoms & Rogers, P.A. |
| | Attorneys for Plaintiff |
| City, State, Zip | P.O. Box 110564 |
| | Durham, North Carolina 27709 |

**VERSUS**

| Name Of Defendant(s) |
|---|
| IRIS POUNDS |

# CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

| Date Original Summons Issued | |
|---|---|
| Date(s) Subsequent Summons(es) Issued | |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Iris Pounds | |
| 109 Red Bird Drive | |
| Durham, NC 27704 | |
| | |
| Home Phone: (919)201-8694 | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued AUG 05 2015 | Time 3:36 | ☐ AM ☐ PM |
|---|---|---|---|
| Mitchell A. Meyers | Signature | | |
| Sessoms & Rogers, P.A. | | | |
| P.O. Box 110564 | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |
| Durham, North Carolina 27709 | | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

8-10 930LH
8-10 302NL

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

263464.001
AOC-CV-100, Rev. 6/11    (Over)
© 2011 Administrative Office of the Courts

* S U 0 0 0 0 2 6 3 4 6 4 *

POUNDS EX 0062

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| 8-11-15 | 6:45 | ☒ AM ☒ PM | Iris Pounds |

- [ ] By delivering to the defendant named above a copy of the summons and complaint.
- [☒] By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.
- [ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Mr Pounds (Husband) 109 Reel bird.

- [ ] Other manner of service (specify)

- [ ] Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

- [ ] By delivering to the defendant named above a copy of the summons and complaint.
- [ ] By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.
- [ ] As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

- [ ] Other manner of service (specify)

- [ ] Defendant WAS NOT served for the following reason.

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (Type Or Print) |
| | M Andrus |
| Date Of Return | County Of Sheriff |
| 8-11-15 | Graham |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

POUNDS EX 0063

# STATE OF NORTH CAROLINA

Durham _____ County

DURHAM COUNTY
FILED
AUG 05 2015
3:36
AT _____
CLERK OF SUPERIOR COURT

File No. CVD 004121

In The General Court Of Justice
☒ District ☐ Superior Court Division

**Name And Address Of Plaintiff 1**
Portfolio Recovery Associates, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

**Name And Address Of Plaintiff 2**

## VERSUS

**Name Of Defendant 1**

Iris Pounds

**Summons Submitted** ☒ Yes ☐ No

**Name Of Defendant 2**

**Summons Submitted** ☒ Yes ☐ No

# GENERAL
## CIVIL ACTION COVER SHEET
☒ INITIAL FILING   ☐ SUBSEQUENT FILING

*Rule 5(b), General Rules of Practice for Superior and District Courts*

**Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)**
Mitchell A. Meyers
P.O. Box 110564
Durham, North Carolina 27709

| Telephone No. (919) 688-1000 | Cell Telephone No. |
|---|---|
| NC Attorney Bar No. 28215 | Attorney E-Mail Address |

☐ Initial Appearance in Case   ☐ Change of Address

**Name Of Firm**
Sessoms & Rogers, P.A.

**FAX No.** (919) 688-9000

**Counsel for**
☒ All Plaintiffs   ☐ All Defendants   ☐ Only *(List party(ies) represented)*

☐ Jury Demanded In Pleading
☐ Complex Litigation

☐ Amount in controversy does not exceed $15,000
☐ Stipulate to arbitration

## TYPE OF PLEADING

**(check all that apply)**
☐ Amend (AMND) *Assess Motions Fee (SEE NOTE)*
☐ Amended Answer/Reply (AMND-Response) *Assess Motions Fee (SEE NOTE)*
☐ Amended Complaint (AMND) *Assess Motions Fee*
☐ Answer/Reply (ANSW-Response) *(SEE NOTE)*
☐ Change Venue (CHVN) *Assess Motions Fee*
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL) *Assess Motions Fee*
☐ Contempt (CNTP) *Assess Motions Fee*
☐ Continue (CNTN) *Assess Motions Fee*
☐ Compel (CMPL) *Assess Motions Fee*
☐ Counterclaim (CTCL) *Assess Court Costs*
☐ Crossclaim (List On Back) (CRSS) *Assess Court Costs*
☐ Dismiss (DISM) *Assess Court Costs*
☐ Exempt/Waive Mediation (EXMD) *Assess Motions Fee*
☐ Extend Statute Of Limitations, Rule 9 (ESOL) *Assess Motions Fee*
☐ Extend Time For Complaint (EXCO) *Assess Motions Fee*

**(check all that apply)**
☐ Failure To Join Necessary Party (FJNP) *Assess Motions Fee*
☐ Failure To State A Claim (FASC)
☐ Improper Venue/Division (IMVN) *Assess Motions Fee*
☐ Intervene (INTR) *Assess Motions Fee*
☐ Interplead (OTHR) *Assess Motions Fee*
☐ Lack Of Jurisdiction (Person) (LJPN) *Assess Motions Fee*
☐ Lack Of Jurisdiction (Subject Matter) (LJSM) *Assess Motions Fee*
☐ Rule 12 Motion In Lieu of Answer (MDLA) *Assess Motions Fee*
☐ Sanctions (SANC) *Assess Motions Fee*
☐ Set Aside (OTHR) *Assess Motions Fee*
☐ Show Cause (SHOW) *Assess Motions Fee*
☐ Transfer (TRFR) *Assess Motions Fee*
☐ Third Party Complaint (List Third Party Defendants on Back) (TPCL)
☐ Vacate/Modify Judgment (VCMD) *Assess Motions Fee*
☐ Withdraw as Counsel (WDCN) *Assess Motions Fee*
☐ Other *(specify and list each separately)*

NOTE: *See Side Two for a list of motions not subject to the motions fee.*

NOTE: *Assess fee only if court permission is required to amend.*

## CLAIMS FOR RELIEF

☐ Administrative Appeal (ADMA)
☐ Appointment Of Receiver (APRC)
☐ Attachment/Garnishment (ATTC)
☐ Claim And Delivery (CLMD)
☒ Collection On Account (ACCT)
☐ Condemnation (CNDM)
☐ Contract (CNTR)
☐ Discovery Scheduling Order (DSCH)

☐ Injunction (INJU)
☐ Medical Malpractice (MDML)
☐ Minor Settlement (MSTL)
☐ Money Owed (MNYO)
☐ Negligence - Motor Vehicle (MVNG)
☐ Negligence - Other (NEGO)
☐ Motor Vehicle Lien G.S. 44A (MVLN)

☐ Limited Driving Privilege - Out-Of-State Convictions (PLDP)
☐ Possession Of Personal Property (POPP)
☐ Product Liability (PROD)
☐ Real Property (RLPR)
☐ Specific Performance (SPPR)
☐ Other *(specify and list separately)*

| Date July 10, 2015 | Signature Of Attorney/Party |
|---|---|

NOTE: *All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General Civil (AOC-CV-751), Motion (AOC-CV-752) or Court Action (AOC-CV-753) cover sheet.*
*(Over)*

AOC-CV-751, Rev. 6/11, © 2011 Administrative Office of the Courts

POUNDS EX 0064

Case 1:16-cv-01395-WO-JEP   Document 1-10   Filed 12/09/16   Page 34 of 262

STATE OF NORTH CAROLINA

COUNTY OF DURHAM

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION



PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                           )
               Plaintiff             )
                                           )
vs.                                   )       COMPLAINT
                                         )
IRIS POUNDS,                    )
                                         )
             Defendant         )
                                         )



The Plaintiff, complaining of the Defendant, alleges and says as follows:

1. The Plaintiff, a limited liability company organized under the laws of the state of Delaware, with a principal office and place of business in Norfolk, Virginia, is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

2. The Defendant is a resident of Durham County, North Carolina.

3. Pursuant to an agreement entered into between the Defendant and the Plaintiff's predecessor in interest, GE Capital Retail Bank f/k/a GE Money Bank, a credit account (hereinafter "Account") was opened and credit extended to the Defendant.

4. The Defendant incurred debt on the Account, as shown by the account statements attached and incorporated herein by reference as Exhibit A. These statements provide an ongoing itemization of the charges and fees incurred to the Account and reflect how they were calculated. The last payment made to the account was received on September 13, 2013.

5. The Defendant defaulted by failing to make all payments owed on the Account when due. The Account was subsequently charged-off, assigned and acquired by the Plaintiff.

POUNDS EX 0065

Documentation evidencing the complete chain of assignment is attached and incorporated herein as Exhibit B.

6.    Notice of intent to file legal action was sent to Defendant at least thirty (30) days prior to the filing of this action.

7.    As shown by the attached Exhibits, the Defendant remains lawfully indebted to the Plaintiff in the amount of $1,089.28.  Said amount includes any offsets and credits to which the Defendant is lawfully entitled.

WHEREFORE, the Plaintiff prays the Court as follows:

1. That the Plaintiff have and recover from the Defendant the amount of $1,089.28.

2. No interest whatsoever.

3. That the Plaintiff further recover from said Defendant all costs of this action.

4. For such other and further relief as the Court may deem just and proper.

This the _____ day of _____, 2015.

SESSOMS & ROGERS, P.A.

By:_____
    Mitchell A. Meyers
    Attorney for Plaintiff
    P.O. Box 110564
    Durham, North Carolina 27709
    Telephone:  (919) 688-1000

POUNDS EX 0066



**Belk Rewards Credit Card**

IRIS A POUNDS
Account Number: ████9007

Visit us at www.belkcredit.com
Customer Service: 1-800-669-6550

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $945.31 |
| - Payments | $64.00 |
| + Fees Charged | $35.00 |
| + Interest Charged | $18.45 |
| **New Balance** | **$934.76** |
| | |
| Credit Limit | $1,000.00 |
| Available Credit | $65.00 |
| Statement Closing Date | 10/04/2013 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $934.76 |
| Amount Past Due | $81.00 |
| Total Minimum Payment Due | $144.00 |
| Payment Due Date | 10/27/2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the Minimum payment | 5 years | $1,477.00 |

If you would like information about credit counseling services, call 1-877-302-8775.

### Rewards Points Summary

| | |
|---|---|
| Previous Point Balance | 0 |
| Points Earned This Period | 0 |
| Points Converted to Rewards | 0 |
| Current Point Balance | 0 |
| Points to Next Reward | 400 |
| Rewards Earned This Year | $0 |

### Belk Account News

Current Year-To-Date Spend: $0.00
Spend Needed For Elite Status: $1,500.00
Points To Next Reward: 400
Use Your Belk Card to Enjoy Exceptional Value, Savings And Rewards!
Remember You Earn 1 Point For Every Dollar You Spend, Some Exclusions Apply.

| Basic | Premier $600 | | Elite $1500 |
|---|---|---|---|
| $0 | $375 | $750 | $1125 | $1500 |

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**

**NOTICE:** We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information.

6120      EIII      1    7    4    13:004      D PAGE 1 of 5      9356  1500  B322  018X6128

Detach and mail this portion with your check. Do not include any correspondence with your check.



| | Account Number | ████9007 |
|---|---|---|

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance |
|---|---|---|---|
| $144.00 | $81.00 | 10/27/2013 | $934.76 |

**Payment Enclosed:** $ ☐☐☐☐☐☐ . ☐☐
Please use blue or black ink.

New address or email? Print changes on back.

IRIS A POUNDS
109 RED BIRD DR
DURHAM NC 27704-5184

Make Payment To: BELK/GECRB
PO BOX 530940
ATLANTA, GA 30353-0940

POUNDS EX 0067

**EXHIBIT**

_A_



**Transaction Summary**

| Tran Date | Post Date | Reference Number | Plan Type | Description of Transaction or Credit | Amount |
|---|---|---|---|---|---|
| 09/13 | 09/13 | P8356008000XTMJG7 | | ONLINE PYMT-THANK YOU   ALPHARETTA  GA | ($64.00) |
| | | | | **FEES** | |
| 09/27 | 09/27 | | | LATE FEE | $35.00 |
| | | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| | | | | **INTEREST CHARGED** | |
| 10/04 | 10/04 | | | INTEREST CHARGE ON PURCHASES | $18.45 |
| | | | | TOTAL INTEREST FOR THIS PERIOD | $18.45 |

| 2013 Totals Year-To-Date | |
|---|---|
| Total Fees charged in  2013 | $193.00 |
| Total Interest charged in  2013 | $187.82 |
| Total Interest Paid in  2013 | $134.97 |

**Interest Charge Calculation**
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | ANNUAL PERCENTAGE RATE | Balance Subject to Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | N/A | 24.49% | $916.65 | $18.45 | 2D |

**Cardholder News and Information**
Your account reflects an amount past due. If you are having difficulty making this payment, we have several temporary repayment options available to help make things easier for you.  Call 1-800-347-1170 today to find out if you are eligible for one of our payment options.

**Cardholder Benefits and Information**
Sign up for electronic statements - just go to www.belkcredit.com/ebill.

View your recent transactions, pay your bill and manage your account all at www.belkcredit.com.

The best reason to love Mondays. My Belk Rewards Mondays. Shop online the first Monday of each month and receive exclusive savings just for Belk Rewards cardholders. Subject to credit approval.

Thank you for being a valued Belk Rewards Cardholder...Enjoy an extra 20% off (15% Home/Shoes) on purchases made with your Belk Rewards Card during our Belk Days Sale -October 16th - 19th. Subject to credit approval. Some exclusions apply, see store associate for details.

Never miss a Belk sale with your Belk Rewards Card! Text "Rewards" to 23551 and opt-in for Belk coupons & sale info via text. Msg/data rates may apply. Happy shopping!

POUNDS EX 0068

 **belk**
MODERN SOUTHERN STYLE.

## Belk Rewards
## Credit Card

IRIS A POUNDS
Account Number: ████████9007

Visit us at www.belkcredit.com
Customer Service: 1-800-347-1170

| Summary of Account Activity | |
|---|---|
| Previous Balance | $1,089.28 |
| - Other Credits | $1,089.28 |
| **New Balance** | **$0.00** |
| Credit Limit | $1,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 03/02/2014 |
| Days in Billing Cycle | 26 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Payment Due | $353.00 |
| Payment Due Date | 03/04/2014 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

| Rewards Points Summary | |
|---|---|
| Previous Point Balance | 0 |
| Points Earned This Period | 0 |
| Points Converted to Rewards | 0 |
| Current Point Balance | 0 |
| Points to Next Reward | 400 |
| Rewards Earned This Year | $0 |

### Belk Account News
Current Year-To-Date Spend: $0.00
Spend Needed For Elite Status: $1,500.00
Points To Next Reward: 400

Use Your Belk Card to Enjoy Exceptional
Value, Savings And Rewards!
Remember You Earn 1 Point For Every Dollar
You Spend, Some Exclusions Apply.

| Basic | Premier $500 | | Elite $1500 |
|---|---|---|---|
| | | | |

$0    $375    $750    $1125    $1500

### Transaction Summary

| Tran Date | Post Date | Reference Number | Plan Type | Description of Transaction or Credit | Amount |
|---|---|---|---|---|---|
| 03/02 | 03/02 | F935600ED00899990 | | CHARGE OFF ACCOUNT-PRINCIPALS | ($828.70) |
| 03/02 | 03/02 | F935600ED00899990 | | CHARGE OFF ACCOUNT "FINANCE CHARGES" | ($260.58) |
| | | | | FEES | |
| | | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | | INTEREST CHARGED | |
| 03/02 | 03/02 | | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2014 Totals Year-To-Date | |
|---|---|
| Total Fees charged in 2014 | $0.00 |
| Total Interest charged in 2014 | $44.37 |
| Total Interest Paid in 2014 | $0.00 |

### Interest Charge Calculation
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | ANNUAL PERCENTAGE RATE | Balance Subject to Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | N/A | 24.49% | $0.00 | $0.00 | 2D |

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**

**NOTICE:** We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information.

6128    E1II    1    3  4   140302    2 X PAGE 1 of 3    9356  1500  B322  01BK6128

Detach and mail this portion with your check. Do not include any correspondence with your check.

 **belk**
MODERN SOUTHERN STYLE.

Account Number ████████9007

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $353.00 | $0.00 | 03/04/2014 | $0.00 | $0.00 |

**Payment Enclosed:** $ ☐☐☐☐☐ . ☐☐

Please use blue or black ink.

New address or email? Print changes on back.



IRIS A POUNDS
109 RED BIRD DR
DURHAM NC 27704-5184

Make Payment To: BELK/GECRB
PO BOX 530940
ATLANTA, GA 30353-0940

POUNDS EX 0069



**Cardholder News and Information**

Statement not provided to customer.

Please Note: Enclosed is the Privacy Policy for this account. Please take a moment to read it, then keep it with other financial documents. If you have previously opted-out, you do not need to do so again.

**Cardholder Benefits and Information**

Sign up for electronic statements - just go to www.belkcredit.com/ebill.

POUNDS EX 0070



# GE Capital

### BILL of SALE

### PRA – PLCC Fresh– April 2014

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of this 16th day of January, 2014 by and between General Electric Capital Corporation, GE Capital Retail Bank, GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on April 19, 2014, and as further described in the Agreement.

GE Capital Retail Bank

By: _Ken Wojcik_
Ken Wojcik

Title: _EVP Collections & Recovery_

Date: _4.25.14_

General Electric Capital Corporation

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _4.25.14_

GEMB Lending, Inc.

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _4.25.14_

Monogram Credit Services, L.L.C.

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _4.25.14_

RFS Holding, L.L.C

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _4.25.14_

GEM Holding, L.L.C

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _4.25.14_

Portfolio Recovery Associates, LLC

By: _Chris S H_

Title: _Authorized Signer_

POUNDS EX 0071



EXHIBIT

B

| | |
|---|---|
| account_number | ▓▓▓▓▓9007 |
| record_type | A |
| sequence_number | 00 |
| Title | |
| customer_type | I |
| name | POUNDS          IRIS |
| account_address_1 | 109 RED BIRD DR |
| account_address_2 | |
| city | DURHAM |
| county | |
| state | NC |
| zip_code | 27704-5184 |
| home_phone_number | 0000000000 |
| work_phone_number | 0000000000 |
| birth_date | ███████ |
| employers_name | |
| employers_address | |
| loan_type_code | CHAC |
| lending_officer_code | MPL467 |
| user_field | 0181 |
| dps_id_agency_atty_code | PR1S |
| dealer_code | |
| charge_off_reason_code | UNPY |
| account_status | SF5 |
| interest_rate | 0000 |
| source_code | A |
| receipt_date | 20140304 |
| contract_date | 20120802 |
| charge_off_date | 20140302 |
| last_payment_date | 20130913 |
| charge_off_amount | 0000082870 |
| associated_costs | 000000000 |
| accrued_interest | 000026058 |
| current_balance | 0000108928 |
| net_principal | 000082870 |
| net_associated_costs | 000000000 |
| net_interest | 000026058 |
| last_comment_line_1 | |
| last_comment_line_2 | |
| last_comment_line_3 | |
| last_comment_date | 00000000 |
| second_name_1 | |
| second_name_2 | |
| monthly_income | 000000000 |
| other_income | 000000000 |

POUNDS EX 0072

| | |
|---|---|
| monthly_payment | 000000000 |
| other_obligations | 000000000 |
| own_rent_code | |
| recovery_score | 000 |
| next_payment_date | 20140304 |
| last_interest_date | 00000000 |
| last_contact_date | 20130918 |
| commission_rate | 0000 |
| home_phone_flag | |
| work_phone_flag | |
| address_flag | |
| customer_id | ████4404 |
| filler | |
| agency_code | |
| format_code | B |
| LPA | 00000006400 |
| FDOD | 20130804 |
| LANG_IND | EN |
| co_name | |
| co_account_address_1 | |
| co_account_address_2 | |
| co_city | |
| co_county | |
| co_state | |
| co_zip_code | |
| co_home_phone_number | |
| co_work_phone_number | |
| co_birth_date | |
| co_employers_name | |
| co_employers_address | |
| co_customer_id | |
| liable | |

POUNDS EX 0073

# DURHAM COUNTY CLERK OF SUPERIOR COURT CIVIL RECEIPTING

FILE NO(s): 15cvD 4120 VCAP FLAG (Y) ✓ (N) ___
PAYOR NAME: ___
PAYEE NAME: Sessoms + Rogers, P.A.
FILING FEES: __ CVS $ ___ __ CVDC $ 150.00
__ CDDC $ ___
_NOH$__ (21450) _ALPL $__ (21455)
_FACILITY FEES $ ___ (22120) _PLDP $___
_ENDORSEMENT $___ (21455) (24625) _ PRO HAC VICE $____
(21400) _ REST OF CITIZENSHIP$___ (21400) _ LIS PENDENS $ ___
(24310) _TRIAL DE NOVO $___ (21400) _ CONFESSION OF JDGMT $____
(26130) _CONDEMNATIONS $ ___ (22220) _ CHANGE OF VENUE $ ____
(21400) _ NOC $ ___ (24335) _MISC.FEES $ ___

| | |
|---|---|
| _____ ADCANTA BANK CORP | _____ FAN DISTRIBUTING LLC |
| _____ AMERICAN EXPRESS BANK | _____ FIA CARD SERVICES NA |
| _____ AMERICAN EXPRESS CENTURION BANK | _____ GEMINI CAPITAL GROUP, LLC |
| _____ AMERICAN GENERAL FIN SERVICE 9 | _____ GLOBAL ACCEPTANCE CREDIT CO, LP |
| _____ AUTO~OWNERS INSURANCE CO | _____ GOVERNMENT EMPLOYEES INS CO |
| _____ ERIE INSURANCE EXCHANGE | _____ DUKE UNIVERSITY FCU |
| _____ HEAVNER FURNITURE | _____ DISCOVER BANK |
| _____ AMERICAN EXPRESS BANK | _____ HSBC BANK |
| _____ BANK OF AMERICA | _____ HUTCHINGS & HUTCHINGS, CPC PA |
| _____ BARCLAYS BANK DELAWARE | _____ MAZDA AMERICAN CREDIT |
| _____ FORD MOTOR CREDIT CO. INC | _____ NATIONAL FINANCE |
| _____ BRANCH BAKING & TRUST CO | _____ NATIONAL FINANCE CO INC |
| _____ CAPITAL ONE BANK (USA) NA | _____ NORTH STATE ACCEPTANCE |
| _____ CAVALRY SPV I, LLC | ✓ PORTFOLIO RECOVERY ASSOCIATES LLC |
| _____ CENTRAL MUTUAL INSURANCE CO | _____ PUBLIC SERVICE OF NC, INC |
| _____ CITIBANK | _____ RTP FEDERAL CREDIT UNION |
| _____ CLEMENTS FUNERAL SERVICE INC | _____ STATE EMPLOYEES' CREDIT UNION |
| _____ COASTAL FEDERAL CREDIT UNION | _____ STATE FARM BANK |
| _____ CITY/COUNTY OF DURHAM | _____ SUNTRUST BANK |
| _____ CREDIGY RECEIVABLES INC | _____ TARGET NATIONAL BANK |
| _____ DEPT. STORES NATIONAL BANK | _____ UNIFUND CCR PARTNERS |
| _____ CITIBANK, NA | _____ COUNTY/CITY OF DURHAM |

○ PAID CASH & TOOK COPIES TO SHERIFF  ○ TOOK COPIES TO SHERIFF  ○ MAILED OUT 8 5-15
Check
MONICA RICHARDSON~EXT3086

POUNDS EX 0074

FILE NO(s):_____ VCAP FLAG (Y) ____ (N)____

PAYOR NAME: _____

PAYEE NAME: _____

FILING FEES:     _____ CVM $ _____
                 _____ MISC FEES $_____

_____ CITIFINANCIAL
_____ HEAVNER FURNITURE
_____ KIMBRELLS FURNITURE
_____ ONEMAIN FINANCIAL
_____ NATIONAL FINANCE CO INC
_____ TIME FINANCING SERVICE
_____ APPLE REALTY
_____ ALLENTON MGT
_____ ASSOC REALTY INC
_____ WILLOWDAILE A[
_____ MORREENE MAN[
_____ MORREENE WES[
_____ LOEBSACK & BR[
_____ BROWNLEE LAW
_____ CAMBRIDGE VIL[
_____ CAMDEN POINTE
_____ CAMPUS CROSSI[
_____ CASA
_____ GLENDALE APTS
_____ CHRIS FELDER
_____ CIC & ASSOC
_____ PPA PROPERTIES,
_____ CRYSTAL VILLAG[
_____ RENTAL REALTY ]
_____ DURHAM HOUSI[
_____ EDGEWOOD PR[
_____ S & L ENTERPRIS[
_____ ENO REALTY
_____ EVANS REALTY H
_____ SERVICE PLUS RE[
_____ EXCELNAMICS IN
_____ SOUTH EAST REA[
_____ L&S PROPERTIES
_____ STONEWOOD A[
_____ JENKINS' AFFOR[

_____ RTP FEDERAL CREDIT UNION
_____ SCHEWEL FURNITURE
_____ SPRINGLEAF FINANCIAL SERVICES
_____ STATE EMPLOYEES CREDIT UNION
_____ REGIONAL FINANCE
_____ QPN LYNNHAVEN
_____ JOE HICKS REAL ESTATE
        MAPLEWOOD APTS
                                    OCIATES
                                    AGE
                                    [
                                    VNHOMES
                                    MUNITIES
                                    GATE
                                    PTS
                                    HOMES
                                    Y OF WAKE CO
                                    MGT LLC
                                    TS
                                    ENTALS
                                    OC
                                    MUNITY LAND TRUSTEES INC
                                    TS
                                    EALTORS
                                    E APTS
                                    LS INC
                                    K LTD PTNSHP
                                    PROPERTY MGT
                                    ESTATE
                                    ES
                                    PTS
                                    :
                                    CEPTANCE

DURHAM COUNTY CLERK OF COURT

PAYOR: PORTFOLIO RECOVERY ASSOC
PAYEE: PD BY SESSOMS & ROGERS
CASE#: 15CVD04120 UCAP #
CITA#:

21220 DC-CIVIL FEES          127.50
21021 DC-CV LAW FEES           2.45
24691 JUB TECH & FAC           4.50
22220 EB FAC FEE D CV         16.00

        TOTAL PAID           150.00
        CO TENDERED          150.00
            CHANGE             .00

4691  ID CD1LMA

DURHAM COUNTY CLERK OF COURT
****** CIVIL CATA RECEIPT ******
9931354?        08/06/15  09:25:49

PAYOR: PORTFOLIO RECOVERY ASSOC
PAYEE: PD BY SESSOMS & ROGERS
CASE#: 15CVD04120 UCAP #
CITA#:

21220 DC-CIVIL FEES          127.55
21021 DC-CV LAW FEES           2.45
24691 JUB TECH & FAC           4.00
22220 EB FAC FEE D CV         14.00

        TOTAL PAID           150.00
        CO TENDERED          150.00
            CHANGE             .00

4691   ID CD1LMA

○ PAID CASH & TOOK COPIES TO SHERIFF

○ TOOK COPIES TO SHERIFF            ○ MAILED OUT _____

**DURHAM COUNTY CLERK OF SUPERIOR COURT CIVIL RECEIPTING**

MONICA RICHARDSON~EXT3086

POUNDS EX 0075

SESSOMS & ROGERS, P.A.
ATTORNEYS AT LAW

FILED

15 OCT -7 AM 9: 17

DURHAM COUNTY

BY_____

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

September 29, 2015

Clerk of Superior Court
Durham County Courthouse
510 South Dillard Street
Durham, North Carolina 27701

Re:    Portfolio Recovery Associates, LLC
       v.
       Iris Pounds
       Durham County Case No. 15 CvD 4120

Dear Sir or Madam:

Enclosed please find the original and one (1) copy of the Affidavit and Motion for Judgment by Default, the Entry of Default, and the proposed Judgment by Default in this case.

Pursuant to the holding in Taylor v. Triangle Porsche-Audi, Inc., 27 N.C. App. 711, 220 S.E.2d 396 (1975), please file the Affidavit and Motion , enter the Default, and enter the proposed Judgment by Default as authorized by N.C. Gen. Stat. § 1A-1, § 58-70-155, Rules 55(a) and 55(b)(1). Thereafter, please return the copy of each document to our office in the enclosed self-addressed, stamped envelope.

Thank you very much for your assistance. If you have any questions or if you need additional information, please contact our firm at the address or telephone number listed above.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:cmd
Enclosures

POUNDS EX 0076



14 CVD 2019

File No. 14 CVD 2019

## LEAD DOCUMENT FOR SCANNING

## AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| MAY 0 6 2014 | 5-2-14 Judgment Notice Payment on Judgment | 14-19 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113 Rev. 1/08
© 2008 Administrative Office of the Court

**EXHIBIT**

tabbies

7

POUNDS EX 0077

# STATE OF NORTH CAROLINA

| | Abstract No. |
|---|---|
| *File* 14CVD2019 | |

*Judgment Docket Book & Page No.*

_____ Durham _____ County

In The General Court Of Justice
[x] District  [ ] Superior Court Division

*Name Of Plaintiff(s)*

Portfolio Recovery Associates, LLC

**VERSUS**

*Name Of Defendant(s)*

Carlton Miller

| | *Name And Address* |
|---|---|
| T O | Sessoms & Rogers, P.A.<br>P.O. Box 110564<br>Durham, N.C. 27709 |

[x] *Attorney Of Record For Party*
[ ] *Party In whose Favor Judgment Rendered*

# NOTICE
# PAYMENT ON JUDGMENT

[x]  **JUDGMENT PAID IN FULL**

[ ]  **PARTIAL PAYMENT**

G.S. 1-239(a), (b)

The amount shown below has been paid to the undersigned Clerk of Superior Court and credited against the above judgment. According to our records, the judgment is paid  [x] IN FULL.  [ ] in part.

| *Date Of Payment* | *Amount Of Payment* |
|---|---|
| 08/19/2016 | $  1,541.76 |

**IMPORTANT NOTICE**

If this notice states that this judgment is paid IN FULL and you dispute that determination, you must, within ten (10) days of the date of this Notice, notify this office of your dispute. If you do not do so, the judgment docket will be marked "PAID AND SATISFIED IN FULL".

**CERTIFICATE OF SERVICE**

I certify that on this date I gave the above notice to the attorney for the party in whose favor the above judgment was rendered or, if there is no attorney of record, to the party  [ ] in person.  [x] by depositing the same in the United States mail in an envelope bearing proper postage and addressed as is shown above.

| *Date* | *Signature* | |
|---|---|---|
| 08/19/2016 | *Regina Name* | [x] *Deputy CSC*  [ ] *Assistant CSC*<br>[ ] *Clerk Of Superior Court* |

26115- 1541.76
CK 418806
DATE 8-22-16

AOC-CV-410, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0078

# STATE OF NORTH CAROLINA

Case No. [handwritten]

_Durham_ County

| Payee Name (First, Middle, Last) | **PAYMENT AUTHORIZATION** |
|---|---|

Payee Name (First, Middle, Last) _Portfolio Recovery Associates LLC_

Street _Obsessions & Rogers Dr Ballinstad_

City _Durham_

State _NC_   Zip _27709_   Phone No.

Contact Name

Case Name _Portfolio Recovery Assoc_
vs.
_Carlton Miller_

Remarks  ☐ Judgment  ☐ Condemnation  ☐ Cash Bond  ☐ Trust

## AVBUI DATA ENTRY

Date    Initials    ☐ Previously Added

Date _9-19-16_   Authorization Signature _Regina Mims_
☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk of Superior Court

### PAYMENT/DISTRIBUTION SECTION

☑ Regular (AMIUH)   ☑ Manual (AMIUM)

Amount _$1,541.76_
Interest _0_

Payment Date    Payment # **A002** _708657_

Payment Amount _$1,541.76_

Check Date (Manual Check Only)    Check # (Manual Check Only)

1099 ☐ Yes   If yes, 1099 Code _____   ☑ No

Check Stub Code    Comment

## GENERAL LEDGER DISTRIBUTION

| Fund | Acct. | Description | Case # | ID | Subledger | Amounts |
|---|---|---|---|---|---|---|
| 10 | 1___ | Investment (to invest funds) | | | | |
| 10 | 26110 | Judgment | _Rec #_ | | | |
| 10 | 26120 | Judgment Other | _R0100403_ | | | |
| 10 | 26130 | Condemnation Awards | | | | |
| 10 | 26210 | Cash Bond | | | | |
| 10 | 26310 | Trust | | | | |
| 10 | 26390 | Trust (withdrawal) | | | | |
| 10 | 26600 | Deposits Payable | | | | |
| 10 | 29100 | Refund Of Fees | | | | |
| 10 | | | | | | |
| 10 | | | | | | |

Date    Batch ID    Initials

**NOTE:** Unshaded portion of form to be completed by other than bookkeeper. Shaded portion of form to be completed by bookkeeper only.

Case File Copy
For Estates, Special Proceedings and Trust only

AOC-F-100AP, Rev. 12/12
© 2012 Administrative Office of the Courts

POUNDS EX 0079

# CLERK of SUPERIOR COURT  DURHAM CO.
## CIVIL RECEIPTING

Payor Name: *Miller Carlton* — 14CVD 2019

(Party to Case)                              **FILE NUMBER**

Payee Name: *Durham Co Sheriff - execution*

(Pd by: attorney, interested party, etc.)

| Flag for VCAP = YES | Flag for VCAP = NO |
|---|---|

**FILING FEES:** (original/counterclaim/cross-claim)
- ☐ CVSC  Superior          $200.00
- ☐ CVDC  District          $150.00
- ☐ CVMC  Small Claim       $ 96.00

**FILING FEES:**
- ☐ CDDG Divorce/Disp. Home      $ 225.00
- ☐ CVDC Domestic                $ 150.00
- ☐ CVAC District Court Appeal from   $ 146.00
  Magistrate

**SERVICE FEES:**
- ☐ WRIT OF EXECUTION   21430  $_____
- ☐ WRIT OF POSSESSION  21430  $_____
- ☐ SHERIFF             22515  $_____

**SERVICE FEES:**
- ☐ WRIT OF EXECUTION   21400  $_____
- ☐ WRIT OF POSSESSION  21400  $_____
- ☐ SHERIFF             22515  $_____

**JUDGMENT PAYMENT:**

JUDGMENT ABSTRACTING     JMT J001
☒ FULL    ☐ PARTIAL

*1541.76*

☒ **BOND RENT**          26220  $_____

**JUDGMENT PAYMENT:**
**JUDGMENT IN DOCKET BOOK**

|   |   | | Book | Page |
|---|---|---|---|---|
| ☐ | FULL | ☐ PARTIAL | | |
| ☐ | JUDGMENT | 26110 $____ | | |
| ☐ | BOND FORFEITURE | 22800 $____ | | |
|   | (PRIOR TO JUDGMENT) | | | |
| ☐ | TRANSCRIPT FEE | 21400 $____ | | |
|   | Transcript # _____ | | | |
|   | County _____ | | | |
| ☐ | SUPPL PROCEEDING | 21400 $____ | | |
| ☐ | MOTION FEE | 21450 $____ | | |

**MISCELLANEOUS FEES:**
- ☐ MISC FILING FEE       21400  $____
- ☐ COPY                  21410  $____
- ☐ CIVIL BONDS           26210  $____
- ☐ CONDEMNATION          26130  $____
- ☐ TRUST (Minor's portion) 26310 $____
- ☐ ARBITRATION FEES      24311  $____
  (CVD – BEFORE JUDGMENT)
- ☐ VSA, REGISTRATION,    21400  $____
  PASSPORTS, ETC
- ☐ LIS PENDENS           21400  $____
- ☐ UPSET BID             26700  $____

POUNDS EX 0080

DURHAM COUNTY CLERK OF COURT

ABSTRACT NUMBER: J001
RO60472      08/18/16  16:41:06

PAYOR: CARLTON, MILLER
PAYEE: PD BY DURHAM CO SHERIFF
CASE#: 14CVD002019 VCAP:Y
CITA#:

26115 JUDGMENTS CIVIL    1,541.76

        TOTAL PAID     1,541.76
        CO TENDERED    1,541.76
        CHANGE              .00

15   ID C31DTD

EVIEWED BY: *R. ____*     DATE: 8-18-16     TOTAL: $ *1541.76*

DURHAM COUNTY CLERK OF COURT

ABSTRACT NUMBER:J001
R060472          08/18/16  16:41:06

PAYOR: CARLTON,MILLER
PAYEE: PD BY DURHAM CO SHERIFF
CASE#: 14CVD002019 VCAP:Y
CITA#:

26115 JUDGMENTS CIVIL        1,541.76

              TOTAL PAID     1,541.76
              CO TENDERED     1,541.76
                  CHANGE          .00

    5535   ID C31DTD

POUNDS EX 0081

| | File No. 14 CvD 2019 | Abstract No. JGO1 |

Judgment Book & Page No. In Original County

In The General Court Of Justice

**Name And Address Of Plaintiff**
PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Sessoms & Rogers, P.A.
 P.O. Box 110564
 Durham, North Carolina 27709

~~VERSUS~~

**Name And Address Of Defendant 1**
CARLTON MILLER
1031 Kimball Drive
Durham, NC 27705
SSN ***-**-3525 Home Phone: (919)309-9874

u 2 7 8 5 9 **WRIT OF EXECUTION**

G.S. 1-313(1); 1C, Art. 16

**Name And Address Of Defendant 2**
427859

201612384

**To The Sheriff Of** ___Durham___ **County:**

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---|
| Principal Due As Of Today............................................... | $ | 1191.76 |
| Plus Dollar Amount Of Interest Due As Of Today................ | $ | 0.00 |
| Plus Court Cost Due As Of Today...................................... | $ | 350.00 |
| Plus Other........................................................................ | $ | 0.00 |
| ▶ .otal Due As Of Today................................................... | $ | ~~1541.76~~ *see worksheet* |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
**(NOTE:** *Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.)*

| Date From Which Interest Due | Date Of Judgment May 2, 2014 | County To Which Issued Durham | File No. 14 CvD 2019 |
|---|---|---|---|
| Rate Of Interest 0.0000 ☐ Contract Rate ☐ Legal Rate | Daily Interest Rate $0.00 | Judgment Docket Book & Page No. | Transcript No. | Date And Time Of Docketing 05/02/2014 11:06 pm |

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

**Additional Order For Satisfying Judgment**
The defendant was served with a Notice of Right to Have Exemptions Designated more than 20 days prior to this date, and no response thereto has been filed. The defendant has therefore waived any right to claim statutory exemptions, pursuant to the provisions of G.S. § 1C-1603(e)(2).

| County In Which Order To Be Served Durham County | Date Issued JUN - 2 2016 |
|---|---|
| Name And Address Of Creditor's Attorney Andrew E. Hoke (919) 688-1000 P.O. Box 110564 Durham, North Carolina 27709 Rhonda G. Roy – (919) 688-1000 | Signature Lisa P. Strickland Deputy CSC ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

* E X 0 0 0 0 2 2 4 9 5 2 *

POUNDS EX 0082

| | RETURN OF EXECUTION | | |
|---|---|---|---|

This Writ Of Execution was served as follows:

☑ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| 8/02/2016 | **As a result of a bank levy sent to BB&T on 7/14/2016 received a BB&T Official check in the amount of $1592.80.** |

FILED
16 AUG 18 PM 4: 00
DURHAM COUNTY, C.S.C.
BY

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ 1592.80 | $ 51.04 | $ | $ 1591.76 |

☐ I did not serve this Writ Of Execution because:

☐ I did not locate property on which to levy.

☐ Other: *(specify)*

| Service Fee Paid | Date Received | Name of Sheriff (Type Or Print) |
|---|---|---|
| $ | | M.A. Andrews |
| Paid By | Date Executed 7/14/16 | County Durham |
| | Date Of Return 8/2/16 | Signature Of Deputy Sheriff Making Return N. Williams |

AOC-CV-400, Side Two, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0083

# STATE OF NORTH CAROLINA

File No. 14 CvD 201___
Abstract No. J601
Judgment Book & Page No. In Original County

Durham _____ County

In The General Court Of Justice

Name And Address Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

## WRIT OF EXECUTION

G.S. 1-313(1); 1C, Art. 16

**VERSUS**

Name And Address Of Defendant 1
CARLTON MILLER
1031 Kimball Drive
Durham, NC 27705
SSN ***-**-3525 Home Phone: (919)309-9874

Name And Address Of Defendant 2

---

To The Sheriff Of _____ Durham _____ County:

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---|
| Principal Due As Of Today............................................... | $ | 1191.76 |
| Plus Dollar Amount Of Interest Due As Of Today................. | $ | 0.00 |
| Plus Court Cost Due As Of Today..................................... | $ | 350.00 |
| Plus Other................................................................... | $ | 0.00 |
| Total Due As Of Today.................................................. ▶ | $ | 1541.76 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
**(NOTE:** Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.)

| Date From Which Interest Due | Date Of Judgment May 2, 2014 | County To Which Issued Durham | File No. 14 CvD 2019 |
|---|---|---|---|

| Rate Of Interest 0.0000 | ☐ Contract Rate ☐ Legal Rate | Daily Interest Rate $0.00 | Judgment Docket Book & Page No. | Transcript No. | Date And Time Of Docketing 05/02/2014 11:06 pm |
|---|---|---|---|---|---|

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

Additional Order For Satisfying Judgment
The defendant was served with a Notice of Right to Have Exemptions Designated more than 20 days prior to this date, and no response thereto has been filed. The defendant has therefore waived any right to claim statutory exemptions, pursuant to the provisions of G.S. § 1C-1603(e)(2).

| County In Which Order To Be Served Durham County | Date Issued JUN - 2 2016 |
|---|---|

| Name And Address Of Creditor's Attorney Andrew E. Hoke    (919) 688-1000 P.O. Box 110564 Durham, North Carolina 27709 tn: Rhonda G. Roy – (919) 688-1000 | Signature Lisa P. Strickland Deputy CSC |
|---|---|

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

*EX0000224952*

POUNDS EX 0084

| | RETURN OF EXECUTION | |
|---|---|---|

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| | |

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this Writ Of Execution because:

   ☐ I did not locate property on which to levy.

   ☐ Other: (specify)

| Service Fee Paid | Date Received | Name of Sheriff (Type Or Print) |
|---|---|---|
| $ | | |
| Paid By | Date Executed | County |
| | Date Of Return | Signature Of Deputy Sheriff Making Return |

AOC-CV-400, Side Two, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0085

# CLERK of SUPERIOR COURT, DURHAM CO.
## CIVIL RECEIPTING

Payor Name: _Portfolio_

(Party to Case)

_Sessoms_

1228365

25.00
1228365

ck No.

DURHAM COUNTY CLERK OF COURT
0057062          06/03/16  10:50:27

PAYOR: PORTFOLIO
PAYEE: PD BY SESSOMS
CASE#: 14CVD002019 VCAP:N
CITA#:

21400 MISC SPEC FEES          25.00

TOTAL PAID     25.00
CO TENDERED    25.00
CHANGE          .00

5343  ID C31LQT

DURHAM COUNTY CLERK OF COURT
0057062          06/03/16  10:50:27

PAYOR: PORTFOLIO
PAYEE: PD BY SESSOMS
CASE#: 14CVD002019 VCAP:N
CITA#:          FILE NUMBER

21400 MISC SPEC FEES          25.00

14 ⬦ 2019

TOTAL PAID     25.00
                25.00
CHANGE          .00

**Flag for VCAP: NO**

**FILING FEES:**

| | | |
|---|---|---|
| ☐ | CDDC Divorce/Disp. Home | $ 225.00 |
| ☐ | CVDC Domestic | $ 150.00 |
| ☐ | CVAC District Court Appeal from Magistrate | $ 146.00 |

**SERVICE FEES:**

| | | | |
|---|---|---|---|
| ☒ | WRIT OF EXECUTION | 21400 | $ 25.00 |
| ☐ | WRIT OF POSSESSION | 21400 | $_____ |
| ☐ | SHERIFF | 22515 | $_____ |

| ☐ | **BOND RENT** | 26220 | $_____ |

**JUDGMENT PAYMENT:**
**JUDGMENT IN DOCKET BOOK**

Book     Page

| | | | |
|---|---|---|---|
| ☐ | FULL     ☐     PARTIAL | | |
| ☐ | JUDGMENT | 26110 | $_____ |
| ☐ | BOND FORFEITURE (PRIOR TO JUDGMENT) | 22800 | $_____ |
| ☐ | TRANSCRIPT FEE | 21400 | $_____ |
|  | Transcript #_____ | | |
|  | County_____ | | |
| ☐ | SUPPL PROCEEDING | 21400 | $_____ |
| ☐ | MOTION FEE | 21450 | $_____ |

**MISCELLANEOUS FEES:**

| | | | |
|---|---|---|---|
| ☐ | MISC FILING FEE | 21400 | $_____ |
| ☐ | COPY | 21410 | $_____ |
| ☐ | CIVIL BONDS | 26210 | $_____ |
| ☐ | CONDEMNATION | 26130 | $_____ |
| ☐ | TRUST (Minor's portion) | 26310 | $_____ |
| ☐ | ARBITRATION FEES (CVD – BEFORE JUDGMENT) | 24311 | $_____ |
| ☐ | VSA, REGISTRATION, PASSPORTS, ETC | 21400 | $_____ |
| ☐ | LIS PENDENS | 21400 | $_____ |
| ☐ | UPSET BID | 26700 | $_____ |

Clerk of Sup...
Durham Cou...
510 South D...
Durham, NC

Portfolio Re...

Filing Fee fo...

Claim #: 22
Court File :

SF...MS & ROGERS, P.A

REVIEWED BY:                DATE: 6-3-16     TOTAL: 25.00

# STATE OF NORTH CAROLINA

Durham _____ County

File No.
14 CvD 2019

Abstract No.

Judgment Book & Page No. In Original County

In The General Court Of Justice

**Name And Address Of Plaintiff**
PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Sessoms & Rogers, P.A.
   P.O. Box 110564
   Durham, North Carolina 27709

**VERSUS**

## WRIT OF EXECUTION

G.S. 1-313(1); 1C, Art. 16

**Name And Address Of Defendant 1**
CARLTON MILLER
1031 Kimball Drive
Durham, NC 27705
SSN ***-**-3525 Home Phone: (919)309-9874

**Name And Address Of Defendant 2**

---

To The Sheriff Of ___ Durham ___ County.

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | | |
|---|---|---|
| Principal Due As Of Today....................................... | $ | 1191.76 |
| Plus Dollar Amount Of Interest Due Of Today................. | $ | 0.00 |
| Plus Court Cost Due As Of Today........................... | $ | 350.00 |
| Plus Other........................................................ | $ | 0.00 |
| Total Due As Of Today....................... May 24, 2016 ▶ | $ | 1541.76 |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
**(NOTE:** *Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.)*

| Date From Which Interest Due | Date Of Judgment | County To Which Issued | File No. |
|---|---|---|---|
| | May 2, 2014 | Durham | 14 CvD 2019 |

| Rate Of Interest | ☐ Contract Rate | Daily Interest Rate | Judgment Docket Book & Page No. | Transcript No. | Date And Time Of Docketing |
|---|---|---|---|---|---|
| 0.0000 | ☐ Legal Rate | $0.00 | | | 05/02/2014 |

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

**Additional Order For Satisfying Judgment**
The defendant was served with a Notice of Right to Have Exemptions Designated more than 20 days prior to this date, and no response thereto has been filed. The defendant has therefore waived any right to claim statutory exemptions, pursuant to the provisions of G.S. § 1C-1603(e)(2).

| County In Which Order To Be Served | Date Issued |
|---|---|
| Durham County | |

**Name And Address Of Creditor's Attorney**
Andrew E. Hoke        (919) 688-1000
P.O. Box 110564
Durham, North Carolina 27709
m: Rhonda G. Roy – (919) 688-1000

| Signature | |
|---|---|
| ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court |

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

POUNDS EX 0087

* E X O O O O 2 2 4 9 5 2 *

| | RETURN OF EXECUTION | |
|---|---|---|

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| | |

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this Writ Of Execution because:

    ☐ I did not locate property on which to levy.

    ☐ Other: *(specify)*

| Service Fee Paid | Date Received | Name of Sheriff (Type Or Print) |
|---|---|---|
| $ | | |
| Paid By | Date Executed | County |
| | Date Of Return | Signature Of Deputy Sheriff Making Return |

AOC-CV-400, Side Two, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0088

# STATE OF NORTH CAROLINA

2188510
$30

P A I D JAN 1 9 2016
u l 6 8 3
D u: 23

| File No. 14 CvD 2019 | Abstract No. |
|---|---|

Judgment Docket Book And Page No.

Durham _____ County

Date Judgment Filed
May 2, 2014

In The General Court Of Justice
[X] District  [ ] Superior Court Division

Name Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC

VERSUS

Name Of Defendant
CARLTON MILLER

## NOTICE OF RIGHT TO
## HAVE EXEMPTIONS
## DESIGNATED

G.S. 1C-1603

TO:
Name And Address Of Judgment Debtor 1
Carlton Miller
1031 Kimball Drive
Durham NC 27705

TO:
Name And Address Of Judgment Debtor 2

**NOTE:** *Attach a copy of AOC-CV-407 if the judgment was filed before 1/1/06. For judgments filed after 1/1/06, attach AOC-CV-415.*

A judgment has been entered against you in the case captioned above in which you have been ordered to
[X] pay money over to the judgment creditor.   [ ] turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. **You have certain constitutional rights you may claim if you give up your statutory rights.** You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

**NOTICE TO JUDGMENT DEBTOR:** *THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.*

| Name And Address Of Judgment Creditor Or Attorney | Date 1-19-16 | Signature *Regina Name* |
|---|---|---|

Andrew E. Hoke
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

[X] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court

Address Of The Clerk Of Superior Court
Clerk of Superior Court
Durham County Courthouse
Durham, North Carolina 27701

Telephone No.
(919) 688-1000

**NOTICE TO THE JUDGMENT CREDITOR:**
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the Motion served by the sheriff. If you select this method, you must pay a service fee. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address. To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406, Rev. 2/06
© 2006 Administrative Office of the Courts
224952.001

(Over)

POUNDS EX 0089

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

## JUDGMENT DEBTOR 1

| Date Served | Time Served | Name Of Judgment Debtor 1 |
|---|---|---|
| 2/3/16 | 1 358 ☐ AM ☑ PM | Carlton Miller |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☑ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

ms miller - wife - 1031 Kimball D.

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| $ | | mn andrews |
| Paid By | Date Of Return | County |
| | 8/3/16 | Durham |
| | | Signature Of Deputy Sheriff Making Return |
| | | S. Oakley #529 |

## JUDGMENT DEBTOR 2

| Date Served | Time Served | Name Of Judgment Debtor 2 |
|---|---|---|
| | ☐ AM ☐ PM | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |
| Paid By | Date Of Return | County |
| | | |
| | | Signature Of Deputy Sheriff Making Return |

AOC-CV-406, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

POUNDS EX 0090

file #
14CVD2019BOUT

 **GE Money**

FILED

16 FEB -4 PM 2: 48

DURHAM COUNTY, C.S.C.

**Account Services**          **Thank You**                      ..BY_____

**Report a Card
Lost/Stolen**

**CARLTON MILLER - The following payment(s) have been successfully
submitted:**

**Payment Date: 03/23/2011
Payment Amount: $1,700.00
Payment ID: 21501850**

**Print this page for your records.**

**Payments received before 5 PM EST, Monday through Friday will be posted to
your account the same day. Payments received after 5 PM EST, or on a weekend,
will post to your account the following business day.**

**Payments that post to your account after the payment due date may result in a
late payment fee being assessed to your account.**

For additional information, including tools and resources to help better manage your credit, please
visit: http://gemoney.com/everydaymoney.html

https://www.gecreditsolutions.com/sf/ThankYou.aspx                    3/23/2011

POUNDS EX 0091

HOME DSGN-FLOORCARE/GEMB
GE Money

*FILED*

Cardholder Name: CARLTON D MILLER
Account Number: ▓▓▓▓▓▓▓ 1777
Statement Closing Date: 01/25/2011

*16 FEB -4 PM 2:49*

*DURHAM COUNTY, C.S.C.*

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,062.00 |
| + New Purchases | $0.00 |
| - Payments | $70.00 |
| +/- Credits, Fees & Adjustments (net) | $37.00 |
| +/- Interest Charge (net) | $0.00 |
| **New Balance** | **$2,029.00** |
| Credit Limit | $2,000.00 |
| Available Credit | $0.00 |
| Overlimit Amount | $29.00 |
| **Days in Billing Period** | **32** |

Pay online for free at: www.gemoney.com
For GE Money customer service or to report your card lost or
stolen, call **1-866-396-8254**.

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| New Balance | $2,029.00 |
| Minimum Payment This Period | $72.00 |
| Amount Past Due | $144.00 |
| **Total Minimum Payment Due** | **$216.00** |
| Payment Due Date | 02/17/2011 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit. See
reverse side.

**Late Payment Warning:** If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00 and your APRs
may be increased to the Penalty APR of up to 29.990%.

**Minimum Payment Warning:** Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $6,303.00 |

If you would like information about credit counseling services,
call 1-877-302-8797.

## Promotional Expiration Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED
INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT
FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 04/24/11.

## Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 04/24/2011 | $1,930.00 | $178.77 | 10/13/2010 | With Payment Deferred Interest | $2,000.00 |

On Deferred Interest promotions, Interest Charges accrued from the date of purchase will be added to your Account unless (1)
the promotional purchase amount(s) is paid in full by the Promotional Expiration Date and (2) each Minimum Monthly Payment
is paid by the Payment Due Date.

To make more than one payment see Make Payment To address or pay online at www.gemoney.com

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 01/03/2011 | 01/03/2011 | 853481204F3ARVNLB | PAYMENT - THANK YOU | $70.00 CR |
| | | | FEES | |
| 01/17/2011 | 01/17/2011 | | LATE FEE | $35.00 |
| 01/25/2011 | 01/25/2011 | | MINIMUM INTEREST CHARGE | $2.00 |
| | | | PURCHASES | |
| | | | TOTAL FEES FOR THIS PERIOD | $37.00 |

Continued on next page

POUNDS EX 0092

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5302   0015 CXH      1    7  22  110125      X PAGE 1 of 3      9073  0500  GNR0  01EJ5302      247236

For GE Money customer service or to report your card lost or stolen, call **1-866-396-8254**.

Best times to call are Wednesday - Friday.

may be increased to the Penalty APR of up to 29.990%.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $6,303.00 |

If you would like information about credit counseling services, call 1-877-302-8797.

## Promotional Expiration Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 04/24/11.

## Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 04/24/2011 | $1,930.00 | $178.77 | 10/13/2010 | With Payment Deferred Interest | $2,000.00 |

On Deferred Interest promotions, Interest Charges accrued from the date of purchase will be added to your Account unless (1) the promotional purchase amount(s) is paid in full by the Promotional Expiration Date and (2) each Minimum Monthly Payment is paid by the Payment Due Date.

To make more than one payment see Make Payment To address or pay online at www.gemoney.com

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 01/03/2011 | 01/03/2011 | 853481204F3ARVNLB | PAYMENT - THANK YOU | $70.00 CR |
| | | | FEES | |
| 01/17/2011 | 01/17/2011 | | LATE FEE | $35.00 |
| 01/25/2011 | 01/25/2011 | | MINIMUM INTEREST CHARGE PURCHASES | $2.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $37.00 |

Continued on next page

**\* NOTICE:** See reverse side and additional pages (if any) for important information concerning your account.

5302   0015 CXH      1    7 22 110125      X PAGE 1 of 3      9073  0500  GNR0  01EJ5302      247236

Pay online at gemoney.com or enclose this coupon with your check. Please use blue or black ink.

 **GE Money Bank**

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $216.00 | $144.00 | 02/17/2011 | $2,029.00 | 1777 |

Payment Enclosed : $ ☐☐☐☐☐.☐☐

☐ New address or e-mail? Check the box at left and print changes on back

Payment due includes $ 144.00 past due. Please pay the past due amount PROMPTLY.

If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.

CARLTON D MILLER
1031 KIMBALL DR
DURHAM NC 27705-1863

247236
Q510

Make Payment to: GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

00216000007000  00216000202900  000601919  0504131  77762

POUNDS EX 0093

# STATE OF NORTH CAROLINA

Durham _____ County

**File No.**
14 CvD 2019

**Abstract No.**

*Judgment Docket Book And Page No.*

*Date Judgment Filed*
May 2, 2014

In The General Court Of Justice
☒ District ☐ Superior Court Division

*Name Of Plaintiff*
PORTFOLIO RECOVERY ASSOCIATES, LLC

**VERSUS**

*Name Of Defendant*
CARLTON MILLER

**NOTICE OF RIGHT TO
HAVE EXEMPTIONS
DESIGNATED**

G.S. 1C-1603

**TO:**
*Name And Address Of Judgment Debtor 1*
Carlton Miller
1031 Kimball Drive
Durham NC 27705

**TO:**
*Name And Address Of Judgment Debtor 2*

---

**NOTE:** Attach a copy of AOC-CV-407 if the judgment was filed before 1/1/06. For judgments filed after 1/1/06, attach AOC-CV-415.

---

A judgment has been entered against you in the case captioned above in which you have been ordered to
☒ pay money over to the judgment creditor.    ☐ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. **You have certain constitutional rights you may claim if you give up your statutory rights.** You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

**NOTICE TO JUDGMENT DEBTOR:** *THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.*

*Name And Address Of Judgment Creditor Or Attorney*
Andrew E. Hoke
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

*Date*
1-19-16

*Signature*
Regina Name

☒ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

*Address Of The Clerk Of Superior Court*
Clerk of Superior Court
Durham County Courthouse
Durham, North Carolina 27701

510 S DILLARD ST
RM #1400B JDGMTS
DURHAM NC 27701

*Telephone No.*
(919) 688-1000

**NOTICE TO THE JUDGMENT CREDITOR:**
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the Motion served by the sheriff. If you select this method, you must pay a service fee. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address. To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406, Rev. 2/06
© 2006 Administrative Office of the Courts

(Over)

224952.001

POUNDS EX 0094

## RETURN OF SERVICE

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

### JUDGMENT DEBTOR 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Judgment Debtor 1 |
|---|---|---|

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

### JUDGMENT DEBTOR 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Judgment Debtor 2 |
|---|---|---|

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

AOC-CV-406, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

POUNDS EX 0095

## SESSOMS & ROGERS, P.A.
### ATTORNEYS AT LAW

FILED

15 JAN 13 PM 1:33

DURHAM COUNTY C.S.C.

BY_____

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

December 30, 2015

Clerk of Superior Court
Durham County Courthouse
510 South Dillard Street
Durham, North Carolina 27701

   Re: Portfolio Recovery Associates, LLC
     v.
     Carlton Miller
     Durham County Case No. 14 CvD 2019

Dear Sir or Madam:

  We are enclosing the original and one copy of a proposed Notice of Right to Have Exemptions Designated, along with two copies of the required Motion to Claim Exempt Property in this case. Please issue the notice and deliver it, along with the motions and the enclosed check for service, to the **Durham** County Sheriff's Department.

  Thank you very much for your assistance. Please feel free to contact us if you have any questions concerning this case.

       Sincerely yours,

       SESSOMS & ROGERS, P.A.

S&R:rgr
Enclosures
224952.001

POUNDS EX 0096

STATE OF NORTH CAROLINA

197.969
PAID JAN 0 9 2015
$30.00

| File No. | Abstract No. |
|---|---|
| 14CVD002019 | J001 |

Judgment Book & Page No. In Original County

DURHAM _____ County

In The General Court Of Justice

Name And Address Of Plaintiff

PORTFOLIO RECOVERY ASSOC LLC
C/O SESSOMS & ROGERS PA
PO BOX 110564
DURHAM               NC   27709

**WRIT OF EXECUTION**

**VERSUS**                 387652

G.S. 1-313(1); 1C, Art. 16

Name And Address Of Defendant 1

CARLTON MILLER
1031 KIMBALL DR

DURHAM               NC   27705

Name And Address Of Defendant 2

387652

201500422

To The Sheriff Of _____ DURHAM _____ County.

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | $ | |
|---|---|---|
| Principal Due As Of Today................ | $ | 1,191.76 |
| Plus Dollar Amount Of Interest Due As Of Today............... | $ | |
| Plus Court Cost Due As Of Today............... | $ | 265.00 |
| Plus Other........... | $ | |
| Total Due As Of Today........... | $ | |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
(NOTE: Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.)

| Date From Which Interest Due | Date Of Judgment | County To Which Issued | | File No. |
|---|---|---|---|---|
| | 05/02/2014 | DURHAM | | 14 CVD 2019 |

| Rate Of Interest | | Daily Interest Rate | Judgment Docket Book & Page No. | Transcript No. | Date And Time Of Docketing |
|---|---|---|---|---|---|
| | ☐ Contract Rate ☐ Legal Rate | | | | 05-02-14   1:06 pm |

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

Additional Order For Satisfying Judgment

*Exemptions Waived*

| County In Which Order To Be Served | Date Issued |
|---|---|
| DURHAM | 01/08/2015 |

| Name And Address Of Creditor's Attorney | Signature |
|---|---|
| AMBER KISHIN KAUFFMAN  (919) 688-1000 | LISA P STRICKLAND |
| PO BOX 110564 | |
| DURHAM               NC   27709 | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

POUNDS EX 0097

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
| | |

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☑ I did not serve this Writ Of Execution because:

   ☑ I did not locate property on which to levy.

   ☐ Other: *(specify)*

| Service Fee Paid | Date Received | Name of Sheriff *(Type Or Print)* |
|---|---|---|
| $ | | M D McInnis |
| Paid By | Date Executed | County Durham |
| | Date Of Return 1/12/15 | Signature Of Deputy Sheriff Making Return #520 |

AOC-CV-400, Side Two, Rev. 9/03
© 2003 Administrative Office of the Courts

POUNDS EX 0098

# STATE OF NORTH CAROLINA

DURHAM _____ County

File No.

14CVD002019

Abstract No.

J001

Judgment Book & Page No. In Original County

In The General Court Of Justice

Name And Address Of Plaintiff

PORTFOLIO RECOVERY ASSOC LLC
C/O SESSOMS & ROGERS PA
PO BOX 110564
DURHAM                          NC    27709

## WRIT OF EXECUTION

G.S. 1-313(1); 1C, Art. 16

**VERSUS**

Name And Address Of Defendant 1

CARLTON MILLER
1031 KIMBALL DR

DURHAM                          NC    27705

Name And Address Of Defendant 2

To The Sheriff Of _____ DURHAM _____ County:

Judgment in favor of the plaintiff was rendered in this case against the defendant. By terms of that judgment the following sums are now due:

| | |
|---|---|
| Principal Due As Of Today...................................... | $ 1,191.76 |
| Plus Dollar Amount Of Interest Due As Of Today................. | $ |
| Plus Court Cost Due As Of Today....................................... | $ 265.00 |
| Plus Other........................................................ | $ |
| Total Due As Of Today........................................... | $ |

Plus, interest on the principal at the rate set out below shall be due from the date shown below, and a sheriff's commission shall be collected on sales of property or funds collected of 5% on the first $500 and 2-1/2% on all sums over $500.
(**NOTE:** Interest is due on all bond forfeiture judgments for appearance bonds signed on or after 10/1/99.)

| Date From Which Interest Due | Date Of Judgment 05/02/2014 | County To Which Issued DURHAM | File No. 14 CVD 2019 |
|---|---|---|---|
| Rate Of Interest ☐ Contract Rate ☐ Legal Rate | Daily Interest Rate | Judgment Docket Book & Page No. | Transcript No. |

Date And Time Of Docketing
05-02-14  1:06 pm

You are commanded to satisfy the judgment:

☒ out of the personal property of the defendant, and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

☐ except as to property of the defendant set off as exempt (a list of which is attached) out of the personal property of the defendant within your county and if sufficient personal property cannot be found, then out of the real property belonging to the defendant on the day the judgment was docketed in your county as shown above or any time after that date.

Additional Order For Satisfying Judgment

*Exemptions Waived*

| County In Which Order To Be Served DURHAM | Date Issued 01/08/2015 |
|---|---|
| Name And Address Of Creditor's Attorney (919) 688-1000 AMBER KISHIN KAUFFMAN PO BOX 110564 DURHAM                          NC    27709 | Signature LISA P STRICKLAND ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

AOC-CV-400, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

POUNDS EX 0099

DURHAM COUNTY CLERK OF COURT

R039673          01/08/15  14:35:12

PAYOR: PORTFOLIO
PAYEE: PD BY SESSONS
CASE#: 14CVD002019 VCAP:N
CITA#:

21400 MISC SPEC FEES          25.00

              TOTAL PAID       25.00
              CO TENDERED      25.00
              CHANGE            .00

4092   ID C31DTD

POUNDS EX 0100

# STATE OF NORTH CAROLINA

Durham _____ County

181214
930
PAID JUL 29 2014
RECEIVED

| File No. | Abstract No. |
|---|---|
| 14 CvD 2019 | |

Judgment Docket Book And Page No.

Date Judgment Filed
May 2, 2014

In The General Court Of Justice
[X] District   [ ] Superior Court Division

**Name Of Plaintiff**
PORTFOLIO RECOVERY ASSOCIATES, LLC

VERSUS

**Name Of Defendant**
CARLTON MILLER

2014 JUL 27   A 9: 11

374220

## NOTICE OF RIGHT TO
## HAVE EXEMPTIONS
## DESIGNATED

G.S. 1C-1603

| TO: | TO: |
|---|---|
| Name And Address Of Judgment Debtor 1 | Name And Address Of Judgment Debtor 2 |
| Carlton Miller | 1031 Kimball Drive |
| 1031 Kimball Drive | Durham NC 27705 |
| Durham NC 27705 | |

NOTE:   *Attach a copy of AOC-CV-407 if the judgment was filed before 1/1/06. For judgments filed after 1/1/06, attach AOC-CV-415.*

A judgment has been entered against you in the case captioned above in which you have been ordered to
[X] pay money over to the judgment creditor.   [ ] turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. **You have certain constitutional rights you may claim if you give up your statutory rights.** You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

**NOTICE TO JUDGMENT DEBTOR:** *THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.*

| Name And Address Of Judgment Creditor Or Attorney | Date | Signature |
|---|---|---|
| Jefferson Moors | 7-28-14 | |
| Sessoms & Rogers, P.A. | [X] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | |
| P.O. Box 110564 | Address Of The Clerk Of Superior Court | |
| Durham, North Carolina 27709 | Clerk of Superior Court   510 S DILLARD ST | |
| | Durham County Courthouse   RM #1400B JDGMTS | |
| Telephone No. | Durham, North Carolina  27701  DURHAM NC 27701 | |
| (919) 688-1000 | | |

**NOTICE TO THE JUDGMENT CREDITOR:**
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the Motion be served by the sheriff. If you select this method, you must pay a service fee. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address. To prove service, you must file a certificate with the Clerk affirming that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406, Rev. 2/06
© 2006 Administrative Office of the Courts                    (Over)

224952.001

POUNDS EX 0101

## RETURN OF SERVICE

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

### JUDGMENT DEBTOR 1

| Date Served | Time Served | | Name Of Judgment Debtor 1 |
|---|---|---|---|
| 7/30/14 | 087 | ☑ AM ☐ PM | Carlton Miller |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☑ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

Andrew Miller - 1031 Kimball Dr

☐ Other Manner Of Service *(specify)*

☐ Judgment debtor WAS NOT served for the following reason:

DURHAM COUNTY
FILED
JUL 08 2014
AT _____ O'CLOCK _____ M
BY _____
CLERK OF SUPERIOR COURT

| Service Fee Paid | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| $ | | M D Andrew |
| Paid By | Date Of Return | County |
| | 7/30/14 | Durham |
| | | Signature Of Deputy Sheriff Making Return |
| | | S R Dulley |

### JUDGMENT DEBTOR 2

| Date Served | Time Served | | Name Of Judgment Debtor 2 |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service *(specify)*

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

AOC-CV-406, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

POUNDS EX 0102

# STATE OF NORTH CAROLINA

Durham _____ County

File No.
14 CvD 2019
Abstract No.

Judgment Docket Book And Page No.

Date Judgment Filed
May 2, 2014

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC

**VERSUS**

Name Of Defendant
CARLTON MILLER

## NOTICE OF RIGHT TO
## HAVE EXEMPTIONS
## DESIGNATED

G.S. 1C-1603

TO:
Name And Address Of Judgment Debtor 1
Carlton Miller
1031 Kimball Drive
Durham NC 27705

TO:
Name And Address Of Judgment Debtor 2
1031 Kimball Drive
Durham NC 27705

**NOTE:** *Attach a copy of AOC-CV-407 if the judgment was filed before 1/1/06. For judgments filed after 1/1/06, attach AOC-CV-415.*

A judgment has been entered against you in the case captioned above in which you have been ordered to
☒ pay money over to the judgment creditor.     ☐ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. **You have certain constitutional rights you may claim if you give up your statutory rights.** You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

**NOTICE TO JUDGMENT DEBTOR:** *THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.*

Name And Address Of Judgment Creditor Or Attorney
Jefferson Moors
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

Date
7-28-14

Signature
Regina Walker

☒ Deputy CSC     ☐ Assistant CSC     ☐ Clerk of Superior Court

Address Of The Clerk Of Superior Court
Clerk of Superior Court
Durham County Courthouse
Durham, North Carolina  27701

510 S DILLARD ST
RM #1400B JDGMTS
DURHAM NC 27701

Telephone No.
(919) 688-1000

**NOTICE TO THE JUDGMENT CREDITOR:**
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the Motion served by the sheriff. If you select this method, you must pay a service fee. If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address. To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406, Rev. 2/08
© 2006 Administrative Office of the Courts
224952.001

(Over)

POUNDS EX 0103

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

## JUDGMENT DEBTOR 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Judgment Debtor 1 |
|---|---|---|

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

## JUDGMENT DEBTOR 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Judgment Debtor 2 |
|---|---|---|

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

AOC-CV-406, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

POUNDS EX 0104

# SESSOMS & ROGERS, P.A.
### ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

July 17, 2014

Clerk of Superior Court
Durham County Courthouse
510 South Dillard Street
Durham, North Carolina 27701

> Re:   Portfolio Recovery Associates, LLC
>       v.
>       Carlton Miller
>       Durham County Case No. 14 CvD 2019

Dear Sir or Madam:

We are enclosing the original and one copy of a proposed Notice of Right to Have Exemptions Designated, along with two copies of the required Motion to Claim Exempt Property in this case. Please issue the notice and deliver it, along with the motions and the enclosed check for service, to the **Durham** County Sheriff's Department.

We are also enclosing a return of service card, and would greatly appreciate it if you would be kind enough to return that to us when the defendant has been served.

Please feel free to contact us if you have any questions concerning this case. Thank you very much for your assistance.

Sincerely yours,

SESSOMS & ROGERS, P.A.

LCR:rr2
Enclosures
224952.001

POUNDS EX 0105

STATE OF NORTH CAROLINA ~~FILED~~ IN THE GENERAL COURT OF JUSTICE

COUNTY OF DURHAM    2014 MAY -8 PM 2: 08 DISTRICT COURT DIVISION

DURHAM COUNTY, C.S.C.    14 CvD 2019

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                    )
            Plaintiff               )
                                    )
vs.                                 )            CERTIFICATE
                                    )
                                    )            OF SERVICE
CARLTON MILLER,                     )
                                    )
            Defendant               )
_____)

This is to certify that, pursuant to G.S. § 1A-1, Rule 5(b), a copy of the judgment was this

day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the

Defendant, as follows:

            Carlton Miller
            1031 Kimball Drive
            Durham, North Carolina 27705

This the ___7___ day of May, 2014.

            SESSOMS & ROGERS, P.A.

By: _____
        Chelsea E. Uhlman
        Attorney for Plaintiff
        1822 East NC Highway 54, Suite 200
        P.O. Box 110564
        Durham, North Carolina 27709
        Telephone: (919) 688-1000



POUNDS EX 0106

SESSOMS & ROGERS, P.A.
ATTORNEYS AT LAW

FILED
2014 MAY -8 PM 2: 09

DURHAM COUNTY, C.S.C.

BY _____

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

May 7, 2014

Clerk of Superior Court
Durham County Courthouse
510 South Dillard Street
Durham, North Carolina 27701

Re:     Portfolio Recovery Associates, LLC
        v.
        Carlton Miller
        Durham County Case No. 14 CvD 2019

Dear Sir or Madam:

      Our firm represents the plaintiff in the above captioned action. In that regard, we are enclosing the original and one (1) copy of a Certificate of Service for filing in this case. Please file the original and return the copy to our office at the address above after it has been file-stamped. We are enclosing a self-addressed, stamped envelope for that purpose.

      Thank you very much for your assistance. If you have any questions with respect to this matter, or if you need any further or additional information, please contact our firm at the address above.

                              Sincerely yours,

                              SESSOMS & ROGERS, P.A.

S&R:ded
Enclosures
cc: Carlton Miller
224952.001

This is an attempt to collect a debt, any information obtained will be used for that purpose,
and this communication is sent to you in our capacity as a debt collector.

POUNDS EX 0107

14-19

STATE OF NORTH CAROLINA    FILED          IN THE GENERAL COURT OF JUSTICE

COUNTY OF DURHAM       14 MAY -2 PM 1: 06    DISTRICT COURT DIVISION

DURHAM COUNTY, C.S.C.               14 CvD 2019

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
BY————————)
              Plaintiff                )
                                       )
                                       )
vs.                                    )
                                       )
                                       )      JUDGMENT BY DEFAULT
CARLTON MILLER,                        )
1031 Kimball Drive                     )
Durham, North Carolina  27705          )
                                       )
              Defendant                )
                                       )
_____)

 

THIS CAUSE came on to be heard before the undersigned Judge of the District Court of

Durham County, North Carolina, upon motion by the Plaintiff for the Entry of Default Judgment

against the Defendant without a hearing, pursuant to the provisions of G.S. § 1A-1, Rule

55(b)(2)b; and

IT APPEARED TO THE COURT and the Court entered the following findings of fact

and conclusions of law:

1. The Plaintiff initiated this action against the Defendant on February 7, 2014.

2. The Defendant is a resident of Durham County, North Carolina, and is therefore

subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

3. Service of process was properly obtained by serving copies of the summons and

complaint upon the Defendant on or about February 10, 2014, in compliance with the

requirements of G.S. § 1A-1, Rule 4(j)(1).

4. This is an action for a sum certain or a sum which can by computation be made

certain, and the Court has jurisdiction over the parties and the subject matter of this action.



POUNDS EX 0108

5. The Defendant is neither an infant nor an incompetent person, nor in military service, nor under any other legal disability.

6. The Defendant made an appearance in this case with Plaintiff's counsel's office, but no file-stamped answer or pleading was received, and upon information and belief no answer or other responsive pleading has been filed by said Defendant and the time to do so has passed.

7. Default was entered against the Defendant, pursuant to G.S. § 1A-1, Rule 55(a).

8. More than thirty (30) days ago, the Plaintiff served upon the Defendant the notice required by G.S. § 1A-1, Rule 55(b)(2)b. No response to said notice or motion has been filed by the Defendant.

9. The Defendant is lawfully indebted to the Plaintiff in the principal sum of $1,191.76, and said sum has been outstanding since June 22, 2012.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED, pursuant to the provisions of G.S. § 1A-1, Rule 55(b)(2)b, as follows:

1. That the Plaintiff have and recover from the Defendant the principal sum of $1,191.76.

2. That the Plaintiff recover no interest whatsoever.

3. That the Plaintiff further recover from said Defendant the costs of this action.

This the _3_0_ day of April, 2014.

_____
Judge Presiding

# 150.00 cost
30.00 sh fee
# 180.00
30.00 Nord 7-28-14
10.00 Exec
55.00 1-8-15
265.00
30.00 Nord 1-19-16
5.00 Exec
55.00 6-2-16
350.00

POUNDS EX 0109

STATE OF NORTH CAROLINA

COUNTY OF DURHAM

FILED IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

2014 MAR 24 AM 9:30

DURHAM COUNTY C.S.

14 CvD 2019

PORTFOLIO RECOVERY ASSOCIATES, LLC,

       Plaintiff

vs.

CARLTON MILLER,

       Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

ENTRY OF DEFAULT

[EODF]

THIS CAUSE came on to be heard before the undersigned upon motion by the plaintiff for an Entry of Default against the Defendant pursuant to the provisions of G.S. § 1A-1, Rule 55(a); and IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1.  The defendant is a resident of Durham County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

2.  The plaintiff initiated this action against the Defendant on February 7, 2014. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about February 10, 2014, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

3.  The defendant made an appearance in this case with plaintiff's counsel's office but no answer or other responsive pleading has been filed by the defendant, and the time allowed for the Defendant to answer, plead or otherwise appear has expired.

IT IS NOW, THEREFORE, ORDERED that default be, and is hereby entered against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55(a).

This the 24 day of March, 2014.

_____
[Assistant] Clerk of Superior Court

POUNDS EX 0110

STATE OF NORTH CAROLINA

COUNTY OF DURHAM

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

14 CvD 2019

PORTFOLIO RECOVERY ASSOCIATES, LLC,

          Plaintiff

vs.

CARLTON MILLER,

          Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

AFFIDAVIT and MOTION
FOR ENTRY OF DEFAULT
AND JUDGMENT BY DEFAULT
and
RULE 55 (b)(2)b NOTICE

[EODF & DEFJ]

Amber K. Kauffman, having sworn or affirmed, deposes and says as follows:

1. She is the attorney for the plaintiff in the above-captioned civil action.

2. The plaintiff instituted this action against the Defendant for a sum certain or a sum which could by computation be made certain on or about February 7, 2014.

3. The defendant is a resident of, or is domiciled within, the state of North Carolina, and is therefore subject to the jurisdiction of this Court pursuant to the provisions of G.S. § 1-75.4 (1).

4. Service of process in this case was obtained by serving copies of the summons and complaint upon said Defendant on February 10, 2014, as shown on the return of service filed herein, as required by G.S. § 1A-1, Rule 4(j)(1).

5. The Defendant made an appearance in this case with our office, but no file-stamped answer or pleading was received in our office, and upon information and belief no answer or other responsive pleading has been filed by said Defendant.

6. As evidenced by the attached Affidavit of Account, the defendant is in default under the provisions of the credit agreement entered into by said Defendant, and the defendant is still indebted to the plaintiff thereunder in the principal sum of $1,191.76, and the costs of this action.

POUNDS EX 0111

The amount due to the plaintiff from the Defendant as set forth herein and in the attached Affidavit of Account is correct in all respects to the best knowledge and belief of this affiant.

7. The plaintiff's predecessor in interest, GE Money Bank, a subsidiary of GE Capital Corp., opened a credit account (hereinafter "Account") for the Defendant and extended credit to the Defendant through the Account.

8. The plaintiff's predecessor in interest extended credit to the Defendant pursuant to the terms and conditions set forth in the account agreement (hereinafter "Agreement").

9. The Defendant accepted and used the credit extended by GE Money Bank, a subsidiary of GE Capital Corp. through the Account during the period that the Account was active.

10. The defendant's use of the credit extended by GE Money Bank, a subsidiary of GE Capital Corp. ratified the Agreement thereby binding the Defendant to the terms and conditions set forth therein.

11. Account statements (hereinafter "Statements") reflecting the original account number and the credit issuer were mailed by the plaintiff's predecessor in interest to the Defendant at the address provided by the Defendant while the Account was active. Copies of said Statements, previously filed herein as an attachment to the plaintiff's complaint as Exhibit "A", are incorporated herein by this reference.

12. As this was a credit card account, the origination balance was $0.00. The Statements reflect an itemization of the charges and fees owed, along with an explanation of how the balance owing on the Account was calculated. The last payment on the defendant's Account was made on or about October 28, 2011. In accordance with the General Statutes of North Carolina, interest on the past due balance accrues at the legal rate of 8% per annum.

13. The Defendant defaulted under the terms of the Agreement because the Defendant failed to make the payments owing to GE Money Bank, a subsidiary of GE Capital Corp. when they became due.

POUNDS EX 0112

14. Subsequent to the defendant's default, the Account was charged-off by GE Money Bank, a subsidiary of GE Capital Corp. for non-payment in the amount of $1,191.76 as evidenced by the Charge-off Statement attached hereto as Exhibit "1" and incorporated herein by this reference.

15. Thereafter, the defendant's Account was sold to and acquired by the plaintiff herein, Portfolio Recovery Associates, LLC.

16. The chain of ownership of the defendant's Account, previously filed herein as an attachment to the plaintiff's complaint as Exhibit "B", is incorporated herein by this reference.

17. To this affiant's best knowledge and belief, the defendant is not an infant or incompetent person, nor in military service, nor under any other legal disability.

18. The plaintiff moves the Court to enter default against the Defendant, and to render judgment by default against said Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55 (a) and Rule 55(b)(2)b.

### NOTICE

PLEASE TAKE NOTICE, pursuant to the provisions of G.S. § 1A-1, Rule 55(b)(2)b, that the Court will decide the motion for judgment by default without hearing if the party against whom judgment is sought fails to file and serve a written response stating the grounds for opposing the motion within thirty (30) days of service of the motion.

This the 20 day of March, 2014.

_____
Amber K. Kauffman
Attorney for Plaintiff

Sworn to or affirmed and acknowledged before me.
this the 20 day of March, 2014.

_____
Dawn E. Dorschel, Notary Public
My commission expires: 3/24/14



Cardholder Name: CARLTON D MILLER
Account Number: ▓▓▓▓▓▓1777
Statement Closing Date: 06/22/2012

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,156.76 |
| + New Purchases | $0.00 |
| - Payments | $0.00 |
| +/- Credits, Fees & Adjustments (net) | $1,156.76- |
| +/- Interest Charge (net) | $0.00 |
| **New Balance** | **$0.00** |
| Credit Limit | $2,000.00 |
| Available Credit | $0.00 |
| Days In Billing Period | 30 |

Pay online for free at: gogecapital.com
For GE Capital Retail Bank customer service or to report
your card lost or stolen, call 1-866-396-8254.

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Total Minimum Payment Due | $306.00 |
| Payment Due Date | 06/24/2012 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See
reverse side.

Late Payment Warning: If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 06/22/2012 | 06/22/2012 | F907300HY00999990 | CHARGE OFF ACCOUNT-PRINCIPALS | $245.00 CR |
| 06/22/2012 | 06/22/2012 | F907300HY00999990 | CHARGE OFF ACCOUNT "FINANCE CHARGES" | $946.76 CR |
| | | | FEES | |
| 06/17/2012 | 06/17/2012 | | LATE FEE FOR THIS PERIOD | $35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| | | | INTEREST CHARGED | |
| 06/22/2012 | 06/22/2012 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2012 | $210.00 |
| Total Interest Charged in 2012 | $123.55 |
| Total Interest Paid in 2012 | $0.00 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | | NA | 29.99% | $0.00 | $0.00 |

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5302     CXH     1     3   22  320422      X D PAGE 1 of 1          9073  0500  GNR0  01525302

Pay online at gogecapital.com or enclose this coupon with your check. Please use blue or black ink.

GE Money Bank

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $306.00 | $0.00 | 06/24/2012 | $0.00 | ▓▓▓▓▓1777 |

Payment Enclosed : $ ☐☐☐☐☐.☐☐

☐ New address or e-mail?
Check the box at left and
print changes on back

Payment due includes $ 0.00 past due. Please pay the past due amount PROMPTLY.

CARLTON D MILLER
1031 KIMBALL DR
DURHAM NC 27705-1883

Make Payment to: GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

POUNDS EX 0114

EXHIBIT

tabbies

# AFFIDAVIT

State of Virginia
City of Norfolk ss.

I, the undersigned, _____Cynthia Clarke_____, Custodian of Records, for Portfolio Recovery Associates, LLC
hereby depose, affirm and state as follows:

1.     I am competent to testify to the matters contained herein.

2.     I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing
business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the
statements, representations and averments herein, and do so based upon a review of the business records of the Account
Assignee and those records transferred to Account Assignee from **GENERAL ELECTRIC CAPITAL CORP/WCI
HOME SOURCE** ("Account Seller"), which have become a part of and have integrated into Account Assignee's
business records, in the ordinary course of business.

3.     According to the business records, which are maintained in the ordinary course of business, the account, and all
proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account
having been sold, assigned and transferred by the Account Seller on **6/28/2012**. Further, the Account Assignee has been
assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement,
satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest
in said account or the proceeds thereof, for any purpose whatsoever.

4.     According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary
course of business by the Account Assignee, there was due and payable from **CARLTON MILLER** ("Debtor and Co-
Debtor") to the Account Seller the sum of **$1,191.76** with the respect to account number **ending in 1777** as of the date of
**6/22/2012** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of
the sale.

5.     According to the account records of said Account Assignee, after all known payments, counterclaims, and/or
setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$1,191.76** as due and owing as of the
date of this affidavit.

6.     Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is
not on active military service of the United States.

Portfolio Recovery Associates, LLC

By: _____Cynthia Clarke_____, Custodian of Records

Subscribed and sworn to before me on ___AUG 0 7 2012___

_____
Notary Public

Kimberly R. Coles
Commonwealth of Virginia
Notary Public
Commission No. 292565
My Commission Expires 03/31/2014

7369515

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

224952.001

POUNDS EX 0115

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to Rule 5(b) of the North Carolina Rules of Civil Procedure, the foregoing Affidavit and Motion for Entry of Default and Judgment by Default and Rule 55(b)(2)b Notice was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant, as follows:

Carlton Miller
1031 Kimball Drive
Durham, North Carolina 27705

This the 20 of March, 2014.

SESSOMS & ROGERS, P.A.

By: _____

Amber K. Kauffman
Attorney for Plaintiff
1822 East NC Highway 54, Suite 200
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0116

STATE OF NORTH CAROLINA            IN THE GENERAL COURT OF JUSTICE

COUNTY OF DURHAM                   DISTRICT COURT DIVISION

                                   14 CvD 2019

PORTFOLIO RECOVERY ASSOCIATES, LLC,  )
                                     )       AFFIDAVIT OF
              Plaintiff              )
vs.                                  )       MILITARY SERVICE
                                     )
CARLTON MILLER,                      )         [AFF]
                                     )
              Defendant              )
_____)

       Amber K. Kauffman, having sworn or affirmed, deposes and says as follows:

       1.  She is the attorney for the plaintiff in the above-captioned civil action.

       2.  The undersigned states that She is familiar with the provisions of 50 U.S.C.A App. §
501, Service Members Civil Relief Act of 2003.

       3.  She represents to the Court that upon information and belief, the Defendant is not in
the Military Service of the United States and is not entitled to the protection of the Service
Members Civil Relief Act of 2003, nor any amendment thereto.

       4.  In support of this affidavit, a true and accurate copy of the Defendant's military status
report is attached hereto as Exhibit "A" and incorporated herein by this reference.

       This the 20 day of March, 2014.


                                       SESSOMS & ROGERS, P.A.

                            By:  _____
                                       Amber K. Kauffman
                                       Attorney for Plaintiff
                                       1822 East NC Highway 54, Suite 200
                                       P.O. Box 110564
                                       Durham, North Carolina 27709
                                       Telephone: (919) 688-1000

Sworn to or affirmed and acknowledged before me,
this the 20 day of March, 2014.
_____
Dawn E. Dorschel, Notary Public
My commission expires: 3/24/14

POUNDS EX 0117



### Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: <u>MILLER</u>
First Name: <u>CARLTON</u>
Middle Name:
Active Duty Status As Of: <u>Mar-19-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

File #: 224952.001



EXHIBIT

A

POUNDS EX 0118

The Defense Manpower Data Center (DMDC, .. .. an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: D8H5MB740002K10

**File #: 224952.001**

POUNDS EX 0119

# STATE OF NORTH CAROLINA

___Durham___ County

File No.

In The General Court Of Justice
☒ District ☐ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| Address c/o | Sessoms & Rogers, P.A. |
| | Attorneys for Plaintiff |
| City, State, Zip | P.O. Box 110564 |
| | Durham, North Carolina 27709 |

**VERSUS**

| Name Of Defendant(s) |
|---|
| CARLTON MILLER |

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 |
|---|
| Carlton Miller     off colemill rd |
| 1031 Kimball Drive |
| Durham, NC 27705 |
| Home Phone: (919)309-9874 |

259156

201403231

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Amber K. Kauffman | FEB 07 2014 | 8:49 ☒ AM ☐ PM |
| Sessoms & Rogers, P.A. | Signature | |
| P.O. Box 110564 | Gayle Henders | |
| Durham, North Carolina 27709 | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | ☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

224952.001
AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)



*S U 0 0 0 0 2 2 4 9 5 2 *

POUNDS EX 0120

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| 2/10/14 | 0950 | ☑ AM ☐ PM | Carlton Miller |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☑ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Kimberly miller 1031 Kimball Dr

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | S R Carly |
| Date Received | Name Of Sheriff (Type Or Print) |
| | mn andrews |
| Date Of Return | County Of Sheriff |
| 2/10/14 | Durham |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

POUNDS EX 0121

# STATE OF NORTH CAROLINA

Durham ~~County~~ FILED

In The General Court Of Justice
[X] District [ ] Superior Court Division

| | |
|---|---|
| *Name And Address Of Plaintiff 1*<br>Portfolio Recovery Associates, LLC<br>c/o Sessoms & Rogers, P.A.<br>P.O. Box 110564<br>Durham, North Carolina 27709 | **GENERAL**<br>**CIVIL ACTION COVER SHEET**<br>[X] INITIAL FILING  [ ] SUBSEQUENT FILING<br>Rule 5(b), General Rules of Practice For Superior and District Courts |

*FILED 2014 FEB -7 AM 8:48 DURHAM COUNTY C.S.C.*

*Name And Address Of Plaintiff 2*

*BY ___ TSH*

## VERSUS

| | |
|---|---|
| *Name Of Defendant 1*<br><br>Carlton Miller | *Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)*<br>Amber K. Kauffman<br>P.O. Box 110564<br>Durham, North Carolina 27709 |

| *Telephone No.*<br>(919) 688-1000 | *Cell Telephone No.* |
|---|---|
| *NC Attorney Bar No.*<br>39804 | *Attorney E-Mail Address* |

| *Summons Submitted* [X] Yes [ ] No | [ ] Initial Appearance in Case | [ ] Change of Address |
|---|---|---|

*Name Of Defendant 2*

*Name Of Firm*
Sessoms & Rogers, P.A.

*FAX No.*
(919) 688-9000

*Counsel for*
[X] All Plaintiffs  [ ] All Defendants  [ ] Only (List party(ies) represented)

| *Summons Submitted* [X] Yes [ ] No | |
|---|---|

[ ] Jury Demanded In Pleading
[ ] Complex Litigation

[ ] Amount in controversy does not exceed $15,000
[ ] Stipulate to arbitration

## TYPE OF PLEADING

*(check all that apply)*

[ ] Amend (AMND) *Assess Motions Fee* (SEE NOTE)
[ ] Amended Answer/Reply (AMND-Response) *Assess Motions Fee* (SEE NOTE)
[ ] Amended Complaint (AMND) *Assess Motions Fee*
[ ] Answer/Reply (ANSW-Response) (SEE NOTE)
[ ] Change Venue (CHVN) *Assess Motions Fee*
[X] Complaint (COMP)
[ ] Confession Of Judgment (CNFJ)
[ ] Consent Order (CONS)
[ ] Consolidate (CNSL) *Assess Motions Fee*
[ ] Contempt (CNTP) *Assess Motions Fee*
[ ] Continue (CNTN) *Assess Motions Fee*
[ ] Compel (CMPL) *Assess Motions Fee*
[ ] Counterclaim (CTCL) *Assess Court Costs*
[ ] Crossclaim (List On Back) (CRSS) *Assess Court Costs*
[ ] Dismiss (DISM) *Assess Court Costs*
[ ] Exempt/Waive Mediation (EXMD) *Assess Motions Fee*
[ ] Extend Statute Of Limitations, Rule 9 (ESOL) *Assess Motions Fee*
[ ] Extend Time For Complaint (EXCO) *Assess Motions Fee*

*(check all that apply)*

[ ] Failure To Join Necessary Party (FJNP) *Assess Motions Fee*
[ ] Failure To State A Claim (FASC)
[ ] Improper Venue/Division (IMVN) *Assess Motions Fee*
[ ] Intervene (INTV) *Assess Motions Fee*
[ ] Interplead (OTHR) *Assess Motions Fee*
[ ] Lack Of Jurisdiction (Person) (LJPN) *Assess Motions Fee*
[ ] Lack Of Jurisdiction (Subject Matter) (LJSM) *Assess Motions Fee*
[ ] Rule 12 Motion In Lieu of Answer (MDLA) *Assess Motions Fee*
[ ] Sanctions (SANC) *Assess Motions Fee*
[ ] Set Aside (OTHR) *Assess Motions Fee*
[ ] Show Cause (SHOW) *Assess Motions Fee*
[ ] Transfer (TRFR) *Assess Motions Fee*
[ ] Third Party Complaint (List Third Party Defendants on Back) (TPCL)
[ ] Vacate/Modify Judgment (VCMD) *Assess Motions Fee*
[ ] Withdraw as Counsel (WDCN) *Assess Motions Fee*
[ ] Other (specify and list each separately)

*NOTE: See Side Two for a list of motions not subject to the motions fee.*     *NOTE: Assess fee only if court permission is required to amend.*

## CLAIMS FOR RELIEF

[ ] Administrative Appeal (ADMA)
[ ] Appointment Of Receiver (APRC)
[ ] Attachment/Garnishment (ATTC)
[ ] Claim And Delivery (CLMD)
[X] Collection On Account (ACCT)
[ ] Condemnation (CNDM)
[ ] Contract (CNTR)
[ ] Discovery Scheduling Order (DSCH)

[ ] Injunction (INJU)
[ ] Medical Malpractice (MDML)
[ ] Minor Settlement (MSTL)
[ ] Money Owed (MNYO)
[ ] Negligence – Motor Vehicle (MVNG)
[ ] Negligence – Other (NEGO)
[ ] Motor Vehicle Lien G.S. 44A (MVLN)

[ ] Limited Driving Privilege – Out-of-State Convictions (PLDP)
[ ] Possession Of Personal Property (POPP)
[ ] Product Liability (PROD)
[ ] Real Property (RLPR)
[ ] Specific Performance (SPPR)
[ ] Other (specify and list separately)

| *Date*<br>January 31, 2014 | *Signature Of Attorney/Party*<br>*Chelsea E. Whelman* |
|---|---|

*NOTE: All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General Civil (AOC-CV-751), Motion (AOC-CV-752) or Court Action (AOC-CV-753) cover sheet.*

*(Over)*

AOC-CV-751, Rev. 6/11, © 2011 Administrative Office of the Courts

POUNDS EX 0122

Case 1:16-cv-01395-WO-JEP   Document 1-10   Filed 12/09/16   Page 92 of 262

STATE OF NORTH CAROLINA ~~FILED~~ IN THE GENERAL COURT OF JUSTICE

COUNTY OF DURHAM 2014 FEB -7 AM 8: 49 DISTRICT COURT DIVISION

DURHAM COUNTY C.S.C.

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
)
      Plaintiff )
)
)
vs. )               COMPLAINT
)
)
CARLTON MILLER, )
)
      Defendant )
)
_____ )

The Plaintiff, complaining of the Defendant, alleges and says as follows:

1. The Plaintiff is a limited liability company organized under the laws of the state of Delaware, with a principal office and place of business in Norfolk, Virginia.

2. The Defendant is a resident of Durham County, North Carolina.

3. The Plaintiff is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

4. The Plaintiff's predecessor in interest, GE Money Bank, a subsidiary of GE Capital Corp., opened a credit account (hereinafter "Account") for the Defendant and extended credit to the Defendant through the Account.

5. The Plaintiff's predecessor in interest extended credit to the Defendant pursuant to the terms and conditions set forth in the account agreement (hereinafter "Agreement").

6. The Defendant accepted and used the credit extended by GE Money Bank, a subsidiary of GE Capital Corp. through the Account during the period that the Account was active.

POUNDS EX 0123

7. The Defendant's use of the credit extended by GE Money Bank, a subsidiary of GE Capital Corp. ratified the Agreement thereby binding the Defendant to the terms and conditions set forth therein.

8. Account statements (hereinafter "Statements") reflecting the original account number and the credit issuer were mailed by the Plaintiff's predecessor in interest to the Defendant at the address provided by the Defendant while the Account was active. Copies of said Statements are attached hereto as Exhibit "A" and incorporated herein by this reference.

9. As this was a credit card account, the origination balance was $0.00. The Statements reflect an itemization of the charges and fees owed, along with an explanation of how the balance owing on the Account was calculated. The last payment on the Defendant's Account was made on or about October 28, 2011. Pursuant to the provisions of G.S. § 24-5 (a), the Plaintiff is entitled to interest on the past due balance accruing at the legal rate of 8% per annum.

10. The Defendant defaulted under the terms of the Agreement because the Defendant failed to make the payments owing to GE Money Bank, a subsidiary of GE Capital Corp. when they became due.

11. Subsequent to the Defendant's default, the Account was charged-off by GE Money Bank, a subsidiary of GE Capital Corp. for non-payment.

12. Thereafter, the Defendant's Account was sold to and acquired by the Plaintiff herein, Portfolio Recovery Associates, LLC.

13. The chain of ownership of the Defendant's Account is attached hereto as Exhibit "B" and incorporated herein by this reference.

14. Pursuant to the terms and conditions of the Agreement, the Defendant is lawfully indebted to the Plaintiff in the amount of $1,191.76, together with interest thereon at the legal rate of 8% per annum from the date of judgment. Said amount includes any offsets and credits to which the Defendant is lawfully entitled.

WHEREFORE, the Plaintiff prays the Court as follows:

POUNDS EX 0124

1. That the Plaintiff have and recover from the Defendant the amount of $1,191.76.

2. That the Plaintiff further have and recover from said Defendant interest on said amount at the legal rate of 8% per annum from and after the date of judgment, until paid in full.

3. That the Plaintiff further recover from said Defendant all costs of this action.

4. For such other and further relief as the Court may deem just and proper.

This the 4 day of February, 2014.

SESSOMS & ROGERS, P.A.

By: *Chelsea E Whilman*
for Amber K. Kauffman
Attorney for Plaintiff
1822 East NC Highway 54, Suite 200
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0125

 

HOME DSGN-¡ .CARE/GECRB
GE Money

Cardholder Name: CARLT ...ER
Account Number : ...1777
Statement Closing Date: 11/24/2011

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $880.41 |
| + New Purchases | $0.00 |
| − Payments | $94.00 |
| +/− Credits, Fees & Adjustments (net) | $0.00 |
| +/− Interest Charge (net) | $19.78 |
| New Balance | $806.19 |

| | |
|---|---|
| Credit Limit | $2,000.00 |
| Available Credit | $1,193.00 |
| Days in Billing Period | 30 |

Pay online for free at: gogecapital.com
For GE Capital Retail Bank customer service or to report
your card lost or stolen, call 1-866-396-8254.

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| New Balance | $806.19 |
| Total Minimum Payment Due | $31.00 |
| Payment Due Date | 12/17/2011 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See
reverse side.

Late Payment Warning: If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00.

Minimum Payment Warning: Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 5 years | $1,512.00 |
| $34.00 | 3 years | $1,232.00 (Savings = $280.00) |

If you would like information about credit counseling services,
call 1-877-302-8797.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 10/28/2011 | 10/28/2011 | 85348129DF3ARVNLB | PAYMENT - THANK YOU | $94.00 CR |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 11/24/2011 | 11/24/2011 | | INTEREST CHARGE ON PURCHASES | $19.78 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $19.78 |

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2011 | $310.00 |
| Total Interest Charged in 2011 | $441.19 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 29.99% | $802.25 | $19.78 |

\* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5302      CXH      1    7  22  111124        PAGE 1 of 3        9073  0500  GN80  01EJ5302

Pay online at gogecapital.com or enclose this coupon with your check. Please use blue or black ink.

GE Money Bank

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $31.00 | 12/17/2011 | $806.19 | ▇▇▇▇1777 |

Payment Enclosed : $ ☐☐☐☐☐.☐☐

☐ New address or e-mail?
Check the box at left and
print changes on back

CARLTON D MILLER
1031 KIMBALL DR
DURHAM NC 27705-1883

Make Payment to: GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061



EXHIBIT
A
tabbies
POUNDS EX 0126

## New Promotional Financing Plans

This notice is to let you know about promotional financing plans that may be available for you when you use your card for future purchases. Not all plans or plan periods will be available at every retailer. This is only a summary of key terms. Additional terms and conditions of promotional financing plans will be provided to you by your retailer at the time of your transaction. For purposes of this notification, your Purchase APR is 29.99%. If the APR is variable, this rate varies with the market based on the Prime Rate.

**No Interest If Paid Within Promotional Period**
**(These can be advertised as Deferred Interest promotions)**
There is no interest on the purchase if it is paid in full by the end of the promotional period. If the purchase is not paid in full by that date, interest will accrue and be imposed from the date of purchase at the Purchase APR seen above. This promotion may be offered for periods of 6, 9, 12, 15, 18 or 24 months.

**Billed Interest Promotions**
We will assess interest on your purchase at a special discounted rate as indicated on your sales receipt during the promotional period. After this period, interest will be assessed at the Purchase APR above. This promotion may be offered for periods of 12, 24, 36, 48, 60 or 72 months.

**No Interest Promotions**
We will assess no interest on your purchase (during the period the APR will be 0%). After the period, interest will be assessed at the Purchase APR seen above. This promotion may be offered for periods of 12, 18, 24, 36, 48, or 60 months.

If you receive a change in terms notice that changes your Purchase APR and this change becomes effective before the date of your purchase, the new Purchase APR will apply to the purchase balance added to your account.
**Please keep this for your records.** If you have any questions, please call us at the Customer Service number shown on your statement.

## Cardholder News & Information

GE Money has changed its name to GE Capital. You may see both brands throughout the transition period.

POUNDS EX 0127

 

HOME DSGN-    :CARE/GECRB
GE Money

Cardholder Name:  CARLTO   LER
Account Number :         1777
Statement Closing Date:  06/22/2012

| Summary of Account Activity | | Payment Information | |
|---|---|---|---|
| Previous Balance | $1,156.76 | New Balance | $0.00 |
| +   New Purchases | $0.00 | Total Minimum Payment Due | $306.00 |
| -   Payments | $0.00 | Payment Due Date | 06/24/2012 |
| +/- Credits, Fees & Adjustments (net) | $1,156.76- | **PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.** | |
| +/- Interest Charge (net) | $0.00 | We may convert your payment into an electronic debit. See reverse side. | |
| New Balance | $0.00 | | |
| Credit Limit | $2,000.00 | | |
| Available Credit | $0.00 | **Late Payment Warning:** If we do not receive your Total | |
| Days in Billing Period | 30 | Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $35.00. | |

**Pay online for free at: gogecapital.com**
**For GE Capital Retail Bank customer service or to report your card lost or stolen, call 1-866-396-8254.**

Best times to call are Wednesday - Friday.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 06/22/2012 | 06/22/2012 | F907300HY00909990 | CHARGE OFF ACCOUNT-PRINCIPALS | $245.00 CR |
| 06/22/2012 | 06/22/2012 | F907300HY00909990 | CHARGE OFF ACCOUNT *FINANCE CHARGES* | $948.76 CR |
| | | | **FEES** | |
| 06/17/2012 | 06/17/2012 | | LATE FEE | $35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | $35.00 |
| | | | **INTEREST CHARGED** | |
| 06/22/2012 | 06/22/2012 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $0.00 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2012 | $210.00 |
| Total Interest Charged in 2012 | $123.55 |
| Total Interest Paid in 2012 | $0.00 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 29.99% | $0.00 | $0.00 |

* NOTICE:  See reverse side and additional pages (if any) for important information concerning your account.

5302        CXN        1    3  22  120622        Z D PAGE 1 of 1        9073  0500  GNR0  01EJ5302

Pay online at gogecapital.com or enclose this coupon with your check. Please use blue or black ink.

GE Money Bank

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $306.00 | $0.00 | 06/24/2012 | $0.00 | ████████1777 |

Payment Enclosed :  $ [  ][  ][  ][  ][  ] . [  ][  ]

New address or e-mail?
Check the box at left and
print changes on back

Payment due includes $ 0.00 past due. Please pay the past due amount PROMPTLY.

CARLTON D MILLER
1031 KIMBALL DR
DURHAM NC 27705-1863

Make Payment to:  GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

POUNDS EX 0128



**GE Capital**

## BILL of SALE

### PRA Fresh – June 2012

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of the 25th day of June, 2012 by and between General Electric Capital Corporation, GE Money Bank, GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on June 27, 2012, and as further described in the Agreement.

GE Capital Retail Bank

By: _____
Glenn Marino

Title: _EVP_____

Date: _4-25-13_____

Monogram Credit Services, L.L.C.

By: _____
Glenn Marino

Title: _President_____

Date: _4-25-13_____

General Electric Capital Corporation

By: _____
Glenn Marino

Title: _Vice President_____

Date: _4-25-13_____

RFS Holding, L.L.C

By: _____
Joseph Ressa

Title: _CFO_____

Date: _____

GEMB Lending, Inc.

By: _____
Stephen Motta

Title: _Director_____

Date: _____

GEM Holding, L.L.C

By: _____
Joseph Ressa

Title: _CFO_____

Date: _____



**EXHIBIT**
**B**

POUNDS EX 0129



# GE Capital

## BILL of SALE

### PRA Fresh – June 2012

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of the 25th day of June, 2012 by and between General Electric Capital Corporation, GE Money Bank, GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on June 27, 2012, and as further described in the Agreement.

GE Capital Retail Bank

By: _____
Glenn Marino

Title: _EVP_____

Date: _____


General Electric Capital Corporation

By: _____
Glenn Marino

Title: _Vice President_____

Date: _____


GEMB Lending, Inc.

By: _____
Stephen Motta

Title: _Director_____

Date: _4/12/13_____


Monogram Credit Services, L.L.C.

By: _____
Glenn Marino

Title: _President_____

Date: _____


RFS Holding, L.L.C

By: _____
Joseph Ressa

Title: _CFO_____

Date: _____


GEM Holding, L.L.C

By: _____
Joseph Ressa

Title: _CFO_____

Date: _____

POUNDS EX 0130



**GE Capital**

## BILL of SALE

### PRA Fresh – June 2012

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of the 25th day of June, 2012 by and between General Electric Capital Corporation, GE Money Bank, GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on June 27, 2012, and as further described in the Agreement.

GE Capital Retail Bank

By: _____
Glenn Marino

Title: _EVP_____

Date: _____

Monogram Credit Services, L.L.C.

By: _____
Glenn Marino

Title: _President_____

Date: _____

General Electric Capital Corporation

By: _____
Glenn Marino

Title: _Vice President_____

Date: _____

RFS Holding, L.L.C

By: _____
Joseph Ressa

Title: _CFO_____

Date: __4-22-13_____

GEMB Lending, Inc.

By: _____
Stephen Motta

Title: _Director_____

Date: _____

GEM Holding, L.L.C

By: _____
Joseph Ressa

Title: _CFO_____

Date: __4-22-13_____

POUNDS EX 0131

| Field | Value |
|---|---|
| ACCTNUM | ████████1777 |
| MKR_FN | CARLTON |
| MKR_LN | MILLER |
| CMPNY_NAME | |
| MKR_TAXID | ████3525 |
| MKR_AD1 | 1031 KIMBALL DR |
| MKR_AD2 | |
| MKR_AD3 | |
| MKR_CITY | DURHAM |
| MKR_ST | NC |
| MKR_ZIP | 27705-1863 |
| MKR_HP | 9193099874 |
| MKR_WP | 0 |
| MKR_BARDATE | 0 |
| MKR_BKCHAP | |
| MKR_CASENUM | |
| MKR_DISCHDTE | 0 |
| MKR_DISMSDTE | 0 |
| MKR_BKMEETDTE | 0 |
| MKR_BKCOURT | |
| MKR_BKFILEDT | 0 |
| ECOA | 1 |
| OPENDATE | 20101007 |
| CHGOFF_DATE | 20120622 |
| RMSLASTPMT | 20111028 |
| LASTPMTAMT | 94 |
| DOFD | 20111225 |
| CHGOFFCODE | UNPY |
| LOSSAMT | 1191.76 |
| CURBAL | 1191.76 |
| RMSFILENUM | 67498120 |
| ACCTSTS | S14 |
| STSDESC | Sold FF Fresh |
| JDGDATE | 0 |
| OFF_CODE | MCI203 |
| OFF_DESC | WCI Home Source |
| BCLE | 181 |
| BCLE_DESC | Retail Bank |
| BUYERCODE | X53S |
| INT_RATE | 29.99 |
| NET_COSTS | 0 |
| NET_INTEREST | 946.76 |
| NET_PRINCIPAL | 245 |
| PRINC_LOSS | 245 |
| ASSOC_COSTS | 0 |

POUNDS EX 0132

| | |
|---|---|
| ACCRD_INT | 946.76 |
| CREDITSCOR | 0 |
| LASTPURCHDT | 20101014 |
| CMKR_FN | |
| CMKR_LN | |
| CMKR_TAXID | |
| CMKR_ADDR1 | |
| CMKR_ADDR2 | |
| CMKR_CITY | |
| CMKR_STATE | |
| CMKR_ZIP | |
| CMKR_LIABLE | |
| MKR_DOB | ███████ |

Data printed by Portfolio Recovery Associates, LLC from electronic records
provided by GENERAL ELECTRIC CAPITAL CORP pursuant to the sale of accounts from GENERAL ELECTRIC CAPITAL CORP
to Portfolio Recovery Associates, LLC

POUNDS EX 0133

# SESSOMS & ROGERS, P.A.
## ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

March 19, 2014

Clerk of Superior Court
Durham County Courthouse
510 South Dillard Street
Durham, North Carolina  27701

Re:    Portfolio Recovery Associates, LLC
       v.
       Carlton Miller
       Durham County Case No. 14 CvD 2019

Dear Sir or Madam:

We are enclosing the original and one (1) copy of the Affidavit and Motion for Judgment by Default, together with the original and the Notice required by G.S. § 1A-1, Rule 55(b)(2)b, an Affidavit of Military Service, and a proposed Entry of Default. Pursuant to the holding in Williams v. Moore, 95 N.C. App. 601, 383 S.E.2d 416 (1989), please file the Affidavits and Motion and enter the proposed Entry of Default as authorized by N.C. Gen. Stat. § 1A-1, Rule 55(a). Please return the extra file-stamped copy of these documents to our office. We enclose a self-addressed, stamped envelope for your convenience.

We will submit the judgment to your office for a judge's signature in thirty days, as required by G.S. § 1A-1, Rule 55(b)(2)b.

Thank you very much for your assistance. If you have any questions with respect to this matter, or if you need any further or additional information, please contact our firm at the address or telephone number above.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:ded
Enclosures
cc: Carlton Miller

This is an attempt to collect a debt, any information obtained will be used for that purpose,
and this communication is sent to you in our capacity as a debt collector.

POUNDS EX 0134

# SESSOMS & ROGERS, P.A.
## ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

*[handwritten: rec]*
*[struck through: FILED]*
14 APR 30 AM 10: 16
DURHAM COUNTY, C.S.C.
BY_____

April 29, 2014

*[handwritten: To Judge Hill Thank You Lela]*

Clerk of Superior Court
Durham County Courthouse
510 South Dillard Street
Durham, North Carolina 27701

Re:    Portfolio Recovery Associates, LLC
       v.
       Carlton Miller
       Durham County Case No. 14 CvD 2019

Dear Sir or Madam:

We are enclosing the original and one copy of the proposed Judgment by Default for signature by one of your District Court Judges. Default has already been entered, and the Defendant has failed to file any response to the notice as required under G.S. § 1A-1, Rule 55(b)(2)b. Pursuant to the holding in Taylor v. Triangle Porsche-Audi, Inc., 27 N.C. App. 711, 220 S.E.2d 396 (1975), please deliver this Judgment to a District Court Judge for entry as authorized by N.C. Gen. Stat. § 1A-1, Rule 55(b)(2)b.

When the judgment has been entered, please return the extra file-stamped copy of the Judgment to our office at the address above. We enclose a self-addressed stamped envelope for your convenience.

If you have any questions with respect to this matter, or if you need any further or additional information, please contact our firm at the address or telephone number above. Thank you very much for your assistance.

Sincerely yours,

SESSOMS & ROGERS, P.A.

Lee C. Rogers
Attorney at Law

LCR:ded
Enclosures

This is an attempt to collect a debt, any information obtained will be used for that purpose,
and this communication is sent to you in our capacity as a debt collector.

POUNDS EX 0135

FILE NO(S): _____ VCAP FLAG (Y) ✓ (N) __

\YOR NAME: _____

rAYEE NAME: Sessoms + Rogers, P.A. Attorneys at Law

FILING FEES: CVS $ _____ ✗ CVDC $ 150.00

CDDC $ _____

_____ MOTIONS $ _____ (21450) _____ ALIAS PLURIES $ _____ (21455)

ENDORSEMENT (21455)

ES

D DRIVING PRIVILEGE $ _____ (24335)

(22220) CHANGE OF VENUE $ _____

(21400) LIS PENDENS $ _____

(24310) TRIAL DE NOVO $ _____

(26130) CONDEMNATIONS $ _____

PRO HAC VICE $ _____

_____ FAN DISTRIBUTING LLC
_____ FIA CARD SERVICES NA
_____ GLOBAL ACCEPTANCE CREDIT CO, LP
_____ GOVERNMENT EMPLOYESS INS CO
_____ HEAVNER FURITURE
_____ HSBC BANK
_____ HUTCHINGS & HUTCHINGS, CPC PA
_____ MAZDA AMERICAN CREDIT
_____ NATIONAL FINANCE
_____ NATIONAL FINANCE CO INC
_____ NORTH STATE ACCEPTANCE
✗ _____ PORTFOLIO RECOVERY ASSOCIATES LLC
_____ PUBLIC SERVICE OF NC, INC
_____ RTP FEDERAL CREDIT UNION
_____ STATE EMPLOYEES' CREDIT UNION
_____ STATE FARM BANK
_____ SUNTRUST BANK
_____ TARGET NATIONAL BANK
_____ UNIFUND CCR PARTNERS

SESSOMS & ROGERS, P.A. • ATTORNEYS AT LAW • COURT COST ACCOUNT NEW

ON

Check No. 1001108

150.00

1001108

K OF SUPERIOR COURT CIVIL RECEIPTING

Taylor Henderson
3127

JANICE BURGESS EXT. - 30{

POUNDS EX 0136

FILE NO(S): _____     VCAP FLAG (Y)_____ (N)_____

PAYOR NAME: _____

PAYEE NAME: _____

FILING FEES: _____     CVM $ _____

                            MISC FEES $ _____

____ CITIFINANCIAL                    ____ NORTH STATE ACCEPTANCE
____ HEAVNER FURITURE                 ____ RTP FEDERAL CREDIT UNION
____ KIMBRELL'S FURITURE              ____ SCHEWELL FURNITURE
____ ONEMAIN FINANCIAL                ____ SPRINGLEAF FINANCIAL SERVICES
____ NATIONAL FINANCE CO INC          ____ STATE EMPLOYEES CREDIT UNION

____ APPLE REALTY                     ____ LINCOLN APTS
____ ALLENTON MGT                     ____ LUXOR PROPERTIES
____ ASSOC REALTY INC                 ____ MAPLEWOOD APTS
____ BECCO INVESTMENTS                ____ MATHISON ASSOCIATES
____ BOB SCHMITZ                      ____ MORREENE MANOR APTS
____ BRASWELL PROPERTIES INC          ____ MORREENE WEST APTS
____ BROWNLEE LAW FIRM                ____ NORTHSIDE TOWNHOMES
____ BRIDGES @ SOUTHPOINT APTS        ____ OAK CREEK VILLAGE
____ CAMBRIDGE VILLAGE APTS, LLC      ____ OAKS @ NORTHGATE
____ CAMDEN POINTE APTS               ____ PARK RIDGE ESTATES
____ CAMPUS CROSSINGS APTS            ____ PENRITH TOWNHOMES
____ CARVER PONS APTS                 ____ PHOENIX REALTY OF WAKE CO
____ CASA                             ____ PLAZA PROPERTY MGT LLC
____ CHRIS FELDER                     ____ PRESIDENTAL APTS
____ CIC & ASSOC                      ____ RALPH OWENS RENTALS
____ COUNTRY SCENE APTS               ____ REAL ESTATE ASSOC
____ CRYSTAL VILLAGE                  ____ RENT MAN
____ DURHAM COMMUNITY LAND TRUSTEES INC. ____ RENTAL REALTY LLC
____ DURHAM HOISERY MILL              ____ RICK SOLES
____ DURHAM HOUSING                   ____ ROBERTS CO
____ EDGEWOOD PROPERTIES              ____ ROYAL OAKS APTS
____ EMERALD FOREST                   ____ S & L ENTERPRISE-C LLC
____ ENO REALTY                       ____ SAVANNAH PLACE APTS
____ EVANS REALTY HOLDINGS            ____ SEGAL PROPERTIES LLC
____ EVERGREENS @ MT. MORIAH, LLC     ____ SERVICE PLUS REALTY INC
____ EXCELNAMICS INC                  ____ SHERWOOD PARK LTD PTNSHP
____ FEATHERSTONE VILLAGE             ____ SOUTH EAST REAL ESTATE
____ FOXFIRE APTS                     ____ SOUTH SQUARE TOWNHOMES
____ GEORGE SPAULDING                 ____ SOUTHERN REAL ESTATE
____ GLENDALE APTS                    ____ STONEWOOD APTS
____ GLOBAL R&S INC                   ____ THE LANDING APTS
____ GRIFFIN ASSOC REALTORS           ____ TICON PROPERTIES
____ HCO PROPERTIES                   ____ TRIANGLE COMMUNITIES
____ HERITAGE RENTALS INC             ____ TRIANGLE POINTE APTS
____ INVESTMENTS PROJECTS LLC         ____ UNDERWOOD APTS
____ JAMES WILLIAMS                   ____ VAC LLLP
____ JOE HICKS REAL ESTATE CO         ____ VALLEY TERRACE APTS
____ WATERFORD VILLAGE APTS
____ JOE MATTHEWS PROPERTY MGT        ____ WILLOWBROOK APTS
____ LEVEL 51 TEN APTS                ____ WILLOWDAILE APTS

DURHAM COUNTY CLERK OF SUPERIOR COURT CIVIL RECEIPTING

JANICE BURGESS EXT.-308

POUNDS EX 0137

*GUILFORD COUNTY*

Guilford County Courthouse
P.O. Box 3008
Greensboro NC 27402

## EXECUTION REQUEST FORM

Guilford _____ County

File
Number: ___ 15 CvD 5238 ___

Abstract Number: _J2C1_

Name of Judgment Debtor(s):

Vilayuan Sayaphet-Tyler _payk_

3234 Twin Brooks Drive

Greensboro, North Carolina 27407

Name of Requestor (Type or Print)

Lee C. Rogers _payk_

Requestor Signature:

Request Date _21400_

June 22, 2016

Execution Fee: _(21430)_     $ 25.00    _(NO)_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

County Requested / File Number(s):

Guilford

_____  _____

_____  _____

_____  _____

County Requested / File Number(s):

_____  _____

_____  _____

_____  _____

Clerk: _MJB_

© 2003 Administrative Office of the Courts – Technology Services Division
Civil 2

VERSION: 10/24/2011



EXHIBIT

8

POUNDS EX 0138

GUILFORD-GB COUNTY CLERK OF COURT

C280835          06/30/16  16:48:15

PAYOR: SAYAPHET-TYLER,VILAYUAN
PAYEE:
CASE#: 15CVD005238 VCAP:N
CITA#:

21400 MISC SPEC FEES          25.00

          TOTAL PAID      25.00
          CD TENDERED     25.00
          CHANGE            .00

6167   ID C40BGR

POUNDS EX 0139

## SESSOMS & ROGERS, P.A.
### ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

June 22, 2016

Clerk of Superior Court
Guilford County Courthouse
P.O. Box 3008
Greensboro, North Carolina 27402

FILED
2016 JUN 27 A 9 51
GUILFORD COUNTY C.S.C.
BY:

   Re: Portfolio Recovery Associates, LLC
      v.
     Vilayuan Sayaphet-Tyler
     Guilford County Case No. 15 CvD 5238

Dear Sir or Madam:

  We are enclosing the original and two copies of an execution in the above-captioned matter. Please issue the execution and forward it, along with the enclosed check for service, to the **Guilford County Sheriff's Department.** We would appreciate if you would be kind enough to return one copy of the execution to us in the enclosed, self-addressed, stamped envelope.

  Thank you very much for your assistance. If you have any questions or need additional information, please contact our firm.

       Sincerely yours,

       SESSOMS & ROGERS, P.A.

S&R:crp
Enclosures
262743.001

POUNDS EX 0140

# STATE OF NORTH CAROLINA

Guilford _____ County

FILED

2015 NOV -9 A 9: 01

GUIL..... CO CSC

| File No. | Abstract No. |
|---|---|
| 15 CvD 5238 | JMT |

Judgment Docket Book And Page No.    NO.

Date Judgment Filed

July 2, 2015

In The General Court Of Justice
☒ District    ☐ Superior Court Division

Name Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC

VERSUS

Name Of Defendant
VILAYUAN SAYAPHET-TYLER

**NOTICE OF RIGHT TO HAVE EXEMPTIONS DESIGNATED**

G.S. 1C-1603

| TO: Name And Address Of Judgment Debtor 1 | TO: Name And Address Of Judgment Debtor 2 | ATTEMPTED | | |
|---|---|---|---|---|
| | | DATE | TIME | OFFICER |
| Vilayuan Sayaphet-Tyler | | 10-30 | 0937 | Nucl/cc |
| 3234 Twin Brooks Drive    626 | | 11-2 | 1111 | Nucl/cc |
| Greensboro NC 27407 | | | | |

NOTE:   Attach a copy of AOC-CV-407 if the judgment was filed before 1/1/06. For judgments filed after 1/1/06, attach AOC-CV-415.

A judgment has been entered against you in the case captioned above in which you have been ordered to
☒ pay money over to the judgment creditor.    ☐ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to exempt your property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing.  If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment.  You have certain constitutional rights you may claim if you give up your statutory rights. You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

NOTICE TO JUDGMENT DEBTOR:  *THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.*

| Name And Address Of Judgment Creditor Or Attorney | Date | Signature |
|---|---|---|
| Chelsea E. Uhlman | 10/26/15 | Jerri M Rawson |
| Sessoms & Rogers, P.A. | ☐ Deputy CSC    ☒ Assistant CSC    ☐ Clerk Of Superior Court | |
| P.O. Box 110564 | Address Of The Clerk Of Superior Court | |
| Durham, North Carolina 27709 | Clerk of Superior Court | |
| | Guilford County Courthouse | |
| Telephone No. | Greensboro, North Carolina  27402 | |
| (919) 688-1000 | | |

NOTICE TO THE JUDGMENT CREDITOR:
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, registered or certified mail, return receipt requested, addressed to the judgment debtor.  To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery is attached. You must attach the post office delivery receipt to the affidavit. Alternatively, you may choose to have this Notice and the Motion served by the sheriff.  If you select this method, you must pay a service fee.  If your attempted service by certified or registered mail or personal service by the sheriff fails, you may then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address.  To prove service, you must file a certificate with the Clerk that the notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed.  Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

AOC-CV-406, Rev. 2/06
© 2006 Administrative Office of the Courts
262743.001    (Over)

1325174

POUNDS EX 0141

## RETURN OF SERVICE

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

### JUDGMENT DEBTOR 1

| Date Served | Time Served | | Name Of Judgment Debtor 1 |
|---|---|---|---|
| 11-4-15 | 1356 | ☐ AM ☐ PM | VILAYVAN SAYAPHET -TYLER |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☑ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

MICHAEL TYLER (HUSBAND)  3234 TWIN BROOK DR

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| $ | | |
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

### JUDGMENT DEBTOR 2

| Date Served | Time Served | | Name Of Judgment Debtor 2 |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 10-27-15 | |
| Paid By | Date Of Return | County |
| | 11-4-15 | Signature Of Deputy Sheriff Making Return |

_B J Barnes, Sheriff Guilford County_

AOC-CV-406, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

POUNDS EX 0142

# SESSOMS & ROGERS, P.A.
## ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

September 25, 2015

Clerk of Superior Court
Guilford County Courthouse
P.O. Box 3008
Greensboro, North Carolina 27402

Re:    Portfolio Recovery Associates, LLC
       v.
       Vilayuan Sayaphet-Tyler
       Guilford County Case No. 15 CvD 5238

Dear Sir or Madam:

We are enclosing the original and one copy of a proposed Notice of Right to Have Exemptions Designated, along with two copies of the required Motion to Claim Exempt Property in this case. Please issue the notice and deliver it, along with the motions and the enclosed check for service, to the Guilford County Sheriff's Department.

Thank you very much for your assistance. Please feel free to contact us if you have any questions concerning this case.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:rr2
Enclosures
262743.001

POUNDS EX 0143

# STATE OF NORTH CAROLINA

Guilford **County**

No. 15 CvD 5238

In The General Court Of Justice
☐ Small Claims ☒ District ☐ Superior Court Division

**Name Of Plaintiff**
PORTFOLIO RECOVERY ASSOCIATES, LLC

**VERSUS**

**Name Of Defendant**
VILAYUAN SAYAPHET-TYLER

# CIVIL BILL OF COSTS

G.S. 7A-305

| | District Court | | Superior Court | Cumulative Total |
|---|---|---|---|---|
| | **Magistrate** | **Judge** | | |

**ADVANCE COSTS:**
**INITIAL FILING**
General Court Of Justice Fee

| Item | Magistrate | Judge | Superior | Cumulative |
|---|---|---|---|---|
| District: Magistrate.............................$ 77.55 | $ | | | $ |
| District: Judge....................................$ 127.55 | | $ | | $ |
| Superior: All Civil Cases...................$ 177.55 | | | $ | $ |
| Telephone System Fee.....................$ 4.00 | $ | $ | $ | $ |
| LAA Fee: All Civil Cases ..................$ 2.45 | | | | $ |

Facilities Fee - Magistrate $12, District $16, Superior $16

| To: _____ | $ | $ | $. | $ |
|---|---|---|---|---|

Business Court Designation Fee (21122)     $1,100.00

| | | | $ | $ |
|---|---|---|---|---|

NOTE: The $1,100.00 Business Court Designation Fee amount applies to actions commenced and petitions filed on or after Oct. 1, 2014. The fee amount is $1,000.00 for actions commenced and petitions filed on or before Sept. 30, 2014.

**COUNTER, CROSS CLAIMS, AND THIRD PARTY COMPLAINTS**
General Court Of Justice Fee

| Item | Magistrate | Judge | Superior | Cumulative |
|---|---|---|---|---|
| District: Magistrate.............................$ 77.55 | $ | | | $ |
| District: Judge....................................$ 127.55 | | $ | | $ |
| Superior: All Civil Cases...................$ 177.55 | | | $ | $ |
| Telephone System Fee | $ 4.00 | $ | $ | $ |
| LAA Fee: All Civil Cases ..................$ 2.45 | | | | $ |

Facilities Fee - Magistrate $12, District $16, Superior $16

| To: _____ | $ | $ | $ | $ |
|---|---|---|---|---|

Business Court Designation Fee (21122)     $1,100.00

| | $ | $ | $ | $ |
|---|---|---|---|---|

NOTE: The $1,100.00 Business Court Designation Fee amount applies to actions commenced and petitions filed on or after Oct. 1, 2014. The fee amount is $1,000.00 for actions commenced and petitions filed on or before Sept. 30, 2014.

| TOTAL ADVANCE COSTS ............................... | $ | $ | $ | $ |
|---|---|---|---|---|

**ADDITIONAL EXPENSES:**

| Item | Magistrate | Judge | Superior | Cumulative |
|---|---|---|---|---|
| Notice Of Hearing Fee - $20 | $ | $ | | $ |
| Alias and Pluries Or Endorsement Fee - $15 | $ | $ | | $ |
| Process Fee - $30 each process<br>To: Guilford Sheriff's Office for Notice of Right | | $30.00 | | |
| | $ | | | $ |
| Other Sheriff's Fees - See G.S. 7A-311(a)(3)-(5)<br>To: _____ | $ | $ | $ | $ |
| Witness Fee - $5/day or fraction thereof, plus travel expenses<br>To: _____ | $ | $ | | $ |
| Expert Witness Fee - As set by the Judge<br>To: _____ | $ | $ | | $ |
| Certified Mail Or Service By Publication Cost<br>To: _____ | | | | |
| Transcript - Costs on Appeal<br>To: _____ | $ | $ | | $ |
| Other Fees - As set by the Judge (e.g., GAL fee, premium on prosecution bond, costs of blood test to determine parentage, etc.)<br>To: _____ | $ | $ | $ | $ |
| To: _____ | $ | $ | $ | $ |
| Counsel Fee - As set by the Judge<br>To: _____ | $ | $ | | $ |
| TOTAL ADDITIONAL COSTS ............................... | $ | $30.00 | $ | $ |
| TOTAL COSTS AND ADDITIONAL CHARGES ................ | $ | $ | $ | $ |

| To Be Paid By: ☐ Plaintiff ☒ Defendant ☒ Per Judgment | Date 9/25/2015 | Prepared By Sessoms & Rogers, P.A.<br>Attorney for Plaintiff |
|---|---|---|

AOC-CV-382, Rev. 10/14
© 2014 Administrative Office of the Courts

POUNDS EX 0144

LS

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILED

15 JUL 17 AM 11: 24

GUILFORD COUNTY, C.S.C.

BY_____

15 CvD 5238

PORTFOLIO RECOVERY ASSOCIATES, LLC,   )
                                       )
              Plaintiff                )
                                       )
vs.                                    )
                                       )
                                       )
VILAYUAN SAYAPHET-TYLER,               )
                                       )
              Defendant                )
_____ )

CERTIFICATE

OF SERVICE

    This is to certify that, pursuant to G.S. § 1A-1, Rule 5(b), a copy of the judgment was this

day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the

Defendant, as follows:

            Vilayuan Sayaphet-Tyler
            3234 Twin Brooks Drive
            Greensboro, North Carolina 27407

    This the 16 day of July, 2015.

                        SESSOMS & ROGERS, P.A.

                        By:_____
                          Chelsea E. Uhlman
                          Attorney for Plaintiff
                          P.O. Box 110564
                          Durham, North Carolina 27709
                          Telephone: (919) 688-1000



SESSOMS & ROGERS, P.A.
ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

July 14, 2015

Clerk of Superior Court
Guilford County Courthouse
P.O. Box 3008
Greensboro, North Carolina 27402

Re:    Portfolio Recovery Associates, LLC
       v.
       Vilayuan Sayaphet-Tyler
       Guilford County Case No. 15 CvD 5238

Dear Sir or Madam:

Our firm represents the plaintiff in the above captioned action. In that regard, we are enclosing the original and one (1) copy of a Certificate of Service for filing in this case. Please file the original and return the copy to our office at the address above after it has been file-stamped. We are enclosing a self-addressed, stamped envelope for that purpose.

Thank you very much for your assistance. If you have any questions with respect to this matter, or if you need any further or additional information, please contact our firm at the address above.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:bsa
Enclosures
cc: Vilayuan Sayaphet-Tyler
262743.001

This is an attempt to collect a debt, any information obtained will be used for that purpose,
and this communication is sent to you in our capacity as a debt collector.

POUNDS EX 0146

File No. 15CVD 5238

**LEAD DOCUMENT FOR SCANNING**

**AUDIT TRAIL**

| Date Filmed | Description | Film No. |
|---|---|---|
| 7 9 | 0 | 15-144 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AOC-G-113 Rev. 2/14
© 2014 Administrative Office of the Courts

POUNDS EX 0147

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 5238

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Plaintiff

vs.

VILAYUAN SAYAPHET-TYLER,
3234 Twin Brooks Drive
Greensboro, North Carolina 27407

    Defendant

JUDGMENT BY DEFAULT

[DEFJ]

THIS CAUSE came on to be heard before the undersigned Clerk of Superior Court of Guilford County, North Carolina, upon motion by the plaintiff for the Entry of Default Judgment against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55; and

IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

    1. The plaintiff initiated this action against the Defendant on April 27, 2015.

    2. The defendant is a resident of Guilford County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

    3. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about May 2, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

    4. This is an action for a sum certain or a sum which can by computation be made certain, and the Court has jurisdiction over the parties and the subject matter of this action.

    5. The Defendant is neither an infant nor an incompetent person, nor in military service, nor under any other legal disability.



JUL 0 8 2015

6. More than thirty (30) days have passed since service was had upon the Defendant, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the defendant, nor has the defendant made any appearance before the Court so as to be entitled to notice of this motion.

7. Default was entered against the Defendant, pursuant to G.S. § 1A-1, Rule 55(a).

8. The defendant is lawfully indebted to the plaintiff in the principal sum of $4,434.88, and said sum has been outstanding since December 8, 2013.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED, pursuant to the provisions of G.S. § 1A-1, Rule 55, as follows:

1. That the plaintiff have and recover from the defendant the principal sum of $4,434.88.

2. That the plaintiff further have and recover from said defendant no interest whatsoever.

3. That the plaintiff further recover from said defendant the costs of this action.

This the _____ day of June, 2015.

_____
[Assistant] Clerk of Superior Court

*Costs $180.*

POUNDS EX 0149

STATE OF NORTH CAROLINA    FILED    IN THE GENERAL COURT OF JUSTICE

COUNTY OF GUILFORD   15 JUL -2 PM 3: 52   DISTRICT COURT DIVISION

15 CvD 5238

PORTFOLIO RECOVERY ASSOCIATES, LLC )

     Plaintiff                 )
                            )
                            )
vs.                           )       ENTRY OF DEFAULT
                            )
                            )            [EODF]
VILAYUAN SAYAPHET-TYLER,         )
                            )
     Defendant               )
                            )

THIS CAUSE came on to be heard before the undersigned upon motion by the plaintiff for an Entry of Default against the Defendant pursuant to the provisions of G.S. § 1A-1, Rule 55(a); and IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1. The defendant is a resident of Guilford County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

2. The plaintiff initiated this action against the Defendant on April 27, 2015. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about May 2, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

3. No answer or other pleading of any nature has been filed by the Defendant, nor has the Defendant appeared before the Court in any manner, and the time allowed for the Defendant to answer, plead or otherwise appear has expired.

IT IS NOW, THEREFORE, ORDERED that default be, and is hereby entered against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55(a).

This the *2nd* day of June, 2015.

_____
[Assistant] Clerk of Superior Court

POUNDS EX 0150

# SESSOMS & ROGERS, P.A.
## ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709



, TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

June 12, 2015

Clerk of Superior Court
Guilford County Courthouse
P.O. Box 3008
Greensboro, North Carolina 27402

Re:  Portfolio Recovery Associates, LLC
     v.
     Vilayuan Sayaphet-Tyler
     Guilford County Case No. 15 CvD 5238

Dear Sir or Madam:

Enclosed please find the original and one (1) copy of the Affidavit and Motion for Judgment by Default, the Entry of Default, and the proposed Judgment by Default in this case.

Pursuant to the holding in Taylor v. Triangle Porsche-Audi, Inc., 27 N.C. App. 711, 220 S.E.2d 396 (1975). please file the Affidavit and Motion, enter the default, and enter the proposed Judgment by Default as authorized by N.C. Gen. Stat. § 1A-1, § 58-70-155, Rules 55(a) and 55(b)(1). Thereafter, please return the copy of each document to our office in the enclosed self-addressed, stamped envelope.

Thank you very much for your assistance. If you have any questions or if you need additional information, please contact our firm at the address or telephone number listed above.

Sincerely yours.

SESSOMS & ROGERS, P.A.

S&R:mrg
Enclosures

This is an attempt to collect a debt, any information obtained will be used for that purpose, and this communication is sent to you in our capacity as a debt collector.

POUNDS EX 0151

| STATE OF NORTH CAROLINA<br>COUNTY OF Guilford | File No.<br>15 CvD 5238 |
|---|---|

IN THE GENERAL COURT OF JUSTICE

☐ Superior ☒ District ☐ Before the Clerk

| | |
|---|---|
| Plaintiff(s)<br>Portfolio Recovery Associates, LLC<br>vs.<br>Defendant(s)<br>Vilayuan Sayaphet-Tyler | **AFFIDAVIT**<br>Servicemembers Civil Relief Act<br>50 U.S.C. App. §§501-597b |

## OATH

I, ,Chelsea E. Uhlman being duly sworn, depose and say:

## MILITARY SERVICE OF DEFENDANT

☒ The defendant, (Vilayuan Sayaphet-Tyler) ☐ IS or ☒ IS NOT in the military service.

## MILITARY STATUS OF DEFENDANT

I Have

☒ Checked the Department of Defense Manpower Data Center website to determine the defendant's military status. https://www.dmdc.osd.mil/appj/scra/

☐ Requested a written search of the defendant's military status from the Department of Defense Manpower Data Center. [Defense Manpower Data Center, Attn: Military Verification, 1600 Wilson Blvd, Suite 400, Arlington, VA 22209-2593]

☐ Attached are the results of that search and/or written response.

## ADDITIONAL FACTS SUPPORTING THE STATEMENT ABOVE ABOUT DEFENDANT'S MILITARY SERVICE

## INABILITY TO DETERMINE MILITARY STATUS

☐ I AM UNABLE TO DETERMINE WHETHER OR NOT THE DEFENDANT IS IN MILITARY SERVICE

## DATE/SIGNATURE

Date: 6/18/15 Signature of Affiant: Chelsea Uhlman

## NOTARY

State of North Carolina
County of Durham

Sworn to and Subscribed before me this day by: Chelsea E. Uhlman

(☒ I have personal knowledge of the identity of the affiant, or ☐ I have seen satisfactory evidence of the affiant's identity in the form of a current state or federal identification with the affiant's photograph

This the 19 day of June, 2015 My commission expires: 11/25/19

Printed Name of Notary: Matthew Gulledge Signature of Notary: Matthew Gulledge (SEAL)

CCLF-CV-005 (4/2015)

*MX0000262743*

MATTHEW GULLEDGE
Notary Public
North Carolina
Durham County

POUNDS EX 0152

Department of Defense Manpower Data Center



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: SAYAPHET-TYLER
First Name: VILAYUAN
Middle Name:
Active Duty Status As Of: Jun-03-2015

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days proceeding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

File #: 262743

POUNDS EX 0153

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: T7KFB0EEX177RD0

File #: 262743

POUNDS EX 0154

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 5238

PORTFOLIO RECOVERY ASSOCIATES. LLC, )
                                      )
                    Plaintiff         )
                                      )
                                      )
vs.                                   )
                                      )
                                      )
VILAYUAN SAYAPHET-TYLER,              )
                                      )
                    Defendant         )
                                      )
_____)

AFFIDAVIT and MOTION

for

ENTRY OF DEFAULT and

JUDGMENT BY DEFAULT

[EODF & DEFJ]

Chelsea E. Uhlman, having sworn or affirmed, deposes and says as follows:

1. She is the attorney for the plaintiff in the above-captioned civil action.

2. The plaintiff is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

3. The defendant is a resident of, or is domiciled within, the state of North Carolina. and is therefore subject to the jurisdiction of this Court pursuant to the provisions of G.S. § 1-75.4 (1).

4. Service of process in this case was obtained by serving copies of the summons and complaint upon said Defendant on or about May 2, 2015, as shown on the return of service filed herein. as required by G.S. § 1A-1, Rule 4(j)(1).

5. More than thirty (30) days have passed since service was had upon the Defendant, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the defendant, nor has the defendant made any appearance before the Court so as to be entitled to notice of this motion.

6. The plaintiff instituted this action against the Defendant for a sum certain or a sum which could by computation be made certain on or about April 27, 2015.

POUNDS EX 0155

7. As evidenced by the attached Affidavit of Account, the defendant is in default under the provisions of the credit agreement entered into by said Defendant, and the defendant is still indebted to the plaintiff thereunder in the principal sum of $4,434.88 and the costs of this action. The amount due to the plaintiff from the Defendant as set forth herein and in the attached Affidavit of Account is correct in all respects to the best knowledge and belief of this affiant.

8. The plaintiff's predecessor in interest, GE Capital Retail Bank f/k/a GE Money Bank, opened a credit account (hereinafter "Account") for the Defendant and extended credit to the Defendant through the Account.

9. The plaintiff's predecessor in interest extended credit to the Defendant pursuant to the terms and conditions set forth in the account agreement (hereinafter "Agreement").

10. The Defendant accepted and used the credit extended by GE Capital Retail Bank f/k/a GE Money Bank through the Account during the period that the Account was active.

11. The defendant's use of the credit extended by GE Capital Retail Bank f/k/a GE Money Bank ratified the Agreement thereby binding the Defendant to the terms and conditions set forth therein.

12. Account statements (hereinafter "Statements") reflecting the original account number and the credit issuer were mailed by the plaintiff's predecessor in interest to the Defendant at the address provided by the Defendant while the Account was active. Copies of said Statements, previously filed herein as an attachment to the plaintiff's complaint as Exhibit "A", are incorporated herein by this reference.

13. As this was a credit card account, the origination balance was $0.00. The Statements reflect an itemization of the charges and fees owed, along with an explanation of how the balance owing on the Account was calculated. The last payment on the defendant's Account was made on or about May 2, 2013.

POUNDS EX 0156

14. The Defendant defaulted under the terms of the Agreement because the Defendant failed to make the payments owing to GE Capital Retail Bank f/k/a GE Money Bank when they became due.

15. Subsequent to the defendant's default, the Account was charged-off by GE Capital Retail Bank f/k/a GE Money Bank for non-payment in the amount of $4,434.88 as evidenced by the Charge-off Statement attached hereto as Exhibit "1" and incorporated herein by this reference.

16. Thereafter, the defendant's Account was sold to and acquired by the plaintiff herein, Portfolio Recovery Associates, LLC.

17. The chain of ownership of the defendant's Account, previously filed herein as an attachment to the plaintiff's complaint as Exhibit "B", is incorporated herein by this reference.

18. To this affiant's best knowledge and belief, the defendant is not an infant or incompetent person, nor in military service, nor under any other legal disability.

19. The plaintiff moves the Court to enter default against the Defendant, and to render judgment by default against said Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55.

This the _18_ day of June, 2015.

_____
Chelsea E. Uhlman
Attorney for Plaintiff

Sworn to or affirmed and acknowledged before me,
this the _19_ day of June, 2015.

_____
Matthew Gulledge, Notary Public
My commission expires:  11/25/19

MATTHEW GULLEDGE
Notary Public
North Carolina
Durham County

POUNDS EX 0157

<div align="center">

**AFFIDAVIT**

</div>

State of California
City of San Diego ss.

I, the undersigned, _Crystal Grace_, Custodian of Records, for Portfolio Recovery Associates, LLC hereby depose, affirm and state as follows:

1.      I am competent to testify to the matters contained herein.

2.      I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Original Creditor **GE CAPITAL RETAIL BANK/JC PENNEY** and those records transferred to Account Assignee from **GE CAPITAL RETAIL BANK** ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3.      According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on **1/19/2014**. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4.      According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from **VILAYUAN SAYAPHET'TYLER** ("Debtor and Co-Debtor") to the Account Seller the sum of **$4,434.88** with the respect to account number **ending in 0600** as of the date of **12/8/2013** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5.      According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$4,434.88** as due and owing as of the date of this affidavit.

6.      Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC _Crystal Grace_

By: _Crystal Grace_, Custodian of Records

> STEPHEN P. SENECA
> COMM. #1985399
> NOTARY PUBLIC • CALIFORNIA
> SAN DIEGO COUNTY
> Commission Expires Aug. 25, 2016

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (or affirmed) before me on ___2-27___ of ___2015___ by ___Crystal Grace___ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public

<div align="center">

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

</div>

262743.001

VILAYUAN SAYAPHETTYLER
Account Ending: *** *** 080 C

Visit us at jcp.com/credit
Customer Service: 1-800-527-3369
PO Box 965009 Orlando FL 32896-5009

| Summary of Account Activity | |
|---|---|
| Previous Balance | $4,434.88 |
| - Other Credits | $4,434.88 |
| New Balance | $0.00 |
| Credit Limit | $3,862.00 |
| Available Credit | None |
| Statement Closing Date | 12/08/2013 |
| Days in Billing Cycle | 30 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Payment Due | $1,107.00 |
| Payment Due Date | 12/10/2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

| Transaction Summary | | | | |
|---|---|---|---|---|
| Tran Date | Reference Number | Balance Type | Description of Transaction or Credit | Amount |
| 12/08 | F911900AN00999990 | R | CHARGE OFF ACCOUNT-PRINCIPALS | ($3,660.80) |
| 12/08 | F911900AN00999990 | R | CHARGE OFF ACCOUNT *FINANCE CHARGES* | ($774.08) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 12/08 | | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2013 | $140.00 |
| Total Interest Charged in 2013 | $919.83 |
| Total Interest Paid in 2013 | $342.66 |

**PLEASE NOTE YOUR MAILED PAYMENT MUST BE RECEIVED BY 5 P.M. (ET) OR YOUR IN-STORE PAYMENT MUST BE RECEIVED DURING STORE HOURS ON THE DUE DATE.**
**NOTICE:** Your payment may be converted into an electronic debit. See reverse for details, Billing Rights Information and other important information.

PLEASE DETACH AND RETURN THIS STUB WITH YOUR CHECK PAYABLE TO GECRB.

Good news! Gold & Platinum upgrade status levels are back.

See details on back.

Account Ending: *** *** 080 C

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | New Balance |
|---|---|---|---|
| $1,107.00 | $0.00 | 12/10/2013 | $0.00 |

FILL IN TOTAL PAID $ ☐☐☐☐☐.☐☐

New address or email? Print changes on the back.

VILAYUAN SAYAPHETTYLER
3234 TWIN BROOKS DR
GREENSBORO NC 27407-6742

GECRB / Jcp
P.O. Box 960090
Orlando FL 32896-0090

5433    H5H    1    3  7  131208    2 X PAGE 1 of 3    9119  3200  H172  01FH5433

EXHIBIT

POUNDS EX 0159

## Interest Charge Calculation
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charged | Balance Method |
|---|---|---|---|---|---|
| Regular | NA | 26.99% | $0.00 | $0.00 | E |

## Cardmember News & Information

Statement not provided to customer.

**Good news - Gold and Platinum upgrade status levels are back!** Cardmembers who have spent $500 on their JCPenney Credit Card this calendar year over 2 or more shopping days will be automatically upgraded to JCPenney Gold Card Status, and cardholders who have spent $1,000 on their JCPenney Credit Card this calendar year over 2 or more shopping days will be automatically upgraded to JCPenney Platinum Card Status. Certain conditions and limitations apply. See back of statement for additional information.

Until further notification, reward certificates earned in the jcp rewards program will only be delivered by email if you have registered your email address on jcprewards.com. All other rewards certificates will be delivered via U.S. mail.

## Cardmember Benefits & Information

Monitor your Account 24/7. Enroll in free eServicing at jcp.com/credit and take advantage of the easy way to: view recent transactions, check your balance, update personal information and much more.

**Good news!** Now you can earn up to $100 in jcp rewards each month when you use your JCPenney Credit Card to make qualifying purchases. See a JCPenney Associate member or visit jcprewards.com/credit for details.

LS

# STATE OF NORTH CAROLINA

Guilford _____ County

2015 MAY -5 PM 2: 56

GUILFORD COUNTY C.S.C.

File No. *15CVD5238*

In The General Court Of Justice
☒ District ☐ Superior Court Division

*Name Of Plaintiff*
PORTFOLIO RECOVERY ASSOCIATES, LLC

*Address*  c/o  Sessoms & Rogers, P.A.
Attorneys for Plaintiff

*City, State, Zip*  P.O. Box 110564
Durham, North Carolina 27709

**VERSUS**

MAY 0 6 2015

BY_____

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

*Name Of Defendant(s)*
VILAYUAN SAYAPHET-TYLER

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

2015 APR 29 AM 10: 53
SHERIFF'S OFFICE
GREENSBORO, N.C.
GUILFORD COUNTY

### To Each Of The Defendant(s) Named Below:

*Name And Address Of Defendant 1*
Vilayuan Sayaphet-Tyler
3234 Twin Brooks Drive
Greensboro, NC 27407

Home Phone: (336)697-3000

*Name And Address Of Defendant 2*

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address. and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

*Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)*
Chelsea E. Uhlman
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

*Date Issued*  4/27/15

*Time*  12:12  ☐ AM ☒ PM

*Signature*  Chenelle Edwards

☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

*Date Of Endorsement*

*Time*  ☐ AM ☐ PM

*Signature*

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

262743.001

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)



POUNDS EX 0161

*S U 0 0 0 0 2 6 2 7 4 3*

1299769

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | | | Name Of Defendant |
|---|---|---|---|---|
| 5-2-15 | 0811 | ☐ AM | ☐ PM | VILAYVAN SAYAPHET-TMEN |

☑ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

3234 Twin Brooks dr

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | | | Name Of Defendant |
|---|---|---|---|---|
| | | ☐ AM | ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (Type Or Print) |
| 4-28-15 | BJ Barnes, Sheriff Guilford County |
| Date Of Return | County Of Sheriff |
| 5-4-15 | |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of

POUNDS EX 0162

# SESSOMS & ROGERS, P.A.
## ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

April 14, 2015

Clerk of Superior Court
Guilford County Courthouse
P.O. Box 3008
Greensboro, North Carolina 27402

Re:  Portfolio Recovery Associates, LLC
     v.
     Vilayuan Sayaphet-Tyler

Dear Sir or Madam:

Our firm represents Portfolio Recovery Associates, LLC, the Plaintiff in the above captioned matter. In that regard, we are enclosing the original and two (2) copies of the Complaint and Civil Summons in this case, along with our trust account check for the filing fee. Please file the Complaint, issue the summons, and forward the Defendant's copy along with the enclosed check for service, to the Guilford County Sheriff's office. Please return the extra file-stamped copy of the Summons and Complaint to our office at the address above for our file.

We would appreciate if you would be kind enough to notify us at the address above when service is obtained. We are enclosing a self-addressed stamped postcard for that purpose. Thank you very much for your assistance. If you have any questions with respect to this matter, or if you need any additional information, please contact our firm at the address above.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:cmd
Enclosures
262743.001

POUNDS EX 0163

# STATE OF NORTH CAROLINA

Guilford
_____ County

File No. 15CVD5238

In The General Court Of Justice
☒ District ☐ Superior Court Division

| Name And Address Of Plaintiff 1 | |
|---|---|
| Portfolio Recovery Associates, LLC<br>c/o Sessoms & Rogers, P.A.<br>P.O. Box 110564<br>Durham, North Carolina 27709 | **GENERAL<br>CIVIL ACTION COVER SHEET**<br>☒ INITIAL FILING ☐ SUBSEQUENT FILING<br>Rule 5(b), General Rules of Practice For Superior and District Courts |

Name And Address Of Plaintiff 2

Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)

Chelsea E. Uhlman
P.O. Box 110564
Durham, North Carolina 27709

**VERSUS**

| Telephone No. | Cell Telephone No. |
|---|---|
| (919) 688-1000 | |

Name Of Defendant 1

Vilayuan Sayaphet-Tyler

| NC Attorney Bar No. | Attorney E-Mail Address |
|---|---|
| 44866 | |

☐ Initial Appearance in Case    ☐ Change of Address

Summons Submitted ☒ Yes ☐ No

Name Of Firm

Sessoms & Rogers, P.A.

Name Of Defendant 2

FAX No.

(919) 688-9000

Counsel for
☒ All Plaintiffs ☐ All Defendants ☐ Only (List party(ies) represented)

Summons Submitted ☒ Yes ☐ No

☐ Jury Demanded In Pleading
☐ Complex Litigation

☐ Amount in controversy does not exceed $15,000
☐ Stipulate to arbitration

## TYPE OF PLEADING

(check all that apply)

☐ Amend (AMND) *Assess Motions Fee (SEE NOTE)*
☐ Amended Answer/Reply (AMND-Response) *Assess Motions Fee (SEE NOTE)*
☐ Amended Complaint (AMND) *Assess Motions Fee*
☐ Answer/Reply (ANSW-Response) *(SEE NOTE)*
☐ Change Venue (CHVN) *Assess Motions Fee*
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL) *Assess Motions Fee*
☐ Contempt (CNTP) *Assess Motions Fee*
☐ Continue (CNTN) *Assess Motions Fee*
☐ Compel (CMPL) *Assess Motions Fee*
☐ Counterclaim (CTCL) *Assess Court Costs*
☐ Crossclaim (List On Back) (CRSS) *Assess Court Costs*
☐ Dismiss (DISM) *Assess Court Costs*
☐ Exempt/Waive Mediation (EXMD) *Assess Motions Fee*
☐ Extend Statute Of Limitations, Rule 9 (ESOL) *Assess Motions Fee*
☐ Extend Time For Complaint (EXCO) *Assess Motions Fee*

(check all that apply)

☐ Failure To Join Necessary Party (FJNP) *Assess Motions Fee*
☐ Failure To State A Claim (FASC)
☐ Improper Venue/Division (IMVN) *Assess Motions Fee*
☐ Intervene (INTR) *Assess Motions Fee*
☐ Interplead (OTHR) *Assess Motions Fee*
☐ Lack Of Jurisdiction (Person) (LJPN) *Assess Motions Fee*
☐ Lack Of Jurisdiction (Subject Matter) (LJSM) *Assess Motions Fee*
☐ Rule 12 Motion In Lieu of Answer (MDLA) *Assess Motions Fee*
☐ Sanctions (SANC) *Assess Motions Fee*
☐ Set Aside (OTHR) *Assess Motions Fee*
☐ Show Cause (SHOW) *Assess Motions Fee*
☐ Transfer (TRFR) *Assess Motions Fee*
☐ Third Party Complaint (List Third Party Defendants on Back) (TPCL)
☐ Vacate/Modify Judgment (VCMD) *Assess Motions Fee*
☐ Withdraw as Counsel (WDCN) *Assess Motions Fee*
☐ Other *(specify and list each separately)*

NOTE: *See Side Two for a list of motions not subject to the motions fee.*    NOTE: *Assess fee only if court permission is required to amend.*

## CLAIMS FOR RELIEF

☐ Administrative Appeal (ADMA)
☐ Appointment Of Receiver (APRC)
☐ Attachment/Garnishment (ATTC)
☐ Claim And Delivery (CLMD)
☒ Collection On Account (ACCT)
☐ Condemnation (CNDM)
☐ Contract (CNTR)
☐ Discovery Scheduling Order (DSCH)

☐ Injunction (INJU)
☐ Medical Malpractice (MDML)
☐ Minor Settlement (MSTL)
☐ Money Owed (MNYO)
☐ Negligence - Motor Vehicle (MVNG)
☐ Negligence - Other (NEGO)
☐ Motor Vehicle Lien G.S. 44A (MVLN)

☐ Limited Driving Privilege - Out-of-State Convictions (PLDP)
☐ Possession Of Personal Property (POPP)
☐ Product Liability (PROD)
☐ Real Property (RLPR)
☐ Specific Performance (SPPR)
☐ Other *(specify and list separately)*

| Date | Signature Of Attorney/Party |
|---|---|
| April 14, 2015 | |

NOTE: *All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General Civil (AOC-CV-751), Motion (AOC-CV-752) or Court Action (AOC-CV-753) cover sheet* (Over)

AOC-CV-751, Rev. 6/11, © 2011 Administrative Office of the Courts

POUNDS EX 0164

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 5238

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
)
)
        Plaintiff )
)
vs. )
)
VILAYUAN SAYAPHET-TYLER, )
)
        Defendant )

COMPLAINT

The Plaintiff, complaining of the Defendant, alleges and says as follows:

1. The Plaintiff, a limited liability company organized under the laws of the state of Delaware, with a principal office and place of business in Norfolk, Virginia, is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

2. The Defendant is a resident of Guilford County, North Carolina.

3. Pursuant to an agreement entered into between the Defendant and the Plaintiff's predecessor in interest, GE Capital Retail Bank f/k/a GE Money Bank, a credit account (hereinafter "Account") was opened and credit extended to the Defendant.

4. The Defendant incurred debt on the Account, as shown by the account statements attached and incorporated herein by reference as Exhibit A. These statements provide an ongoing itemization of the charges and fees incurred to the Account and reflect how they were calculated. The last payment made to the account was received on May 2, 2013.

5. The Defendant defaulted by failing to make all payments owed on the Account when due. The Account was subsequently charged-off, assigned and acquired by the Plaintiff.

POUNDS EX 0165

GUILFORD-BR COUNTY CLERK OF COURT

H140634          04/28/15   16:14:31

PAYOR: PORTFOLIO RECOVERY ASSOC LLC
PAYEE: SESSOMS & RODGERS PA
CASE#: 15CV0005238 VCSP-Y
CITN#:

21220 DC-CIVIL FEES                127.55
21221 DC-CV L4A FEES                 2.45
29481 JUD TECH & FAC                 4.00
22220 CO FAC FEE D CV               16.09

       TOTAL PAID                  150.00
       CO TENDERED                 150.00
       CHANGE                         .00

3692    ID CHOICE

POUNDS EX 0166

Documentation evidencing the complete chain of assignment is attached and incorporated herein as Exhibit B.

      6.    Notice of intent to file legal action was sent to Defendant at least thirty (30) days prior to the filing of this action.

      7.    As shown by the attached Exhibits, the Defendant remains lawfully indebted to the Plaintiff in the amount of $4,434.88. Said amount includes any offsets and credits to which the Defendant is lawfully entitled.

      WHEREFORE, the Plaintiff prays the Court as follows:

1. That the Plaintiff have and recover from the Defendant the amount of $4,434.88.

2. No interest whatsoever.

3. That the Plaintiff further recover from said Defendant all costs of this action.

4. For such other and further relief as the Court may deem just and proper.

This the 23rd day of ___April___, 2015.

                  SESSOMS & ROGERS, P.A.

By:_____
            Chelsea E. Uhlman
            Attorney for Plaintiff
            P.O. Box 1/0564
            Durham, North Carolina 27709
            Telephone (919) 688-1000

POUNDS EX 0167

VILAYUAN SAYAPHETTYLER
Account Ending: *** *** 060 0

Visit us at jcp.com/credit
Customer Service: 1-800-527-7717
PO Box 965009 Orlando FL 32896-5009

| Summary of Account Activity | |
|---|---|
| Previous Balance | $3,649.95 |
| - Payments | $150.00 |
| - Other Credits | $35.00 |
| + Purchases/Debits | $39.49 |
| + Interest Charged | $83.69 |
| **New Balance** | **$3,588.13** |
| | |
| Credit Limit | $4,700.00 |
| Available Credit | $1,111.00 |
| Statement Closing Date | 05/10/2013 |
| Days in Billing Cycle | 31 |

**Payment Information**

| | |
|---|---|
| New Balance | $3,588.13 |
| Total Minimum Payment Due | $120.00 |
| Payment Due Date | 06/02/2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay .... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the Minimum payment | 17 years | $10,166.00 |
| $146.00 | 3 years | $5,273.00 (Savings = $4,895.00) |

If you would like information about credit counseling services, call 1-877-302-6775.

**PLEASE NOTE YOUR MAILED PAYMENT MUST BE RECEIVED BY 5 P.M. (ET) OR YOUR IN-STORE PAYMENT MUST BE RECEIVED DURING STORE HOURS ON THE DUE DATE.**
**NOTICE:** Your payment may be converted into an electronic debit. See reverse for details, Billing Rights Information and other important information.

PLEASE DETACH AND RETURN THIS STUB WITH YOUR CHECK PAYABLE TO GECRB.

Good news! Now you can earn up to $100 in jcp rewards each month when you use your jcp card! See details on back.

Account Ending: *** *** 060 0

| Total Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
| $120.00 | 06/02/2013 | $3,588.13 |

FILL IN TOTAL PAID $ ☐☐☐☐☐.☐☐

New address or email? Print changes on the back.

VILAYUAN SAYAPHETTYLER
3234 TWIN BROOKS DR
GREENSBORO NC 27407-6742

GECRB / jcp
P.O. Box 960000
Orlando FL 32896-0090

5433       BYH       1    7  7   130510          PAGE 1 of 3          9119   3200   H172   01F65433

**EXHIBIT**
**A**

POUNDS EX 0168

## Transaction Summary

| Tran Date | Reference Number | Balance Type | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 05/01 | P9119003S00YX4FJW | R | FOUR SEASONS MALL GREENSBORO NC WMN TRAD FOOTWR | $23.48 |
| 05/01 | P9119003S00YX4FKE | R | FOUR SEASONS MALL GREENSBORO NC WOMENS LIZ CLABR | $16.01 |
| 05/02 | P9119003V00XTZR0L | | PHONE/ONLINE PMT THK YOU ALPHARETTA GA | ($150.00) |
| 05/03 | F9119003V000LF123 | | REFUND OF LATE FEES | ($35.00) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 05/10 | | | INTEREST CHARGE ON PURCHASES | $83.69 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $83.69 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2013 | $0.00 |
| Total Interest Charged in 2013 | $369.44 |
| Total Interest Paid in 2013 | $342.66 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charged | Balance Method |
|---|---|---|---|---|---|
| Regular | NA | 26.99% | $3,650.77 | $83.69 | E |

## Cardmember News & Information

The following special promotions may be offered at jcpenney stores and online at jcp.com: No Interest for 6, 12, 18 or 24 months. For each promotion, after the promotion ends, a 26.99% APR will apply.

The following special promotions may be offered at jcpenney stores and online at jcp.com: No Interest if Paid in Full Within 6, 12, 18, or 24 Months. For each promotion, if the promotional balance is not paid in full within the promotional period, interest will be imposed from the date of purchase at the APR that applies to your account when the promotional purchase is made. For each promotion, after the promotion ends, a 26.99% APR will apply.

Good news! Now you can earn up to $100 in jcp rewards each month when you use your jcp credit card to make qualifying purchases. See a team member or visit jcprewards.com/credit for details.

## Cardmember Benefits & Information

Monitor your Account 24/7. Enroll in free eServicing at jcp.com/credit and take advantage of the easy way to: view recent transactions, check your balance, update personal information and much more.

POUNDS EX 0169

VILAYUAN SAYAPHETTYLER
Account Ending: *** *** 060 0

Visit us at jcp.com/credit
Customer Service: 1-800-527-3369
PO Box 965009 Orlando FL 32896-5009

| Summary of Account Activity | |
|---|---|
| Previous Balance | $4,434.88 |
| - Other Credits | $4,434.88 |
| **New Balance** | **$0.00** |
| Credit Limit | $3,862.00 |
| Available Credit | None |
| Statement Closing Date | 12/08/2013 |
| Days In Billing Cycle | 30 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| **Amount Past Due** | **$0.00** |
| Total Minimum Payment Due | $1,107.00 |
| Payment Due Date | 12/10/2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

| Transaction Summary | | | | |
|---|---|---|---|---|
| Tran Date | Reference Number | Balance Type | Description of Transaction or Credit | Amount |
| 12/08 | F911900AN00999990 | R | CHARGE OFF ACCOUNT-PRINCIPALS | ($3,660.80) |
| 12/08 | F911900AN00999990 | R | CHARGE OFF ACCOUNT *FINANCE CHARGES* | ($774.08) |
| | | | FEES | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| | | | **INTEREST CHARGED** | |
| 12/08 | | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

| 2013 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2013 | $140.00 |
| Total Interest Charged in 2013 | $919.83 |
| Total Interest Paid in 2013 | $342.66 |

**PLEASE NOTE YOUR MAILED PAYMENT MUST BE RECEIVED BY 5 P.M. (ET) OR YOUR IN-STORE PAYMENT MUST BE RECEIVED DURING STORE HOURS ON THE DUE DATE.**
**NOTICE:** Your payment may be converted into an electronic debit. See reverse for details, Billing Rights Information and other important information.

PLEASE DETACH AND RETURN THIS STUB WITH YOUR CHECK PAYABLE TO GECRB.

Good news! Gold & Platinum upgrade status levels are back.

See details on back.

**Account Ending:*** *** 060 0**

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | New Balance |
|---|---|---|---|
| $1,107.00 | $0.00 | 12/10/2013 | $0.00 |

FILL IN TOTAL PAID  $ ☐☐☐☐☐ . ☐☐

Now address or email? Print changes on the back.

VILAYUAN SAYAPHETTYLER
3234 TWIN BROOKS DR
GREENSBORO NC 27407-6742

GECRB / Jcp
P.O. Box 960090
Orlando FL 32896-0090

5433    1191    1    3  7  131208    2 X PAGE 1 of 3    9119  3200  M172  01FM5433

POUNDS EX 0170

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charged | Balance Method |
|---|---|---|---|---|---|
| Regular | NA | 26.99% | $0.00 | $0.00 | E |

## Cardmember News & Information

Statement not provided to customer.

Good news - Gold and Platinum upgrade status levels are back! Cardmembers who have spent $500 on their JCPenney Credit Card this calendar year over 2 or more shopping days will be automatically upgraded to JCPenney Gold Card Status, and cardholders who have spent $1,000 on their JCPenney Credit Card this calendar year over 2 or more shopping days will be automatically upgraded to JCPenney Platinum Card Status. Certain conditions and limitations apply. See back of statement for additional information.

Until further notification, reward certificates earned in the jcp rewards program will only be delivered by email if you have registered your email address on jcprewards.com. All other rewards certificates will be delivered via U.S. mail.

## Cardmember Benefits & Information

Monitor your Account 24/7. Enroll in free eServicing at jcp.com/credit and take advantage of the easy way to: view recent transactions, check your balance, update personal information and much more.

Good news! Now you can earn up to $100 in jcp rewards each month when you use your JCPenney Credit Card to make qualifying purchases. See a JCPenney Associate member or visit jcprewards.com/credit for details.

 **GE Capital**

## BILL of SALE

### PRA – PLCC Fresh– January 2014

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of this 16ᵗʰ day of January, 2014 by and between General Electric Capital Corporation, GE Capital Retail Bank, GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on January 19, 2014, and as further described in the Agreement.

GE Capital Retail Bank

By: _Ken Wojcik_
Ken Wojcik

Title: _EVP Collections & Recovery_

Date: _02.06.14_

General Electric Capital Corporation

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _02.06.14_

GEMB Lending, Inc.

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _02.06.14_

Monogram Credit Services, L.L.C.

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _02.06.14_

RFS Holding, L.L.C

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _02.06.14_

GEM Holding, L.L.C

By: _Ken Wojcik_
Attorney in Fact Ken Wojcik

Date: _02.06.14_

Portfolio Recovery Associates, LLC

By: _Chris_

Title: _Authorized Signer_

EXHIBIT
B

POUNDS EX 0172

| | |
|---|---|
| account_number | ████████0600 |
| record_type | A |
| sequence_number | 00 |
| Title | |
| customer_type | I |
| name | SAYAPHET'TYLER    VILAYUAN |
| account_address_1 | 3234 TWIN BROOKS DR |
| account_address_2 | |
| city | GREENSBORO |
| county | |
| state | NC |
| zip_code | 27407-6742 |
| home_phone_number | 3364557517 |
| work_phone_number | 0000000000 |
| birth_date | ████████ |
| employers_name | |
| employers_address | |
| loan_type_code | CHAC |
| lending_officer_code | JCP041 |
| user_field | 0181 |
| dps_id_agency_atty_code | PR1S |
| dealer_code | |
| charge_off_reason_code | UNPY |
| account_status | SF5 |
| interest_rate | 0000 |
| source_code | A |
| receipt_date | 20131210 |
| contract_date | 20100128 |
| charge_off_date | 20131208 |
| last_payment_date | 20130502 |
| charge_off_amount | 0000366080 |
| associated_costs | 000000000 |
| accrued_interest | 000077408 |
| current_balance | 0000443488 |
| net_principal | 000366080 |
| net_associated_costs | 000000000 |
| net_interest | 000077408 |
| last_comment_line_1 | |
| last_comment_line_2 | |
| last_comment_line_3 | |
| last_comment_date | 00000000 |
| second_name_1 | |
| second_name_2 | |
| monthly_income | 000000000 |
| other_income | 000000000 |

POUNDS EX 0173

| | |
|---|---|
| monthly_payment | 000000000 |
| other_obligations | 000000000 |
| own_rent_code | |
| recovery_score | 000 |
| next_payment_date | 20131210 |
| last_interest_date | 00000000 |
| last_contact_date | 20130610 |
| commission_rate | 0000 |
| home_phone_flag | |
| work_phone_flag | |
| address_flag | |
| customer_id | ███3896 |
| filler | |
| agency_code | |
| format_code | B |
| LPA | 00000015000 |
| FDOD | 20130609 |
| LANG_IND | EN |
| co_name | |
| co_account_address_1 | |
| co_account_address_2 | |
| co_city | |
| co_county | |
| co_state | |
| co_zip_code | |
| co_home_phone_number | |
| co_work_phone_number | |
| co_birth_date | |
| co_employers_name | |
| co_employers_address | |
| co_customer_id | |
| liable | |

POUNDS EX 0174



AOC-G-113 Rev. 2/14
© 2014 Administrative Office of the Courts

POUNDS EX 01 75

**EXHIBIT**

**9**

tabbies®

File No. 15CVD 9301

**LEAD DOCUMENT FOR**
**SCANNING**

**AUDIT TRAIL**

| Date Filmed | Description | Film No. |
|---|---|---|
| 1 Ψ 1 | 8 | 1650 |

POUNDS EX 0176

POUNDS EX 0177

JAN 2 0 2016



STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
COUNTY OF GUILFORD               DISTRICT COURT DIVISION
                                 15 CvD 9301

PORTFOLIO RECOVERY ASSOCIATES, LLC;  )
                                      )
          Plaintiff                   )
                                      )
vs.                                   )      JUDGMENT BY DEFAULT
                                      )          [DEF1]
VILAYUAN SAYAPHET-TYLER,              )
Greensboro, North Carolina  27407     )
3234 Twin Brooks Drive                )
                                      )
          Defendant                   )
                                      (

THIS CAUSE came on to be heard before the undersigned Clerk of Superior Court of Guilford County, North Carolina, upon motion by the plaintiff for the Entry of Default Judgment against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55; and

IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1.  The plaintiff initiated this action against the Defendant on November 2, 2015.

2.  The defendant is a resident of Guilford County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

3.  Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about November 17, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1)().

4.  This is an action for a sum certain or a sum which can be made by computation be made certain, and the Court has jurisdiction over the parties and the subject matter of this action.

5. The Defendant is neither an infant nor an incompetent person, nor on active duty in military service, nor under any other legal disability.

6. More than thirty (30) days have passed since service was had upon the Defendant, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the defendant, nor has the defendant made any appearance before the Court so as to be entitled to notice of this motion.

7. Default was entered against the Defendant, pursuant to G.S. § 1A-1, Rule 55(a).

8. The defendant is lawfully indebted to the plaintiff in the principal sum of $2,861.87 and said sum has been outstanding since October 14, 2013.

IT IS NOW, THEREFORE, ADJUDGED AND DECREED, pursuant to the provisions of G.S. § 1A-1, Rule 55, as follows:

1. That the plaintiff have and recover from the defendant the principal sum of $2,861.87.

2. Plaintiff declines any post-charge-off interest whatsoever.

3. That the plaintiff further have and recover from said Defendant the costs of this action.

This the _____ day of December, 2013.

_____
[Assistant] Clerk of Superior Court

Cost $ 180.00

POUNDS EX 0179

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE

COUNTY OF GUILFORD          DISTRICT COURT DIVISION

         15 CvD 9301

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Plaintiff

vs.          (         ENTRY OF DEFAULT

         [EODF]

VILAYVAN SAYAPHET-TYLER,

Defendant



THIS CAUSE came on to be heard before the undersigned upon motion by the plaintiff for an Entry of Default against the Defendant pursuant to the provisions of G.S. § 1A-1, Rule 55(a); and IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1. The defendant is a resident of Guilford County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

2. The plaintiff initiated this action against the Defendant on November 2, 2015. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about November 17, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

3. No answer or other pleading of any nature has been filed by the Defendant, nor has the Defendant appeared before the Court in any manner, and the time allowed for the Defendant to answer, plead or otherwise appear has expired.

IT IS NOW, THEREFORE, ORDERED that default be, and is hereby entered against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55(a).

This the 8 day of December, 2015.

_____
[Assistant] Clerk of Superior Court

POUNDS EX 0180

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CVD 9301

GUILFORD CO. C.S.C.

2015 DEC 30 P 1: 52

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Plaintiff

vs.

VILAYUAN SAYAPHET-TYLER,

    Defendant

)
)
)
)
)
)
)
)
)
)
)

PLAINTIFF'S MOTION

for

ENTRY OF DEFAULT and

JUDGMENT BY DEFAULT

[EODF & DEFJ]



NOW COMES the Plaintiff herein, Portfolio Recovery Associates, LLC, by and through its undersigned counsel, and pursuant to N.C. Gen. Stat. § 1A-1, Rule 55, moves the Court for Entry of Default and Default Judgment against the Defendant herein, Vilayuan Sayaphet-Tyler. In support thereof, the Plaintiff shows unto the Court as follows:

1.  On or about November 2, 2015, the Plaintiff brought this action against the Defendant for sum certain or a sum which could by computation be made certain.

2.  The Defendant, upon information and belief, is a resident of, or is domiciled within the State of North Carolina, and is thereby subject to the jurisdiction of this Court pursuant to N.C. Gen. Stat. § 1-75.4 (1).

3.  Pursuant to N.C. Gen. Stat. § 1-A-1, Rule 4(j)(1), service of process was obtained on November 17, 2015, as shown on the return of service filed herein.

4.  More than thirty (30) days have passed since the Defendant was served, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the Defendant, nor has any appearance been made by the Defendant before the Court so as to be entitled to notice of this motion.

5. As evidenced by the Affidavit and evidence filed by the Plaintiff in this matter, incorporated herein by reference, the Defendant opened a credit account (the "Account") with the Plaintiff's predecessor-in-interest, and accepted and used the credit during the time that the Account was active.

6. As further shown by the Affidavit and evidence filed by the Plaintiff in the matter, incorporated herein by reference, the Defendant is indebted to the Plaintiff in the principal sum of $2,861.87 and costs of this action.

7. Upon information and belief, the Defendant is not an infant or incompetent person, nor on active duty in military service, nor under any other legal disability.

WHEREFORE, based on the foregoing, the Plaintiff moves the Court to enter Default against the Defendant, and to render judgment by default against said Defendant, as prayed for in the Complaint, pursuant to N.C. Gen. Stat § 1A-1, Rule 55.

This the ____ day of December, 2015.

SESSOMS & ROGERS, P.A.

By: _____

Sarah C. Boshears
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000



POUNDS EX 0182

271895.001

# AFFIDAVIT

State of Virginia
City of Norfolk ss.

Dianna D. Williams

I, the undersigned, _____, Custodian of Records, for Portfolio Recovery Associates, LLC hereby depose, affirm and state as follows:

1.    I am competent to testify to the matters contained herein.

2.    I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Original Creditor CITIBANK, N.A./THE HOME DEPOT and those records transferred to Account Assignee from CITIBANK, N.A. ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3.    According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on 6/18/2014. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4.    According to the records transferred to Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from VILAYUAN SAYAPHET-TYLER ("Debtor and Co-Debtor") to the Account Seller the sum of $2,861.87 with the respect to account number ending in 4077 as of the date of 10/14/2013 with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5.    According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of $2,861.87 as due and owing as of the date of this affidavit.

6.    Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC.

_Dianna J. L. B_

Dianna D. Williams

By: _____
Custodian of Records

SEP 10 2015

Subscribed and sworn to/before me on _____

_____
Notary Public

MELVIN L JACKSON JR
NOTARY PUBLIC
REGISTRATION # 7622744
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MAY 31, 2019

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

# STATE OF NORTH CAROLINA

In The General Court Of Justice

Guilford County

NO.
15 CVD 9301

AFFIDAVIT
SERVICEMEMBERS CIVIL RELIEF ACT

Name And Address Of Plaintiff
Portfolio Recovery Associates, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, NC 27709

VERSUS

Name And Address Of Defendant
Vilayvanh Sayaphet-Tyler
3224 Twin Brooks Drive
Greensboro, North Carolina 27407

50 U.S.C. app. 501 to 597b

NOTE: This form is not for use in Chapter 45 Foreclosure actions.

AFFIDAVIT

I, the undersigned Affiant, under penalty of perjury declare the following to be true:

1. As of the current date: (check one of the following)
☐ a. the defendant named above is in military service.*
☒ b. the defendant named above is not in military service.*
☐ c. I am unable to determine whether the defendant named above is in military service.*

2. (check one or more of the following)
☒ a. I ☒ have ☐ have not   used the Servicemembers Civil Relief Act Website (https://www.dmdc.osd.mil/appj/scra/) to determine the defendant's military status.  ☒ The results from my use of that website are attached.
(NOTE: The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your Internet browser when you attempt to access the website. DoD security certificates will be automatically added to the Judicial Branch users, such that these users should not expect security alerts to appear with this website after July of 2015. As of June 18, 2015, the Servicemembers Civil Relief Act Website includes the following advice: "Most web browsers don't come with the DoD certificates already installed. The best and most secure solution is for the user to install all of the DoD's public certificates in their web browser.")

☐ b. The following facts support my statement as to the defendant's military service: (State how you know the defendant is not in the military. Be specific.)

*NOTE: The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. app. 511(2).

SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME

Signature Of Affiant
Date

Name Of Affiant (type or print)
Sarah C. Boshears
Attorney for Plaintiff
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, NC 27709

Date   Dec. 23 2015

Signature Of Person Authorized To Administer Oaths

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court  ☒ Notary

SEAL
MARGARET LILLIAN REINITZ
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires: 3/26/2019

Date My Commission Expires  03/26/2019

NOTE TO COURT: Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit (whether or not this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.

AOC-G-250, New 6/15
© 2015 Administrative Office of the Courts

(over)

POUNDS EX 0183

POUNDS EX 0184

MARGARET LILLIAN REINITZ
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires

POUNDS EX 0185

File #: 271895

Department of Defense Manpower Data Center

Results as of: Dec-21-2015 07:01:24 AM

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: SAYAPHET-TYLER
First Name: VILAYUAN
Middle Name:

Active Duty Status As Of: Dec-21-2015

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

POUNDS EX 0186

SESSOMS & ROGERS, P.A.
ATTORNEYS AT LAW

**FILED**

2015 DEC 30 P 1: 52

GUILFORD CO., C.S.C.

BY _____

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

MAILING ADDRESS:
P.O. Box 110564
Durham, NC 27709

December 22, 2015

Clerk of Superior Court
Guilford County Courthouse
P.O. Box 3008
Greensboro, North Carolina 27402

Re:     Portfolio Recovery Associates, LLC
        v.
        Vilayuan Sayaphet-Tyler
        Guilford County Case No. 15 CVD 9301

Dear Sir or Madam:

Enclosed please find the original and one (1) copy of the Motion for Entry of Default and Judgment by Default, Affidavit of Military Service, the Entry of Default, and the proposed Judgment by Default in this case.

Please file the Motion , enter the Default, and enter the proposed Judgment by Default as authorized by N.C. Gen. Stat. § 1A-1, § 58-70-155, Rules 55(a) and 55(b)(1). Thereafter, please return the copy of each document to our office in the enclosed self-addressed, stamped envelope.

Thank you very much for your assistance. If you have any questions or if you need additional information, please contact our firm at the address or telephone number listed above.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:cmd
Enclosures



1984577

POUNDS EX 0187

*SU000027189S*

© 2011 Administrative Office of the Courts
AOC-CV-100, Rev. 6/11
271895.001

(Over)

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time | ☐ AM ☐ PM |
| --- | --- | --- |

Signature

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

| Date Issued | Time | ☐ AM ☐ PM |
| --- | --- | --- |

Signature

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Sarah C. Boshears
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

You are notified to appear and answer the complaint of the plaintiff as follows:

A Civil Action Has Been Commenced Against You!

RECEIVED SHERIFF'S OFFICE
2015 NOV -4 A
GREENSBORO,
GUILFORD COUNTY

Name And Address Of Defendant 1
Vilayuan Sayaphet-Tyler
3234 Twin Brooks Drive
Greensboro, NC 27407

To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 2

| SERVICE ATTEMPTED | DATE | TIME | OFFICER |
| --- | --- | --- | --- |

Date(s) Subsequent Summons(es) Issued

Date Original Summons Issued

VILAYUAN SAYAPHET-TYLER

Name Of Defendant(s)

G.S. 1A-1, Rules 3, 4

VERSUS

☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

**CIVIL SUMMONS**

Name Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC

Address
c/o
Sessoms & Rogers, P.A.
Attorneys for Plaintiff
P.O. Box 110564
City, State, Zip
Durham, North Carolina 27709

☐ District  ☒ Superior Court Division

In The General Court Of Justice

COMPELLED

County
Guilford

## STATE OF NORTH CAROLINA

File No.
15 CVD 9361

LS

POUNDS EX 0188

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | Name Of Defendant |
|---|---|---|
| 11-7-15 | 12:07 ☐ AM ☐ PM | VILAYVANH SARAPHET - Tila |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☒ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

MICHAEL TIGER (Husband) 5239 Twin Brooks Dr.

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | Name Of Defendant |
|---|---|---|
| | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Date Received | Date Of Return |
|---|---|---|
| $ | 11-4-15 | 11-7-15 |

Signature Of Deputy Sheriff Making Return
R. Dock

Name Of Sheriff (Type Or Print)
BJ Barnes, Sheriff

County Of Sheriff
Guilford County

POUNDS EX 0189

# STATE OF NORTH CAROLINA

County: Guilford

In The General Court Of Justice
☒ District ☐ Superior Court Division

| File No. |
|---|
| 15(v|t) 7501 |

## CIVIL ACTION COVER SHEET
### GENERAL
☒ INITIAL FILING ☐ SUBSEQUENT FILING

*Rule 5(b), General Rules Of Practice For Superior and District Courts*

Name And Address Of Plaintiff 1
Portfolio Recovery Associates, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

**VERSUS**

Name Of Defendant 1
Vilayuan Savaphet-Tyler

Name Of Defendant 2

---

Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)
Sarah C. Boshears
P.O. Box 110564
Durham, North Carolina 27709

| Telephone No. (919) 489-1000 | NC Attorney Bar No. 45882 |
|---|---|

☐ Initial Appearance in Case ☐ Change of Address

Name Of Firm: Sessoms & Rogers, P.A.
FAX No. (919) 489-0006

Counsel for:
☒ All Plaintiffs ☐ All Defendants ☐ Only (List party(ies) represented)

Summons Submitted ☐ Yes ☒ No (Defendant 1)
Summons Submitted ☐ Yes ☒ No (Defendant 2)

☐ Jury Demanded In Pleading
☐ Complex Litigation
☐ Amount in controversy does not exceed $15,000
☐ Stipulate to arbitration

## TYPE OF PLEADING
*(check all that apply)*

☐ Amend (AMND) Assess Motions Fee (SEE NOTE)
☐ Amended Answer/Reply (AAMD-Response) Assess Motions Fee (SEE NOTE)
☐ Amended Complaint (AMND) Assess Motions Fee
☐ Answer/Reply (ANSW-Response) Assess Motions Fee
☒ Change Venue (CHVN) Assess Motions Fee
☐ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL) Assess Motions Fee
☐ Contempt (CNTP) Assess Motions Fee
☐ Continue (CNTN) Assess Motions Fee
☐ Compel (CMPL) Assess Motions Fee
☐ Counterclaim (CTCL) Assess Court Costs
☐ Crossclaim (List On Back) (CRSS) Assess Court Costs
☐ Dismiss (DISM) Assess Court Costs
☐ Exempt/Waive Mediation (EXMD) Assess Motions Fee
☐ Extend Statute Of Limitations, Rule 9 (ESOL) Assess Motions Fee
☐ Extend Time For Complaint (EXCO) Assess Motions Fee

☐ Failure To Join Necessary Party (FJNP) Assess Motions Fee
☐ Failure To State A Claim (FASC)
☐ Improper Venue/Division (IMVN) Assess Motions Fee
☐ Intervene (INTR) Assess Motions Fee
☐ Interplead (Person) (IJPN) Assess Motions Fee
☐ Lack Of Jurisdiction (Person) (LJSM) Assess Motions Fee
☐ Lack Of Jurisdiction (Subject Matter) (LJSM) Assess Motions Fee
☐ Rule 12 Motion In Lieu of Answer (MDLA) Assess Motions Fee
☐ Sanctions (SANC) Assess Motions Fee
☐ Set Aside (OTHR) Assess Motions Fee
☐ Show Cause (SHOW) Assess Motions Fee
☐ Transfer (TRFR) Assess Motions Fee
☐ Third Party Complaint (List Third Party Defendants on Back) (TPCL)
☐ Vacate/Modify Judgment (VCMD) Assess Motions Fee
☐ Withdraw as Counsel (WDCN) Assess Motions Fee
☐ Other (specify and list each separately)

*NOTE: See Side Two for a list of motions not subject to the motions fee.*

## CLAIMS FOR RELIEF

☐ Administrative Appeal (ADMA)
☐ Appointment Of Receiver (APRC)
☐ Attachment/Garnishment (ATTC)
☐ Claim And Delivery (CLMD)
☒ Collection On Account (ACCT)
☐ Condemnation (CNDM)
☐ Contract (CNTR)
☐ Discovery Scheduling Order (DSCH)

☐ Injunction (INJU)
☐ Medical Malpractice (MDML)
☐ Minor Settlement (MSTL)
☐ Money Owed (MNYO)
☐ Negligence - Motor Vehicle (MVNG)
☐ Negligence - Other (NEGO)
☐ Motor Vehicle Lien G.S. 44A (MVLN)

☐ Limited Driving Privilege - Out-Of-State Convictions (PLDC)
☐ Possession Of Personal Property (POPP)
☐ Product Liability (PROD)
☐ Real Property (RLPR)
☐ Specific Performance (SPPR)
☐ Other (specify and list separately)

*NOTE: Assess fee only if court permission is required to amend.*

| Date | Signature Of Attorney/Party |
|---|---|
| October 13, 2015 | |

NOTE: All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General Civil (AOC-CV-751) or Motion (AOC-CV-752) or Court Action (AOC-CV-753) cover sheet.
(Over)

AOC-CV-751, Rev. 6/11, © 2011 Administrative Office of the Courts

POUNDS EX 0190

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 9,301

PORTFOLIO RECOVERY ASSOCIATES, LLC. )
Plaintiff )
)
vs. )
)
VILAYUAN SAYAPHET-TYVISK )
Defendant )

COMPLAINT

ARBITRATION CASE
Under G.S. 7A-37... this case is ...n-binding arbitration subject to ...further ...

FILED 2015 NOV -2 A 10: 37 GUILFORD CO., C.S.C. BY

The Plaintiff, complaining of the Defendant, alleges and says as follows:

1.  The Plaintiff, a limited liability company organized under the laws of the state of Delaware, with a principal office and place of business in Norfolk, Virginia, is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

2.  The Defendant is a resident of Guilford County, North Carolina.

3.  Pursuant to an agreement entered into between the Defendant and the Plaintiff's predecessor in interest, Citibank (South Dakota), N.A., a credit account (hereinafter "Account") was opened and credit extended to the Defendant.

4.  The Defendant incurred debt on the Account, as shown by the account statements attached and incorporated herein by reference as Exhibit A. These statements provide an ongoing itemization of the charges and fees incurred to the Account and reflect how they were calculated. The last payment made to the account was received on March 9, 2013.

5.  The Defendant defaulted by failing to make all payments owed on the Account when due. The Account was subsequently charged-off, assigned and acquired by the Plaintiff.

POUNDS EX 0191

GUILFORD-GB COUNTY CLERK OF COURT

I032468 11/03/15 14:34:23

PAYOR: PORTFOLIO RECOVERY ASSO LLC
PAYEE: SESSONS
CASE#: 15CVD009301 VCAF:Y
CITA#:

| | |
|---|---|
| 21220 DC-CIVIL FEES | 127.55 |
| 21221 DC-CV LAA FEES | 2.45 |
| 24681 JUD TECH & FAC | 4.00 |
| 22220 CO FAC FEE D CV | 15.00 |
| TOTAL PAID | 150.00 |
| CO TENDERED | 150.00 |
| CHANGE | .00 |

4782 ID C40CRR

POUNDS EX 0192

Documentation evidencing the complete chain of assignment is attached and incorporated herein as Exhibit B.

6. Notice of intent to file the legal action was sent to Defendant at least thirty (30) days prior to the filing of this action.

7. As shown by the attached Exhibits, the Defendant remains lawfully indebted to the Plaintiff in the amount of $2,861.87. Said amount includes any offsets and credits to which the Defendant is lawfully entitled.

WHEREFORE, the Plaintiff prays the Court as follows:

1. That the Plaintiff have and recover from the Defendant the amount of $2,861.87.

2. No interest whatsoever.

3. That the Plaintiff further recover from said Defendant all costs of this action.

4. For such other and further relief as the Court may deem just and proper.

This the 25th day of October, 2015.

SESSOMS & ROGERS, P.A.

By: _____

Sarah C. Boshears
Attorney for Plaintiff
P.O. Box N10564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0193



EXHIBIT
tabbies

HOME DEPOT CREDIT SERVICES
PO BOX 182676
COLUMBUS, OH 43218-2676

VILAYVANH SAYAPHET-TYLER
3334 TWIN BROOKS DR
GREENSBORO, NC 27407-6742

Make Checks Payable to ▾
Print address changes on the reverse side.

Be the first to know about
exclusive email savings.
Sign up today at
homedepot.com/signup.

SAVING HAS NEVER
BEEN EASIER AT
THE HOME DEPOT®

| | |
|---|---|
| New Balance | $2,218.34 |
| Past Due Amount | $0.00 |
| Minimum Payment Due | $75.00 |
| Payment Due Date | April 09, 2013 |
| Amount Enclosed: | $ |

P.O. Box 790933
St. Louis, MO 63179

Statement Enclosed

Your Account Number is                077

Please complete, detach lower portion with your payment, to insure proper credit. Retain upper portion for your records.

PLEASE SEE IMPORTANT INFORMATION ON PAGES 2 AND 4          This Account is Issued by Citibank, N.A.          Page 1 of 6

74 LR1 2

## Take The Home Depot® With You

Download our FREE Application to Easily Access Your Home Depot Credit Account, Make a
Payment, Check Your Credit Balance, Shop Over 350,000 Products, Read Reviews and More!

FREE MOBILE APPS
for iPad, iPhone or Android

App Store

Visit homedepot.com for more details.

### TRANSACTIONS

Please see the enclosed privacy notice for important information.

| Trans Date | Description | Reference # | | Amount |
|---|---|---|---|---|
| 02/15 | PAYMENT - THANK YOU | P919800161010BGP5K | $ | 80.00- |
| 03/05 | PAYMENT - THANK YOU | X90B9002500ZKDEX1 | $ | 93.00- |

### FEES

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS PERIOD | | $ | 0.00 |

Your minimum payment due is $75.00. To avoid interest charges on your non-promotional (revolving) balance and any expiring promotions, pay $2,218.34 by April 9, 2013. If
you pay your non-promotional balance in full every month, no additional breed interest charges will apply. Interest accrues daily from your statement closing date until we
receive your payment, so please check your next statement for any additional interest you may have incurred.

### Payment Information

| | |
|---|---|
| New Balance | $2,218.34 |
| Minimum Payment Due | $75.00 |
| Payment Due Date | April 9, 2013 |

Late Payment Warning: If we do not receive your minimum payment by the
date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning: If you make only the minimum payment each
period, you will pay more in interest and it will take you longer to pay off your
balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 years | $6,837 |
| $91 | 3 years | $3,260 (Savings=$2,577) |

If you would like information about credit counseling services, call 1-877-337-8187.

| Summary of Account Activity | |
|---|---|
| Previous Balance | $2,339.09 |
| Payments | -$173.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$52.25 |
| New Balance | $2,218.34 |
| Past Due Amount | $0.00 |
| | |
| Credit Limit | $2,300.00 |
| Available Credit | $81.00 |
| Statement Closing Date | 03/13/2013 |
| Next Statement Closing Date | 04/12/2013 |
| Days in Billing Cycle | 31 |

## Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO Box 790933 St. Louis, MO 63179

Account Number:                077

Customer Service:
myhomedepotaccount.com
Account Inquiries:
1-800-677-0232

SHOP
ANY TIME,
ANYWHERE!

ONLINE   MOBILE   IN STORE

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded balances in full by the payment due date each billing cycle. We may refer to deferred interest promotions as No Interest promotions.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods C, H and M, we use a daily balance method (including current transactions) to calculate interest charges. For Methods I and L, we use an average daily balance method (including current transactions) to calculate interest charges. For Method K, we use an average daily balance method (excluding current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at Customer Service number on the front.

**Important Payment Instructions.**

**Right to Prepay Your Account.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**Crediting Payments.** If we receive your mailed payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address in the Express Payments section.

PLEASE SEE IMPORTANT INFORMATION ON PAGE 4

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order made payable to Home Depot Credit Services. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to a balance of our choosing. We reserve the right to add this fee to balances subject to a higher annual percentage rate. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit *myhomedepotaccount.com* and sign up for free online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day and it will post within three business days. If we receive your request to make an online payment after that time, we will credit your payment as of the next day and it will post within three business days. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **AutoPay Service.** If you are enrolled in this service, your payment amount will be deducted automatically each month on your due date from the bank account you select.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone, if your account is eligible. You will be charged $14.95 to use this service if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day and posted within three business days. If you call after that time, your payment will be credited as of the next day and posted within three business days. We may process your payment electronically after we verify your identity.
- **Express Payments.** You can send payment by courier or express mail to the Express Payments Address. This address is: Customer Service Center, Attention: Payment Mail Opening, 1500 Boltonfield St., Columbus, OH 43228. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.
- **In-Store Payments.** For your added convenience, payments can be made at The Home Depot® stores, with no service fee. Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.

HD-2 JAN13

## Change of Address

Print address changes in blue or black ink.

__________________________________________

__________________________________________

__________________________________________

__________________________________________

SAVE STAMPS, TIME... AND TREES!

Register now for Paperless Statements and more at myhomedepotaccount.com

**SHOP HASSLE-FREE**

FREE **IN-STORE PICK UP** Thousands of items ready to pick up today plus now 280,000 more items ship to your local The Home Depot® store free when you order online (new!)

FREE Shipping on More than 300,000 Items Every day (with minimum $45 purchase)

FREE In-Store Returns for Online Orders

Visit homedepot.com for more details. **Buy Online. Pick Up In Store.**

POUNDS EX 0194

Case 1:16-cv-01395-WO-JEP Document 1-10 Filed 12/09/16 Page 164 of 262

Account: **** **** **** 4077

## TRANSACTIONS (cont.)

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|

**INTEREST CHARGED**

| | | | |
|---|---|---|---|
| 03/13 | INTEREST CHARGE ON PURCHASES | | $ 2.25 |
| | TOTAL INTEREST FOR THIS PERIOD | | $ 2.25 |

### 2013 Totals Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2013 | $25.00 |
| Total Interest Charged in 2013 | $152.23 |

## INTEREST CHARGE CALCULATION
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Revolving Balance | 26.99% (M) | $2,279.83 | $52.25 |



## NO INTEREST IF PAID IN FULL WITHIN 12 MONTHS*
on purchases of $299 or more. Minimum payments required. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 12 months or if you make a late payment.

**HURRY! OFFER GOOD: 03/21/13 - 03/27/13**

© 2013 Home? TLC, Inc. All rights reserved.

*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card. 17.99% - 26.99% APR. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer is only valid for consumer accounts and from 3/21/13 through 3/27/13.

## RYOBI® ONE+ 18V STRING TRIMMER
## PULL THE TRIGGER AND GO

NEW

**$99*** WAS $109*

☑ Cordless 18 Volt, 2-in-1 trimmer also serves as an edger – just rotate the shaft

☑ Lithium-ion battery recharges in an hour, works with over 50 Ryobi One+ tools

☑ Features adjustable cutting width, charger and 3-year warranty
(08381)

NO ELECTRIC CORD,
NO GAS REQUIRED

Get yours today – exclusively at The Home Depot.®

*Price available in the Continental U.S. only.

© 2013 Home? TLC, Inc. All rights reserved.

HD-4 JAN13

T02916-9196-0400-0002-0---12/10/07-65-191-F-0-0-0-NOPLAY-EB-02/11/12-H648-February 26, 2013-0-0    N---

---

**KEY CREDIT TERMS - NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS\*, \$299 minimum purchase required.** Minimum payments required. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months or if you make a late payment.

\*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card, 17.99% - 26.99% APR. Minimum interest charge \$2. See card agreement for details including APR applicable to you. Offer is only valid for consumer accounts and is subject to change without notice.

---

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write to us at the Customer Service address shown on Page 1.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on Page 1 of your statement.

In your letter, give us the following information:
- **Account information.** Your name and account number.
- **Dollar amount.** The dollar amount of the suspected error.
- **Description of problem.** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first \$50 of the amount you question even if your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than \$50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing inquiries and correspondence shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

01/13
076

| **FACTS** | **WHAT DOES CITIBANK DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and employment information<br>• credit history and transaction history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Citibank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Citibank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For our nonaffiliates to market to you** | Yes | Yes |

| **To limit our sharing** | Call 1-877-491-0607 – our menu will prompt you through your choice(s).<br>**Please note:**<br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice.<br>However, you can contact us any time to limit our sharing. |
|---|---|
| **Questions?** | Call 1-877-491-0607 or call the Customer Service number on the back of your credit card or on your billing statement. |

01/13
920

## Who we are

| Who is providing this notice? | You are receiving this notice from the retail partner cards group of Citibank, N.A., the bank that issues your credit card. |
|---|---|

## What we do

| How does Citibank protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures to comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| How does Citibank collect my personal information? | We collect your personal information, for example, when you<br>• provide account information or give us your contact information<br>• provide employment information or apply for a loan<br>• use your credit or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates include companies with a Citi name; financial companies such as Citigroup Global Markets Inc. and Banamex USA. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates we share with can include companies engaged in direct marketing and the selling of consumer products and services. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products and services to you. |

## Other important information

**For Vermont Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

**For California Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account. We may share your personal information, as permitted by law, with the retailer whose name is on your card and with the companies related to the retailer. You cannot limit this sharing.

**Important information about Credit Reporting**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

POUNDS EX 0199

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
P.O. Box 790328, St. Louis, MO 63179

| Account Number: | 4077 |

Customer Service:
myhomedepotaccount.com
Account Inquiries    1-866-458-7863

   

SHOP ANY TIME, ANYWHERE!   IN STORE   ONLINE   MOBILE

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,782.71 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Fees Charged | +$35.00 |
| Interest Charged | +$64.16 |
| New Balance | $2,861.87 |
| Past Due Amount | $774.00 |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 10/13/2013 |
| Next Statement Closing Date | 11/12/2013 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $2,861.87 |
| Minimum Payment Due | $902.00 |
| Payment Due Date | November 9, 2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card, and you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 years | $6,096 |
| $117 | 3 years | $4,206 (Savings=$1,889) |

If you would like information about credit counseling services, call 1-877-337-8188.

Your minimum payment due is $902.00. To avoid interest charges on your non-promotional (revolving) balance and any expiring promotions, pay $2,861.87 by November 9, 2013. If you pay your non-promotional balance in full every month, no additional billed interest charges will apply. Interest accrues daily from your statement closing date until we receive your payment, so please check your next statement for any additional interest you may have incurred.

## TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|

## FEES

| | | | |
|---|---|---|---|
| 10/09 | LATE FEE | | $ 35.00 |
| | TOTAL FEES FOR THIS PERIOD | | $ 35.00 |

## INTEREST CHARGED

| | | | |
|---|---|---|---|
| 10/13 | INTEREST CHARGE ON PURCHASES | | $ 64.16 |
| | TOTAL INTEREST FOR THIS PERIOD | | $ 64.16 |

---

R HD 7                    Page 1 of 4        This Account is issued by Citibank, N.A.

PLEASE SEE IMPORTANT INFORMATION ON PAGES 2 AND 4.

Please detach and return lower portion with your payment. To ensure proper credit, retain upper portion for your records.

Your Account Number is:    4077

For proper credit, please write on your check and enclose with this payment coupon.

Statement Enclosed

VILAYUAN SAYAPHET-TYLER
3224 TWIN BROOKS DR
GREENSBORO, NC 27407-6742

| | |
|---|---|
| New Balance | $2,861.87 |
| Past Due Amount | $774.00 |
| Minimum Payment Due | $902.00 |
| Payment Due Date | November 9, 2013 |

Amount Enclosed:   $

Please print address changes on the reverse side.
Make Checks Payable to:
HOME DEPOT CREDIT SERVICES
PO BOX 183676
COLUMBUS, OH 43218-2676

* Past Due Amount is included in the Minimum Payment Due.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded balances in full by the payment due date each billing cycle. We may refer to deferred interest promotions as No Interest promotions.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods C, H and M, we use a daily balance method (including current transactions) to calculate interest charges. For Methods I and L, we use an average daily balance method (including current transactions) to calculate interest charges. For Method K, we use an average daily balance method (excluding current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at Customer Service number on the front.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your mailed payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

PLEASE SEE IMPORTANT INFORMATION ON PAGE 4

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order made payable to Home Depot Credit Services. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number

**Payment Other Than By Mail.**

- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Payments Department, 1500 Boltonfield Street, Columbus, OH 43228. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.
- **In-Store Payments.** For your added convenience, payments can be made at The Home Depot stores, with no service fee. Any payment in proper form accepted in store will be credited as of that day. However, credit availability may be subject to verification of funds.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

T02500

HD-2 APP13

Change of Address

Please print address changes in blue or black ink.

SAVE STAMPS, TIME... AND TREES!

Register now for Paperless Statements and more at myhomedepotaccount.com

POUNDS EX 0200

Account: **** **** **** 4077

| 2013 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2013 | $270.00 |
| Total Interest Charged in 2013 | $550.76 |

INTEREST CHARGE CALCULATION — Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Revolving Balance | 26.99% (M) | $2,799.22 | $64.16 |

POUNDS EX 0201

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on Page 1.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing, you may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**KEY CREDIT TERMS – NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS*.** $299 minimum purchase required. Minimum payments required. *Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months or if you make a late payment.

Minimum Interest Charge $2. See card agreement for details including APR applicable to you. Offer is only valid for consumer accounts and is subject to change without notice.

With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card, 17.99% - 26.99% APR.

TD3501-HD-9196-0400-0002-E-8-X--12/07/07-SS-181*F-0--7-8-0-NOPLAY-EB-03/14/13-HSAB-September 12, 2013-0-0      N---

POUNDS EX 0203



EXHIBIT
B

PRA 082213.docx

Contract ID: PR1THIMM082213
Document ID: 061014PR1THIMMBI

## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT dated June 18, 2014, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") to Portfolio Recovery Associates, LLC ("Buyer"), organized under the laws of Delaware, with its headquarters/principal place of business at 130 Corporate Boulevard, Norfolk, VA 23502.

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated August 22, 2013, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file.

Citibank, N.A.

By: _____
(Signature)

Name: Patricia Hall

Title: Financial Account Manager

| Field | Value |
|---|---|
| ACCOUNT NUMBER | ████1077 |
| ACCOUNT NUMBER CROSS-REFERENCE NUMBER | 0000000000000000 |
| ACCOUNT OPEN DATE | 12/30/2007 12:00:00 AM |
| ANNUAL PERCENTAGE RATE | 0 |
| ATTORNEY ADDRESS | |
| ATTORNEY CITY | |
| ATTORNEY LAW FIRM | |
| ATTORNEY NAME | |
| ATTORNEY PHONE | |
| ATTORNEY STATE | |
| ATTORNEY ZIP CODE | |
| AUTHORIZED USER NAME FIRST | |
| AUTHORIZED USER NAME LAST | |
| AUTHORIZED USER NAME MIDDLE | |
| AUTHORIZED USER SOCIAL SECURITY NUMBER / TAX ID | |
| BANKRUPTCY 341 DATE | |
| BANKRUPTCY 341 LOCATION | |
| BANKRUPTCY 341 TIME | |
| BANKRUPTCY ASSET INDICATOR | |
| BANKRUPTCY CASE NUMBER | |
| BANKRUPTCY CHAPTER | |
| BANKRUPTCY DEADLINE FILE DATE / BAR DATE | |
| BANKRUPTCY DISCHARGE DATE | |
| BANKRUPTCY FILE AMOUNT | |
| BANKRUPTCY FILE DATE | |
| BANKRUPTCY INDICATOR | |
| BANKRUPTCY PROOF OF CLAIM DATE | |
| BANKRUPTCY TRUSTEE | |
| BANKRUPTCY TRUSTEE ADDRESS | |
| BANKRUPTCY TRUSTEE CITY | |
| BANKRUPTCY TRUSTEE PHONE | |
| BANKRUPTCY TRUSTEE STATE | |
| BANKRUPTCY TRUSTEE ZIP | |
| BRANCH LAST NETWORK | |
| BRANCH NAME | |
| BRANCH PHONE NUMBER | |
| CACS CONVERTED ACCOUNT INFORMATION | |
| CACS FUNCTION | |
| CACS LOCATION | |
| CACS LOCATION NAME | |
| CACS SECURITY CODE | |
| CACS STATE | |
| CHARGE CARD INDICATOR | |
| CHARGE OFF AMOUNT | 2861.8700 |
| CHARGE OFF DATE | 10/14/2013 12:00:00 AM |
| CO-BORROWER FIRST NAME | |

POUNDS EX 0205

| Field | Value |
|---|---|
| LAST CASH ADVANCE AMOUNT | |
| JUDGMENT INDICATOR | |
| JUDGMENT DATE | |
| JOINT INDICATOR | |
| IBS OWNERSHIP CODE | |
| IBS HOST AGENCY CODE | |
| IBS CRIS RELATIONSHIP KEY | |
| IBS CRIS RELATIONSHIP COUNT | |
| IBS ACCOUNT TYPE | |
| IBS ACCOUNT CROSS-REFERENCE CODE | |
| HOST STATUS | |
| HIGH BALANCE | |
| FDR REFERENCE NUMBER | |
| FDR OWNERSHIP CODE / TRUST ID | 0000103 |
| DEBTOR ZIP CODE | 274076742 |
| DEBTOR STATE | NC |
| DEBTOR SOCIAL SECURITY NUMBER | ▮▮▮8896 |
| DEBTOR RESIDENCE PHONE | 3364557517 |
| DEBTOR RESIDENCE COUNTY | |
| DEBTOR RESIDENCE COUNTY | |
| DEBTOR RESIDENCE CITY | GREENSBORO |
| DEBTOR RESIDENCE ADDRESS 2 | |
| DEBTOR RESIDENCE ADDRESS 1 | 3234 TWIN BROOKS DR |
| DEBTOR NAME MIDDLE | |
| DEBTOR NAME LAST | SAYAPHET-TYLER |
| DEBTOR NAME FIRST | VILAYUAN |
| DEBTOR BUSINESS ZIP CODE | |
| DEBTOR BUSINESS STATE | |
| DEBTOR BUSINESS PHONE NUMBER | |
| DEBTOR BUSINESS CITY | |
| DEBTOR BUSINESS ADDRESS 2 | |
| DEBTOR BUSINESS ADDRESS 1 | |
| DEBTOR BIRTH DATE | ▮▮▮▮▮ |
| DEBTOR ALTERNATE CONTACT PHONE | 3366973000 |
| DEBTOR ALTERNATE CONTACT MIDDLE NAME | |
| DEBTOR ALTERNATE CONTACT LAST NAME | |
| DEBTOR ALTERNATE CONTACT FIRST NAME | |
| DATE OF LAST NAME CHANGE | |
| CURRENT BALANCE | 2861.8700 |
| CREDIT LIMIT | |
| CREDIT BUREAU FLAG | 1 |
| CO-BORROWER SOCIAL SECURITY NUMBER | |
| CO-BORROWER MIDDLE NAME | |
| CO-BORROWER LAST NAME | |



| Field | Value |
|---|---|
| LAST CASH ADVANCE DATE | |
| LAST CONTACT DATE | |
| LAST PAYMENT AMOUNT | 93.0000 |
| LAST PAYMENT DATE | 3/9/2013 12:00:00 AM |
| LAST PURCHASE AMOUNT | |
| LAST PURCHASE DATE | 12/25/2012 12:00:00 AM |
| LOT NAME / SEGMENT NAME | |
| LOT NUMBER / SEGMENT | |
| MERCHANT INFORMATION | |
| MERCHANT INFORMATION SPECIFIC | |
| MERCHANT NUMBER | |
| ORIGINAL BALANCE | |
| ORIGINAL DELINQUENCY DATE | |
| POST CHARGE OFF FEES | |
| POST CHARGE OFF INTEREST | |
| PRE CHARGE OFF INTEREST | |
| PRE CHARGE OFF FEES | |
| PRODUCT IDENTIFICATION NAME | ██████████ |
| PRODUCT IDENTIFICATION NUMBER | |
| PROOF OF CLAIM AMOUNT / TOTAL PRINCIPAL | |
| REFERRAL DATE | |
| RMS BUYERS CODE | PRAA |
| RMS CHARGE OFF REASON CODE | |
| RMS LAST STATUS UPDATED | 5/23/2014 12:00:00 AM |
| RMS LENDING LEVEL 1 | CPLR |
| RMS LENDING LEVEL 2 | THD |
| RMS LOAN TYPE | |
| RMS OFFICE CODE | |
| RMS OFFICER NAME | |
| RMS OFFICER CODE | |
| RMS OFFICER CODE DESCRIPTION | THD CONSUMER |
| RMS RECOVERER CODE | |
| RMS REFERRAL AMOUNT | |
| RMS STATUS CODE | 009 |
| SALE AMOUNT | 2861.8700 |
| SALE ID | 06101t4PR1TH1MM |
| STATUTE OF LIMITATION | |
| SUM OF ALL PAYMENTS RECEIVED | |
| SUM OF ALL POST CHARGE OFF PAYMENTS | |

# SESSOMS & ROGERS, P.A.

ATTORNEYS AT LAW

MAILING ADDRESS:
P.O. BOX 110564
DURHAM, NC 27709

TELEPHONE (919) 688-1000
FACSIMILE (919) 688-9000

October 15, 2015

Clerk of Superior Court
Guilford County Courthouse
P.O. Box 3008
Greensboro, North Carolina 27402

Re:   Portfolio Recovery Associates, LLC
      v.
      Vilayuan Sayaphet-Tyler

Dear Sir or Madam:

Our firm represents Portfolio Recovery Associates, LLC, the Plaintiff in the above captioned matter. In that regard, we are enclosing the original and two (2) copies of the Complaint and Civil Summons in this case, along with our trust account check for the filing fee. Please file the Complaint, issue the summons, and forward the Defendant's copy along with the enclosed check for service, to the Guilford County Sheriff's office. Please return the extra file-stamped copy of the Summons and Complaint to our office or the address above for our file.

Thank you very much for your assistance. If you have any questions with respect to this matter, or if you need any additional information, please contact our firm at the address above.

Sincerely yours,

SESSOMS & ROGERS, P.A.

S&R:mrg
Enclosures
271895.001

POUNDS EX 0208

POUNDS EX 0209

EXHIBIT
10

# STATE OF NORTH CAROLINA

Mecklenburg County

File No.
15 CvD 1907

Judgment Docket Book And Page No.

Abstract No.

Date Judgment Filed
July 8, 2015

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES, LLC

VERSUS

Name Of Defendant
RHONDA HALL

NOTICE OF RIGHT TO
HAVE EXEMPTIONS
DESIGNATED

G.S. 1C-1603

TO:
Name And Address Of Judgment Debtor 1
Rhonda Hall
10800 Dungarvon Court
Charlotte NC 28262

TO:
Name And Address Of Judgment Debtor 2

NOTE: Attach a copy of AOC-CV-407 if the judgment was filed before 11/06. For judgments filed after 11/06, attach AOC-CV-415.

A judgment has been entered against you in the case captioned above in which you have been ordered to
☐ pay money over to the judgment creditor.
☐ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to exempt from the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property you need to satisfy the judgment. **You have certain constitutional rights you may claim if you give up your statutory rights.** You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

**NOTICE TO JUDGMENT DEBTOR: THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE.** These exemptions may include social security, unemployment, and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.

Name And Address Of Judgment Creditor Or Attorney
Andrew E. Hoke
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

Telephone No.
(919) 688-1000

Signature

Date
7-28-15

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

Address of The Clerk Of Superior Court
Clerk of Superior Court
Mecklenburg County Courthouse
Charlotte, North Carolina 28227

**NOTICE TO THE JUDGMENT CREDITOR:**
You may serve this Notice and the Motion To Claim Exempt Property by mailing a copy of each, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (1) indicating that the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) that it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery. You must attach the post office delivery receipt or other evidence of delivery. Alternatively, you may choose to have this Notice and the Motion served by the sheriff. If you select this method, you must pay a service fee. If your attempted service by certified or registered mail or personal service by the sheriff fails, you must then serve the judgment debtor by mailing a copy of Notice and Motion to the judgment debtor at his/her last known address. To prove service, you must file a certificate with the Clerk that this notice and motion were served indicating why you used such service, the date the notice was mailed and the address to which it was mailed. Remember, you may NOT use service by regular first class mail until you have tried first to serve the judgment debtor personally and by certified or registered mail and such mail service was unsuccessful.

(Over)

AOC-CV-406, Rev. 2/06
© 2006 Administrative Office of the Courts

28702S,001

## RETURN OF SERVICE

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

### JUDGMENT DEBTOR 1

| Name Of Judgment Debtor 1 | Time Served | | Date Served |
|---|---|---|---|
| Rhonda Hall | ☐ AM ☐ PM | | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

Someone looked through blinds, refused to open door

| Service Fee Paid | Name Of Sheriff (Type Or Print) | Date Received |
|---|---|---|
| $ | S. Stewman - X1521 | 12/31/15 |

| Paid By | County | Date Of Return |
|---|---|---|
| | Mecklenburg | 1/16/16 |

Irwin Carmichael

Signature Of Deputy Sheriff Making Return

### JUDGMENT DEBTOR 2

| Name Of Judgment Debtor 2 | Time Served | | Date Served |
|---|---|---|---|
| | ☐ AM ☐ PM | | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Name Of Sheriff | Date Received |
|---|---|---|
| $ | | |

| Paid By | County | Date Of Return |
|---|---|---|

Signature Of Deputy Sheriff Making Return

MECKLENBURG COUNTY CLERK OF COURT    12/30/15   14:57:02
X391735
PAYOR: PORTFOLIO RECOVERY ASSOCIATE
PAYEE: HALL, RHONDA
CASE#: 150V000190T  VCRP:Y
CITAH:
22515 00 PROC FEE CV            30.00
TOTAL PAID                      30.00
CASH TENDERED                   30.00

CHANGE                           .00

© 2006 Administrative Office of the Courts

AOC-CV-406, Side Two, Rev. 2/06,

POUNDS EX 0210

POUNDS EX 0211

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG     DISTRICT COURT DIVISION

15 CVD 1907



```
PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                    )
            Plaintiff               )
                                    )
    vs.                             )   CERTIFICATE
                                    )   OF SERVICE
RHONDA HALL,                        )
                                    )
            Defendant               )
                                    (
```

This is to certify that, pursuant to G.S. § 1A-1, Rule 5(b), a copy of the judgment was this

day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the

Defendant, as follows:

Rhonda Hall
10800 Dungarvon Court
Charlotte, North Carolina 28262

This the _____ 27 _____ day of August, 2015.

SESSOMS & ROGERS, P.A.

By: _____

Andrew E. Hoke
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0212

AOC-G-113 Rev. 2/14 © 2014 Administrative Office of the Courts

LEAD DOCUMENT FOR
SCANNING

AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
|  |  | 15-98 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

File No. 18 (VVV) 1997

POUNDS EX 0213

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

PORTFOLIO RECOVERY ASSOCIATES, LLC, )

Plaintiff

vs.

RHONDA HALL,
10800 Dungarvon Court
Charlotte, North Carolina 28262

Defendant

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 1907

JUL 0 9 2015

)
)
)
)
)
)
)
)
)

JUDGMENT BY DEFAULT

[DEF1]



FILED #67
MECKLENBURG COUNTY
JUL 08 2015
AT 356 O'CLOCK P.M
BY
CLERK OF SUPERIOR COURT

THIS CAUSE came on to be heard before the undersigned Clerk of Superior Court of

Mecklenburg County, North Carolina, upon motion by the plaintiff for the Entry of Default Judgment

against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55; and

IT APPEARED TO THE COURT and the Court entered the following findings of fact and

conclusions of law:

1. The plaintiff initiated this action against the Defendant on January 30, 2015.

2. The defendant is a resident of Mecklenburg County, North Carolina, and is therefore subject to

the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

3. Service of process was properly obtained by serving copies of the summons and complaint

upon the Defendant on or about May 6, 2015, in compliance with the requirements of G.S. § 1A-1, Rule

4(j)(1).

4. This is an action for a sum certain or a sum which can by computation be made certain, and

the Court has jurisdiction over the parties and the subject matter of this action.



POUNDS EX 0214

5. The Defendant is neither an infant nor an incompetent person, nor in military service, nor under any other legal disability.

6. More than thirty (30) days have passed since service was had upon the Defendant, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the defendant, nor has the defendant made any appearance before the Court so as to be entitled to notice of this motion.

7. Default was entered against the Defendant, pursuant to G.S. § 1A-1, Rule 55(a).

8. The defendant is lawfully indebted to the plaintiff in the principal sum of $1,626.77 and said sum has been outstanding since March 13, 2013.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED, pursuant to the provisions of G.S. § 1A-1, Rule 55, as follows:

1. That the plaintiff have and recover from the defendant the principal sum of $1,626.77.

2. Plaintiff declines all pre-judgment and post-judgment interest.

3. That the plaintiff further have and recover from said Defendant the costs of this action.

This the ____8____ day of July, 2015.

_____
[Assistant] Clerk of Superior Court

POUNDS EX 0215

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CVD 1907

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                        )
          Plaintiff          )

vs.                            )         ENTRY OF DEFAULT

RHONDA HALL,             )                [EODF]
                                          )
          Defendant      )



FILED #67
JUL 8 2015
MECKLENBURG COUNTY
AT ___ O'CLOCK ___ M
BY ___
CLERK OF SUPERIOR COURT

THIS CAUSE came on to be heard before the undersigned upon motion by the plaintiff for an Entry of Default against the Defendant pursuant to the provisions of G.S. § 1A-1, Rule 55(a); and IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1. The defendant is a resident of Mecklenburg County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

2. The plaintiff initiated this action against the Defendant on January 30, 2015. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about May 6, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

3. No answer or other pleading of any nature has been filed by the Defendant, nor has the Defendant appeared before the Court in any manner, and the time allowed for the Defendant to answer, plead or otherwise appear has expired.

IT IS NOW, THEREFORE, ORDERED that default be, and is hereby entered against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55(a).

This the ___ 8 ___ day of July, 2015.



                                 _____
                                 [Assistant] Clerk of Superior Court

POUNDS EX 0216

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CVD 1907



PORTFOLIO RECOVERY ASSOCIATES, LLC, )

Plaintiff

vs.

RHONDA HALL,

Defendant

)
)
)
)
)
)
)
)
)
)

AFFIDAVIT and MOTION

for

ENTRY OF DEFAULT and

JUDGMENT BY DEFAULT

[EODF & DEFJ]



Andrew E. Hoke, having sworn or affirmed, deposes and says as follows:

1. He is the attorney for the plaintiff in the above-captioned civil action.

2. The Plaintiff commenced this action against the Defendant for a sum certain or a sum which could by computation be made certain on or about January 30, 2015. The Defendant was served with the Summons and Complaint on or about May 6, 2015, as shown on the affidavit of service filed herein, as required by G.S. § 1A-1, Rule 4(j)(1).

3. More than thirty (30) days have passed since the Defendant was served, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the Defendant, nor has any appearance been made by the Defendant before the Court so as to be entitled to notice of this motion.

4. Pursuant to an agreement entered into between the Defendant and the Plaintiff, a credit account (herein the "Account") was opened and credit thereafter extended to the Defendant.

5. The Defendant accepted and used the credit extended on the Account, as shown by the copies of monthly billing statements (herein the "Statements") previously filed herein as an attachment to the Plaintiff's Complaint as Exhibit "A" and incorporated herein by this reference.

6.  As this was a credit card account, the origination balance was $0.00. The Statements reflect an itemization of the charges and fees owed, along with an explanation of how the balance owing on the Account was calculated. The last payment on the defendant's Account was made on or about July 23, 2012.

7.  The Defendant defaulted on the their obligation to pay the balance accrued on the Account. The Account was charged-off by GE Capital Retail Bank f/k/a GE Money Bank for non-payment in the amount of $1,626.77 as evidenced by the Charge-off Statement attached hereto as Exhibit "I" and incorporated herein by this reference.

8.  The Account was subsequently assigned to the Plaintiff, the current holder of the Account. The chain of ownership of the Account, previously filed herein as an attachment to the Plaintiff's Complaint as Exhibit "B", is incorporated herein by this reference.

9.  As evidenced by the attached affidavit of account, the Defendant is indebted to the Plaintiff in the principal sum of $1,626.77 and costs of this action. The Affidavit of Account is correct in all respects to the best knowledge and belief of this affiant.

10. To this affiant's best knowledge and belief, the defendant is not an infant or incompetent person, nor in military service, nor under any other legal disability.

11. The Plaintiff moves the Court to enter default against the Defendant, and to render Judgment by default against said Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55.

This the 2nd day of July, 2015.

_____
Andrew E. Hoke
Attorney for Plaintiff

Sworn to or affirmed and acknowledged before me,
this the 2nd day of July, 2015.

_____
Diana L. Conradt-Mullen, Notary Public
My commission expires: 6/4/17

DIANA L CONRADT-MULLEN
Notary Public, North Carolina
Durham County
My Commission Expires
6-4-17

**EXHIBIT L**

## GE Money

CARD CRED: JCRB

Cardholder Name: RHON... HALL
Secondary Name: JAMES B HALL
Account Number: ....7942
Statement Closing Date: 03/13/2013

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,591.17 |
| + New Purchases | $0.00 |
| +/- Credits, Fees & Adjustments (net) | $1,591.77- |
| +/- Interest Charge (net) | $0.00 |
| - Payments | $0.00 |
| **New Balance** | **$0.00** |
| Credit Limit | $1,500.00 |
| Available Credit | $0.00 |
| Days in Billing Period | 28 |

For Ge Capital Retail Bank customer service or to report
your card lost or stolen, call 1-866-893-7864.
Pay online for free at: gogecapital.com
Best times to call are Wednesday – Friday.

### Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Total Minimum Payment Due | $578.00 |
| Payment Due Date | 03/15/2013 |

Late Payment Warning: If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee of up to $35.00.

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit. See
reverse side.

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 03/13/2013 | 03/13/2013 | P9072002800989980 | CHARGE OFF ACCOUNT-PRINCIPALS | $720.23 CR |
| 03/13/2013 | | | CHARGE OFF ACCOUNT -FINANCE - CHARGES- | $906.54 CR |
| 03/09/2013 | 03/09/2013 | | FEES LATE FEE | $35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| 03/13/2013 | 03/13/2013 | | INTEREST CHARGED INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

**2013 Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged in 2013 | $105.00 |
| Total Interest Charged in 2013 | $87.25 |
| Total Interest Paid in 2013 | $0.00 |

### Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Current Transactions | | | | |
| Purchases | | NA | 29.99%(v) | $0.00 | $0.00 |
| Transactions on or before 12/16/2011 | | | | |
| Regular Transactions | | NA | 26.99%(v) | $0.00 | $0.00 |

(v) = Variable rate

### Cardholder News & Information

Please Note: Enclosed is the Privacy Policy for this account. Please take a moment to read it, then keep it with other financial document. If you have previously opted-out, you do not need to do so again.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5362 DFN 1 3 13 130033 2 X PAGE 1 of 1 9072 3000 XA08 0123S302

Pay online at gogecapital.com or enclose this coupon here. Please use blue or black ink.

| Account Number | New Balance | Past Due | Amount Due Date | Total Minimum Payment Due |
|---|---|---|---|---|
| ....7942 | $0.00 | $0.00 | 03/15/2013 | $578.00 |

Payment Enclosed: $ ☐.☐☐☐☐.☐☐

New address or e-mail? Check the box at left and print changes on back.

Payment due includes $ 0.00 past due. Please pay the past amount due PROMPTLY.

RHONDA H HALL
JAMES B HALL
PO BOX 621313
CHARLOTTE NC 28262-0121

Make Payment to: GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

Customer Service/Questions: For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: P.O. Box 981127, El Paso, TX79998-1127. Please include your account number on any correspondence you send to us.

Payments: Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.gemoney.com.

Overnight Payments: payments cannot be made in person, mail payments to: GE Money Bank, 140 Wekiva Springs Road, Longwood, FL 32779

Notice: See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 981438, El Paso, TX79998-1438.

Purchases, returns and payments made just prior to billing date may not appear until next month's statement. We reserve the right to obtain payment electronically for any check or other instrument that you send to us by initiating an ACH (electronic) debit in the amount of your check or instrument to your account. Your check or instrument will not be returned to you by us or your bank. Your bank account may be debited as early as the same day we receive your payment. You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon), in your own envelope – not the enclosed remittance envelope, addressed to: PO Box 530960, Atlanta, GA 30353-0960 and not the payment address.

What To Do If You Think You Find A Mistake On Your Statement: If you think there is an error on your statement, write to us at: GE Money Bank, P.O. Box 981438, El Paso, TX79998-1438. In your letter give us the following information: • Account information: Your name and account number • Dollar amount: The dollar amount of the suspected error • Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: • We cannot try to collect the amount in question or report you as delinquent on that amount. • The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. • While you do not have to pay the amount in question, you are responsible for the remainder of your balance. • We can apply any unpaid amount against your credit limit.

Your Rights If You Are Dissatisfied With Your Credit Card Purchases: If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: P.O. Box 981438, El Paso, TX 79998-1438. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

Information About Payments: You may pay more than the Total Minimum Payment at any time. Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type. Conditional Payments: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 981438, El Paso, TX79998-1438.

Credits to Your Account: An amount shown with a CR next to the amount is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

Telephone Monitoring: For quality control purposes, you permit us to listen to or record telephone calls between you and us.

Credit Reports and Account Information: If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 981439, El Paso, TX79998-1439. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Variable Rate Information: If any of your APRs are variable, that APR will vary with the market based on the Prime Rate.

How Long Will the Penalty Rate Apply? If your APRs are increased because you made a late payment, the Penalty APR will apply until you make six consecutive minimum payments when due.

How We Calculate Interest: We use a method called "daily balance". During billing cycles in which interest is charged, for each balance type on your account we figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. A separate daily balance will be calculated for the following balance types, as applicable: purchases, balance transfers, cash advances and other balances that are subject to different interest rates, plans or special promotions. First, we determine the "daily balance". To determine the daily balance, we take the beginning balance each day, add any new charges and fees posted that day, and subtract any payments and credits posted that day. This gives us the daily balance. Second, we calculate the amount of interest charged. To do this, we multiply the applicable daily rate by each daily balance on your account. Third, we add the interest amount to the daily balance, and the sum will become the beginning balance for the following day. Your interest charge for the billing cycle is the sum of the interest amounts that were charged each day during the billing cycle for each balance type. We charge a minimum of $2 of interest in any billing cycle in which you owe interest.

Paying Interest: Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers, if applicable, on the transaction date.

Bankruptcy Notice: If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: GE Money Bank, Attn: Bankruptcy Dept., P.O. Box 103106, Roswell, GA 30076.

Your account is owned and serviced by GE Money Bank. For complete terms and conditions of your account, consult your Credit Card Agreement.

Hearing Impaired: TDD users call 1-877-448-8512

01E5302 - 8 - 06/22/10

Use of Information About You and Your Account: Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

By providing a telephone number on my account, I consent to GE Money Bank and any other owner or servicer of my account contacting me about my account, including using any contact information or cell phone numbers I provide, and I consent to the use of my automatic telephone dialing system and/or an artificial or prerecorded voice when contacting me, even if I am charged for the call under my phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below or visit us on-line at www.gemoney.com.

☐ Name ______________________________
Street Address ______________________________
City, St, Zip ______________________________
Phone # ______________________________
E-mail

Home Phone# | Business Phone # | Cell-phone or other phone # we can use to contact you | Email Address

BY PROVIDING YOUR EMAIL ADDRESS, YOU AGREE TO RECEIVE EMAIL COMMUNICATION ABOUT YOUR ACCOUNT AND ALSO GIVE PERMISSION FOR US TO PROVIDE YOUR EMAIL ADDRESS TO THE DEALER/MERCHANT/PROVIDER/RETAILER ACCEPTING YOUR CARD.

POUNDS EX 0219

# STATE OF NORTH CAROLINA

File No. **15CVD1907**

**MECKLENBURG** County

In The General Court Of Justice
☐ Small Claims  ☐ District  ☐ Superior Court Division

Name Of Plaintiff
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

VERSUS

Name Of Defendant
**RHONDA HALL**

## CIVIL BILL OF COSTS

G.S. 7A-305

**ADVANCE COSTS:**
**INITIAL FILING**

| | District Court | | Superior Court | Cumulative |
|---|---|---|---|---|
| | Magistrate | Judge | | Total |
| General Court of Justice Fee | | | | |
| District: Magistrate | 77.55 | | | |
| District: Judge | 127.55 | | | |
| Superior: All Civil Cases | 177.55 | | | |
| Telephone System Fee | 4.00 | | | |
| LAA Fee : All Civil Cases | 2.45 | | | 2.45 |
| Facilities Fee - Magistrate $12, District $18, Superior $16 | | | | |
| To: | | | | |
| Business Court Designation Fee (21122) | $1,100.00 | | | |

**COUNTER CLAIMS, CROSS CLAIMS, & THIRD PARTY COMPLAINTS:**

| | District Court | | Superior Court | Cumulative |
|---|---|---|---|---|
| | Magistrate | Judge | | Total |
| General Court of Justice Fee | | | | |
| District: Magistrate | 77.55 | | | |
| District: Judge | 127.55 | | | |
| Superior: All Civil Cases | 177.55 | | | |
| Telephone System Fee | 4.00 | | | |
| LAA Fee : All Civil Cases | 2.45 | | | 2.45 |
| Facilities Fee - Magistrate $12, District $18, Superior $16 | | | | |
| To: | | | | |
| Business Court Designation Fee (21122) | $1,100.00 | | | |

◄ - - - - - - - - - - **TOTAL ADVANCE COSTS** | | | | $150.00

**ADDITIONAL EXPENSES:**

| | |
|---|---|
| Notice Of Hearing Fee - $20 | |
| Alias and Pluries or Endorsement Fee - $15 | $15.00 |
| Process Fee - $30 each process | |
| To: | $30.00 |
| Other Sheriff's Fees - See G.S. 7A-311(a)(3)-(5) | |
| Witness Fee - $5/day or fraction thereof, plus travel expenses | |
| Expert Witness Fee - As set by the Judge | |
| To: | |
| Certified Mail Or Service By Publication Cost | |
| Transcript - Costs on Appeal | $5.55 |
| To: | |
| Other Fees - As set by the Judge (e.g. GAL fee, interpreter fee, premium on prosecution bond, costs of blood tests to determine parentage, etc.) | |
| To: | |
| Counsel Fee - As Set by the Judge | |

◄ - - - - - - - - **TOTAL ADDITIONAL COSTS** | $0.00

◄ **TOTAL COSTS AND ADDITIONAL CHARGES** | $200.55

To Be Paid By: ☐ Plaintiff  ☒ Defendant  ☐ Per Judgment

| Date | Prepared By |
|---|---|
| | **DAVID MANSEAU** |

STATE OF NORTH CAROLINA
COUNTY OF Mecklenburg

*File No.*
15 CvD 1907

IN THE GENERAL COURT OF JUSTICE
☐ Superior ☒ District ☐ Before the Clerk

Plaintiff(s)
Portfolio Recovery Associates, LLC

vs.

Defendant(s)
Rhonda Hall

MECKLENBURG COUNTY
FILED #67
JUL 6 2015
AT ____ O'CLOCK ____ M
BY ____ CLERK OF SUPERIOR COURT

# AFFIDAVIT
## Servicemembers Civil Relief Act
## 50 U.S.C. App. §§501-597b

**OATH**

I, Andrew E. Hoke being duly sworn, depose and say:

**MILITARY SERVICE OF DEFENDANT**

☒ The defendant, (Rhonda Hall) ☐ IS or ☒ IS NOT in the military service.

**MILITARY STATUS OF DEFENDANT**

I Have

☒ Checked the Department of Defense Manpower Data Center website to determine the defendant's military status. https://www.dmdc.osd.mil/appj/scra/

☐ Requested a written search of the defendant's military status from the Department of Defense Manpower Data Center. **[Defense Manpower Data Center, Attn: Military Verification, 1600 Wilson Blvd, Suite 400, Arlington, VA 22209-2593]**

☐ Attached are the results of that search and/or written response.

**ADDITIONAL FACTS SUPPORTING THE STATEMENT ABOVE ABOUT DEFENDANT'S MILITARY SERVICE**

**INABILITY TO DETERMINE MILITARY STATUS**

☐ I AM UNABLE TO DETERMINE WHETHER OR NOT THE DEFENDANT IS IN MILITARY SERVICE

**DATE/SIGNATURE**

Date: 7/2/15 Signature of Affiant: [signature]

**NOTARY**

State of North Carolina
County of Durham

Sworn to and Subscribed before me this day by: Andrew E. Hoke

(☒ I have personal knowledge of the identity of the affiant, or ☐ I have seen satisfactory evidence of the affiant's identity in the form of a current state or federal identification with the affiant's photograph

This the 2nd day of July, 2015 My commission expires: 6/4/17

Printed Name of Notary: Diana L. Conradt-Mullen Signature of Notary [signature] (SEAL)

CCLF-CV-005 (4/2015)

*MX000257625*

DIANA L CONRADT-MULLEN
Notary Public, North Carolina
Durham County
My Commission Expires
6-4-17

POUNDS EX 0221

POUNDS EX 0222

Department of Defense Manpower Data Center

Results as of : Jun-18-2015 08:37:23 AM
SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: HALL
First Name: RHONDA
Middle Name:

Active Duty Status As Of: Jun-18-2015

| Active Duty Start Date | Active Duty End Date | Status | Service Component |
|---|---|---|---|
| NA | NA | No | NA |

On Active Duty On Active Duty Status Date

This response reflects the individuals' active duty status based on the Active Duty Status Date

| Active Duty Start Date | Active Duty End Date | Status | Service Component |
|---|---|---|---|
| NA | NA | No | NA |

Left Active Duty Within 367 Days of Active Duty Status Date

This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date

| Order Notification Start Date | Order Notification End Date | Status | Service Component |
|---|---|---|---|
| NA | NA | No | NA |

The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date

This response reflects whether the individual or his/her unit has received early notification to report for active duty

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Certificate ID: D81CBB87X14AXA0

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty Entry is important because a number of protections of the SCRA can extend beyond the last dates of active duty.

Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

More Information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

The Defense Manpower Data Center (DMDC), is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

POUNDS EX 0224

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 1907

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
| Plaintiff | ( |
| | ( |
| vs. | ( AFFIDAVIT OF SERVICE |
| | ( |
| RHONDA HALL, | ( |
| | ( |
| Defendant | ( |

Andrew E. Hoke, having sworn or affirmed, deposes and says as follows:

1. He is the Attorney for the Plaintiff in the above-captioned civil action.

2. The Defendant is a resident of Mecklenburg County, North Carolina.

3. A copy of the Alias and Pluries Civil Summons and Complaint was mailed to the Defendant by Certified Mail on or about April 28, 2015, as required by G.S. § 1A-1, Rule 4(j)(1)(c).

4. The Defendant in fact received the copy of the Alias and Pluries Civil Summons and Complaint on or about May 6, 2015, as evidenced by the electronic return receipt, the copy of which is attached hereto.

5. The cost associated with the service by certified mail was $5.55, which should be taxed as part of the cost of this action.

This the 11th day of June, 2015.

Andrew E. Hoke

Sworn to or affirmed and acknowledged before me,
this the 11th day of June, 2015.

Diana L. Conrad-Mullen, Notary Public
My commission expires: 6/4/17

DIANA L CONRADT-MULLEN
Notary Public, North Carolina
Durham County
My Commission Expires


UNITED STATES
POSTAL SERVICE.

Date Produced: 05/11/2015

WALZ GROUP:

The following is the delivery information for Certified Mail™/RRE item number 9314 8699 0440 0007 0004 24. Our records indicate that this item was delivered on 05/06/2015 at 11:57 a.m. in CHARLOTTE, NC 28262. The scanned image of the recipient information is provided below.

Signature of Recipient :

| Signature | X *Rhonda Hall* |
| Printed Name | *Rhonda Hall* |

Address of Recipient :

| Delivery Address | *10800 Dungarvon Ct Char 28262* |

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

Transaction Detail - TrackRight

## Transaction Information

USPS® Service Type: Certified Mail™
Service Options: N/A
Tracking Number: 9314 8699 0440 0007 0004 24
Reference Number: 257625.001
Mailed By: Client Facility ⓘ
ⓘ Letter Description:

## Recipient

Address Type: Original
Rhonda Hall
10800 Dungannon Court
Charlotte, NC 28262

## Fee Information

USPS® Postage Fees: $5.550

## Transaction History

| Date | Event Description | Detail |
|---|---|---|
| 5/11/2015 12:34:37 PM | RRE Event | RRE IMAGE RECEIVED |
| 5/6/2015 11:57:00 AM | USPS® Event | DELIVERED at CHARLOTTE,NC |
| 5/5/2015 7:31:00 AM | USPS® Event | ARRIVAL AT UNIT at CHARLOTTE,NC |
| 5/2/2015 5:25:00 AM | USPS® Event | ARRIVAL AT UNIT at CHARLOTTE,NC |
| 5/1/2015 10:52:00 PM | USPS® Event | PROCESSED THROUGH USPS SORT FACILITY at CHARLOTTE,NC |
| 5/1/2015 12:59:00 PM | USPS® Event | PROCESSED THROUGH USPS SORT FACILITY at CHARLOTTE,NC |
| 4/30/2015 10:02:00 PM | USPS® Event | PROCESSED THROUGH USPS SORT FACILITY at RALEIGH,NC |
| 4/28/2015 4:50:00 PM | USPS® Event | PRE-SHIPMENT INFO SENT TO USPS at TEMECULA,CA |
| 4/28/2015 1:46:00 PM | Walz Event - Imported | Client Import File: "1077_AL_20150428100000042820155MIFR_3m.txt" Walz Import. Batch#: 100040243 |
| 4/28/2015 1:46:00 PM | Walz Event - PrintBatch Created | 1 pages, Walz Print Batch#: 100040243 |
| 4/28/2015 10:00:00 AM | Walz Event - Mailbook Created | Walz Mailbook Batch#: 100036787 |

## Transaction Images

| View/Download | Description |
|---|---|
| 💾 | Mailbook Image 100036787.tif |
| 💾 | RRE Image 102306358.pdf |

Copyright © 2015 Walz Group, Inc.
All Rights Reserved.
Terms of Use

Generated: 6/17/2015 10:09:38 AM

POUNDS EX 0226

POUNDS EX 0227

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name Of Plaintiff
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

Address c/o
Sessoms & Rogers, P.A.

City, State, Zip
P.O. Box 110564
Durham, North Carolina 27709
Attorneys for Plaintiff

VERSUS

**SERVICE BY CERTIFIED MAIL**

# CIVIL SUMMONS

☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued
January 30, 2015

Date(s) Subsequent Summons(es) Issued

Name Of Defendant(s)
**RHONDA HALL**

To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
Rhonda Hall
10800 Dungarvon Court
Charlotte, NC 28262

Name And Address Of Defendant 2

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Andrew E. Hoke
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

| Date Issued | Time ☐ AM ☒ PM | Signature |
| --- | --- | --- |
| 1-31-15 | | |

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)

This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time ☐ AM ☐ PM | Signature |
| --- | --- | --- |

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

257625.001

POUNDS EX 0228

RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

| Date Served | Time Served | AM ☐  PM ☐ | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with) |
|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

**DEFENDANT 2**

| Date Served | Time Served | AM ☐  PM ☐ | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with) |
|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

POUNDS-EX 0229

STATE OF NORTH CAROLINA           IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG           DISTRICT COURT DIVISION

                        15 CvD 1907

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                            )
              Plaintiff       )
                            )
    vs.                       )    COMPLAINT
                            )
RHONDA HALL,           )
                            )
            Defendant     )
                            )

FILED

The Plaintiff, complaining of the Defendant, alleges and says as follows:

1. The Plaintiff, a limited liability company organized under the laws of the state of Delaware, with a principal office and place of business in Norfolk, Virginia, is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

2. The Defendant is a resident of Mecklenburg County, North Carolina.

3. Pursuant to an agreement entered into between the Defendant and the Plaintiff's predecessor in interest, GE Capital Retail Bank f/k/a GE Money Bank, a credit account (hereinafter "Account") was opened and credit extended to the Defendant.

4. The Defendant incurred debt on the Account, as shown by the account statements attached and incorporated herein by reference as Exhibit A. These statements provide an ongoing itemization of the charges and fees incurred to the Account and reflect how they were calculated. The last payment made to the account was received on July 23, 2012.

5. The Defendant defaulted by failing to make all payments owed on the Account when due. The Account was subsequently charged-off, assigned and acquired by the Plaintiff.

MECKLENBURG COUNTY CLERK OF COURT

V353672 02/02/15 11:48:46

PAYOR: PORTFOLIO RECOVERY ASSOC
PAYEE: HALL,RHONDA
CASE#: 15CVD001907 VCAP:Y
CITA#:

| | |
|---|---|
| 21220 DC-CIVIL FEES | 127.55 |
| 21221 DC-CV LAA FEES | 2.45 |
| 24681 JUD TECH & FAC | 4.00 |
| 22220 CO FAC FEE D CV | 16.00 |
| TOTAL PAID | 150.00 |
| CO TENDERED | 150.00 |
| CHANGE | .00 |

2170 ID C59ALG

POUNDS EX 0230

POUNDS EX 0231

Documentation evidencing the complete chain of assignment is attached and incorporated herein as Exhibit B.

6.    Notice of intent to file the legal action was sent to Defendant at least thirty (30) days prior to the filing of this action.

7.    As shown by the attached Exhibits, the Defendant remains lawfully indebted to the Plaintiff in the amount of $1,626.77. Said amount includes any offsets and credits to which the Defendant is lawfully entitled.

WHEREFORE, the Plaintiff prays the Court as follows:

1.    That the Plaintiff have and recover from the Defendant the amount of $1,626.77.

2.    No interest whatsoever.

3.    That the Plaintiff further recover from said Defendant all costs of this action.

4.    For such other and further relief as the Court may deem just and proper.

This the 24th day of _January_ 2015.

SESSOMS & ROGERS, P.A.

By: _____

Andrew E. Hoke
Attorney for Plaintiff
1822 East NC Highway 54, Suite 200
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0232

257625.001

AFFIDAVIT

State of Virginia
City of Norfolk ss.

I, the undersigned, _____, Custodian of Records, for Portfolio Recovery Associates, LLC
                          Meryl Dreano

hereby depose, affirm and state as follows:

1.    I am competent to testify to the matters contained herein.

2.    I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing
business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the
statements, representations and averments herein, and do so based upon a review of the business records of the Original
Creditor GE CAPITAL RETAIL BANK/CARE CREDIT and those records transferred to Account Assignee from
GENERAL ELECTRIC CAPITAL CORP ("Account Seller"), which have become a part of and have integrated into
Account Assignee's business records, in the ordinary course of business.

3.    According to the business records, which are maintained in the ordinary course of business, the account, and all
proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account
having been sold, assigned and transferred by the Account Seller on 3/26/2013. Further, the Account Assignee has been
assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement,
satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest
in said account or the proceeds thereof, for any purpose whatsoever.

4.    According to the records transferred to the Account Assignee, and maintained in the ordinary
course of business by the Account Assignee, there was due and payable from RHONDA HALL and JAMES B HALL
("Debtor and Co-Debtor") to the Account Seller the sum of $1,626.77 with the respect to account number ending in 7942
as of the date of 3/13/2013 with there being no known un-credited payments, counterclaims or offsets against the said debt
as of the date of the sale.

5.    According to the account records of said Account Assignee, after all known payments, counterclaims, and/or
setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of $1,626.77 as due and owing as of the
date of this affidavit.

6.    Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is
not on active military service of the United States.

Portfolio Recovery Associates, LLC

By: _____
    Meryl Dreano
    Custodian of Records

Subscribed and sworn to before me on      DEC 30 2014

_____
Notary Public

SHAWNEE J. WASHINGTON
NOTARY PUBLIC
REGISTRATION # 7577225
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
AUGUST 31, 2017

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

FILED #67
MECKLENBURG COUNTY
JUL 8 2015
O'CLOCK ____ M
AT _____
BY _____
CLERK OF SUPERIOR COURT

EXHIBIT
A
pengad

POUNDS EX 0233

RHONDA B HALL
JAMES B HALL
4700 GOOD CT
CARMICHAEL CA 95608-3104

Make Payment to: GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

☐ New address or e-mail?
Check the box at left and
print changes on back

# CareCredit

| Account Number | New Balance | Payment Due Date | Total Minimum Payment Due |
|---|---|---|---|
| ▓7942 | $1,194.50 | 09/09/2012 | $40.00 |

Payment Enclosed $ ☐☐☐,☐☐☐.☐☐

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5305   0179   1   7   13   17d4d4   PAGE 1 of 5   9072   3000   XA08   01ELJ5302

Pay online at gecapital.com or enclose this coupon with your check. Please use blue or black ink.

---

**CARECREDIT...../CRB**   **GE Money**

Cardholder Name: RHOND... "ALL
Secondary Name: JAMES B HALL
Account Number : ▓7942
Statement Closing Date: 08/16/2012

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,255.68 |
| + New Purchases | $89.00 |
| +/- Credits, Fees & Adjustments (not) | $0.00 |
| - Payments | $89.00 |
| +/- Interest Charge (not) | $27.64 |
| = New Balance | $1,194.50 |
| Credit Limit | $1,500.00 |
| Available Credit | $305.00 |
| Days in Billing Period | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,194.50 |
| Total Minimum Payment Due | $40.00 |
| Payment Due Date | 09/09/2012 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit. See
reverse side.

**Late Payment Warning:** If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** Making only the Total Minimum
Payment Due will increase the amount of interest and how you pay
additional charges shown on this statement. For example:

| If you make no additional charges using this card each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 8 years | $2,647.00 |
| $48.00 | 3 years | $1,760.00 (Savings = $887.00) |

If you would like information about credit counseling services,
call 1-877-302-8787.

Pay online for free at: gecapital.com
For GE Capital Retail Bank customer service or to report
your card lost or stolen, call 1-866-893-7864.

Best times to call are Wednesday - Friday.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 07/23/2012 | | 8534812JYF3ARVAMX1 | PAYMENT - THANK YOU | $89.00 CR |
| | | | **FEES** | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | **INTEREST CHARGED** | |
| 08/16/2012 | | | INTEREST CHARGE ON PURCHASES | $27.64 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$27.64** |

**2012 Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged in 2012 | $105.00 |
| Total Interest Charged in 2012 | $236.08 |
| Total Interest Paid in 2012 | $432.75 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| **Current Transactions** | | | | |
| Purchases | NA | 29.99%(V) | $73.05 | $1.87 |
| **Transactions on or before 12/16/2011** | | | | |
| Regular Transactions | NA | 26.99%(V) | $1,124.49 | $25.77 |

(V) = Variable rate



*Customer Service/Questions: For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: P.O. Box 981127, El Paso, TX79998-1127. Please include your account number on any correspondence you send to us.*

*Payments: Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.gemoney.com.*

*Overnight Payments: payments cannot be made in person, mail payments to: GE Money Bank, 140 Wekiva Springs Road, Longwood, FL 32779*

*Notice: See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 981438, El Paso, TX79998-1438.*

*Purchases, returns and payments made just prior to billing date may not appear until next month's statement. We reserve the right to obtain payment electronically for any check or other instrument that you send to us by initiating an ACH (electronic) debit in the amount of your check or instrument to your account. Your check or instrument will not be returned to you by us or your bank. Your bank account may be debited as early as the same day we receive your payment. You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon), in your own envelope – not the enclosed remittance envelope, addressed to: PO Box 530960, Atlanta, GA 30353-0960 and not the payment address.*

*What To Do If You Think You Find A Mistake On Your Statement: If you think there is an error on your statement, write to us at: GE Money Bank, P.O. Box 981438, El Paso, TX79998-1438. In your letter give us the following information: • Account information: Your name and account number • Dollar amount: The dollar amount of the suspected error • Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: • We cannot try to collect the amount in question or report you as delinquent on that amount. • The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. • While you do not have to pay the amount in question, you are responsible for the remainder of your balance. • We can apply any unpaid amount against your credit limit.*

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases: If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: 1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) 2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. 3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: P.O. Box 981438, El Paso, TX 79998-1438. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.*

*Information About Payments: You may pay more than the Total Minimum Payment at any time. Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type. Conditional Payments: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 981438, El Paso, TX79998-1438.*

*Credits to Your Account: An amount shown with a CR next to the amount is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.*

*Telephone Monitoring: For quality control purposes, you permit us to listen to or record telephone calls between you and us.*

*Credit Reports and Account Information: If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 981439, El Paso, TX79998-1439. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.*

*Variable Rate Information: If any of your APRs are variable, that APR will vary with the market based on the Prime Rate.*

*How Long Will the Penalty Rate Apply? If your APRs are increased because you made a late payment, the Penalty APR will apply until you make six consecutive minimum payments when due.*

*How We Calculate Interest: We use a method called "daily balance". During billing cycles in which interest is charged, for each balance type on your account we figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. A separate daily balance will be calculated for the following balance types, as applicable: purchases, balance transfers, cash advances and other balances that are subject to different interest rates, plans or special promotions. First, we determine the "daily balance". To determine the daily balance, we take the beginning balance each day, add any new charges and fees posted that day, and subtract any payments and credits posted that day. This gives us the daily balance. Second, we calculate the amount of interest charged. To do this, we multiply the applicable daily rate by each daily balance on your account. Third, we add the interest amount to the daily balance, and the sum will become the beginning balance for the following day. Your interest charge for the billing cycle is the sum of the interest amounts that were charged each day during the billing cycle for each balance type. We charge a minimum of $2 of interest in any billing cycle in which you owe interest.*

*Paying Interest: Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers, if applicable, on the transaction date.*

*Bankruptcy Notice: If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: GE Money Bank, Attn: Bankruptcy Dept., P.O. Box 103106, Roswell, GA 30076.*

*Your account is owned and serviced by GE Money Bank. For complete terms and conditions of your account, consult your Credit Card Agreement.*

*Hearing Impaired: TDD users call 1-877-448-8512*

01E5302 - 8 - 06/22/10

*Use of Information About You and Your Account: Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.*

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

*By providing a telephone number on my account, I consent to GE Money Bank and any other owner or servicer of my account contacting me about my account, including using any contact information or cell phone numbers I provide, and I consent to the use of my automatic telephone dialing system and/or an artificial or prerecorded voice when contacting me, even if I am charged for the call under my phone plan.*

*For changes of address, phone number and/or email, please check the box and print the changes below or visit us on-line at www.gemoney.com.*

☐ Name ______________________

Street Address ______________________

City, St, Zip ______________________

Phone # ______________________

E-mail ______________________

Home Phone # | Business Phone # | Cell-phone or other phone # we can use to contact you | Email Address

BY PROVIDING YOUR EMAIL ADDRESS, YOU AGREE TO RECEIVE EMAIL COMMUNICATION ABOUT YOUR ACCOUNT AND ALSO GIVE PERMISSION FOR US TO PROVIDE YOUR EMAIL ADDRESS TO THE DEALER/MERCHANT/PROVIDER/RETAILER ACCEPTING YOUR CARD.

POUNDS EX 0234

Cardholder Name: (HONDA N HALL

Secondary Name: JAMES B HALL

Account Number: _____7842

Statement Closing Date: 08/18/2012

## New Promotional Financing Plans

This notice is to let you know about promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. Additional details of promotional financing plans will be provided to you at the time of your transaction. Not all plan periods will be available at every Care/Credit provider. For purposes of this notification, your Purchase Annual Percentage Rate ("APR"), 26.99%. If a (v) is shown next to your APR, this APR will vary with the market based on the Prime Rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

**No Interest if Paid in Full Within Promotional Period**
(These can be advertised as Deferred Interest Promotions)
Under this promotion, no interest charges will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the Purchase APR stated above. Minimum monthly payments are required. This promotion may be offered for periods of 6, 12, 18 or 24 months.

**Fixed Payment/Reduced APR Promotions**
Under this promotion, interest will be assessed on your promotional purchase balance from the purchase date at a promotional APR of 14.90% until paid in full. Fixed monthly payments are required. The fixed monthly payment may be higher than the minimum payment that would be required if the purchase was non-promotional. This promotion may be offered for periods of 24, 36, 48 or 60 months.

Please keep this for your records.If you have any questions, please call us at the Customer Service number shown on your statement.

## Cardholder News & Information

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

GE Money

CARECREDIT. _CRB

Statement Closing Date: 03/13/2013
Account Number: ████████7942
Cardholder Name: RHONI___ALL
Secondary Name: JAMES B HALL

## Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Total Minimum Payment Due | $579.00 |
| Payment Due Date | 03/16/2013 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See reverse side.

Late Payment Warning: If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $35.00.

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,591.77 |
| +/- Credits, Fees & Adjustments (not) | -$1,591.77 |
| - Payments | $0.00 |
| + New Purchases | $0.00 |
| New Balance | $0.00 |
| Credit Limit | $1,500.00 |
| Available Credit | $0.00 |
| Days in Billing Period | 28 |

For GE Capital Retail Bank customer service or to report your card lost or stolen, call 1-866-893-7864.
Pay online for free at: gogecapital.com
Best times to call are Wednesday - Friday.

## Transaction Summary

| Trans Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 03/13/2013 | 03/13/2013 | F90720020699990 | CHARGE OFF ACCOUNT-PRINCIPALS | $720.23 CR |
| 03/13/2013 | 03/13/2013 | | CHARGE OFF ACCOUNT -FINANCE | $906.54 CR |
| | | | CHARGES* | |
| | | | FEES | |
| 03/06/2013 | 03/06/2013 | | LATE FEE | $35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| | | | INTEREST CHARGED | |
| 03/13/2013 | 03/13/2013 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2013 | $105.00 |
| Total Interest Charged in 2013 | $67.25 |
| Total Interest Paid in 2013 | $0.00 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| **Current Transactions** | | | | |
| Purchases | | NA | 29.98%(V) | $0.00 | $0.00 |
| **Transactions on or before 12/16/2011** | | | | |
| Regular Transactions | | NA | 26.99%(V) | $0.00 | $0.00 |
| (V) = Variable rate | | | | |

## Cardholder News & Information

Please Note: Enclosed is the Privacy Policy for this account. Please take a moment to read it, then keep it with other financial documents. If you have previously opted-out, you do not need to do so again.

In order to protect your account, privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5205   ti/t   1   13   1.3d13   9072   3060   XX00   0C1d5382   2.X PAGE 1 of 1

Pay online at gogecapital.com or enclose this coupon with your check. Please see box on back left.

| Account Number | Payment Amount | Past Due Amount | Payment Due Date | New Balance | Total Minimum Payment Due |
|---|---|---|---|---|---|
| ████████7942 | | $0.00 | 03/16/2013 | $0.00 | $579.00 |

$ _____ . ____   Payment Enclosed:

Payment due includes $.00 past due. Please pay the past due amount PROMPTLY.

☐ New address or e-mail?
Check the box at left and print changes on back.

RHONDA H HALL
JAMES B HALL
PO BOX 823123
CHARLOTTE NC 28262-0121

Make Payment to: GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

POUNDS EX 0237

Customer Service/Questions: For account information, please call the toll free number on the front of this statement. Unless you notify us in Detail of an error, your access to information on the account may be limited. You may also have questions that are not answered by using the automated system. For these, you may write us at: (payments/inquiries) For payments, PO Box 960061; Orlando, FL 32896-0061. For inquiries, PO Box 965012; Orlando, FL 32896-5012. Please include your account number in any correspondence or pay online at www.mygecredit.com.

Payments: Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.mygecredit.com.

Overnight Payments: payments cannot be made in person. Mail payments to: GE Money Bank, 140 Wekiva Springs Road, Longwood, FL 32779.

Notice to Customers: If you believe your rights important information, please write to us at our Billing Inquiries Address, PO Box 981439; El Paso, TX 79998-1439.

Preauthorized Payments and payments are just posted to your Billing Inquiries Address. If you have arranged to have the right to stop payment electronically. If any check or other payment that you send to us is returned electronically that you send to us is to debit by ACH (electronic) debit to the amount of your check or draft instrument. Your check or draft instrument will not be returned to you or your bank. Your bank may be debited as early as the same day we receive your payment. You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon), in your own envelope – not the enclosed remittance envelope, addressed to: PO Box 530960, Atlanta, GA 30353-0960 and not the payment center.

What To Do If You Think You Find A Mistake On Your Statement: If you think there is an error on your statement, write to us at: PO Box 981435, El Paso, TX 79998-1435. In your letter, give us the following information: Account information: Your name and account number. Dollar amount: The dollar amount of the suspected error. Description of problem: if you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While you do not have to pay the amount in question, you are responsible for the remainder of your balance. We can apply any unpaid amount against your credit limit.

Your Rights If You Are Dissatisfied With Your Credit Card Purchases: If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right to not pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: PO Box 981435, El Paso, TX 79998-1439. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

Information About Your Payments: You may pay more than the Total Minimum Payment Due. Payments received at the address listed on the payment coupon by 5:00 PM (local time at that location) on any business day will be credited to your account as of that day. Payments received after 5:00 PM or on a day we are not open will be credited as of the next business day.

Credits to Your Account: An amount shown with a CR next to it or a credit of credit balance unless otherwise indicated. Credit will be applied toward your outstanding balance upon receipt, but will not satisfy any required minimum payment then due.

Payments: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount; and (ii) a notation on your statement, (c) correspondence about your account must be sent to the remittance envelope provided or (ii) includes staples, paper clips, tape, a folded check or correspondence of any type. Conditional payments and any written communications concerning disputed amounts should be mailed to the address for Billing Inquiries located in the U.S. (if not accompanied by the payment address, (b) not made in U.S. dollars drawn on a U.S. financial institution located in the U.S.), (c) a check or similar instrument that is not drawn on or payable through a U.S. financial institution located in the U.S. will delay the crediting of payment. If you have questions, call the toll free number on the front of your statement.

Telephone Monitoring: For quality control purposes, you permit us to listen to or record telephone calls between you and us.

Credit Reports and Account Information: If you believe that we may have reported inaccurate information about you to a consumer reporting agency, please contact us at PO Box 965004, El Paso, TX 79998-5004. In doing so, please identify the inaccurate information and explain why it is incorrect. If you receive a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

How Long Will the Penalty Rate Apply? If your APR is increased because you made a late payment, the Penalty APR will apply until you make six consecutive minimum payments when due.

Variable Rates: Certain of your APRs are variable, that is they will vary with the market based on the Prime Rate.

How We Calculate Interest: We use a method called "daily balance." During each billing cycle interest is charged, for each balance type on your account, we figure interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day (including unpaid interest), add any new charges and subtract any payments or credits posted that day. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the average daily balance. Different interest rates, given a special promotion. Purchases, balance transfers, cash advances and other balances that are subject to different interest rates, fees, or special promotion. Fees, we separately figure the interest charge for the balances subject to each. To do this, we multiply the applicable daily rate by each daily balance for the period, and the interest amount become the beginning balance of the applicable daily balance for the next day. Second, we calculate the amount of interest charged. To do this we multiply each daily balance for that day, and post that day, and subtract any payments and credits posted that day. This gives us the daily balance. New charges and fees posted that day, and subtract any payments and credits posted that day, and for each balance type. We include the amount that would become the applicable balance. Your interest charge for the billing cycle is the sum of the interest amounts that were charged each day during the billing cycle for each balance type. The charge is a minimum of $2 of interest of any billing cycle in which you owe interest.

If you pay in full: We do not charge interest on your purchases if you pay your balance in full each month by the payment due date.

If you do not pay in full: If you do not pay the closing balance for your purchases at least 23 days after the close of the billing cycle on purchases.

Bankruptcy Notice: If you file for bankruptcy you must send us all notices, including account number, and all information related to the proceeding to the following address: GE Money Bank, Attn: Bankruptcy Dept., PO Box 103106, Roswell, GA 30076.

Your account is owned and serviced by GE Money Bank. For complete terms and conditions of your account, consult your Credit Card Agreement.

Hearing Impaired: TDD users call 1-877-446-8612.

CRS233-8-062010

Use of Information About You and Your Account: Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

By providing a telephone number for any account, I consent to GE Money Bank and any other owner or servicer of my account contacting me about my account, including using a telephone number which I provide, and consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting me, even if I am charged for the call under my phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below or visit us on-line at www.mygecredit.com.

Name
Street
Address
City,
State
ZIP
Phone #
E-mail
Phone # _____ (Best time to contact you)
Home Phone #            Business Phone #            Daytime or other phone #            Cell Number            Email Address

BY PROVIDING YOUR EMAIL ADDRESS, YOU AGREE TO RECEIVE EMAIL COMMUNICATION ABOUT YOUR ACCOUNT AND ALSO GIVE PERMISSION FOR US TO PROVIDE YOUR EMAIL ADDRESS TO THE DEALER/MERCHANT/PROVIDER RESELLER ACCEPTING YOUR CARD.

POUNDS EX 0238

EXHIBIT
B



# GE Capital

**PRA PSCF Fresh – March 2013**

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of this 13th day of December, 2012 by and between General Electric Capital Corporation, GE Capital Retail Bank, GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller"), and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on March 26, 2013, and as further described in the Agreement.

GE Capital Retail Bank

By: _____
Glenn Marino
Title: EVP
Date: 4-25-13

General Electric Capital Corporation

By: _____
Glenn Marino
Title: Vice President
Date: 4-25-13

Monogram Credit Services, L.L.C.

By: _____
Glenn Marino
Title: President
Date: 4-25-13

RFS Holding, L.L.C

By: _____
Joseph Ressa
Title: CFO
Date: _____

GEMB Lending, Inc.

By: _____
Stephen Motta
Title: Director
Date: _____

GEM Holding, L.L.C

By: _____
Joseph Ressa
Title: CFO
Date: _____



# GE Capital

**PRA PSCC Fresh – March 2013**

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of this 13th day of December, 2012 by and between General Electric Capital Corporation, GE Capital Retail Bank, Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller"), and Portfolio Recovery Associates, LLC ("Buyer"); Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on March 26, 2013, and as further described in the Agreement.

GE Capital Retail Bank

By: _____
Glenn Marino

Title: EVP

Date: _____


Monogram Credit Services, L.L.C.

By: _____
Glenn Marino

Title: President

Date: _____


General Electric Capital Corporation

By: _____
Glenn Marino

Title: Vice President

Date: _____


GEMB Lending, Inc.

By: _____
Stephen Motta

Title: Director

Date: 4/11/13


RFS Holding, L.L.C

By: _____
Joseph Ressa

Title: CFO

Date: _____


GEM Holding, L.L.C

By: _____
Joseph Ressa

Title: CFO

Date: _____

POUNDS EX 0239

Case 1:16-cv-01395-WO-JEP   Document 1-10   Filed 12/09/16   Page 209 of 262



**GE Capital**

**PRA PLCC Fresh – March 2013**

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of this 13th day of December, 2012 by and between General Electric Capital Corporation, GE Capital Retail Bank, GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C., and GEM Holding, L.L.C. (collectively "Seller"), and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on March 26, 2013, and as further described in the Agreement.

| GE Capital Retail Bank | Monogram Credit Services, L.L.C. |
|---|---|
| By: | By: |
| Glenn Marino | Glenn Marino |
| Title: EVP | Title: President |
| Date: | Date: |

| General Electric Capital Corporation | RFS Holding, L.L.C. |
|---|---|
| By: | By: Joseph Resse _(signature)_ |
| Glenn Marino | Joseph Resse |
| Title: Vice President | Title: CFO |
| Date: | Date: 4.22.13 |

| GEMB Lending, Inc. | GEM Holding, L.L.C |
|---|---|
| By: | By: Joseph Resse _(signature)_ |
| Stephen Motta | Joseph Resse |
| Title: Director | Title: CFO |
| Date: | Date: 4.22.13 |

POUNDS EX 0241

NY AOS I.I.42815 St. Paul

**AFFIDAVIT OF SALE**
**OF ACCOUNT**
**BY ORIGINAL CREDITOR**

State of Minnesota County of Ramsey

Diane Stone being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am a Collections Operations Representative of GE Capital Retail Bank. In that position I have access to creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about 3/26/2013 GE Capital Retail Bank (formally known as GE Money Bank) sold a pool of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to Portfolio Recovery Associates, LLC. As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements are true to the best of my knowledge.

Signed this 12th day of April, 2013



Diane Stone

Signed and sworn to before me this 12th day of April, 2013 by Evelyn Ocana.

(Notary Stamp)



EVELYN OCANA
Notary Public-Minnesota
My Commission Expires Jan 31, 2016

**BLANKET CERTIFICATE OF CONFORMITY FOR NOTARY EVELYN OCANA**

I, Brett Rouleau, an attorney-at-law admitted to practice in the State of Minnesota and fully acquainted with the laws of the State of Minnesota do hereby certify that I am duly qualified to make this certificate of conformity and that the acknowledgement or proof upon the affidavits of merit were taken by Evelyn Ocana, a notary public in the State of Minnesota, in the manner prescribed by the laws of the State of Minnesota and confirms and confirms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, on April 12, 2013.

_____
Brett Rouleau
Attorney at Law, State of Minnesota

| Field | Value |
|---|---|
| ACCTNUM | 7942 |
| MKR_FN | RHONDA |
| MKR_LN | HALL |
| CMPNY_NAME | |
| MKR_TAXID | 9371 |
| MKR_AD1 | PO BOX 621313 |
| MKR_AD2 | |
| MKR_AD3 | |
| MKR_CITY | CHARLOTTE |
| MKR_ST | NC |
| MKR_ZIP | 28262-0121 |
| MKR_HP | 9164897751 |
| MKR_WP | 0000000000 |
| MKR_BARDATE | 0 |
| MKR_BKCHAP | |
| MKR_CASENUM | |
| MKR_DISCHDTE | 0 |
| MKR_DISMSDTE | 0 |
| MKR_BKMEETDTE | 0 |
| MKR_BKCOURT | |
| MKR_BKFILEDT | 0 |
| ECOA | 2 |
| OPENDATE | 20071206 |
| CHGOFF_DATE | 20130313 |
| RMSLASTPMT | 20120723 |
| LASTPMTAMT | 89 |
| BRANCH | CPDE |
| DOFD | 20120914 |
| CHGOFFCODE | UNPY |
| LOSSAMT | 1626.77 |
| CURBAL | 1626.77 |
| RMSFILENUM | 695112280 |
| ACCTSTS | SFS |
| STSDESC | Sales - Final - Primary Random Sale |
| JDGDATE | 0 |
| OFF_CODE | CC1237 |
| OFF_DESC | Care Credit Dental |
| BCLE | 0181 |
| BCLE_DESC | Retail Bank |
| BUYERCODE | XS3S |
| INT_RATE | 29.99 |
| NET_COSTS | 0 |
| NET_INTEREST | 906.54 |
| NET_PRINCIPAL | 720.23 |
| PRINC_LOSS | 720.23 |

| | |
|---|---|
| ASSOC_COSTS | 0 |
| ACCRD_INT | 906.54 |
| LASTPURCHDT | 20110224 |
| CMKR_FN | JAMES B |
| CMKR_LN | HALL |
| CMKR_TAXID | [redacted]8592 |
| CMKR_ADDR1 | PO BOX 621313 |
| CMKR_ADDR2 | |
| CMKR_CITY | CHARLOTTE |
| CMKR_STATE | NC |
| CMKR_ZIP | 28262-0121 |
| CMKR_LIABLE | Y |
| MKR_DOB | [redacted] |

POUNDS EX 0244

POUNDS EX 0245

# STATE OF NORTH CAROLINA

In The General Court Of Justice
☒ District ☐ Superior Court Division

County
Mecklenburg

File No.
15 CVD 1907

## GENERAL
## CIVIL ACTION COVER SHEET
☒ INITIAL FILING   ☐ SUBSEQUENT FILING

Rule 5(b), General Rules of Practice For Superior and District Courts

Name And Address Of Plaintiff 1
Portfolio Recovery Associates, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

Name And Address Of Plaintiff 2

Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)
Andrew E. Hoke
P.O. Box 110564
Durham, North Carolina 27709

Telephone No.
(919) 688-1000

Cell Telephone No.

NC Attorney Bar No.
44463

Attorney E-Mail Address

☐ Initial Appearance in Case   ☐ Change of Address

Name Of Firm
Sessoms & Rogers, P.A.

FAX No.
(919) 688-9000

VERSUS

Name Of Defendant 1
Rhonda Hall

Summons Submitted  ☐ Yes  ☒ No

Name Of Defendant 2

Summons Submitted  ☐ Yes  ☐ No

Counsel for  ☒ All Plaintiffs  ☐ All Defendants  ☐ Only (list party(ies) represented)

☐ Jury Demanded In Pleading
☐ Complex Litigation
☐ Stipulate to arbitration
☐ Amount in controversy does not exceed $15,000

## TYPE OF PLEADING
(Check all that apply)

☐ Amend (AMND) Assess Motions Fee (SEE NOTE)
☐ Amended Complaint (AMND) Assess Motions Fee
☐ Amended Answer/Reply (AMND-Response) Assess Motions Fee (SEE NOTE)
☐ Answer/Reply (ANSW-Response) (SEE NOTE)
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL) Assess Motions Fee
☐ Contempt (CNTP) Assess Motions Fee
☐ Continue (CNTN) Assess Motions Fee
☐ Counterclaim (CTCL) Assess Court Costs
☐ Crossclaim (List On Back) (CRSS) Assess Court Costs
☐ Dismiss (DISM) Assess Court Costs
☐ Exemption/Waive Mediation (EXMD) Assess Motions Fee
☐ Extend Statute Of Limitations, Rule 9 (ESOL) Assess Motions Fee
☐ Extend Time For Complaint (EXCO) Assess Motions Fee

NOTE: See Side Two for a list of motions not subject to the motions fee.

## CLAIMS FOR RELIEF

☐ Administrative Appeal (ADMA)
☐ Appointment Of Receiver (APRC)
☐ Attachment/Garnishment (ATTC)
☐ Claim And Delivery (CLMD)
☒ Collection On Account (ACCT)
☐ Condemnation (CNDM)
☐ Contract (CNTR)
☐ Discovery Scheduling Order (DSCH)
☐ Injunction (INJU)
☐ Medical Malpractice (MDML)
☐ Minor Settlement (MSTL)
☐ Money Owed (MNYO)
☐ Negligence - Motor Vehicle (MVNG)
☐ Negligence - Other (NEGO)
☐ Motor Vehicle Lien, G.S. 44A (MVLN)

☐ Limited Driving Privilege - Out-Of-State
☐ Possession Of Personal Property (POPP)
☐ Product Liability (PROD)
☐ Real Property (RLPR)
☐ Specific Performance (SPPR)
☐ Other (specify and list separately)

NOTE: Assess fee only if court permission is required to amend.

☐ Failure To Join Necessary Party (FJNP) Assess Motions Fee
☐ Failure To State A Claim (FASC)
☐ Improper Venue/Division (IMVN) Assess Motions Fee
☐ Intervene (INTR) Assess Motions Fee
☐ Interplead (OTHR) Assess Motions Fee
☐ Lack Of Jurisdiction (Person) (LJPN) Assess Motions Fee
☐ Lack Of Jurisdiction (Subject Matter) (LJSM) Assess Motions Fee
☐ Rule 12 Motion In Lieu of Answer (MDLA) Assess Motions Fee
☐ Sanctions (SANC) Assess Motions Fee
☐ Set Aside (OTHR) Assess Motions Fee
☐ Show Cause (SHOW) Assess Motions Fee
☐ Transfer (TRFR) Assess Motions Fee
☐ Third Party Complaint (List Third Party Defendant(s) on Back) (TPCL)
☐ Vacate/Modify Judgment (VCMD) Assess Motions Fee
☐ Withdraw As Counsel (WDCN) Assess Motions Fee
☐ Other (specify and list each separately)

Date
January 27, 2015

Signature Of Attorney/Party

NOTE: All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include either a General Civil (AOC-CV-752) or Motion (AOC-CV-751) or Court Action (AOC-CV-753) cover sheet.

(Over)

AOC-CV-751, Rev. 6/11, © 2011 Administrative Office of the Courts

POUNDS EX 0246

# STATE OF NORTH CAROLINA

File No. **15CVD 1907**

FILED

MECKLENBURG CO., C.S.C.

2015 MAR -5 PM 12: 1

County
**Mecklenburg**

In The General Court Of Justice
[X] District [ ] Superior Court Division

Name Of Plaintiff
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

Address
c/o
Sessoms & Rogers, P.A.

Attorneys for Plaintiff
P.O. Box 110564
City, State, Zip
Durham, North Carolina 27709

## CIVIL SUMMONS
## [ ] ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

VERSUS

Name Of Defendant(s)
**RHONDA HALL**

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
Rhonda Hall
10800 Dungarvon Court
Charlotte, NC 28262

Name And Address Of Defendant 2

A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Andrew E. Hoke
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

| Date Issued | Time | | Signature |
|---|---|---|---|
| 1-30-15 | 12:47 | [ ] AM [✓] PM | |

[ ] Deputy CSC [✓] Assistant CSC [ ] Clerk Of Superior Court

[ ] ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time | | Signature |
|---|---|---|---|
| | | [ ] AM [ ] PM | |

[ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 5/11
© 2011 Administrative Office of the Courts

257625.001

(Over)

POUNDS EX 0247

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | Rhonda Hall |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

_Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)_

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

_Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)_

☐ Other manner of service (specify)

☒ Defendant WAS NOT served for the following reason: Someone looked through blind but refused to open door

| | |
|---|---|
| Service Fee Paid | $ |
| Date Received | |
| Date Of Return | 2/3/15  3/4/15 |

Signature Of Deputy Sheriff Making Return

Name Of Sheriff (Type Or Print): S. Stewman - X1521

County Of Sheriff: Mecklenburg

Irwin Carmichael

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

POUNDS EX 0248



STATE OF NORTH CAROLINA

| | Mecklenburg | |
|---|---|---|
| County | | |

In The General Court Of Justice
District ☐ Superior Court Division ☒

File No.
**15 CVD 1907**

Name Of Plaintiff
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

Address
c/o
Sessoms & Rogers, P.A.
P.O. Box 110564
City, State, Zip
Durham, North Carolina 27709

Attorneys for Plaintiff

VERSUS

Name Of Defendant(s)
**RHONDA HALL**

**CIVIL SUMMONS**

☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

**SERVICE BY CERTIFIED MAIL**

G.S. 1A-1, Rules 3, 4

| Date Original Summons Issued | Date(s) Subsequent Summons(es) Issued |
|---|---|
| January 30, 2015 | |

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Rhonda Hall | |
| 10800 Dungarvon Court | |
| Charlotte, NC 28262 | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Date Issued | Time | ☐ AM ☐ PM |
|---|---|---|
| 1-10-17 | 11:35:15 10:16:10 | |

Signature

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Andrew E. Hoke
Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|
| | | |

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)

257625.001

Case 1:16-cv-01395-WO-JEP   Document 1-10   Filed 12/09/16   Page 218 of 262

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason.

| | |
|---|---|
| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
| Date Received | Name Of Sheriff (Type Or Print) |
| Date Of Return | County Of Sheriff |

MECKLENBURG COUNTY CLERK OF COURT
N354807 04/22/13 13:14
PAYOR: PORTFOLIO RECOVERY ASSOC
PAYEE: HALL,RHONDA
CASE#: 13CVD001907 VCAP:Y
CITA#:
21455 A&P/ENDORSE FEE 15.00
TOTAL PAID 15.00
BC TENDERED 15.00
CHANGE
CHECK ID 7551

AOC-CV-100, Side Two, Rev. 6/11

© 2011 Administrative Office of the Courts

POUNDS EX 0249

POUNDS EX 0250

**EXHIBIT 11**

# STATE OF NORTH CAROLINA

Mecklenburg
County

| | |
|---|---|
| File No. | 15 CvD 1909 |
| Abstract No. | |

In The General Court Of Justice
District ☐ Superior Court Division

Date Judgment Filed
April 1, 2015

Judgment Docket Book And Page No.

| Name Of Plaintiff | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| VERSUS | |
| Name Of Defendant | |
| PIA N. TOWNES | |

**NOTICE OF RIGHT TO HAVE EXEMPTIONS DESIGNATED**

G.S. 1C-1603

TO: Name And Address Of Judgment Debtor 1
Pia N. Townes
1640 Crawford Drive
Charlotte NC 28216

TO: Name And Address Of Judgment Debtor 2

NOTE: Attach a copy of AOC-CV-407 if the judgment was filed before 7/1/06. For judgments filed after 7/1/06, attach AOC-CV-415.

A judgment has been entered against you in the case captioned above in which you have been ordered to

☐ pay money over to the judgment creditor.  ☒ turn over various household belongings to the judgment creditor.

The judgment creditor (person who has the judgment against you) is now seeking to collect this judgment and has asked me to give you notice of your rights. Under the Constitution and laws of North Carolina, you have the right to keep the collection of the judgment certain of your property (in other words, to keep it from being taken from you). If you wish to keep your exempt property, you MUST fill out the attached Motion To Claim Exempt Property and mail or take it to the Clerk of Superior Court at the address listed below. You MUST also mail or take a copy of the Motion to the judgment creditor at the address listed below. The law gives you another option of requesting, in writing, a hearing before the Clerk to claim your exemptions. If you make a written request for a hearing, you will be notified of the time and place of the hearing when you may claim your exemptions.

It is important that you respond to this Notice no later than twenty (20) days after it was served on you because you will lose valuable statutory rights if you do nothing. If you do not respond, you will give up your right to statutory exemptions and the judgment creditor may be able to take any or all of your property to satisfy the judgment. You have certain constitutional rights you may claim. If you give up your statutory rights. You may wish to consider hiring an attorney to help you with this proceeding to make certain that you receive all the protections to which you are entitled.

NOTICE TO JUDGMENT DEBTOR: THERE ARE CERTAIN EXEMPTIONS UNDER STATE AND FEDERAL LAW THAT YOU ARE ENTITLED TO CLAIM IN ADDITION TO THE EXEMPTIONS LISTED IN THE MOTION TO CLAIM EXEMPT PROPERTY THAT IS ENCLOSED WITH THIS NOTICE. These exemptions may include social security, unemployment compensation benefits and workers' compensation benefits and earnings for your personal services rendered within the last 60 days. There is available to you a prompt procedure for challenging an attachment or levy on your property.

| Name And Address Of Judgment Creditor Or Attorney | |
|---|---|
| Chelsea E. Uihlein | |
| Sessoms & Rogers, P.A. | |
| P.O. Box 110564 | |
| Durham, North Carolina 27709 | |
| Telephone No. (919) 688-1000 | |

| Address Of The Clerk Of Superior Court | |
|---|---|
| Clerk of Superior Court | |
| Mecklenburg County Courthouse | |
| Charlotte, North Carolina 28237 | |

Signature
[signature]

Date 6-5-15

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTICE TO THE JUDGMENT CREDITOR:** You may serve this Notice and the Motion To Claim Exempt Property by mailing by of each, registered or certified mail, return receipt requested, addressed to the judgment debtor. To prove service, you must file an affidavit (notarized by a notary public) with the Clerk asserting that (1) a copy of the Notice of Rights and Motion To Claim Exempt Property was deposited in the post office for mailing by registered or certified mail, return receipt requested; (2) it was in fact received as evidenced by the attached registry receipt or other evidence of delivery; and (3) the genuine receipt or other evidence of delivery by the sheriff. If you select this method, you must pay a service fee. If your attached motion or service by the sheriff. If you select this method, you must pay a service fee. If your attached motion or the Motion served by the sheriff, file it with the Clerk that the Notice and Motion to the judgment debtor to have this Notice and the Motion served by the sheriff, file it with the Clerk that the date the notice was mailed. Remember, you may NOT use service by regular first class mail until personal service by the sheriff fails, then serve the judgment debtor personally or by certified or registered mail and such service was unsuccessful.

© 2006 Administrative Office of the Courts

AOC-CV-406, Rev. 7/06

POUNDS EX 0251

© 2006 Administrative Office of the Courts
AOC-CV-406, Side Two, Rev. 2/06

# RETURN OF SERVICE

I certify that this Notice and a copy of a Motion to Claim Exempt Property were received and served as follows:

## JUDGMENT DEBTOR 1

| Date Served | Time Served | | Name Of Judgment Debtor 1 |
|---|---|---|---|
| 10/8/15 | 1319 | ☐ AM ☒ PM | Pia Tomac |

☐ By delivering to the Judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☒ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

Mother- 1640 Crawford Dr.

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff (Type Or Print) |
|---|---|---|
| $ | 10/8/15 | Tarion Crawshaw |
| Paid By | Date Of Return | Signature Of Deputy Sheriff Making Return |
| | 10/13/15 | N. David Roy    TRUCK |

County

## JUDGMENT DEBTOR 2

| Date Served | Time Served | | Name Of Judgment Debtor 2 |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the judgment debtor named above a copy of this Notice and Motion To Claim Exempt Property.

☐ By leaving a copy of this Notice and Motion To Claim Exempt Property at the dwelling house or usual place of abode of the judgment debtor named above with a person of suitable age and discretion then residing therein.

Name And Address Of Person With Whom Copies Left

☐ Other Manner Of Service (specify)

☐ Judgment debtor WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | | |
| Paid By | Date Of Return | County |
| | | Signature Of Deputy Sheriff Making Return |

POUNDS EX 0252

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FILED
2015 APR 20 PM 3: 26
MECKLENBURG CO. C.S.C.
BY: _____

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
15 CVD 1909

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                     )
                    Plaintiff        )
                                     )
vs.                                  )
                                     )       CERTIFICATE
                                     )       OF SERVICE
PIA N. TOWNES,                       )
                                     )
                    Defendant        )
                                     )

This is to certify that, pursuant to G.S. § 1A-1, Rule 5(b), a copy of the judgment was this

____ day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the

Defendant, as follows:

Pia N. Townes
1640 Crawford Drive
Charlotte, North Carolina 28216

This the 17th day of April, 2015.

SESSOMS & ROGERS, P.A.

By: _____
    Chelsea E. Uhlman
    Attorney for Plaintiff
    P.O. Box 110564
    Durham, North Carolina 27709
    Telephone: (919) 688-1000



AOC-G-113 Rev. 2/14
© 2014 Administrative Office of the Courts

**File No.** 15 (M) 1909

## LEAD DOCUMENT FOR SCANNING

## AUDIT TRAIL

| Date Filmed | Description | Film No. |
|---|---|---|
| | 15-43 | |



POUNDS EX 0254



STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 1909

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                            )

             Plaintiff          )

                            )      JUDGMENT BY DEFAULT

VS.                       )               [DEF1]

                            )

PIA N. TOWNES,           )

1640 Crawford Drive     )

Charlotte, North Carolina 28216  )

                            )

          Defendant      )



THIS CAUSE came on to be heard before the undersigned Clerk of Superior Court of Mecklenburg County, North Carolina, upon motion by the plaintiff for the Entry of Default Judgment against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55; and

IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1. The plaintiff initiated this action against the Defendant on January 30, 2015.

2. The defendant is a resident of Mecklenburg County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

3. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about February 6, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

4. This is an action for a sum certain or a sum which can be made certain by computation, and the Court has jurisdiction over the parties and the subject matter of this action.

5. The Defendant is neither an infant nor an incompetent person, nor in military service, nor under any other legal disability.

POUNDS EX 0255

6. More than thirty (30) days have passed since service was had upon the Defendant, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the defendant, nor has the defendant made any appearance before the Court so as to be entitled to notice of this motion.

7. Default was entered against the Defendant, pursuant to G.S. § 1A-1, Rule 55(a).

8. The defendant is lawfully indebted to the plaintiff in the principal sum of $1,866.90, and said sum has been outstanding since December 31, 2012.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED, pursuant to the provisions of G.S. § 1A-1, Rule 55, as follows:

1. That the plaintiff have and recover from the defendant the principal sum of $1,866.90.

2. That the plaintiff further have and recover from said defendant no interest whatsoever.

3. That the plaintiff further recover from said defendant the costs of this action.

This the _____ APR day of March, 2015.
1 2015

DSM

[Assistant] Clerk of Superior Court

POUNDS EX 0256

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 1909

PORTFOLIO RECOVERY ASSOCIATES, LLC, )

Plaintiff

vs.

PIA N. TOWNES,

Defendant



**ENTRY OF DEFAULT**

[EODF]

FILED #67

MECKLENBURG COUNTY

APR 1 2015

_____ M _____ o'clock ___

BY _____ AT _____

CLERK OF SUPERIOR COURT

THIS CAUSE came on to be heard before the undersigned upon motion by the plaintiff for an Entry of Default against the Defendant pursuant to the provisions of G.S. § 1A-1, Rule 55(a); and IT APPEARED TO THE COURT and the Court entered the following findings of fact and conclusions of law:

1. The defendant is a resident of Mecklenburg County, North Carolina, and is therefore subject to the jurisdiction of this Court, pursuant to the provisions of G.S. § 1-75.4 (1).

2. The plaintiff initiated this action against the Defendant on January 30, 2015. Service of process was properly obtained by serving copies of the summons and complaint upon the Defendant on or about February 6, 2015, in compliance with the requirements of G.S. § 1A-1, Rule 4(j)(1).

3. No answer or other pleading of any nature has been filed by the Defendant, nor has the Defendant appeared before the Court in any manner, and the time allowed for the Defendant to answer, plead or otherwise appear has expired.

IT IS NOW, THEREFORE, ORDERED that default be, and is hereby entered against the Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55(a).

This the ___ 1 ___ day of March, 2015.

APR

[signature]

[Assistant] Clerk of Superior Court

POUNDS EX 0257

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 1909

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
    Plaintiff )
                         )
vs. )
                         )
PIA N. TOWNES, )
    Defendant )

AFFIDAVIT and MOTION
for
ENTRY OF DEFAULT and
JUDGMENT BY DEFAULT

[EODF & DEFJ]



FILED #67
APR 1 2015
MECKLENBURG COUNTY
AT ___ O'CLOCK ___ M
CLERK OF SUPERIOR COURT

Chelsea E. Uhlman, having sworn or affirmed, deposes and says as follows:

1. She is the attorney for the plaintiff in the above-captioned civil action.

2. The plaintiff is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

3. The defendant is a resident of, or is domiciled within, the state of North Carolina, and is therefore subject to the jurisdiction of this Court pursuant to the provisions of G.S. § 1-75.4 (1).

4. Service of process in this case was obtained by serving copies of the summons and complaint upon said Defendant on or about February 6, 2015, as shown on the return of service filed herein, as required by G.S. § 1A-1, Rule 4(j)(1).

5. More than thirty (30) days have passed since service was had upon the Defendant, and the time allowed for the Defendant to respond to the complaint has expired. No answer or other pleading of any nature has been filed by the defendant, nor has the defendant made any appearance before the Court so as to be entitled to notice of this motion.

6. The plaintiff instituted this action against the Defendant for a sum certain or a sum which could be made certain by computation on or about January 30, 2015.

7. As evidenced by the attached Affidavit of Account, the defendant is in default under the provisions of the credit agreement entered into by said Defendant, and the defendant is still indebted to the plaintiff thereunder in the principal sum of $1,866.90 and the costs of this action. The amount due to the plaintiff from the Defendant as set forth herein and in the attached Affidavit of Account is correct in all respects to the best knowledge and belief of this affiant.

8. The plaintiff's predecessor in interest, HSBC, opened a credit account (hereinafter "Account") for the Defendant and extended credit to the Defendant through the Account.

9. The plaintiff's predecessor in interest extended credit to the Defendant pursuant to the terms and conditions set forth in the account agreement (hereinafter "Agreement").

10. The Defendant accepted and used the credit extended by HSBC through the Account during the period that the Account was active.

11. The defendant's use of the credit extended by HSBC ratified the Agreement thereby binding the Defendant to the terms and conditions set forth therein.

12. Account statements (hereinafter "Statements") reflecting the original account number and the credit issuer were mailed by the plaintiff's predecessor in interest to the Defendant at the address provided by the Defendant while the Account was active. Copies of said Statements, previously filed herein as an attachment to the plaintiff's complaint as Exhibit "B", are incorporated herein by this reference.

13. As this was a credit card account, the origination balance was $0.00. The Statements reflect an itemization of the charges and fees owed, along with an explanation of how the balance owing on the Account was calculated. The last payment on the defendant's Account was made on or about May 4, 2012.

14. The Defendant defaulted under the terms of the Agreement because the Defendant failed to make the payments owing to HSBC when they became due.

POUNDS EX 0259

15. Subsequent to the defendant's default, the Account was charged-off by HSBC for non-payment in the amount of $1,866.90 as evidenced by the Charge-off Statement attached hereto as Exhibit "1" and incorporated herein by this reference.

16. Thereafter, the defendant's Account was sold to and acquired by the plaintiff herein, Portfolio Recovery Associates, LLC.

17. The chain of ownership of the defendant's Account, previously filed herein as an attachment to the plaintiff's complaint as Exhibit "B", is incorporated herein by this reference.

18. To this affiant's best knowledge and belief, the defendant is not an infant or incompetent person, nor in military service, nor under any other legal disability.

19. The plaintiff moves the Court to enter default against the Defendant, and to render judgment by default against said Defendant, pursuant to the provisions of G.S. § 1A-1, Rule 55.

This the 30 day of March, 2015.

_Chelsea Ullman_
Chelsea E. Uhlman
Attorney for Plaintiff

Sworn to or affirmed and acknowledged before me, this the 30 day of March, 2015.

_[signature]_

Matthew Gulledge, Notary Public
My commission expires: 11/25/19

MATTHEW GULLEDGE
Notary Public
North Carolina
Durham County

Flexible Earnings Card

GM Flexible Earnings MasterCard Account Statement
Account Number [redacted]4687
From November 26, 2012 to December 27, 2012

PIA N TOWNES

Page 1 of 2

**Summary of Account Activity**

| | | |
|---|---|---|
| Previous Balance | | $1,799.87 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $517.00 |
| **Fees Charged** | + | **$35.00** |
| **Interest Charged** | + | **$32.03** |
| New Balance | | $1,866.90 |
| Credit Limit | | $0.00 |
| Credit Available | | $0.00 |
| Cash Advance Limit † | | $0.00 |
| Cash Advance Available | | $0.00 |
| Statement Closing Date | | December 27, 2012 |
| Days in Billing Cycle | | 31 |

†Cash Advance Limit is a portion of Total Credit Limit.

**Payment Information**

| | |
|---|---|
| New Balance | $1,866.90 |
| Minimum Payment Due | $603.00 |
| Payment Due Date | January 21, 2013 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.40%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 8 Years | $3,305 |
| $70 | 3 Years | $2,521 (*Savings = $784*) |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Automated Account Information | 1-800-388-9107 |
| Español | 1-800-388-9107 |
| Lost or Stolen Card | 1-800-421-3243 |
| Outside USA Collect | 1-757-523-3880 |
| TDD/Hearing Impaired | 1-800-685-9020 |

**Payment Address:** HSBC Card Services, Dept 9600, Carol Stream, IL 60128-9600
**Billing Inquiries:** Customer Center, P.O. Box 80082, Salinas, CA 93912 -0082
**Manage Your account online at www.gmflexcard.com**

**Important Information**

**The HEXAGON DESIGN® (AND VARIATIONS), HSBC®, THE WORLD'S LOCAL BANK®, HOUSEHOLD® (AND DESIGN) and HOUSEHOLD BANK® are registered trademarks of HSBC Holdings plc or HSBC Finance Corporation and are used by Capital One by permission. Capital One is the issuer of this account.**

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

**Transactions**

**Purchases/Debits**

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

**Fees**

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 12/21/12 | 12/21/12 | LATE CHARGE ASSESSMENT | 10000002061221999970010 | $35.00 |
| | | **Total Fees for This Period** | | $35.00 |

**Interest Charged**

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $5.49 |
| INTEREST CHARGE ON PURCHASES | $26.54 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $32.03 |

Detach and return bottom portion with your payment 100202 4 1 26 0000000206 STMT93 D J 1426 GFE1 See reverse side for important information

HSBC

| | |
|---|---|
| Account Number: | [redacted]4687 |
| New Balance | $1,866.90 |
| Minimum Payment Due | $603.00 |
| Payment Due Date | 01/21/2013 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100 AMOUNT ENCLOSED

PIA N TOWNES
1640 CRAWFORD DR
CHARLOTTE NC 282163505

HSBC CARD SERVICES
DEPT 9600
CAROL STREAM IL 60128-9600

EXHIBIT
tabbies

POUNDS EX 0260

Flexible Earnings Card

GM Flexible Earnings MasterCard Account Statement
Account Number [redacted]1687
From November 26, 2012 to December 27, 2012

PIA N TOWNES

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $340.00 |
| Total interest charged in 2012 | $328.68 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 19.99% (v) | $1,563.34 | $26.54 |
| CASH ADVANCES 80001 | 24.90% (v) | $259.81 | $5.49 |
| BALANCE TRANSFER 71111 | 19.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## Earnings Summary

| | |
|---|---|
| Previous Base Earnings | $0.00 |
| Base Earnings Total | $0.00 |
| GM Vehicle Earnings | $0.00 |
| Base Earnings Received | $0.00 |
| Anniversary Date | 06/01/06 |
| Earnings Adjustment | $0.00 |

Remember, when you make a purchase with your GM Flexible Earnings Card, you'll earn toward your next, new GM vehicle. Combine your Earnings with most GM offers for even greater savings. For more information on how to redeem your Earnings, visit us at gmflexcard.com or call 1-800-388-9107.

Total Bonus Shop Earnings are included in the "GM Vehicle Earnings" section of your Earnings Summary and redeemable towards an eligible, new GM vehicle. Log in to view your Bonus Shop Earnings at www.gmflexcard.com/views. These Earnings are not tripled or redeemable towards cash.

## Customer News

Track your spending anytime during the holidays. You deserve to be in control. Log on at **gmflexcard.com/login**

## Customer News

At Cadillac, we built the all-new ATS from the ground up to take on the world. And then we set out to prove it. From the relentless winds of Patagonia to the serpentine switchbacks of Morocco's Atlas Mountains, and further, we took the ATS around the globe in order to demonstrate its advanced features. Follow the adventure at ats-vs-world.cadillac.com

160202 4 1 26 0000000206 STMT93 D J 1426 OFE1

POUNDS EX 0262

# STATE OF NORTH CAROLINA

**File No.** 15CVD1909

In The General Court Of Justice
☐ Small Claims  ☐ District  ☐ Superior Court Division

MECKLENBURG County

## CIVIL BILL OF COSTS

G.S. 7A-305

Name Of Plaintiff
PORTFOLIO RECOVERY ASSOCIATES LLC

VERSUS

Name Of Defendant
PIA N TOWNES

**ADVANCE COSTS:**
INITIAL FILING
General Court Of Justice Fee

| | District Court | | Superior Court | Cumulative |
|---|---|---|---|---|
| | Magistrate | Judge | | Total |
| District: Magistrate | 77.55 | $ | | |
| District: Judge | 127.55 | $ | | |
| Superior: All Civil Cases | 177.55 | $ | | |
| Telephone System Fee | 4.00 | $ | | |
| LAA Fee: All Civil Cases | 2.45 | $ | | 2.45 |
| Facilities Fee - Magistrate $12, District $16, Superior $16 | | | | |
| To: | | | | |
| Business Court Designation Fee (21122) | $1,000.00 | | | |

**COUNTER, CROSS-CLAIMS, & THIRD PARTY COMPLAINTS:**
General Court of Justice Fee

| | District Court | | Superior Court | Cumulative |
|---|---|---|---|---|
| | Magistrate | Judge | | Total |
| District: Magistrate | 77.55 | $ | | |
| District: Judge | 127.55 | $ | | |
| Superior: All Civil Cases | 177.55 | $ | | |
| Telephone System Fee | 4.00 | $ | | |
| LAA Fee: All Civil Cases | 2.45 | $ | | 2.45 |
| Facilities Fee - Magistrate $12, District $16, Superior $16 | | | | |
| To: | | | | |
| Business Court Designation Fee (21122) | $1,000.00 | | | |

◄ ------ **TOTAL ADVANCE COSTS** | $150.00

**ADDITIONAL EXPENSES:**
Notice Of Hearing Fee - $20
Alias and Pluries or Endorsement Fee - $15
Process Fee - $30 each process | $30.00
To:
Other Sheriff's Fees - See G.S. 7A-311(a)(3)-(9)
To:
Witness Fee $5/day or fraction thereof, plus travel expenses
To:
Expert Witness Fee - As Set by the Judge
To:
Certified Mail Or Service By Publication Cost
Transcript - Costs on Appeal | $0.00
To:
Other Fees - As set by the Judge (e.g., GAL fee, interpreter/sites, premium on prosecution bond, costs of blood tests to determine parentage, etc.)
To:
Counsel Fee - As Set by the Judge | $0.00
To:

◄ ------ **TOTAL ADDITIONAL COSTS**

◄ ------ **TOTAL COSTS AND ADDITIONAL CHARGES** | $180.00

**To Be Paid By:** ☐ Plaintiff  ■ Defendant  ☐ Per Judgment

Prepared By
DAVID MANSEAU

Date

POUNDS EX 0263

# STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
☒ District ☐ Superior Court Division

File No.
15 CVD 1909

CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

| | |
|---|---|
| Name Of Plaintiff | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| Address | c/o |
| Sessoms & Rogers, P.A. | |
| Attorneys for Plaintiff | |
| City, State, Zip | |
| P.O. Box 110564 | |
| Durham, North Carolina 27709 | |

VERSUS

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

Name Of Defendant(s)
PIA N. TOWNES

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Pia N. Townes | |
| 1640 Crawford Drive | |
| Charlotte, NC 28216 | |
| Home Phone: (704)393-5885 | |

A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Chelsea E. Uhlhiam | 1-30-15 | 12:47 ☐ AM ☒ PM |
| Sessoms & Rogers, P.A. | Signature | |
| P.O. Box 110564 | [signature] | |
| Durham, North Carolina 27709 | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time |
|---|---|
| | ☐ AM ☐ PM |
| Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

NOTE TO PARTIES: Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

238827.001

*SU0000238827*

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | Name Of Defendant |
|---|---|---|
| 2/10/15 | 1623 ☐ AM ☑ PM | Pia Townes |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☑ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Ruth Townes - 1640 Crawford Dr.

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | Name Of Defendant |
|---|---|---|
| | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| | |
|---|---|
| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return<br>N. Davis 808 |
| Date Received<br>2/2/15 | Name Of Sheriff (Type Or Print)<br>Irwin Carmichael |
| Date Of Return<br>2/6/15 | County Of Sheriff<br>Mack |

AOC-CV-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts

POUNDS EX 0264

POUNDS EX 0265

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 1905



PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                    )
          Plaintiff            )
                                    )
vs.                                 )         COMPLAINT
                                    )
PIA N. TOWNES,             )
                                    )
          Defendant           )

FILED

The Plaintiff, complaining of the Defendant, alleges and says as follows:

1.   The Plaintiff, a limited liability company organized under the laws of the state of Delaware, with a principal office and place of business in Norfolk, Virginia, is duly licensed as a collection agency in North Carolina by the Department of Insurance and has been issued permit number 4132.

2.   The Defendant is a resident of Mecklenburg County, North Carolina.

3.   The Defendant applied for a credit card from the Plaintiff's predecessor in interest, HSBC, as evidenced by the copy of the signed application attached hereto as Exhibit A and incorporated by this reference.

4.   Pursuant to an agreement entered into between the Defendant and the Plaintiff's predecessor in interest, HSBC, a credit account (hereinafter "Account") was opened and credit extended to the Defendant.

5.   The Defendant incurred debt on the Account, as shown by the account statements attached herein and incorporated as Exhibit B. The statement provide an ongoing itemization of the charges and fees incurred to the Account and reflect how they were calculated. The Defendant's use of the credit extended on the Account ratified the Defendant's agreement to repay the balance accrued on the Account.

6.   On or about August 10, 2011, HSBC transferred the entirety of its credit card and retail services business to Capital One Financial Corporation ("Capital One"). The details of said

MECKLENBURG COUNTY CLERK OF COURT

V353678 02/02/15 11:55:47

PAYOR: PORTFOLIO RECOVERY ASSOC
PAYEE: TOWNES,PIA,N
CASE#: 15CVD001909 VCAP:Y
CITA#:

| | |
|---|---|
| 21220 DC-CIVIL FEES | 127.55 |
| 21221 DC-CV LAA FEES | 2.45 |
| 24681 JUD TECH & FAC | 4.00 |
| 22220 CO FAC FEE D CV | 16.00 |
| TOTAL PAID | 150.00 |
| CO TENDERED | 150.00 |
| CHANGE | .00 |

2170 ID C59ALG

POUNDS EX 0266

POUNDS EX 0267

transfer are described in publicly available filings with the U.S. Securities and Exchange Commission.

7. The Defendant defaulted by failing to make all payments owed on the Account when due. The last payment made on the account was received on or about May 4, 2012. The Account was subsequently charged-off for non-payment, and then assigned to and acquired by Plaintiff. Documentation evidencing the complete chain of assignment is attached and incorporated herein as Exhibit C.

8. Notice of intent to file the legal action was sent to the Defendant at least thirty (30) days prior to the filing of this action.

9. As shown by the attached Exhibits, the Defendant remains indebted to the Plaintiff in the amount of $1,866.90. Said amount includes any offsets and credits to which the Defendant is lawfully entitled.

WHEREFORE, the Plaintiff prays the Court as follows:

1. That the Plaintiff have and recover from the Defendant the amount of $1,866.90.
2. That the Plaintiff declines all interest accrued after the Account was charged-off.
3. That the Plaintiff further recover from said Defendant all costs of this action.
4. For such other and further relief as the Court may deem just and proper.

This the 27 day of January, 2015.

SESSOMS & ROGERS, P.A.

By: _____
Chelsea E. Uhlman
Attorney for Plaintiff
1822 East NC Highway 54, Suite 200
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0268

238827.001

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

FILED #67
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: [signature]
AT [blank]

**AFFIDAVIT**

State of Virginia
City of Norfolk ss.

I, the undersigned, ~~Michael La Doucer~~, Custodian of Records for Portfolio Recovery Associates, LLC
hereby depose, affirm and state as follows:

1.  I am competent to testify to the matters contained herein.

2.  I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Original Creditor **HSBC BANK NEVADA, N.A./GM CARD from CAPITAL ONE, N.A.** ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3.  According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on 7/17/2013. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4.  According to the records transferred to the Account Assignee, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from **PIA N TOWNES** ("Debtor and Co-Debtor") to the Account Seller the sum of **$1,866.90** with respect to account number ending **in 4687** as of the date of **12/31/2012** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5.  According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$1,866.90** as the sum due and owing as of the date of this affidavit.

6.  Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC

[signature] MLC

By: _____
Michael La Doucer
Custodian of Records

Subscribed and sworn to before me on MAY 12 2014

[signature]
Notary Public

SANDRA A. WHITE
NOTARY PUBLIC
REGISTRATION # 7244619
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
SEPTEMBER 30, 2017

POUNDS EX 0269



GR0623108776 152

# 0%†

Introductory APR
for 12 billing cycles

**GM** | Flexible Earnings Card

**No Annual Fee**

FOR BANK USE ONLY
FA4 181 21

Speed Street

RE02

## Get the card that lets you choose from three different reward options:

1%* Earnings toward any new make and model vehicle or triple your Earnings to 3%* toward an eligible, new GM vehicle or 1%* cash back.

### 1 Please tell us about yourself

PLEASE PRINT AND PROVIDE ALL OF THE INFORMATION REQUESTED BELOW.

NAME: PIA (FIRST) N (MI) TOWNES (LAST) ☐ JR. ☐ SR.

SOCIAL SECURITY NO.: [redacted] - 4270 DATE OF BIRTH: [redacted] MOTHER'S MAIDEN NAME (REQUIRED FOR SECURITY PURPOSES): [redacted]

MAILING ADDRESS: 11640 CRAWFORD DRIVE (NUMBER AND STREET) APT. NO. CHARLOTTE (CITY) NC (STATE) 28266 (ZIP)

*If your mailing address is a P.O. Box, a residential or business street address is required to process your Application.*

PHYSICAL ADDRESS: (NUMBER AND STREET) APT. NO. CITY STATE ZIP

YEARS AT ADDRESS: 07 OWN X RENT OTHER HOME PHONE: 704-393-5885 BUSINESS PHONE: 704-763-7810

CURRENT EMPLOYER/BUSINESS NAME: CHARLOTTE MECK SCHOOLS YEARS AT JOB

OCCUPATION: TEACHER EMAIL ADDRESS (OPTIONAL): piatownes@aol.com

APPLICANT'S ANNUAL SALARY: $ 32,000.00 OTHER HOUSEHOLD ANNUAL INCOME*: $ , .00

Wisconsin Residents: Are You Married? ☐ Yes

*Alimony, child support, spousal income and separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for repaying this obligation.

### 2 Vehicle preference

Which vehicle do you currently own? ☐ GM ☐ Ford ☐ Chrysler ☐ Other

Which vehicle do you plan to obtain next? ☐ GM ☐ Ford ☐ Chrysler ☐ Other ☐ Unsure

When do you plan to obtain your next vehicle? ☐ 0-3 Months ☐ 4-6 Months ☐ 7-12 Months ☐ 1-2 Years ☐ 2+ Years

### 3 Select an additional user (optional)

If you designate an Authorized User, a credit card will be issued in that person's name. You will be solely responsible for all charges and transactions made by the Authorized User, and the Authorized User will have no liability to the credit card issuer for those charges and transactions.

Would you like to add an Authorized User? ☐ Yes, send a second card at no charge for:

NAME: FIRST MI LAST ☐ JR. ☐ SR.

### Optional AccountSecure® PLUS Enrollment Form

**Yes!** Please protect my GM Flexible Earnings Card with the AccountSecure PLUS program. My signature here means that I have read and understand the AccountSecure PLUS information, including the program cost, on the reverse side. I understand enrollment is optional and I may cancel at any time.

YES X ____________________
Sign Here to Enroll. H

### 4 Please sign below

All of the information furnished on the Application is, to the best of your knowledge, complete and accurate. You understand you must be at least the age of majority and provide a physical address to be eligible, and that HSBC Bank Nevada, N.A. ("HSBC Bank Nevada", "we" or "us") will retain this Application. We may check any of the information from whatever source we choose. You understand that from time to time we may receive credit information concerning you from others, such as stores, other lenders and reporting agencies. To the extent permitted by applicable law, you agree on a regular basis, we may also furnish transaction experience or Application information regarding your Account and your Account Number to others seeking such information, other than credit information. By signing this Application, you are requesting a GM Flexible Earnings Card credit card Account, and if we open an Account, you agree to be bound by the terms and conditions of the GM Flexible Earnings Card Cardmember Agreement and Disclosure Statement, and any change in terms (including increasing rates and fees or adding fees). This Application is a contract only when accepted in Nevada by us. This Application and your GM Flexible Earnings Card Cardmember Agreement and Disclosure Statement will be governed by federal law and the laws of the state of Nevada even if the GM Flexible Earnings Card is used outside of Nevada. You authorize HSBC Bank Nevada and GM to exchange information about your Account(s) and you so that you can receive the benefits and services of the GM Flexible Earnings Card Earnings Program and so that GM can inform you of additional information and opportunities related to the GM Flexible Earnings Card. OFFER VOID IN PUERTO RICO, GUAM AND US VIRGIN ISLANDS AND FOR CURRENT GM CARDMEMBERS. If you have a credit card issued by HSBC Bank Nevada, N.A., you may not qualify for this offer. You have read the Important Information About Procedures For Opening A New Account.

SIGN HERE X [signature] P. Townes
Applicant's Signature

Today's Date: 05 24 06 (MM DD YY)

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

EXHIBIT A

POUNDS EX 0270

POUNDS EX 0271

# STATE OF NORTH CAROLINA

Mecklenburg
County

In The General Court Of Justice
District ☐  Superior Court Division ☒

File No.
15CVD1909

## CIVIL ACTION COVER SHEET
**GENERAL**

☒ INITIAL FILING  ☐ SUBSEQUENT FILING

Rule 5, General Rules of Practice For Superior and District Courts

Name And Address Of Plaintiff 1
Portfolio Recovery Associates, LLC
c/o Sessoms & Rogers, P.A.
P.O. Box 110564
Durham, North Carolina 27709

Name And Address Of Plaintiff 2

VERSUS

Name Of Defendant 1
Pia N. Townes

Summons Submitted  ☒ Yes  ☐ No

Name Of Defendant 2

Summons Submitted  ☐ Yes  ☒ No

Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)
Chelsea E. Uhlmann
P.O. Box 110564
Durham, North Carolina 27709

Telephone No.
(919) 688-1000

Cell Telephone No.

NC Attorney Bar No.
44866

Attorney E-Mail Address

☒ Initial Appearance in Case  ☐ Change of Address

Name Of Firm
Sessoms & Rogers, P.A.

FAX No.
(919) 688-9000

Counsel for
☒ All Plaintiffs  ☐ All Defendants  ☐ Only (List party(ies) represented)

## TYPE OF PLEADING
(check all that apply)

| | |
|---|---|
| ☐ Amend (AMND) Assess Motions Fee (SEE NOTE) | ☐ Failure To Join Necessary Party (FJNP) Assess Motions Fee |
| ☐ Amended Answer/Reply (AAND-Response) Assess Motions Fee (SEE NOTE) | ☐ Failure To State A Claim (FASC) |
| ☐ Amended Complaint (AMND) Assess Motions Fee | ☐ Improper Venue/Division (IMVN) Assess Motions Fee |
| ☐ Answer/Reply (ANSW-Response) (SEE NOTE) | ☐ Intervene (INTR) Assess Motions Fee |
| ☒ Change Venue (CHVN) Assess Motions Fee | ☐ Interplead (OTHR) Assess Motions Fee |
| ☐ Complaint (COMP) | ☐ Lack Of Jurisdiction (Person) (LJPN) Assess Motions Fee |
| ☐ Confession Of Judgment (CNFJ) | ☐ Lack Of Jurisdiction (Subject Matter) (LJSM) Assess Motions Fee |
| ☐ Consent Order (CONS) | ☐ Rule 12 Motion In Lieu Of Answer (MDLA) Assess Motions Fee |
| ☐ Contempt (CNTP) Assess Motions Fee | ☐ Sanctions (SANC) Assess Motions Fee |
| ☐ Continue (CNTN) Assess Motions Fee | ☐ Set Aside (OTHR) Assess Motions Fee |
| ☐ Compel (CMPL) Assess Motions Fee | ☐ Show Cause (SHOW) Assess Motions Fee |
| ☐ Counterclaim (CTCL) Assess Court Costs | ☐ Transfer (TRFR) Assess Motions Fee |
| ☐ Crossclaim (List On Back) (CRSS) Assess Court Costs | ☐ Third Party Complaint (List Third Party Defendants on Back) (TPCL) |
| ☐ Dismiss (DISM) Assess Court Costs | ☐ Vacate/Modify Judgment (VCMD) Assess Motions Fee |
| ☐ Exempt/Waive Mediation (EXMD) Assess Motions Fee | ☐ Withdraw as Counsel (WDCN) Assess Motions Fee |
| ☐ Extend Statute Of Limitations, Rule 9 (ESOL) Assess Motions Fee | ☐ Other (specify and list each separately) |
| ☐ Extend Time For Complaint (EXCO) Assess Motions Fee | |

NOTE: See Side Two for a list of motions not subject to the motions fee.    NOTE: Assess fee only if court permission is required to amend.

## CLAIMS FOR RELIEF

| | |
|---|---|
| ☐ Administrative Appeal (ADMA) | ☐ Injunction (INJU) |
| ☐ Appointment Of Receiver (APRC) | ☐ Limited Driving Privilege - Out-Of-State (PLDP) |
| ☐ Attachment/Garnishment (ATTC) | ☐ Medical Malpractice (MDMA) |
| ☐ Claim And Delivery (CLMD) | ☐ Minor Settlement (MSTL) |
| ☒ Collection On Account (ACCT) | ☐ Money Owed (MNYO) |
| ☐ Condemnation (CNDM) | ☐ Negligence - Motor Vehicle (MVNG) |
| ☐ Contract (CNTR) | ☐ Negligence - Other (NEGO) |
| ☐ Discovery Scheduling Order (DSCH) | ☐ Motor Vehicle Lien G.S. 44A (MVLN) |
| | ☐ Possession Of Personal Property (POPP) |
| | ☐ Product Liability (PROD) |
| | ☐ Real Property (RLPR) |
| | ☐ Specific Performance (SPPR) |
| | ☐ Convictions (PLCM) |
| | ☐ Other (specify and list separately) |

| | |
|---|---|
| ☐ Complex Litigation | ☐ Stipulate to arbitration |
| ☐ Jury Demanded in Pleading | ☒ Amount in controversy does not exceed $15,000 |

Date
January 21, 2015

Signature Of Attorney/Party
[signature]

NOTE: All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General (AOC-CV-751), Motion (AOC-CV-752) or Court Action (AOC-CV-753) cover sheet.
(Over)

AOC-CV-751, Rev. 6/11, © 2011 Administrative Office of the Courts

Case 1:16-cv-01395-WO-JEP   Document 1-10   Filed 12/09/16   Page 241 of 262

POUNDS EX 0272

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

15 CvD 1909

PORTFOLIO RECOVERY ASSOCIATES, LLC, )

Plaintiff

vs.

PIA N. TOWNES,

Defendant

AFFIDAVIT OF
MILITARY SERVICE

[AFF]



FILED #67
MECKLENBURG COUNTY
MAR 3 1 2015
__ O'CLOCK __ .M
AT
BY
CLERK OF SUPERIOR COURT

Chelsea E. Uhlman, having sworn or affirmed, deposes and says as follows:

1. She is the attorney for the plaintiff in the above-captioned civil action.

2. The undersigned is familiar with the provisions of 50 U.S.C.A. App. § 501, Service Members Civil Relief Act of 2003.

3. She represents to the Court that upon information and belief, the Defendant is not in the Military Service of the United States and is not entitled to the protection of the Service Members Civil Relief Act of 2003, nor any amendment thereto.

4. In support of this affidavit, a true and accurate copy of the Defendant's military status report is attached hereto as Exhibit A and incorporated herein by this reference.

This the 30 day of March, 2015.

SESSOMS & ROGERS, P.A.

By: _____
Chelsea E. Uhlman
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

Sworn to or affirmed and acknowledged before me,
this the 30 day of March, 2015.

_____
Matthew Gulledge, Notary Public
My commission expires: 11/25/19

MATTHEW GULLEDGE
Notary Public
North Carolina
Durham County

POUNDS EX 0273





Department of Defense Manpower Data Center

SCRA 3.0

Status Report
Pursuant to Servicemembers' Civil Relief Act

Last Name: TOWNES
First Name: PIA
Middle Name: N.

Active Duty Status As Of: Mar-11-2015

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary N. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

File #: 238827

EXHIBIT
A
tabbies
POUNDS EX 0274

POUNDS EX 0275

Certificate ID: K39DG83E91AD440

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAS). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA may extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Flexible Earnings Card

GM Flexible Earnings MasterCard Account Statement
Account Number [redacted]4687
From April 26, 2012 to May 27, 2012

PIA N TOWNES

Page 1 of 2

**Summary of Account Activity**

| | | |
|---|---|---|
| Previous Balance | | $1,594.16 |
| Payments | - | $196.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$25.64** |
| New Balance | | $1,423.80 |
| Credit Limit | | $0.00 |
| Credit Available | | $0.00 |
| Cash Limit † | | $0.00 |
| Cash Available | | $0.00 |
| Statement Closing Date | | May 27, 2012 |
| Days in Billing Cycle | | 31 |

†Cash Limit is a portion of Total Credit Limit.

**Payment Information**

| | |
|---|---|
| New Balance | $1,423.80 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | June 21, 2012 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 30.99%.

**Minimum Payment Warning**: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 9 Years | $3,069 |
| $53 | 3 Years | $1,925 (*Savings = $1,144*) |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Automated Account Information | 1-800-388-9107 |
| Español | 1-800-388-9107 |
| Lost or Stolen Card | 1-800-421-3243 |
| Outside USA Collect | 1-757-523-3880 |
| TDD/Hearing Impaired | 1-800-685-9020 |

**Payment Address:** HSBC Card Services, Dept 9600, Carol Stream, IL 60128-9600
**Billing Inquiries:** Customer Center, P.O. Box 80082, Salinas, CA 93912 -0082
**Manage Your account online at:** www.gmflexcard.com

**Important Information**

The HEXAGON DESIGN® (AND VARIATIONS), HSBC®, THE WORLD'S LOCAL BANK®, HOUSEHOLD® (AND DESIGN) and HOUSEHOLD BANK® are registered trademarks of HSBC Holdings plc or HSBC Finance Corporation and are used by Capital One by permission. Capital One is the issuer of this account.

Any references to "Cash Limit", "Cash Available", "Cash" credit plans, or "Cash Fee Finance Charge" transactions that may appear on this statement refer to the Cash Advance feature of your account.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

**Transactions**

**Payments/Returns/Credits**

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 05/04/12 | 05/04/12 | PAYMENT - THANK YOU | 6525478212501ST4ZZCTSCH | -$196.00 |
| | | Total Payment For This Period | | -$196.00 |

**Fees**

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | Total Fees For This Period | | $0.00 |

**Interest Charged**

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $4.75 |
| INTEREST CHARGE ON PURCHASES | $20.89 |

Detach and return bottom portion with your payment    100202 4 E 26 0000000206    STMTIS D J 1434 GFEI    See reverse side for important information

HSBC

| | |
|---|---|
| Account Number: | [redacted]4687 |
| New Balance | $1,423.80 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | 06/21/2012 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100 AMOUNT ENCLOSED

PIA N TOWNES
1640 CRAWFORD DR
CHARLOTTE NC 282163505

HSBC CARD SERVICES
DEPT 9600
CAROL STREAM IL 60128-9600

EXHIBIT
tabbies
B

POUNDS EX 0276

🏦 Flexible Earnings Card    MasterCard

**PIA N TOWNES**

GM Flexible Earnings MasterCard Account Statement
Account Number: ████████1687
From April 26, 2012 to May 27, 2012    Page 2 of 2

| | |
|---|---|
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$25.64** |

**2012 TOTALS YEAR-TO-DATE**

| | |
|---|---|
| Total fees charged in 2012: | $93.00 |
| Total interest charged in 2012: | $120.58 |

**Interest Charge Calculation**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 19.99% (v) | $1,222.35 | $20.75 |
| PURCHASES 00001 | 19.99% (v) | $224.54 | $4.75 |
| CASH ADVANCES 80001 | 24.90% (v) | | $4.75 |
| PURCHASES 00001 | 19.99% (v) | $4.12 | $0.14 |
| CASH ADVANCES 80001 | 24.90% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER | 19.99% (v) | $0.00 | $0.00 |

(v) = Variable Rate

**Earnings Summary**

| | |
|---|---|
| Previous Base Earnings | $2.00 |
| Base Earnings Total | $0.00 |
| GM Vehicle Earnings | $0.00 |
| Base Earnings Received | $0.00 |
| Anniversary Date | 06/01/16 |
| Earnings Adjustment | $0.00 |

Remember, when you make a purchase with your GM Flexible Earnings Card, you'll earn toward your next, new GM vehicle. Combine your Earnings with most GM offers for even greater savings. For more information on how to redeem your Earnings, visit us on gmflexcard.com or call 1-800-385-9107.

Total Bonus Shop Earnings are included in the "GM Vehicle Earnings" section of your Earnings Summary and redeemable towards an eligible, new GM vehicle. These Earnings are not implied or redeemable towards cash.

**Customer News**

Online Account Access lets you take control of your Account anytime, anywhere. Registration is easy and secure. Sign up at gmflexcard.com/login.


Flexible Earnings Card

GM Flexible Earnings MasterCard Account Statement
Account Number [redacted]4687
From November 26, 2012 to December 27, 2012

PIA N TOWNES

Page 1 of 2

**Summary of Account Activity**

| | | |
|---|---|---|
| Previous Balance | | $1,799.87 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $517.00 |
| **Fees Charged** | + | $35.00 |
| **Interest Charged** | + | $32.03 |
| New Balance | | $1,866.90 |
| Credit Limit | | $0.00 |
| Credit Available | | $0.00 |
| Cash Advance Limit † | | $0.00 |
| Cash Advance Available | | $0.00 |
| Statement Closing Date | | December 27, 2012 |
| Days in Billing Cycle | | 31 |

†Cash Advance Limit is a portion of Total Credit Limit.

**Payment Information**

| | |
|---|---|
| New Balance | $1,866.90 |
| Minimum Payment Due | $603.00 |
| Payment Due Date | January 21, 2013 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.40%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 8 Years | $3,305 |
| $70 | 3 Years | $2,521 *(Savings = $784)* |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Automated Account Information | 1-800-388-9107 |
| Español | 1-800-388-9107 |
| Lost or Stolen Card | 1-800-421-3243 |
| Outside USA Collect | 1-757-523-3880 |
| TDD/Hearing Impaired | 1-800-685-9020 |

**Payment Address:** HSBC Card Services, Dept 9600, Carol Stream, IL 60128-9600
**Billing Inquiries:** Customer Center, P.O. Box 80082, Salinas, CA 93912 -0082
**Manage Your account online at www.gmflexcard.com**

**Important Information**

**The HEXAGON DESIGN® (AND VARIATIONS), HSBC®, THE WORLD'S LOCAL BANK®, HOUSEHOLD® (AND DESIGN) and HOUSEHOLD BANK® are registered trademarks of HSBC Holdings plc or HSBC Finance Corporation and are used by Capital One by permission. Capital One is the issuer of this account.**

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

**Transactions**

**Purchases/Debits**

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

**Fees**

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 12/21/12 | 12/21/12 | LATE CHARGE ASSESSMENT | 10000002061221999970010 | $35.00 |
| | | **Total Fees for This Period** | | $35.00 |

**Interest Charged**

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $5.49 |
| INTEREST CHARGE ON PURCHASES | $26.54 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $32.03 |

Detach and return bottom portion with your payment. 100202 41 26 0000000206 STMT95 D J 1426 OFE1 See reverse side for important information

HSBC

| | |
|---|---|
| Account Number: | [redacted]4687 |
| New Balance | $1,866.90 |
| Minimum Payment Due | $603.00 |
| Payment Due Date | 01/21/2013 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100 AMOUNT ENCLOSED

PIA N TOWNES
1640 CRAWFORD DR
CHARLOTTE NC 282163505

HSBC CARD SERVICES
DEPT 9600
CAROL STREAM IL 601289600

[redacted]

POUNDS EX 0278

Flexible Earnings Card

GM Flexible Earnings MasterCard Account Statement
Account Number [redacted]4687
From November 26, 2012 to December 27, 2012

PIA N TOWNES

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $340.00 |
| Total interest charged in 2012 | $328.68 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 19.99% (v) | $1,563.34 | $26.54 |
| CASH ADVANCES 80001 | 24.90% (v) | $259.81 | $5.49 |
| BALANCE TRANSFER 71111 | 19.99% (v) | $0.00 | $0.00 |

v=*Variable Rate*

**Earnings Summary**

| | | |
|---|---|---|
| Previous Base Earnings | $0.00 | Remember, when you make a purchase with your GM Flexible Earnings Card, you'll earn toward your next, new GM vehicle. Combine your Earnings with most GM offers for even greater savings. For more information on how to redeem your Earnings, visit us at gmflexcard.com or call 1-800-388-9107. |
| Base Earnings Total | $0.00 | |
| GM Vehicle Earnings | $0.00 | |
| Base Earnings Received | $0.00 | |
| Anniversary Date | 06/01/06 | Total Bonus Shop Earnings are included in the "GM Vehicle Earnings" section of your Earnings Summary and redeemable towards an eligible, new GM vehicle. Log in to view your Bonus Shop Earnings at www.gmflexcard.com/views. These Earnings are not tripled or redeemable towards cash. |
| Earnings Adjustment | $0.00 | |

**Customer News**

Track your spending anytime during the holidays. You deserve to be in control. Log on at gmflexcard.com/login

**Customer News**

At Cadillac, we built the all-new ATS from the ground up to take on the world. And then we set out to prove it. From the relentless winds of Patagonia to the serpentine switchbacks of Morocco's Atlas Mountains, and further, we took the ATS around the globe in order to demonstrate its advanced features. Follow the adventure at ats-vs-world.cadillac.com

109202 41 26 0000000206 STMT93 D J 1426 OFE1

POUNDS EX 0279

POUNDS EX 0280

EXHIBIT
C
tabbies

# HSBC ⬧

# NOTICE OF ASSIGNMENT

May 2, 2012

Portfolio Recovery Associates
140 Corporate Boulevard, Suite 100
Norfolk VA 23502
Attn: HSBC Account Representative

Reference: HSBC assignment to Capital One of the Purchase and Sale Agreement entered *into by and between* Portfolio Recovery Associates, dated 03/28/2012 (the "Agreement").

Dear HSBC Account Representative:

As you may be aware, on August 10, 2011, HSBC Finance Corporation along with certain of its affiliates ("HSBC"), entered into an agreement (as filed on August 12, 2011 in an 8-K with the File Number 001-08198) to sell certain assets and liabilities related to HSBC Finance's U.S. credit card and retail services business ("CRS") to Capital One Financial Corporation ("Capital One") (the "Transaction").

**The Agreement referenced above is being assigned to Capital One as part of the Transaction and this is your notice that the assignment of your Agreement has taken place as of May 1, 2012.**

If Capital One has not already contacted you via mail, they will be contacting you within the next week. For inquiries, please reach out to jeff.spain@capitalone.com.

Thanks and regards,



Damon Ascolani
VP Purchasing

POUNDS EX 0281

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

---

# FORM 8-K

#### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): May 1, 2012

---

Commission file number 1-8198

# HSBC FINANCE CORPORATION

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 86-1052062 |
| (State of Incorporation) | (IRS Employer Identification Number) |

| | |
|---|---|
| 26525 N. Riverwoods Boulevard | |
| Mettawa, Illinois | 60045 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (224) 544-2000

Not Applicable
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

o   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

o   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

o   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

o   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

---

## Item 2.01. Completion of Acquisition or Disposition of Assets.

On May 1, 2012, HSBC Holdings plc, through its wholly owned subsidiaries, HSBC Finance Corporation (the "Company"), HSBC USA Inc., HSBC Technology & Services (USA) Inc. and other wholly owned affiliates, completed the previously-announced disposition of its Card and Retail Services business to Capital One Financial Corporation ("Capital One") pursuant to the Purchase and Assumption Agreement, dated August 10, 2011 (the "Purchase Agreement"), among HSBC Finance Corporation, HSBC USA Inc., HSBC Technology and Services (USA) Inc. and Capital One Financial Corporation. The total final cash consideration received from Capital One expected to be allocated to the Company based on April 30, 2012 balances is approximately $11.8 billion, resulting in an after-tax gain of approximately $1.4 billion that will be recorded in the second quarter of 2012.

The foregoing description of the Purchase Agreement and the disposition is qualified in its entirety by reference to the actual terms of the Purchase Agreement, which is included as Exhibit 2.1 hereto and is incorporated herein by reference. The Purchase Agreement is described more fully in the Company's Current Report on Form 8-K filed with the Securities and Exchange Commission on August 12, 2011, which description is also incorporated herein by reference.

## Item 9.01 Financial Statements and Exhibits.

(b) Pro Forma Financial Information.

The pro forma financial information relating to the disposition and specified in Article 11 of Regulation S-X is filed as Exhibit 99.1 hereto.

(d) Exhibits

| | |
|---|---|
| 2.1 | Purchase and Assumption Agreement, dated August 10, 2011, among HSBC Finance Corporation, HSBC USA Inc., HSBC Technology and Services (USA) Inc. and Capital One Financial Corporation (incorporated by reference to Exhibit 2.1 of the Company's Current Report on Form 8-K filed August 12, 2011) |
| 99.1 | HSBC Finance Corporation Unaudited Pro Forma Condensed Consolidated Financial Information |

2

POUNDS EX 0282

POUNDS EX 0283

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

HSBC FINANCE CORPORATION
(Registrant)

By: /s/ MICK FORDE
Mick Forde
Senior Vice President and Deputy General Counsel

Dated: May 7, 2012

3

POUNDS EX 0284

## Exhibit Index

| Exhibit No. | Description |
|---|---|
| 2.1 | Purchase and Assumption Agreement, dated August 10, 2011, among HSBC Finance Corporation, HSBC USA Inc., HSBC Technology and Services (USA) Inc. and Capital One Financial Corporation (incorporated by reference to Exhibit 2.1 of the Company's Current Report on Form 8-K filed August 12, 2011) |
| 99.1 | HSBC Finance Corporation Unaudited Pro Forma Condensed Consolidated Financial Information |

4

POUNDS EX 0285

Exhibit I
Forward Flow Receivable Sale Agreement dated 01/10/2013

BILL OF SALE

Closing Date: 01/17/2013

Capital One, National Association ("Seller"), in consideration of a Purchase Price of
and other valuable consideration, the receipt of which is hereby acknowledged,
hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale
File entitled
(which may be in electronic form) to Portfolio Recovery
Associates, LLC and its affiliates and its subsidiary entities ("Buyer"), without recourse or
representation except as expressly provided herein or on the terms, and subject to the conditions,
set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Forward Flow Receivable Sale
Agreement, dated as of 01/10/2013, by and between Seller and Buyer (the "Agreement"). All
capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to
such terms in the Agreement.

The Cutoff Date for the Sale File was 01/14/2013. The aggregate Unpaid Balance of the
Accounts as of the Cutoff Date was

CAPITAL ONE, NATIONAL ASSOCIATION

By: _____
Name: John H. Maurer
Title: Vice President

Exhibit 2

Forward Flow Receivable Sale Agreement dated 01/10/2013

# BILL OF SALE

Closing Date: 01/17/2013

Capital One Bank (USA), National Association ("Seller"), in consideration of a Purchase Price of _____, and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled _____ (which may be in electronic form) to Portfolio Recovery Associates, LLC and its affiliates and its subsidiary entities ("Buyer"), without recourse or representation, except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Forward Flow Receivable Sale Agreement, dated as of 01/10/2013, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

The Cutoff Date for the Sale File was 01/14/2013. The aggregate Unpaid Balance of the Accounts as of the Cutoff Date was $:

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION

By: _____

Name: John H. Maurer

Title: Vice President

POUNDS EX 0287

Data printed by Portfolio Recovery Associates, LLC from electronic records
provided by CAPITAL ONE, N.A. pursuant to the sale of accounts from CAPITAL ONE, N.A.
to Portfolio Recovery Associates, LLC

| Field | Value |
|---|---|
| Column 36 | |
| ORIG BANK | 21100 |
| STMTBAL | 1866.90 |
| STMTDATE | 20121227 |
| CHG OFF | 1354.65 |
| CH1 DOB | |
| ENTITY | 7019 |
| PORTFOLIO | GM |
| DT 1ST DEL | 20120626 |
| # DAYS DEL | 180 |
| DEL AS OF | 20121226 |
| LIABLE | |
| CYCLE | 26 |
| BALANCE | 1866.90 |
| JSERCODE | L8 |
| BLK2 | |
| BLKDATE | 20121231 |
| BLK1 | Z |
| LPURCHDT | 20111226 |
| LPURCHS | 5.40 |
| SSN2 | |
| OPENDATE | 20060608 |
| LPD | 20120504 |
| LPA | 196.00 |
| WKPHONE2 | |
| HMPHONE2 | |
| WKPHONE1 | 0000000000 |
| HMPHONE1 | 0003935885 |
| SSN | 4270 |
| ZIP | 28216-3505 |
| STATE | NC |
| CITY | CHARLOTTE |
| ADDRESS2 | |
| ADDRESS1 | 1640 CRAWFORD DR |
| NAME2 | |
| NAME1 | TOWNES,PIA N |
| ACCTNUM | 4687 |

Case 1:16-cv-01395-WO-JEP    Document 1-10    Filed 12/09/16    Page 257 of 262

# AUTHENTICATING AFFIDAVITS

EXHIBIT
12

POUNDS EX 0289

NORTH CAROLINA
WAKE COUNTY

**AFFIDAVIT OF COUNSEL (HARTZELL)
AUTHENTICATING CASE FILES**

I, Jerome Hartzell, Esq., being duly sworn, deposes and says:

1. I am an attorney licensed to practice law in North Carolina. I give this affidavit in the belief that it presents matters that are undisputed, as it solely concerns authentication of court files copied at Clerks of Courts' offices in North Carolina.

2. All of the files described below were copied to electronic files using a Fujitsu Scansnap iX-500 portable document scanner. In each case, I scanned the complete file as of the date of copying.

3. On February 2, 2016, I visited the office of the Clerk of Court for Guilford County where I retrieve and scanned the contents of *Portfolio Recovery Associates, LLC v. Vilayuan Sayaphet-Tyler*, 15-CVD-9301.

4. On February 9, 2016, I visited the office of the Durham County Clerk of Court where I retrieved and scanned the contents of the court file for *Portfolio Recovery Associates, LLC v. Carlton Miller*, 14-CVD-2019.

5. On February 11, 2016, I visited the office of the Mecklenburg County Clerk of Court where I retrieved and scanned the contents of the court files for *Portfolio Recovery Associates, LLC v. Rhonda Hall*, 15-CVD-1907 and *Portfolio Recovery Associates, LLC v. Pia Townes*, 15-CVD-1909.

[Intentionally left blank]

POUNDS EX 0290

6. On June 19, I visited the office of the Clerk of Court for Durham County where I scanned the contents of *Portfolio Recovery Associates, LLC v. Carlton Miller*, 14-CVD-2019 and *Portfolio Recovery Associates, LLC v. Iris Pounds*, 15-CVD-4120.

7. The files for the cases listed above that are included in the Exhibits in Support of Plaintiffs' Motion for Class Certification are true, accurate, and complete copies of the files as maintained by the Clerks of Court for the foregoing counties, as of the dates set out above.

FURTHER AFFIANT SAYETH NAUGHT.

This the 3rd day of November, 2016.

J. JEROME HARTZELL

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Subscribed and sworn to (or affirmed) before me,
this the 3rd day of November, 2016.

(SEAL)

NOTARY PUBLIC

My Commission Expires: 7.17.21

SEONAID A RUO
Notary Public
Wake County
My Comm. Exp.
07-17-2021
NORTH CAROLINA

NORTH CAROLINA
WAKE COUNTY

**AFFIDAVIT OF COUNSEL (PIKLER)**
**AUTHENTICATING CASE FILES**

Jason Pikler, Esq., being duly sworn, deposes and say:

1.  I am an attorney licensed to practice law in North Carolina. I give this affidavit in the belief that it presents matters that are undisputed, as it concerns solely the contents of court files copied at the Guilford County Clerk's of Courts office in North Carolina.

2.  All of the files described below were copied to electronic files using a Fujitsu Scansnap iX-500 portable document scanner. In each case, I scanned the complete file as of the date of copying.

3.  On September 16, 2016, I visited the office of the Guilford County Clerk of Court where I retrieved and scanned the contents of the court file for *Portfolio Recovery Associates, LLC v. Sayaphet-Tyler*, 15-CVD-5238.

4.  I saved the contents of the scanned court file in pdf. format onto a computer provided to me by the North Carolina Justice Center.

5.  The files for the case listed above that is included in the Exhibits in Support of Plaintiffs' Motion for Class Certification are true, accurate, and complete copies of the files as maintained by the Clerks of Court for the foregoing counties, as of the dates set out above.

[Intentionally left blank]

FURTHER AFFIANT SAYETH NAUGHT

This the 3rd day of November, 2016.

JASON PIKLER

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Subscribed and sworn to (or affirmed) before me,
this the 3rd day of November, 2016.

_____________________________ (SEAL)
NOTARY PUBLIC

MINDY LEMUS
NOTARY PUBLIC
NORTH CAROLINA
DURHAM COUNTY
MY COMM EXP. 2/16/21

My Commission Expires: 2/16/2021.