# EXHIBIT L

NORTH CAROLINA
WAKE COUNTY

## AFFIDAVIT OF KAREN S. EWART
## SUMMARIZING NAMED PLAINTIFFS' AND VACATUR COURT FILES

I, Karen S. Ewart, being duly sworn, depose and say:

1. I am a citizen and resident of Wake County, North Carolina. I am over the age of 18, am under no disability, and am competent to testify as to those matters which are the subject of this affidavit.

2. This affidavit summarizes the methods by which I reviewed and summarized "PDF" copies of documents provided to me by the North Carolina Justice Center. It was represented to me that these documents were copies of images of papers filed in North Carolina civil actions brought by Portfolio Recovery Associates, LLC.

3. I was provided with PDF files, organized in files matching the file numbers listed on "List of Files--Named Plaintiffs' and Vacatur Court Files." A copy of this List is attached as Exhibit A.

4. I reviewed each file and provided a summary of what I saw by entering data on an Excel Spreadsheet. A blank spreadsheet, populated only with column headings, was given to me by the Justice Center. The spreadsheet had the same column headings as the spreadsheet I used in preparing the summary for the "Eight County Sample." In preparing the summary for the "Named Plaintiffs' and Vacatur Court Files," I followed the same procedure as described in Paragraph Four of my affidavit regarding the summary of the "Eight County Sample."

5. A completed copy of the spreadsheet, entitled "Chart Summarizing Named Plaintiffs' and Vacatur Court Files" is attached to this Affidavit as Exhibit B. Each row of the spreadsheet



POUNDS EX 0384

on Exhibit B contains the data I obtained by reviewing the PDF files matching the file number appearing on the spreadsheet.

FURTHER AFFIANT SAYETH NAUGHT.

This the 7 day of November, 2016.

_____
Karen S. Ewart

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Subscribed and sworn to (or affirmed) before me,

this the 7th day of November, 2016.

_____ (SEAL)
NOTARY PUBLIC

My Commission Expires: 7·17·16 .

SEONAID A RIJO
Notary Public
Wake
County
My Comm. Exp.
07-17-2021
NORTH CAROLINA

2

POUNDS EX 0385

**List of Files**
**Named Plaintiffs' and Vacatur Court Files**

1.  Pounds, Iris (Durham 15-CVD-4120)

2.  Miller, Carlton (Durham 14-CVD-2019)

3.  Sayaphet-Tyler, Vilayuan (Guilford 15-CVD-5238).

4.  Sayaphet-Tyler, Vilayuan (Guilford 15-CVD-9301)

5.  Hall, Rhonda (Mecklenburg 15-CVD-1907)

6.  Townes, Pia N. (Mecklenburg 15-CVD-1909)

7.  Brady, Robert (Chatham 15-CVD-44)

8.  Pledger, Angela (Mecklenburg 14-CVD-22008)

9.  Peach, Reba (Wake 15-CVD-4745)

10. Spector, Shari (Mecklenburg 14-CVD-22005)

11. Walls, Lisa (Mecklenburg 15-CVD-15284)

12. Walters, Robert (Mecklenburg 15-CVD-2893)

**EXHIBIT**
A (to Ex 19)

POUNDS EX 0386

EXHIBIT

B (to Ex 19)

tabbies



# CHART SUMMARIZING NAMED PLAINTIFFS' AND VACATUR COURT FILES

| County | File No. | Defendant Name | Complaint Filing Date | Date Default Judgment Entered | Default Judgment Entered by Clerk or Judge | Default Judgment Amount | Number of Account Statements | Purchases | Cash Advance/ Balance Transfers | Fees | Interest/ Finance Charges | Total Amount Itemized | Judgment Amount Equal to or Less than Amount Itemized? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chatham | 15CVD44 | Brady, Robert Jr. | 1/14/2015 | 2/25/2015 | Clerk | $1,944.26 | 2 | | | $87.00 | | $87.00 | NO |
| Mecklenburg | 15CVD1907 | Hall, Rhonda | 1/30/2015 | 7/8/2015 | Clerk | $1,626.77 | 2 | | | $35.00 | $27.64 | $62.64 | NO |
| Durham | 14CVD2019 | Miller, Carlton | 2/7/2014 | 5/2/2014 | Judge | $1,191.76 | 3 | | | $72.00 | $19.78 | $91.78 | NO |
| Wake | 15CVD4745 | Peach, Reba | 4/10/2015 | 5/28/2015 | Clerk | $3,188.93 | 2 | $479.29 | | | $48.03 | $527.32 | NO |
| Mecklenburg | 14CVD22008 | Pledger, Angela | 11/26/2014 | 1/29/2015 | Clerk | $1,278.66 | 2 | | | $35.00 | | $35.00 | NO |
| Durham | 15CVD4120 | Pounds, Iris | 8/5/2015 | 10/12/2015 | Clerk | $1,089.28 | 2 | | | $35.00 | $18.45 | $53.45 | NO |
| Guilford | 15CVD5238 | Savaphet-Tyler, Vilayvan | 4/27/2015 | 7/2/2015 | Clerk | $4,434.88 | 2 | $39.49 | | | $83.69 | $123.18 | NO |
| Guilford | 15CVD9301 | Savaphet-Tyler, Vilayvan | 11/2/2015 | 1/8/2016 | Clerk | $2,861.87 | 2 | | | $35.00 | $116.41 | $151.41 | NO |
| Mecklenburg | 15CVD22005 | Spector, Shari | 11/26/2014 | 4/1/2015 | Clerk | $2,777.28 | 2 | | | $70.00 | $28.79 | $98.79 | NO |
| Mecklenburg | 15CVD1909 | Townes, Pia N. | 1/30/2015 | 4/1/2015 | Clerk | $1,866.90 | 2 | | | $35.00 | $57.67 | $92.67 | NO |
| Mecklenburg | 15CVD15284 | Walls, Lisa | 8/17/2015 | 10/7/2015 | Clerk | $2,550.80 | 2 | | | $70.00 | $43.67 | $113.67 | NO |
| Mecklenburg | 15CVD2893 | Walters, Robert W. | 2/12/2015 | 6/12/2015 | Clerk | $2,572.00 | 2 | | | $70.00 | $42.42 | $42.42 | NO |

POUNDS EX 0387

| County | File No. | Defendant Name | Original Creditor (O.C.) Affidavit? | O.C. Affiant Name and Date | O.C. Affidavit References or Attaches Account Statements? | Affidavit by PRA Employee? | PRA Affiant Name and Date | PRA Affidavit References or Attaches Account Statements? |
|---|---|---|---|---|---|---|---|---|
| Chatham | 15CV044 | Brady, Robert Jr. | NO | | | YES | Larry J. Andrews 12/15/2014 | NO |
| Mecklenburg | 15CV01907 | Hall, Rhonda | YES | Diane Stone 4/12/2013 | NO | YES | Meryl Dreano 12/30/2014 | NO |
| Durham | 14CV02019 | Miller, Carlton | NO | | | YES | Cynthia Clarke 8/7/2013 | NO |
| Wake | 15CV04745 | Peach, Reba | NO | | | YES | Dianna D. Williams 12/15/2014 | NO |
| Mecklenburg | 14CV022008 | Pledger, Angela | NO | | | YES | Evita Rodriguez 8/7/2014 | NO |
| Durham | 15CV04120 | Pounds, Iris | NO | | | YES | Donna Dangerfield 5/21/2015 | NO |
| Guilford | 15CV05238 | Savaphiet-Tyier, Vilavuan | NO | | | YES | Crystol Grace 2/27/2015 | NO |
| Guilford | 15CV09301 | Savaphiet-Tyier, Vilavuan | NO | | | YES | Dianna D. Williams 9/10/2015 | NO |
| Mecklenburg | 15CV022005 | Spector, Shari | NO | | | YES | Anita Bray 12/15/2014 | NO |
| Mecklenburg | 15CV01909 | Townes, Pia N. | NO | | | YES | Michael La Douceur 5/12/2014 | NO |
| Mecklenburg | 15CV015284 | Walls, Lisa | YES | Diane Stone 5/23/2013 | | YES | Dwayne E. Davis 12/15/2014 | NO |
| Mecklenburg | 15CV02893 | Walters, Robert W. | NO | | | YES | Cristina Patterson 4/16/2015 | NO |

POUNDS EX 0388

| County | File No. | Defendant Name | Law Firm Representing PRA | Attorney Affidavit? | Attorney Affiant and Date | Attorney Affidavit Asserts Debt? | Attorney Affidavit Asserts OC Opened Credit Acount? | Attorney Affidavit Asserts Use of Credit Card? | Attorney Affidavit Asserts Account Statement Provide Itemization? |
|---|---|---|---|---|---|---|---|---|---|
| Chatham | 15CV044 | Brady, Robert Jr. | Sessoms & Rogers, P.A. | YES | Chelsea E. Uhlman 2/20/2015 | YES | YES | YES | YES |
| Mecklenburg | 15CV01907 | Hall, Rhonda | Sessoms & Rogers, P.A. | YES | Andrew E. Hoke 7/8/2015 | YES | NO | YES | YES |
| Durham | 14CV02019 | Miller, Carlton | Sessoms & Rogers, P.A. | YES | Kauffman, Amber K. 3/20/2014 | YES | YES | YES | YES |
| Wake | 15CV04745 | Peach, Reba | Sessoms & Rogers, P.A. | YES | Uhlman, Chelsea E. 5/28/2015 | YES | YES | YES | YES |
| Mecklenburg | 14CV022008 | Pledger, Angela | Sessoms & Rogers, P.A. | YES | Uhlman, Chelsea E. 1/29/2015 | YES | YES | YES | YES |
| Durham | 15CV04120 | Pounds, Iris | Sessoms & Rogers, P.A. | YES | Meyers, Mitchell A. 10/12/2015 | YES | NO | YES | YES |
| Guilford | 15CV05238 | Savaphet-Tyler, Vilayuan | Sessoms & Rogers, P.A. | YES | Uhlman, Chelsea E. 6/23/2015 | YES | YES | YES | YES |
| Guilford | 15CV09301 | Savaphet-Tyler, Vilayuan | Sessoms & Rogers, P.A. | NO | | | | | |
| Mecklenburg | 15CV022005 | Spector, Shari | Sessoms & Rogers, P.A. | YES | Uhlman, Chelsea E.4/1/2015 | YES | YES | YES | YES |
| Mecklenburg | 15CV01909 | Townes, Pia N | Sessoms & Rogers, P.A. | YES | Uhlman, Chelsea E.4/1/2015 | YES | YES | YES | YES |
| Mecklenburg | 15CV015284 | Walls, Lisa | Sessoms & Rogers, P.A. | YES | Uhlman, Chelsea E. 10/7/2015 | YES | NO | YES | YES |
| Mecklenburg | 15CV2893 | Walters, Robert W. | Sessoms & Rogers, P.A. | YES | Meyers, Mitchell A. 6/12/2015 | YES | YES | YES | YES |

POUNDS EX 0389

| SUMMARY OF NAMED PLAINTIFFS' AND VACATUR COURT FILES: AUTHENTICATION | | | | | | |
|---|---|---|---|---|---|---|
| County | File No. | Defendant Name | Original Creditor (O.C.) Affidavit? | O.C. Affidavit References or Attaches Account Statements? | Affidavit by PRA Employee? | PRA Affidavit References or Attaches Account Statements? |
| Chatham | 15CVD44 | Brady, Robert Jr. | NO | | YES | NO |
| Mecklenburg | 15CVD1907 | Hall, Rhonda | YES | NO | YES | NO |
| Durham | 14CVD2019 | Miller, Carlton | NO | | YES | NO |
| Wake | 15CVD4745 | Peach, Reba | NO | | YES | NO |
| Mecklenburg | 14CVD22008 | Pledger, Angela | NO | | YES | NO |
| Durham | 15CVD4120 | Pounds, Iris | NO | | YES | NO |
| Guilford | 15CVD5238 | Sayaphet-Tyler, Vilayuan | NO | | YES | NO |
| Guilford | 15CVD9301 | Sayaphet-Tyler, Vilayuan | NO | | YES | NO |
| Mecklenburg | 15CVD22005 | Spector, Shari | NO | | YES | NO |
| Mecklenburg | 15CVD1909 | Townes, Pia N. | NO | | YES | NO |
| Mecklenburg | 15CVD15284 | Walls, Lisa | YES | NO | YES | NO |
| Mecklenburg | 15CVD2893 | Walters, Robert W. | NO | | YES | NO |



EXHIBIT
20

POUNDS EX 0390

| County | File No. | Defendant Name | Default Judgment Amount | Total Amount Itemized | Judgment Amount Equal to or Less than Amount Itemized ? |
|---|---|---|---|---|---|
| Chatham | 15CVD44 | Brady, Robert Jr. | $1,944.26 | $87.00 | NO |
| Mecklenburg | 15CVD1907 | Hall, Rhonda | $1,626.77 | $62.64 | NO |
| Durham | 14CVD2019 | Miller, Carlton | $1,191.76 | $91.78 | NO |
| Wake | 15CVD4745 | Peach, Reba | $3,188.93 | $527.32 | NO |
| Mecklenburg | 14CVD22008 | Pledger, Angela | $1,278.66 | $35.00 | NO |
| Durham | 15CVD4120 | Pounds, Iris | $1,089.28 | $53.45 | NO |
| Guilford | 15CVD5238 | Sayaphet-Tyler, Vilayuan | $4,434.88 | $123.18 | NO |
| Guilford | 15CVD9301 | Sayaphet-Tyler, Vilayuan | $2,861.87 | $151.41 | NO |
| Mecklenburg | 15CVD22005 | Spector, Shari | $2,777.28 | $98.79 | NO |
| Mecklenburg | 15CVD1909 | Townes, Pia N. | $1,866.90 | $92.67 | NO |
| Mecklenburg | 15CVD15284 | Walls, Lisa | $2,550.80 | $113.67 | NO |
| Mecklenburg | 15CVD2893 | Walters, Robert W. | $2,572.00 | $42.42 | NO |

**SUMMARY OF NAMED PLAINTIFFS' AND VACATUR COURT FILES: ITEMIZATION**



EXHIBIT
21

tabbies'

POUNDS EX 0391

## SUMMARY OF NAMED PLAINTIFFS' AND VACATUR COURT FILES: SESSOMS ATTORNEY AFFIDAVITS

| County | File No. | Defendant Name | Law Firm Representing PRA | Attorney Affidavit? | Attorney Affidavit Asserts OC Opened Credit Acount? | Attorney Affidavit Asserts Use of Credit Card? | Attorney Affidavit Asserts Account Statement Provide Itemization? | Attorney Affidavit Asserts Account Statement Provide Itemization? |
|---|---|---|---|---|---|---|---|---|
| Chatham | 15CVD44 | Brady, Robert Jr. | Sessoms | YES | YES | YES | YES | YES |
| Mecklenburg | 15CVD1907 | Hall, Rhonda | Sessoms | YES | YES | NO | YES | YES |
| Durham | 14CVD2019 | Miller, Carlton | Sessoms | YES | YES | YES | YES | YES |
| Wake | 15CVD4745 | Peach, Reba | Sessoms | YES | YES | YES | YES | YES |
| Mecklenburg | 14CVD22008 | Pledger, Angela | Sessoms | YES | YES | YES | YES | YES |
| Durham | 15CVD4120 | Pounds, Iris | Sessoms | YES | YES | NO | YES | YES |
| Guilford | 15CVD5238 | Sayaphet-Tyler, Vilayuan | Sessoms | YES | YES | YES | YES | YES |
| Guilford | 15CVD9301 | Sayaphet-Tyler, Vilayuan | Sessoms | NO | | | | |
| Mecklenburg | 15CVD22005 | Spector, Shari | Sessoms | YES | YES | YES | YES | YES |
| Mecklenburg | 15CVD1909 | Townes, Pia N. | Sessoms | YES | YES | YES | YES | YES |
| Mecklenburg | 15CVD15284 | Walls, Lisa | Sessoms | YES | YES | NO | YES | YES |
| Mecklenburg | 15CVD2893 | Walters, Robert W. | Sessoms | YES | YES | YES | YES | YES |



EXHIBIT
22

# AUTHENTICATING AFFIDAVITS



POUNDS EX 0393

NORTH CAROLINA
WAKE COUNTY

### AFFIDAVIT OF SEONAID A. RIJO
### AUTHENTICATING CASE FILES

Seonaid A. Rijo, being duly sworn, deposes and says:

1.  I am a senior litigation paralegal at the North Carolina Justice Center. I give this affidavit in the belief that it presents matters that are undisputed, as it concerns solely the contents of court file copied at the Chatham County Clerk of Court's Office.

2.  On August 31, 2015, I visited the office of the Wake County Clerk of Court where I retrieved and scanned the contents of the case file *Portfolio Recovery Associates, LLC v. Reba Peach* (15-CVD-4745).

3.  On October 28, 2015, I visited the office of the Chatham County Clerk of Court where I retrieved and scanned the contents of the case file *Portfolio Recovery Associates, LLC v. Robert Brady* (15-CVD-44).

4.  The court files described above were copied into an electronic file using a Fujitsu Scansnap iX-500 portable document scanner. I scanned the complete files as of the date of copying.

5.  I saved the contents of the scanned court files in pdf. format onto a computer provided to me by the North Carolina Justice Center.

6.  The files for the cases listed above that are included in the Exhibits in Support of Plaintiffs' Motion for Preliminary Injunction and Class Certification are true, accurate, and

POUNDS EX 0394

complete copies of the files as maintained by the Clerks of Court for the foregoing counties, as of the dates set out above.

FURTHER AFFIANT SAYETH NAUGHT.

This the 7ᵗʰ day of November, 2016.

SEONAID A. RIJO

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Subscribed and sworn to (or affirmed) before me, this the 7 day of November, 2016.

_____ (SEAL)
NOTARY PUBLIC

My Commission Expires: 9.11.17

SUIJIN LI SNYDER
Notary Public
Wake County
NORTH CAROLINA

POUNDS EX 0395

NORTH CAROLINA
WAKE COUNTY

## **AFFIDAVIT OF COUNSEL (HARTZELL)**
## **AUTHENTICATING CASE FILES**

J. Jerome Hartzell, Esq., being duly sworn, deposes and says:

1. I am an attorney licensed to practice law in North Carolina. I give this affidavit in the belief that it presents matters that are undisputed, as it solely concerns authentication of court files copied at the Mecklenburg Clerk of Court's office in North Carolina.

2. On January 21, 2016, I visited the office of the Mecklenburg County Clerk of Court where I retrieved and scanned the contents of the court file for *Portfolio Recovery Associates, LLC v. Lisa Walls* (15-CVD-15284).

3. On February 11, 2016, I visited the office of the Mecklenburg County Clerk of Court where I retrieved and scanned the contents of the court files for *Portfolio Recovery Associates, LLC v. Shari Spector* (14-CVD-22005) and *Portfolio Recovery Associates, LLC v. Angela Pledger* (14-CVD-22008).

4. The court files described above were copied into an electronic file using a Fujitsu Scansnap iX-500 portable document scanner. I scanned the complete file as of the date of copying.

5. The files for the cases listed above that are included in the Exhibits in Support of Plaintiffs' Motion for Preliminary Injunction and Class Certification are true, accurate, and complete copies of the files as maintained by the Clerk of Court, as of the dates set out above.

POUNDS EX 0396

FURTHER AFFIANT SAYETH NAUGHT.

This the 7th day of _November_, 2016.

_____
J. JEROME HARTZELL

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Subscribed and sworn to (or affirmed) before me,

this the 7th day of _November_, 2016.

_____ (SEAL)
NOTARY PUBLIC

My Commission Expires: 7·17·21.

SEONAID A RIJO
Notary Public
Wake
County
My Comm. Exp.
07-17-2021
NORTH CAROLINA

POUNDS EX 0397

NORTH CAROLINA
MECKLENBURG COUNTY

## AFFIDAVIT OF NICHOLAS PEARRE HOLT

I, Nicholas Pearre Holt, being duly sworn, depose and say:

1.      I am a citizen and resident of Mecklenburg County, North Carolina.  I am over the age of 18, am under no disability, and am competent to testify as to those matters which are the subject of this affidavit.

2.      This affidavit summarizes the methods by which I obtained a copy of a file at the Mecklenburg County Clerk of Court's office.

3.      On February 23, 2016, I visited the office of the Clerk of Court for Mecklenburg County.  I photocopied the contents of the following court file: *Portfolio Recovery Associates, LLC., v. Robert W. Walters*, 15 CVD 2893.

4.      I then returned with the copies to the offices of Legal Services of Southern Piedmont at 1431 Elizabeth Avenue, Charlotte, NC 28204 and scanned them.

5.      The scanned files were saved as .pdf files on Legal Services of Southern Piedmont's case management system.

AFFIANT FURTHER SAYETH NAUGHT.

This the 2ⁿᵈ day of _NOVEMBER_ , 2016.

STATE OF NORTH CAROLINA
COUNTY OF *Mecklenburg*

SWORN to and subscribed before me,

this the 2 day of _November_ , 2016.

_____ (SEAL)
NOTARY PUBLIC

My Commission Expires: May 31, 2021

DESHEANE NEWMAN
Notary Public
Mecklenburg County
North Carolina
My Commission Expires 5/31/2021

POUNDS EX 0398

NORTH CAROLINA
MECKLENBURG COUNTY

## AFFIDAVIT OF LEAH A. KANE

I, Leah A. Kane, being duly sworn, depose and say:

1.      I am a citizen and resident of Mecklenburg County, North Carolina.  I am over the age of 18, am under no disability, and am competent to testify as to those matters which are the subject of this affidavit.

2.      On February 25, 2016, I emailed a .pdf file saved on Legal Services of Southern Piedmont's server and case management system containing a copy of the Clerk of Court for Mecklenburg County file for *Portfolio Recovery Associates, LLC., v. Robert W. Walters*, 15 CVD 2893 to Carlene McNulty at the North Carolina Justice Center.

AFFIANT FURTHER SAYETH NAUGHT.

This the 2ⁿᵈ day of _November_ 2016.

_____

STATE OF NORTH CAROLINA

COUNTY OF _MECKLENBURG_

SWORN to and subscribed before me,

this the 2ⁿᵈ day of _November_, 2016.

_____ (SEAL)
NOTARY PUBLIC

My Commission Expires: _MAY 4, 2020_



POUNDS EX 0399