# EXHIBIT N

STATE OF NORTH CAROLINA  FILED  IN THE GENERAL COURT OF JUSTICE

COUNTY OF CHATHAM                     DISTRICT COURT DIVISION

2015 DEC 31 P 1:36

15 CvD 44

CHATHAM CO., C.S.C.

PORTFOLIO RECOVERY ASSOCIATES, LLC )
)
Plaintiff )
)
)
vs. ) NOTICE OF DISMISSAL
)
) [VD]
)
ROBERT BRADY, JR., )
)
Defendant )
)

NOW COMES the Plaintiff herein, by and through its undersigned counsel, and voluntarily dismisses this action, pursuant to N.C. Gen. Stat. § 1A-1, Rule 41(a)(1).

This the 29th day of December, 2015.

SESSOMS & ROGERS, P.A.

By: _____
Andrew E. Hoke
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000



EXHIBIT
33

POUNDS EX 0519

Case 1:16-cv-01395-WO-JEP   Document 1-14   Filed 12/09/16   Page 2 of 17

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to N.C. Gen. Stat. § 1A-1, Rule 5(b), the foregoing Notice of Dismissal was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant's attorney of record, as follows:

        Carlene McNulty, Esq.
        North Carolina Justice Center
        P.O. Box 28068
        Raleigh, North Carolina 27611

This the 29th day of December, 2015.

        SESSOMS & ROGERS, P.A.

By: _____
      Andrew E. Hoke
      Attorney for Plaintiff
      P.O. Box 110564
      Durham, North Carolina 27709
      Telephone: (919) 688-1000

POUNDS EX 0520

STATE OF NORTH CAROLINA         IN THE GENERAL COURT OF JUSTICE
COUNTY OF WAKE      FILED        DISTRICT COURT DIVISION

                 2016 APR -7 A 10 15        15 CvD 4745

PORTFOLIO RECOVERY ASSOCIATES, LLC, S.C.
                                )
        Plaintiff  BY_____  )
                                )
                                )
vs.                             )   NOTICE OF DISMISSAL
                                )
                                )   [VD]
REBA PEACH,                     )
                                )
        Defendant               )
                                )
                                )

NOW COMES the plaintiff herein, by and through its undersigned counsel, and voluntarily dismisses this action, pursuant to G.S. § 1A-1, Rule 41(a)(1).

This the 7th day of April, 2016.

                         SESSOMS & ROGERS, P.A.

                         By: _____
                         Mitchell A. Meyers
                         Attorney for Plaintiff
                         P.O. Box 110564
                         Durham, North Carolina 27709
                         Telephone: (919) 688-1000





EXHIBIT
34

POUNDS EX 0521

CERTIFICATE OF SERVICE

This is to certify that, pursuant to G.S. § 1A-1, Rule 5(b), the foregoing Notice of Dismissal was this day served upon the defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant's attorney of record, as follows:

Carlene McNulty, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

This the 7th day of April, 2016.

SESSOMS & ROGERS, P.A.

By: _____
Mitchell A. Meyers
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0522

Case 1:16-cv-01395-WO-JEP   Document 1-14   Filed 12/09/16   Page 5 of 17

STATE OF NORTH CAROLINA　　　IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG　　　DISTRICT COURT DIVISION

14 CvD 22005

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
)
    Plaintiff )
)
)
vs. ) NOTICE OF DISMISSAL
)
) [VD]
SHARI SPECTOR, )
)
    Defendant )
)
_____ )

NOW COMES the Plaintiff herein, by and through its undersigned counsel, and voluntarily dismisses this action without prejudice, pursuant to N.C. Gen. Stat. § 1A-1, Rule 41(a)(1).

This the 13th day of June, 2016.

                                SESSOMS & ROGERS, P.A.

                 By: _____
                      Andrew E. Hoke
                      Attorney for Plaintiff
                      P.O. Box 110564
                      Durham, North Carolina 27709
                      Telephone: (919) 688-1000

EXHIBIT 35

POUNDS EX 0523

Case 1:16-cv-01395-WO-JEP   Document 1-14   Filed 12/09/16   Page 6 of 17

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to N.C. Gen. Stat. § 1A-1, Rule 5(b), the foregoing Notice of Dismissal without Prejudice was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant's attorneys of record, as follows:

        Carlene McNulty, Esq.
        North Carolina Justice Center
        P.O. Box 28068
        Raleigh, North Carolina 27611

        Jason Pikler, Esq.
        North Carolina Justice Center
        P.O. Box 28068
        Raleigh, North Carolina 27611

        J. Jerome Hartzell, Esq.
        Hartzell & Whiteman, L.L.P.
        P.O. Box 10246
        Raleigh, North Carolina 27605

        Leah A. Kane, Esq.
        Legal Services of Southern Piedmont
        1431 Elizabeth Avenue
        Charlotte, North Carolina 28205

This the 13th day of June, 2016.

        SESSOMS & ROGERS, P.A.

    By: _____
        Andrew E. Hoke
        Attorney for Plaintiff
        P.O. Box 110564
        Durham, North Carolina 27709
        Telephone: (919) 688-1000

POUNDS EX 0524

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG            DISTRICT COURT DIVISION

                                 14 CvD 22008

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                    )
         Plaintiff                  )
                                    )
                                    )
vs.                                 )   NOTICE OF DISMISSAL
                                    )
                                    )   [VD]
ANGELA PLEDGER,                     )
                                    )
         Defendant                  )
                                    )
_____)

NOW COMES the Plaintiff herein, by and through its undersigned counsel, and voluntarily dismisses this action without prejudice, pursuant to N.C. Gen. Stat. § 1A-1, Rule 41(a)(1).

This the 13th day of June, 2016.

                            SESSOMS & ROGERS, P.A.

                    By:     /s/ Chelsea E. Walman
                            /f/ Andrew E. Hoke
                            Attorney for Plaintiff
                            P.O. Box 110564
                            Durham, North Carolina 27709
                            Telephone: (919) 688-1000

EXHIBIT
36

POUNDS EX 0525

*bs00002484407*

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to N.C. Gen. Stat. § 1A-1, Rule 5(b), the foregoing Notice of Dismissal without Prejudice was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant's attorneys of record, as follows:

Carlene McNulty, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

Jason Pikler, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

J. Jerome Hartzell, Esq.
Hartzell & Whiteman, L.L.P.
P.O. Box 10246
Raleigh, North Carolina 27605

Leah A. Kane, Esq.
Legal Services of Southern Piedmont
1431 Elizabeth Avenue
Charlotte, North Carolina 28205

This the 13th day of June, 2016.

SESSOMS & ROGERS, P.A.

By: *Chelsea A. Ullman*
Andrew E. Hoke
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0526

STATE OF NORTH CAROLINA　　　　IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG　　　　DISTRICT COURT DIVISION

15 CvD 1909

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                                           )
        Plaintiff                        )
                                                         )
vs.                                                        )      NOTICE OF DISMISSAL
                                                         )
                                                        )      [VD]
PIA N. TOWNES,                       )
                                                        )
        Defendant                    )
                                                        )

NOW COMES the Plaintiff herein, by and through its undersigned counsel, and voluntarily dismisses this action without prejudice, pursuant to N.C. Gen. Stat. § 1A-1, Rule 41(a)(1).

This the 13th day of June, 2016.

                                          SESSOMS & ROGERS, P.A.

                                  By:  _____
                                               Andrew E. Hoke
                                               Attorney for Plaintiff
                                               P.O. Box 110564
                                               Durham, North Carolina 27709
                                               Telephone: (919) 688-1000

EXHIBIT 37

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to N.C. Gen. Stat. § 1A-1, Rule 5(b), the foregoing Notice of Dismissal without Prejudice was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant's attorneys of record, as follows:

Carlene McNulty, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

Jason Pikler, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

J. Jerome Hartzell, Esq.
Hartzell & Whiteman, L.L.P.
P.O. Box 10246
Raleigh, North Carolina 27605

Leah A. Kane, Esq.
Legal Services of Southern Piedmont
1431 Elizabeth Avenue
Charlotte, North Carolina 28205

This the 13th day of June, 2016.

SESSOMS & ROGERS, P.A.

By: _____
Andrew E. Hoke
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0528

STATE OF NORTH CAROLINA        IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG          DISTRICT COURT DIVISION

                                15 CvD 2893

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                    )
        Plaintiff                   )
                                    )
                                    )
vs.                                 )    NOTICE OF DISMISSAL
                                    )
                                    )         [VD]
ROBERT WALTERS,                     )
                                    )
        Defendant                   )
                                    )

NOW COMES the Plaintiff herein, by and through its undersigned counsel, and voluntarily dismisses this action without prejudice, pursuant to N.C. Gen. Stat. § 1A-1, Rule 41(a)(1).

This the 13th day of June, 2016.

                        SESSOMS & ROGERS, P.A.

                        By: /s/ Chelsea E. Malcolm
                        Andrew E. Hoke
                        Attorney for Plaintiff
                        P.O. Box 110564
                        Durham, North Carolina 27709
                        Telephone: (919) 688-1000

EXHIBIT 38

POUNDS EX 0529

CERTIFICATE OF SERVICE

This is to certify that, pursuant to N.C. Gen. Stat. § 1A-1, Rule 5(b), the foregoing Notice of Dismissal without Prejudice was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant's attorneys of record, as follows:

Carlene McNulty, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

Jason Pikler, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

J. Jerome Hartzell, Esq.
Hartzell & Whiteman, L.L.P.
P.O. Box 10246
Raleigh, North Carolina 27605

Leah A. Kane, Esq.
Legal Services of Southern Piedmont
1431 Elizabeth Avenue
Charlotte, North Carolina 28205

This the 13th day of June, 2016.

SESSOMS & ROGERS, P.A.

By: *(signature)*
Andrew E. Hoke
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0530

STATE OF NORTH CAROLINA            IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG              DISTRICT COURT DIVISION

15 CvD 15284

PORTFOLIO RECOVERY ASSOCIATES, LLC, )
                                    )
         Plaintiff                  )
                                    )
                                    )
vs.                                 )      NOTICE OF DISMISSAL
                                    )
                                    )      [VD]
                                    )
LISA WALLS,                         )
                                    )
         Defendant                  )
                                    )

NOW COMES the Plaintiff herein, by and through its undersigned counsel, and voluntarily dismisses this action without prejudice, pursuant to N.C. Gen. Stat. § 1A-1, Rule 41(a)(1).

This the 13th day of June, 2016.

SESSOMS & ROGERS, P.A.

By: _____
Andrew E. Hoke
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

EXHIBIT 39

POUNDS EX 0531

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to N.C. Gen. Stat. § 1A-1, Rule 5(b), the foregoing Notice of Dismissal without Prejudice was this day served upon the Defendant in this action by mailing a copy thereof, postage prepaid, to the Defendant's attorneys of record, as follows:

Carlene McNulty, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

Jason Pikler, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, North Carolina 27611

J. Jerome Hartzell, Esq.
Hartzell & Whiteman, L.L.P.
P.O. Box 10246
Raleigh, North Carolina 27605

Leah A. Kane, Esq.
Legal Services of Southern Piedmont
1431 Elizabeth Avenue
Charlotte, North Carolina 28205

This the 13th day of June, 2016.

SESSOMS & ROGERS, P.A.

By: _____
Andrew E. Hoke
Attorney for Plaintiff
P.O. Box 110564
Durham, North Carolina 27709
Telephone: (919) 688-1000

POUNDS EX 0532

NORTH CAROLINA
WAKE COUNTY

## AFFIDAVIT OF COUNSEL (McNULTY) AUTHENTICATING COURT DOCUMENTS

Carlene McNulty being duly sworn, deposes and says:

1. I am an attorney at the North Carolina Justice Center. I give this affidavit in the belief that it presents matters that are undisputed, as it concerns solely copies of court documents that were served on me by the opposing party in seven cases brought in district courts in North Carolina.

2. I represented seven individuals who were defendants in the following cases brought by Portfolio Associates, LLC (PRA): *PRA v. Brady* (Chatham 15-CVD-44), *PRA v. Peach* (Wake 15-CVD-4745), *PRA v. Spector* (Mecklenburg 14-CVD-22005), *PRA v. Pledger* (Mecklenburg 14-CVD-22008), *PRA v. Townes* (Mecklenburg 15-CVD-1909), *PRA v. Walters* (Mecklenburg 15-CVD-2893), and *PRA v. Walls* (Mecklenburg 15-CVD-15284). In each of these cases, I filed a motion to vacate the default judgment entered in favor of PRA.

3. The documents that appear as Exhibits 33-39 of the Exhibits in Support of Plaintiffs' Motions for Preliminary Injunction and Class Certification are true and accurate copies of Notices of Voluntary Dismissal served on me by Portfolio Recovery Associates, LLC in each of those cases.

*(This space intentionally left blank)*


EXHIBIT 40

POUNDS EX 0533

FURTHER AFFIANT SAYETH NAUGHT.

This the 3rd day of November, 2016.

_____
Carlene McNulty

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Subscribed and sworn to (or affirmed) before me, this the 3rd day of November, 2016.

_____ (SEAL)
NOTARY PUBLIC
My Commission Expires: 7·17·21 .

*[Notary Seal: Seonaid A. Rijo, Notary Public, Wake County, My Comm. Exp. 07-17-2021, North Carolina]*

-2-

POUNDS EX 0534

Case 1:16-cv-01395-WO-JEP   Document 1-14   Filed 12/09/16   Page 17 of 17