IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case No. 1:16-cv-01395

| | |
|---|---|
| IRIS POUNDS, CARLTON MILLER, VILAYUAN SAYAPHET-TYLER, RHONDA HALL and PIA TOWNES, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>   Defendant. | **NOTICE OF STATE COURT FILING** |

PLEASE TAKE NOTICE that on December 9, 2016, defendant Portfolio Recovery Associates, LLC filed a Notice of Filing of Notice of Removal with the Clerk of Court of Durham County, North Carolina, and has served a copy of the Notice of Removal and the Notice of Filing of Notice of Removal on the following counsel for plaintiffs Iris Pounds, Carlton Miller, Vilayuan Sayaphet-Tyler, Rhonda Hall, and Pia Townes:

 Carlene McNulty
 Jason A. Pikler
 Emily P. Turner
 North Carolina Justice Center
 Post Office Box 28068
 Raleigh, NC 27611

 J. Jerome Hartzell
 Post Office Box 10246
 Raleigh, NC 27605

 Travis E. Collum
 Collum & Perry, PLLC
 Post Office Box 1739
 Mooresville, NC 28115

Adrian M. Lapas
Lapas Law Offices, PLLC
Post Office Box 10688
Goldsboro, NC  27532

A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit A and incorporated by reference for filing.

This the 9th day of December, 2016.

    _/s/ Jon Berkelhammer_____
Jon Berkelhammer
N.C. State Bar No. 10246
Joseph D. Hammond
N.C. State Bar No. 45657
ELLIS & WINTERS LLP
300 North Greene Street, Suite 800
Greensboro, North Carolina 27401
Telephone: (336) 389-5683
Facsimile:  (336) 217-4198
jon.berkelhammer@elliswinters.com

*Attorney for Defendant Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been duly served by depositing a copy thereof in the United States mail, first class, postage pre-paid addressed to the following counsel of record:

Carlene McNulty
Jason A. Pikler
Emily P. Turner
North Carolina Justice Center
Post Office Box 28068
Raleigh, NC 27611

J. Jerome Hartzell
Post Office Box 10246
Raleigh, NC 27605

Travis E. Collum
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115

Adrian M. Lapas
Lapas Law Offices, PLLC
Post Office Box 10688
Goldsboro, NC 27532

This the 9th day of December, 2016.

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246
*Attorney for Defendant Portfolio Recovery Associates, LLC*

# EXHIBIT A