# United States District Court
Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk                                            TELEPHONE: 336.332.6000

December 12, 2016

CARLENE MCNULTY
NC JUSTICE & COMMUNITY DEVELOPMENT CENTER
PO BOX 28068
RALEIGH, NC 27611

      Re:     1:16cv1395, POUNDS, ET AL. V. PORTFOLIO RECOVERY ASSOCIATES, LLC

Dear CARLENE MCNULTY:

      A Petition for Removal was filed in the United States Court for the Middle District of North Carolina from Durham County Superior Court on 12/09/2016.

      As attorney of record for IRIS POUNDS, ET AL, all future pleadings filed in this case must be signed by counsel who is admitted to practice in the Middle District of North Carolina and is a registered e-filer with our Court. To continue to represent your client in this Court, you must either become admitted to practice in the Middle District of North Carolina pursuant to Local Rule 83.1(b) or appear by special appearance in association with local counsel pursuant to Local Rule 83.1(d). Further information on admission to practice in this District may be found on the Court's website, www.ncmd.uscourts.gov, under the Attorney tab.

      Whether you become admitted to this District or associate with local counsel, you are required to register to file electronically in the Court's Case Management/Electronic Case Filing System (CM/ECF) pursuant to Local Rule 5.3(c). Our Electronic Filing Attorney Registration Form is available on the Court's website, www.ncmd.uscourts.gov, under the CM/ECF tab. You must submit the registration form and, if necessary, the required training within 30 days of this notice. You must provide an original signature on a hard copy of the registration form and return the form to the address provided. If you are registered as an e-filer in another District, make sure to note that on the registration form, as you will not be required to repeat the training. To schedule training, please contact the Court's Training Coordinator, at 336-332-6003.

                                      Sincerely,

                                      John S. Brubaker, Clerk of Court
                                      By: /s/ Michelle Coyne, Deputy Clerk