IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:16-cv-01395-WO-JEP

| | | |
|---|---|---|
| IRIS POUNDS, CARLTON MILLER, | ) | |
| VILAYUAN SAYAPHET-TYLER, | ) | |
| RHODA HALL, and PIA TOWNES, on | ) | |
| behalf of themselves and all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE COMING ON TO BE HEARD and being heard before the

Undersigned on defendant Portfolio Recovery Associates, LLC's Motion for Extension

of Time to answer or otherwise respond to Plaintiffs' Complaint, and it appearing to the

Court that the time for responding to Plaintiffs' Complaint, has not expired, that no prior

extension of time have been obtained, that counsel for Plaintiff has consented to the

motion, and that the motion is well-taken and should be ALLOWED;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

defendant Portfolio Recover Associates, LLC;'s Motion for Extension of time is

GRANTED, and defendant Portfolio Recovery Associates, LLC shall have an additional

thirty (30) days to and including January 16, 2017, within which to serve its answer or

other responsive pleading to Plaintiffs' Complaint.

This _____ day of December, 2016.

_____
United States Magistrate Judge/
Deputy/Clerk of Court

2