UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IRIS POUNDS, CARLTON MILLER, VILAYUAN SAYAPHET-TYLER, RHONDA HALL and PIA TOWNES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | Civil Action No. 1:16-CV-1395 |

## **MOTION TO REMAND**

Plaintiffs move, pursuant to 28 U.S.C. § 1447(c), that this case be remanded to the Superior Court of Durham County.

As grounds for this motion, plaintiffs respectfully show that this Court does not have subject matter jurisdiction over plaintiffs' claims because these claims seek to have state-court default judgments vacated and seek the recovery of monetary relief claimed to be due because of the state-court default judgments. These are not claims that are within federal district court subject matter

jurisdiction.  *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280 (2005) (discussing "*Rooker-Feldman*" doctrine).  Because this Court lacks jurisdiction, the case must be remanded.  *See* section 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

In further explanation of the grounds for this motion, plaintiffs rely on the arguments and authorities set out in the brief submitted with this motion.

This, the 20th day of December, 2016.

/s/ Carlene McNulty
Carlene McNulty
N.C. State Bar No. 12488
Jason A. Pikler
N.C. State Bar No. 47128
Emily P. Turner
N.C. State Bar No. 49578
NORTH CAROLINA JUSTICE CENTER
P.O. Box 28068
Raleigh, NC  27611
Telephone: (919) 856-2161
Facsimile: (919) 856-2175
Email: carlene@ncjustice.org
       jason.pikler@ncjustice.org
       emilyt@ncjustice.org

J. Jerome Hartzell
                                N.C. State Bar No. 7775
                                P.O. Box 10246
                                Raleigh, NC 27605
                                Telephone: (919) 819-6173
                                Email: jerry.hartzell@gmail.com


Of Counsel:

   Travis E. Collum, N.C. State Bar No. 29158
   COLLUM & PERRY, PLLC
   P.O. Box 1739
   Mooresville, NC  28115
   Telephone:  (704) 663-4187
   Email:  travis@collumperry.com

   Adrian M. Lapas, N.C. State Bar No. 20022
   LAPAS LAW OFFICES, PLLC
   P.O. Box 10688
   Goldsboro, NC  27532
   Telephone:  (919) 583-5400
   Email: adrianlapas@goldsborobankruptcylawyer.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that opposing counsel in this case are registered as Filing Users of the Electronic Filing System maintained by this Court, and that electronic transmission of this document to the Electronic Filing System with transmission of the Notice of Electronic Filing therefore constitutes service of the filed document pursuant to MDNC Local Rule of Civil Practice 5.3(b)(2).

This, the 20th day of December, 2016.

/s/ Carlene McNulty
Carlene McNulty