UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:16-cv-01395-WO-JEP

| | |
|---|---|
| IRIS POUNDS, CARLTON MILLER, VILAYUAN SAYAPHET-TYLER, RHODA HALL, and PIA TOWNES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>    Defendant. | **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO REMAND TO STATE COURT** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Local Rules 6.1 and 7.3(j), Portfolio Recovery Associates, LLC ("PRA") respectfully moves the Court for an extension of time within which to respond to the Plaintiffs' Motion to Remand to State Court. In support of the motion, defendant PRA shows unto the Court the the following:

1. On December 20, 2016, Plaintiffs filed a Motion to Remand to State Court. (Doc. 11).

2. PRA's response to the Motion to Remand to State Court is due January 10, 2017. Thus, PRA is making this motion before the current deadline expires.

3. PRA has not previously sought an extension of time to respond to the Motion to Remand to State Court.

4. Because of the holidays and preplanned office closures, PRA respectfully requests additional time in which to review Plaintiffs' motion. Specifically, PRA requests a fourteen (14) day extension to its deadline to respond to the Motion to Remand to State Court, making a response due on January 24, 2017.

5. Counsel for PRA has conferred with Plaintiffs' counsel on the requested extension. Plaintiffs' counsel does not object to this extension.

6. This extension of time is requested in good faith and not for purposes of delay.

WHEREFORE, defendant Portfolio Recovery Associates, LLC respectfully requests that the Court extend PRA's time for responding to the Motion to Remand to State Court for fourteen days, making the response due on January 24, 2017.

This the 3rd day of January, 2017.

ELLIS & WINTERS LLP

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. Bar No. 10246
Joseph D. Hammond
N.C. Bar No. 45657
PO Box 2752
Greensboro, NC 27402
Tel. (336) 389-5683
Fax (336) 217-4198
jon.berkelhammer@elliswinters.com
joe.hammond@elliswinters.com

*Counsel for Portfolio Recovery Associates, LLC*

# CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record as follows:

Carlene McNulty, Esq.
James A. Pikler, Esq.
Emily P. Turner, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC 27611

J. Jerome Hartzell, Esq.
P.O. Box 10246
Raleigh, NC 27605

Travis E. Collum, Esq.
Collum & Perry, PLLC
P.O. Box 1739
Mooresville, NC 28115

Adrian M. Lapas, Esq.
Lapas Law Offices, PLLC
P.O. Box 10688
Goldsboro, NC 27532

This the 3rd day of January, 2017.

/s/ Jon Berkelhammer
Jon Berkelhammer