UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:16-cv-01395-WO-JEP

| | |
|---|---|
| IRIS POUNDS, CARLTON MILLER, VILAYUAN SAYAPHET-TYLER, RHONDA HALL, and PIA TOWNES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>    Defendant. | **MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Portfolio Recovery Associates, LLC ("PRA") moves to dismiss the Complaint.

Plaintiffs have failed to state a claim upon which relief can be granted. Plaintiffs fail to state an adequate basis to bring an independent action.

For these reasons, and those more specifically explained in the accompanying brief, PRA respectfully requests that the Court dismiss the claims against it.

Respectfully submitted this 17th day of January, 2017.

        ELLIS & WINTERS LLP

        /s Jon Berkelhammer
        Jon Berkelhammer
        N.C. State Bar No. 10246

Email: jon.berkelhammer@elliswinters.com
Joseph Hammond
N.C. State Bar No. 45657
Email: joe.hammond@elliswinters.com
300 N. Greene Street, Ste. 800
Greensboro, NC 27401
Tel. (336) 217-4193
Fax (336) 217-4198

Sean Fernandes
N.C. Bar No. 50699
Email: sean.fernandes@elliswinters.com
Troy D. Shelton
N.C. Bar No. 48070
Email: troy.shelton@elliswinters.com
Post Office Box 33550
Raleigh, NC 27636
Tel. (919) 865-7000
Fax (919) 865-7010

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record as follows:

Carlene McNulty, Esq.
James A. Pikler, Esq.
Emily P. Turner, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC  27611

J. Jerome Hartzell, Esq.
P.O. Box 10246
Raleigh, NC  27605

Travis E. Collum, Esq.
Collum & Perry, PLLC
P.O. Box 1739
Mooresville, NC  28115

Adrian M. Lapas, Esq.
Lapas Law Offices, PLLC
P.O. Box 10688
Goldsboro, NC  27532

This the 17th day of January, 2017.

/s Jon Berkelhammer
Jon Berkelhammer