UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IRIS POUNDS, CARLTON MILLER, VILAYUAN SAYAPHET-TYLER, RHONDA HALL and PIA TOWNES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:16-CV-1395 ) ) ) ) ) ) |

## **PLAINTIFFS' MOTION FOR EXPEDITED DETERMINATION OF MOTION TO REMAND**

Plaintiffs move, pursuant to LR 7.3 and this Court's authority to exercise control over its docket, that this Court give expedited consideration to plaintiffs' Motion to Remand filed December 20, 2016 (Docket Entry No. 11). The Motion to Remand has been fully briefed.

As grounds for this motion, plaintiffs rely on the arguments and authorities set out in the brief submitted with this motion, and on the Declaration of Counsel J. Jerome Hartzell attached hereto as Exhibit 1.

This, the 6th day of February, 2017.

/s/ Carlene McNulty
Carlene McNulty, NCSB #12488
Jason A. Pikler, NCSB #47128
Emily P. Turner, NCSB #49578
NORTH CAROLINA JUSTICE CENTER
P.O. Box 28068
Raleigh, NC  27611
Telephone: (919) 856-2161
Facsimile: (919) 856-2175
Email: carlene@ncjustice.org
       jason.pikler@ncjustice.org
       emilyt@ncjustice.org


J. Jerome Hartzell, NCSB #7775
P.O. Box 10246
Raleigh, NC 27605
Telephone: (919) 819-6173
Email: jerry.hartzell@gmail.com

Of Counsel:

Travis E. Collum, N.C. State Bar No. 29158
COLLUM & PERRY, PLLC
P.O. Box 1739
Mooresville, NC  28115
Telephone:  (704) 663-4187
Email:  travis@collumperry.com

Adrian M. Lapas, N.C. State Bar No. 20022
LAPAS LAW OFFICES, PLLC
P.O. Box 10688
Goldsboro, NC  27532
Telephone:  (919) 583-5400
Email: adrianlapas@goldsborobankruptcylawyer.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that opposing counsel in this case are registered as Filing Users of the Electronic Filing System maintained by this Court, and that electronic transmission of this document to the Electronic Filing System with transmission of the Notice of Electronic Filing therefore constitutes service of the filed document pursuant to MDNC Local Rule of Civil Practice 5.3(b)(2).

This, the 6th day of February, 2017

/s/ Carlene McNulty
Carlene McNulty