UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:16-cv-01395-WO-JEP

| | |
|---|---|
| IRIS POUNDS, CARLTON MILLER, VILAYUAN SAYAPHET-TYLER, RHONDA HALL, and PIA TOWNES, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC <br><br> Defendant. | **RESPONSE TO PLAINTIFFS' MOTION TO DEFER TIME TO FILE FEDERAL MOTION FOR CLASS CERTIFICATION** |

Defendant Portfolio Recovery Associates, LLC (PRA) submits this brief in response to Plaintiffs' Motion to Defer Time to File Federal Motion for Class Certification. Docket No. 27. PRA does not oppose the Motion, but contends that the relief sought by Plaintiffs' Motion is incomplete. The Motion requests that the Local Rule 23.1 deadline for moving for class certification be extended until 30 days after the Court rules on Plaintiffs' motion to remand. Pls.' Motion Defer Time File Federal Mot. Class Certification 4. PRA submits that the deadline should instead be extended until 30 days after the later of the Court's decisions on either Plaintiffs' motion to remand or PRA's motion to dismiss.

PRA moved to dismiss the Complaint on January 17, 2017. Docket No. 14. PRA's motion to dismiss contends that the Complaint fails to state a claim because

Plaintiffs have not pleaded a basis to bring an independent action to attack default judgments. *See id.*; *see also* Docket No. 15. If the Court grants the motion to dismiss, there will be no need to brief or consider the class certification issue, because the case will be dismissed. Accordingly, PRA submits that the time for filing a federal motion for class certification should be deferred until 30 days after the later of the Court's decisions on Plaintiffs' motion to remand (Docket No. 11) or PRA's motion to dismiss (Docket No. 14).

This the 15th day of March, 2017.

ELLIS & WINTERS LLP

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246
Email: jon.berkelhammer@elliswinters.com
Joseph Hammond
N.C. State Bar No. 45657
Email: joe.hammond@elliswinters.com
300 N. Greene Street, Ste. 800
Greensboro, NC  27401
Tel. (919) 865-7000
Fax (919) 865-7010

Sean Fernandes
N.C. State Bar No. 50699
Email: sean.fernandes@elliswinters.com
Troy D. Shelton
N.C. State Bar. No. 48070
Email: troy.shelton@elliswinters.com
Post Office Box 33550
Raleigh, NC  27636
Tel. (919) 865-7000
Fax (919) 865-7010
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record as follows:

Carlene McNulty, Esq.
James A. Pikler, Esq.
Emily P. Turner, Esq.
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC 27611

J. Jerome Hartzell, Esq.
P.O. Box 10246
Raleigh, NC 27605

Travis E. Collum, Esq.
Collum & Perry, PLLC
P.O. Box 1739
Mooresville, NC 28115

Adrian M. Lapas, Esq.
Lapas Law Offices, PLLC
P.O. Box 10688
Goldsboro, NC 27532

This the 15th day of March, 2017.

/s/ Jon Berkelhammer
Jon Berkelhammer

*Attorney for Defendant Portfolio Recovery Associates, LLC*