FILED: May 17, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-174
(1:16-cv-01395-WO-JEP)
_____

PORTFOLIO RECOVERY ASSOCIATES, LLC

      Petitioner

v.

IRIS POUNDS; CARLTON MILLER; VILAYUAN SAYAPHET-TYLER; RHONDA HALL; PIA TOWNES

      Respondents

_____

O R D E R
_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Chief Judge Gregory with the concurrence of Judge Wilkinson and Judge Diaz.

      For the Court

      /s/ Patricia S. Connor, Clerk